| | |
|---|---|
| Charles Chevalier<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>(973) 596-4611<br>cchevailer@gibbonslaw.com<br><br>Christine A. Gaddis<br>GIBBONS P.C.<br>141 West Front Street, Suite 240<br>Red Bank, New Jersey 07701<br>(732) 704-5801<br>cgaddis@gibbonslaw.com<br><br>*Attorneys for Plaintiff*<br>*American Regent, Inc.* | OF COUNSEL:<br><br>Dennies Varughese, Pharm. D.<br>Uma Everett (*pro hac vice* to be filed)<br>Adam LaRock (*pro hac vice* to be filed)<br>Alex Alfano (*pro hac vice* to be filed)<br>Ryan Conkin (*pro hac vice* to be filed)<br>Sterne, Kessler, Goldstein & Fox P.L.L.C.<br>1101 K Street, NW, 10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>ueverett@sternekessler.com<br>alarock@sternekessler.com<br>aalfano@sternekessler.com<br>rconkin@sternekessler.com |

### IN UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC.,<br><br>       *Plaintiff*,<br><br>   v.<br><br>ACCORD HEALTHCARE INC.,<br><br>       *Defendant*. | Civil Action No. 24-7791<br><br>**AMERICAN REGENT, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>*Document Filed Electronically* |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff American Regent, Inc. states as follows: American Regent, Inc. is a wholly owned subsidiary of Daiichi Sankyo, Inc.; Daiichi Sankyo, Inc. is a wholly owned subsidiary of Daiichi Sankyo U.S. Holdings, Inc.; Daiichi Sankyo U.S. Holdings, Inc. is a wholly owned subsidiary of Daiichi Sankyo Company, Limited; Daiichi Sankyo Company, Limited is a publicly owned company, and no publicly held company owns 10% or more of its stock.

Dated:  July 16, 2024

Respectfully Submitted by:

<u>s/ Charles H. Chevalier</u>
Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

*Attorneys for Plaintiff*
*American Regent, Inc.*