Christine A. Gaddis
**GIBBONS P.C.**
141 West Front Street
Suite 240
Red Bank, New Jersey 07701
Phone:  (732) 704-5850
Fax:     (732) 865-7219

*Attorneys for Plaintiff*
*American Regent, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ACCORD HEALTHCARE INC.,<br><br>*Defendant* | Civil Action No.: 2:24-07791-BRM-CLW<br><br>**NOTICE OF APPEARANCE OF<br>CHRISTINE A. GADDIS, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel for Plaintiff American Regent, Inc., in the above-captioned matter.  Please serve copies of all papers in the captioned action upon the undersigned at the e-mail address listed below.

Respectfully submitted,

Dated:   July 22, 2024
            Red Bank, New Jersey

s/ Christine A. Gaddis
Christine A. Gaddis
**GIBBONS P.C.**
141 West Front Street
Suite 240
Red Bank, New Jersey 07701
cgaddis@gibbonslaw.com