```
|||||||||||||||||||||||||||||||||||
       7 2 3 6 9 5
```

UNITED STATES DISTRICT
COURT, DISTRICT OF
NEW JERSEY

**Plaintiff**
AMERICAN REGENT, INC.
                    vs
**Defendant**
ACCORD HEALTHCARE INC.

DOCKET NO. 2:24-CV-07791

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Person to be served: ACCORD HEALTHCARE INC.
  C/O MICHAEL S. WEINSTEIN, ESQ., BENESCH, FRIEDLANDER
  COPLAN & ARANOFF
Address:
127 PUBLIC SQUARE
SUITE 4900
CLEVELAND OH 44114

Cost of Service pursuant to R4:4-30

$ _____

Attorney:
  GIBBONS P.C.
  ONE GATEWAY CENTER
  NEWARK NJ 07102

Papers Served:
SUMMONS & COMPLAINT FOR PATENT INFRINGEMENT WITH SUPPORTING DOCUMENTATION; CIVIL COVER SHEET; CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

**Service Data:**

Served Successfully __X__   Not Served ____   Date: 7-25-2024   Time: 1:55PM   Attempts: ____

____ Delivered a copy to him/her personally

Name of Person Served and relationship/title

____ Left a copy with a competent household
member over 14 years of age residing therein at place of abode.

THOMAS IPPOLITO

__X__ Left a copy with a person authorized to accept
service, e.g. managing agent, registered agent, etc.

Managing agent

**Description of Person Accepting Service:**

Age: 37   Height: 5'5"   Weight: 200   Hair: BLACK   Sex: MALE   Race: WHITE

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                               Date _____ Time _____
                               Date _____ Time _____
( ) Other: _____                Comments or Remarks _____

Subscribed and Sworn to me this
26 day of July 2024

_Notary Signature_

I, DAVID BLACKFORD, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Signature of Process Server_   7-26-2024

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.  723695
File No.  116291-111501

Case 2:24-cv-07791-BRM-CLW   Document 5   Filed 07/24/24   Page 1 of 2 PageID: 65

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

AMERICAN REGENT, INC.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

ACCORD HEALTHCARE INC.,
*Defendant*

CASE NUMBER: 2:24-CV-07791-BRM-CLW

TO: *(Name and address of Defendant):*

Accord Healthcare Inc.
Care Of Michael S. Weinstein, Esq.
Benesch, Friedlander Coplan & Aranoff
127 Public Square, Suite 4900
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles H. Chevalier, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT** _____



ISSUED ON 2024-07-24 13:19:45, Clerk
USDC NJD