Dennies Varughese, Pharm. D.
**Sterne, Kessler, Goldstein & Fox P.L.L.C**.
1101 K Street NW
10th Floor
Washington, DC 20005
Tel.: (202) 772-8805
dvarughese@sternekessler.com

*Attorneys for Plaintiff*
*American Regent, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACCORD HEALTHCARE INC., <br><br> Defendant. | Civil Action No.: 2:24-cv-07791 (BRM)(CLW) <br><br> **NOTICE OF APPEARANCE OF** <br> **DENNIES VARUGHESE, PHARM. D.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Plaintiff American Regent, Inc. in the above-captioned matter. Please serve copies of all papers in the captioned action upon the undersigned at the e-mail address listed below.

                                    Respectfully submitted,

Dated:    August 5, 2024              s/ Dennies Varughese
              Washington, DC        Dennies Varughese, Pharm. D.
                                         **Sterne, Kessler, Goldstein & Fox P.L.L.C.**
                                         1101 K Street NW
                                         10th Floor
                                         Washington, DC 20005
                                         Tel.: (202) 772-8805
                                         dvarughese@sternekessler.com