AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| AMERICAN REGENT, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-CV-07791-BRM-CLW |
| ACCORD HEALTHCARE INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Accord Healthcare Inc.

Date: 08/15/2024

/s/ Kristen Healey Cramer
*Attorney's signature*

Kristen Healey Cramer #044752003
*Printed name and bar number*

Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
*Address*

kcramer@beneschlaw.com
*E-mail address*

(302) 442-7010
*Telephone number*

(302) 442-7012
*FAX number*