Kristen Healey Cramer (No. 044752003)
Noelle B. Torrice (No. 079132013)
**BENESCH FRIEDLANDER
  COPLAN & ARONOFF LLP**
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: 302.442.7010
Facsimile: 302.442.7012
Email: kcramer@beneschlaw.com
Email: ntorrice@beneschlaw.com

*Attorneys for Defendant Accord Healthcare Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ACCORD HEALTHCARE INC., <br><br> *Defendant*. | Civil Action No. 24-7791 |

## DEFENDANT ACCORD HEALTHCARE INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Accord Healthcare Inc. ("Accord") states as follows:

    1.    Accord is a wholly owned subsidiary of Intas Pharmaceuticals, Limited ("Intas");

and

    2.    No publicly owned company owns more than 10% of Intas.

Dated: August 15, 2024

Respectfully submitted,

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

*/s/ Kristen Healey Cramer*
Kristen Healey Cramer (No. 044752003)
Noelle B. Torrice (NJ No. 07192013)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
kcramer@beneschlaw.com
ntorrice@beneschlaw.com

OF COUNSEL (*pro hac vice* forthcoming):
Michael S. Weinstein
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (216) 363-6228
Email: mweinstein@beneschlaw.com

Manish K. Mehta
Samuel J. Ruggio
71 South Wacker, Suite 1600
Chicago, IL 60606
Telephone: 312.624.6379
Facsimile: 312.767.9192
Email: mmehta@beneschlaw.com
Email: sruggio@beneschlaw.com

*Attorneys for Defendant Accord Healthcare Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024, a copy of the foregoing *Defendant Accord Healthcare Inc.'s Rule 7.1 Disclosure Statement* was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

       */s/ Kristen Healey Cramer*
       Kristen Healey Cramer (No. 044752003)

       *Attorney for Defendant Accord Healthcare Inc.*