# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC.,<br><br>        *Plaintiff*,<br>v.<br><br>ACCORD HEALTHCARE INC.,<br><br>        *Defendant*. | C.A. No. 2:24-cv-7791-BRM-CLW<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL S. WEINSTEIN, MANISH K. MEHTA AND SAMUEL J. RUGGIO** |

The undersigned counsel, Kristen Healey Cramer, a member in good standing of the bar of this Court, respectfully moves that this Court grant leave to Michael S. Weinstein, Manish K. Mehta and Samuel J. Ruggio to be admitted *pro hac vice* to appear as counsel for Defendant, Accord Healthcare Inc., in the above-captioned action, pursuant to Local Rule 101.1(c). The certifications of Kristen Healey Cramer, Michael S. Weinstein, Manish K. Mehta and Samuel J. Ruggio are attached hereto, in support of this motion. A proposed form of Order is also being submitted herewith.

Counsel for Plaintiff consents to this application for *pro hac vice* admissions. It is respectfully requested that this Court admit Michael S. Weinstein, Manish K. Mehta and Samuel J. Ruggio *pro hac vice* in the above-captioned action.

Dated: September 4, 2024     Respectfully submitted,

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

*/s/ Kristen Healey Cramer*
Kristen Healey Cramer (NJ No. 044752003)
Noelle B. Torrice (NJ No. 07192013)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
kcramer@beneschlaw.com
ntorrice@beneschlaw.com

*Attorneys for Defendant Accord Healthcare Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

*/s/ Kristen Healey Cramer*
Kristen Healey Cramer

*Attorney for Defendant Accord Healthcare Inc.*
