UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ACCORD HEALTHCARE INC., <br><br> *Defendant*. | C.A. No. 2:24-7791-BRM-CLW <br><br> **CERTIFICATION OF KRISTEN HEALEY CRAMER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL S. WEINSTEIN, SAMUEL J. RUGGIO AND MANISH K. MEHTA** |

I, Kristen Healey Cramer, of full age, hereby certify:

1. I am an attorney-at-law in the State of New Jersey and a partner of the law firm of Benesch Friedlander Coplan & Aronoff LLP, attorneys for Defendant Accord Healthcare Inc. ("Defendant") in connection with the above-captioned action. I am a member in good standing of the bars of the State of New Jersey and this court.

2. I submit this certification in support of my motion for an Order admitting Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta of the law firm of Benesch Friedlander Coplan & Aronoff LLP *pro hac* vice as counsel for Defendant Accord Healthcare Inc. in this matter pursuant to Local Civil Rule 101.1(c).

3. Michael S. Weinstein is a partner of the law firm Benesch Friedlander Coplan & Aronoff LLP. Mr. Weinstein is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Michael S. Weinstein filed simultaneously with these papers.

4. Samuel J. Ruggio is a senior managing associate of the law firm Benesch Friedlander Coplan & Aronoff LLP. Mr. Ruggio is a member in good standing of the Bars to

which he is admitted, and his qualifications are set forth in the Certification of Samuel J. Ruggio filed simultaneously with these papers.

5.      Manish K. Mehta is a partner of the law firm Benesch Friedlander Coplan & Aronoff LLP.  Mr. Mehta is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Manish K. Mehta filed simultaneously with these papers.

6.      I am confident that Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta are fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and they have advised me that they will abide by those Rules.  I have agreed to work with Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta in this action.

7.      I have agreed to be held responsible for the filing of all pleadings, briefs, and other papers filed with the Court and to have such papers signed by me or another attorney with Benesch Friedlander Coplan & Aronoff LLP authorized to practice law in the state of New Jersey.  I further agree to be held responsible for the conduct of my specially admitted colleagues and will ensure that Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta will comply with Local Rule 101.1(c) should this application be granted.

8.      I further agree that I, or another attorney with Benesch Friedlander Coplan & Aronoff LLP authorized to practice law in the state of New Jersey, will continue to make all court appearances unless otherwise excused by the Court.

9.      Plaintiff, through counsel, has consented to the *pro hac vice* admission of Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta.

10.     For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta to appear *pro hac vice* before this Court for all further proceedings in this case.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: September 4, 2024                Respectfully submitted,

**BENESCH FRIEDLANDER
 COPLAN & ARONOFF LLP**

*/s/ Kristen Healey Cramer*
Kristen Healey Cramer (No. 044752003)
Noelle B. Torrice (NJ No. 07192013)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
kcramer@beneschlaw.com
ntorrice@beneschlaw.com

*Attorneys for Defendants Accord Healthcare Inc.*