UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ACCORD HEALTHCARE INC., <br><br> *Defendant.* | Civil Action No. 24-7791 |

**CERTIFICATION OF COUNSEL FOR ADMISSION *PRO HAC VICE* OF MICHAEL S. WEINSTEIN PURSUANT TO D.N.J. L.CIV.R. 101.1(c)(1)**

I, Michael S. Weinstein, a lawyer who is not a member of the bar of this district, submits this Certification of Counsel to be Admitted to appear in this case *pro hac vice* on behalf of Defendant Accord Healthcare Inc. ("Defendant"). I further state that I will comply with the associate counsel requirements of D.N.J. L.Civ.R. 101.1 by associating with Kristen Healey Cramer and Noelle B. Torrice, attorneys with Benesch Friedlander Coplan and Aronoff LLP who have been admitted to the bar of this district under D.N.J. L.Civ.R. 101.1 and who have appeared in this action on behalf of Defendant. Pursuant to D.N.J. L.Civ.R. 101.1(c)(1), I certify the following is true and correct.

I state that I am currently admitted to practice in the following jurisdictions:

| Bar | Court Office and Address | Admission Date | Good Standing |
|---|---|---|---|
| State of Ohio, Bar No. 0083802 | Clerk's Office <br> Supreme Court of Ohio <br> 65 S. Front Street <br> Columbus, OH 43215-3431 | November 17, 2008 | Yes |
| U.S. District Court for the Northern District of Ohio | Clerk's Office <br> Carl B. Stokes U.S. Court House <br> 801 West Superior Avenue <br> Cleveland, Ohio 44113 | December 19, 2008 | Yes |

| Bar | Court Office and Address | Admission Date | Good Standing |
|---|---|---|---|
| U.S. District Court for the Southern District of Ohio | Office of the Clerk<br>Potter Stewart U.S. Courthouse<br>Room 103<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | January 15, 2014 | Yes |
| U.S. District Court for the Eastern District of Wisconsin | Clerk's Office<br>United States Federal Building and Courthouse<br>517 E. Wisconsin Ave. Rm. 362<br>Milwaukee, WI 53202 | April 28, 2017 | Yes |

I further state that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction in which I have practiced. I understand my continuing obligation to advise the Court of any disciplinary proceedings that may be instituted against me.

I am ineligible for plenary admission to the bar of this Court under Local Civil Rule 101.1(b).

Pursuant to the rules of this Court, all papers filed on behalf of Defendants in this action will be signed by Kristen Healey Cramer or another attorney licensed to practice law in the District of New Jersey from Benesch Friedlander Coplan and Aronoff LLP, attorneys of record for Defendants.

Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a).

Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment to the Clerk, United States District Court.

I agree to abide by the applicable rules of the Court and strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trial or any other proceedings. I further agree to submit to the disciplinary jurisdiction of this Court.

I certify that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated:  August 27, 2024

_____
Michael S. Weinstein, Esq.
BENESCH FRIEDLANDER
 COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: 216.363.6228
Facsimile: 216.363.4588
Email: mweinstein@beneschlaw.com