**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN REGENT, INC.,<br><br>　　　　　　*Plaintiff*,<br>v.<br>ACCORD HEALTHCARE INC.,<br><br>　　　　　　*Defendant.* | C.A. No. 2:24-7791-BRM-CLW<br><br>**[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION** |

THIS MATTER having been brought before the Court by Defendant Accord Healthcare Inc. ("Defendant") by and through its attorneys, Benesch Friedlander Coplan & Aronoff LLP, for an Order admitting Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta of the law firm Benesch Friedlander Coplan & Aronoff LLP as counsel *pro hac vice* for Defendant pursuant to Local Civil Rule 101.1(c); and Plaintiff, through Counsel, having consented to said application; and the Court having considered the certifications of counsel filed in support of said application; and for good cause having been shown;

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that Defendant's application for the *pro hac vice* admission of Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta is hereby GRANTED; and it is further

**ORDERED** that Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Defendant in this matter; and it is further

**ORDERED** that Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta shall, for the duration of time that they serve as counsel *pro hac vice* in this matter, each made annual payments to the New Jersey Lawyer's Fund for the Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall each pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that Michael S. Weinstein, Samuel J. Ruggio, and Manish K. Mehta shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by Kristen Healey Cramer or her partners and associates as the attorneys of record for Defendant in this matter, who are admitted to the bar of this Court and shall be held responsible for the papers and the conduct of the attorneys admitted.

_____
HONORABLE CATHY L. WALDOR, U.S.M.J.