# **EXHIBIT A**

## Plaintiff's Proposed Schedule for Selenious Acid

| Event | Deadline |
|---|---|
| Initial Status Conference | September 9, 2024 (Subject to Court's Availability) |
| Exchange Initial Disclosures FRCP 26(a)(1) | September 13, 2024 |
| Disclosure of Asserted Claims L. Pat. R. 3.6(b) | September 13, 2024 |
| Defendants' Invalidity Contentions L.Pat. R. 3.6(c), 3.3 L.Pat. R. 3.6(d), 3.4 (b,c) | October 16, 2024 |
| Defendants' Non-Infringement Contentions L. Pat. R. 3.6(e) | October 16, 2024 |
| Deadline for Amending Pleadings or Joining Parties | November 8, 2024 |
| Plaintiffs' Infringement Contentions L. Pat. R. 3.6(g), 3.1 L. Pat. R. 3.6(h), 3.2 | November 15, 2024 |
| Plaintiffs' Responses to Invalidity Contentions L. Pat. R. 3.6(i), 3.4A | November 15, 2024 |
| Status Conference | TBD (Subject to Court's Availability) |
| Exchange of Proposed Terms for Construction L. Pat. R. 4.1 (a, b) | November 22, 2024 |
| Exchange of Preliminary Proposed Claim Constructions and Identification of All Supporting Intrinsic Evidence | December 11, 2024 |

| | |
|---|---|
| and Designation of Supporting Extrinsic Evidence[1]<br><br>L.Pat. R. 4.2 (a, b) | |
| Exchange and Identification of All Rebuttal Intrinsic and Extrinsic Evidence<br><br>L.Pat. R. 4.2 (c, d) | December 18, 2024 |
| File Joint Claim Construction and Prehearing Statement<br><br>L.Pat. R. 4.3 | December 27, 2024 |
| Any party, if relying upon advice of counsel as part of a patent-related claim or defense for any reason, to produce discovery related thereto for which the attorney-client and work product protection have been waived.<br><br>L. Pat. R. 3.8 | January 3, 2025 |
| Substantial Completion of Document Production | January 8, 2025 |
| Opening Claim Construction Briefs<br><br>L.Pat. R. 4.5(a) | January 10, 2025 |
| Completion of Expert Discovery Relating to Claim Construction<br><br>L. Pat. R. 4.5(b) | January 24, 2025 |
| Responding Claim Construction Briefs<br><br>L. Pat. R. 4.5(c) | January 29, 2025 |

---

[1] For each disputed claim term, each party shall propose constructions other than "plain and/or ordinary meaning," without prejudice to the ability to argue that a proposed claim construction comports with the "plain and/or ordinary meaning" of the disputed claim term

| | |
|---|---|
| Submit Proposed Schedule for Claim Construction Hearing<br><br>L. Pat. R. 4.6 | January 31, 2025 |
| Status Conference | TBD (Subject to Court's Availability) |
| Close of Fact Discovery | March 21, 2025 |
| Markman Hearing | TBD |
| Exchange of Opening Expert Reports on Issues for Which the Party Bears the Burden of Proof<br><br>(including Plaintiffs' Expert Reports on Secondary Considerations of Non-Obviousness) | April 4, 2025 |
| Exchange of Rebuttal Expert Reports | April 25, 2025 |
| Status Conference | TBD (Subject to Court's Availability) |
| Close of Expert Discovery | May 16, 2025 |
| Dispositive Motions | TBD |
| Pretrial Submissions | June 11, 2025 |
| Pretrial Conference | Week of June 23, 2025<br>(Subject to Court's availability) |
| Trial | Week of August 4, 2025<br>(Subject to Court's availability) |
| Simultaneous Post-Trial Brief | TBD |