Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevailer@gibbonslaw.com

Christine A. Gaddis
GIBBONS P.C.
141 West Front Street, Suite 240
Red Bank, New Jersey 07701
(732) 704-5801
cgaddis@gibbonslaw.com

*Attorneys for Plaintiff*
*American Regent, Inc.*

OF COUNSEL:

Dennies Varughese, Pharm. D.
Uma N. Everett (*pro hac vice* pending)
Adam C. LaRock (*pro hac vice* pending)
Christina E. Dashe (*pro hac vice* pending)
Alexander Alfano (*pro hac vice* pending)
Ryan E. Conkin (*pro hac vice* pending)
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
cdashe@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN REGENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACCORD HEALTHCARE INC.,<br><br>Defendant. | Civil Action No. 2:24-cv-7791 (BRM) (CLW)<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF UMA N. EVERETT, ADAM C. LAROCK, CHRISTINA E. DASHE, ALEXANDER ALFANO AND RYAN E. CONKIN** |

**PLEASE TAKE NOTICE** that Gibbons P.C., attorneys for Plaintiff American Regent, Inc. ("ARI"), submits this Application for an Order admitting Uma N. Everett, Adam C. LaRock, Christina E. Dashe, Alexander Alfano, and Ryan E. Conkin of Sterne, Kessler, Goldstein & Fox P.L.L.C. as counsel *pro hac vice* in the above-captioned matter.

**PLEASE TAKE FURHTER NOTICE** that in support of this Application ARI shall rely upon the supporting Declarations of Charles H. Chevalier, Uma N. Everett, Adam C. LaRock, Christina E. Dashe, Alexander Alfano, and Ryan E. Conkin submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant consents to this Application.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: September 5, 2024

By: s/ Charles H. Chevalier
Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevailer@gibbonslaw.com

Christine A. Gaddis
GIBBONS P.C.
141 West Front Street, Suite 240
Red Bank, New Jersey 07701
(732) 704-5801
cgaddis@gibbonslaw.com

OF COUNSEL:

Dennies Varughese, Pharm. D.
Uma N. Everett (*pro hac vice* pending)
Adam C. LaRock (*pro hac vice* pending)
Christina E. Dashe (*pro hac vice* pending)
Alexander Alfano (*pro hac vice* pending)
Ryan E. Conkin (*pro hac vice* pending)
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
cdashe@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

*Attorneys for Plaintiff*
*American Regent, Inc.*