| | |
|---|---|
| Charles H. Chevalier<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>(973) 596-4611<br>cchevailer@gibbonslaw.com<br><br>Christine A. Gaddis<br>GIBBONS P.C.<br>141 West Front Street, Suite 240<br>Red Bank, New Jersey 07701<br>(732) 704-5801<br>cgaddis@gibbonslaw.com<br><br>*Attorneys for Plaintiff*<br>*American Regent, Inc.* | OF COUNSEL:<br><br>Dennies Varughese, Pharm. D.<br>Uma N. Everett (*pro hac vice* pending)<br>Adam C. LaRock (*pro hac vice* pending)<br>Christina E. Dashe (*pro hac vice* pending)<br>Alexander Alfano (*pro hac vice* pending)<br>Ryan E. Conkin (*pro hac vice* pending)<br>Sterne, Kessler, Goldstein & Fox P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>ueverett@sternekessler.com<br>alarock@sternekessler.com<br>cdashe@sternekessler.com<br>aalfano@sternekessler.com<br>rconkin@sternekessler.com |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN REGENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACCORD HEALTHCARE INC.,<br><br>Defendant. | Civil Action No. 2:24-cv-7791 (BRM) (CLW)<br><br>**DECLARATION OF CHARLES H. CHEVALIER IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF UMA N. EVERETT, ADAM C. LAROCK, CHRISTINA E. DASHE, ALEXANDER ALFANO AND RYAN E. CONKIN** |

I, **CHARLES H. CHEVALIER,** declare, under penalty of perjury, as follows:

1. I am a Director at Gibbons P. C., and I submit this Declaration to the Court in support of the application of Uma N. Everett, Adam C. LaRock, Christina E. Dashe, Alexander

1

Alfano, and Ryan E. Conkin for admission to the District of New Jersey *pro hac vice* for purposes of this pending action before the United States District Court, District of New Jersey.

    2.    I am a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey. I or another member of Gibbons P.C. who is a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey will sign all pleadings filed with the Court on behalf of Plaintiff in this matter and will be present for all appearances before the Court unless previously excused from appearing by the Court.

    3.    In accordance with this application, I agree to comply with Local Civil Rules 101.1(c)/101.1(h)(1) and to be responsible for the conduct of Uma N. Everett, Adam C. LaRock, Christina E. Dashe, Alexander Alfano, and Ryan E. Conkin.

    4.    Defendant Accord Healthcare Inc. has consented to the admission of Uma N. Everett, Adam C. LaRock, Alexander Alfano, and Ryan E. Conkin *pro hac vice* in this matter.

    5.    It is respectfully requested that this Court enter the order admitting Uma N. Everett, Adam C. LaRock, Christina E. Dashe, Alexander Alfano, and Ryan E. Conkin *pro hac vice* in this matter.

    I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

| | | |
|---|---|---|
| Dated: September 5, 2024<br>Newark, New Jersey | By: | s/ Charles H. Chevalier<br>Charles H. Chevalier |