Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevailer@gibbonslaw.com

Christine A. Gaddis
GIBBONS P.C.
141 West Front Street, Suite 240
Red Bank, New Jersey 07701
(732) 704-5801
cgaddis@gibbonslaw.com

*Attorneys for Plaintiff*
*American Regent, Inc.*

OF COUNSEL:

Dennies Varughese, Pharm. D.
Uma Everett (*pro hac vice* pending)
Adam LaRock (*pro hac vice* pending)
Christina E. Dashe (*pro hac vice* pending)
Alex Alfano (*pro hac vice* pending)
Ryan Conkin (*pro hac vice* pending)
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
cdashe@sternekessler.com
alarock@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AMERICAN REGENT, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ACCORD HEALTHCARE INC.,<br><br>  Defendant. | Civil Action No. 2:24-cv-7791 (BRM) (CLW)<br><br>**DECLARATION OF ADAM C. LaROCK IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, **ADAM C. LaROCK, ESQ.**, of full age, make this application to appear as counsel *pro hac* vice in the above-captioned action, and declare as follows:

1.     I am a Director with the law firm of Sterne, Kessler, Goldstein & Fox P.L.L.C. 1101 K Street NW, 10th Floor, Washington, DC 20005.  I am fully familiar with the facts and

circumstances surrounding this litigation, and I submit this Declaration in support of the motion for my admission *pro hac vice* pursuant to Local Civil Rule 101.1(c)(3).

2.      My law firm has been retained as counsel for Plaintiff American Regent, Inc. ("ARI") in this litigation.  The issues raised in this litigation involve areas with which I have experience in the law.

3.      I am a member in good standing of the bar of the State of New York, the District of Columbia, the United States Court of Appeals for the Federal Circuit, and the United States Patent and Trademark Office.

4.      I was admitted to the Bar of the State of New York in 2010.  The name and address of the official or office maintaining the roll of members is: New York State Unified Court System, Office of Court Administration, 25 Beaver Street, Room 840, New York, New York 10004.

5.      I was admitted to the bar of the District of Columbia in 2015.  The name and address of the official or office maintaining the roll of members is: District of Columbia Court of Appeals Committee on Admissions, 430 E Street NW, Room 123, Washington, DC 20001.

6.      I was admitted to the bar of the United States Court of Appeals for the Federal Circuit in 2015.  The name and address of the official or office maintaining the roll of members is: Clerk, U.S. Court of Appeals for the Federal Circuit, 717 Madison Place N.W., Washington, D.C. 20439.

7.      I was admitted to the bar of the United States Patent and Trademark Office in 2009. The name and address of the official or office maintaining the roll of members is: Office of Enrollment & Discipline, U.S. Patent and Trademark Office, 600 Dulany Street, Madison West Building, 8th Floor, Alexandria, Virginia 22314.

8.      I am not under suspension or disbarment by any court and have never been subjected to any disciplinary action by any court or governing body.

9.      I am ineligible for plenary admission to the bar of this Court pursuant to Local Civil Rule 101.1(b).

10.     I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures.  To ensure my familiarity with these regulations I have reviewed the local rules of this Court.

11.     I have never been convicted of a felony crime, censured, suspended, disciplined, or disbarred by any court, nor are there any disciplinary or contempt proceedings involving me pending before any court, nor have I been denied admission to any court during the last five years.

12.     Pursuant to the rules of this Court, Charles H. Chevalier, Esq., or another member of the law firm Gibbons P.C., who is a member in good standing of the bars for the State of New Jersey and the United States District Court for the District of New Jersey, will review and sign all pleadings, briefs, and other papers filed with the Court on behalf of ARI and will be present for all appearances before the Court unless previously excused from appearing by the Court.

13.     I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, and trial or other proceedings, to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper, and to otherwise abide by all the terms and conditions of Local Civil Rule 101.1(c).  I agree to be bound by the rules governing practice in the New Jersey Courts, including the disciplinary rules.

14.     Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay, or cause to be paid, the annual fee required by the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and as directed by the Trustees of the Fund.  I further agree that,

pursuant to Local Civil Rule 101.1(c)(3), I shall pay, or cause to be paid, $250.00 to the Clerk of the United States District Court for the District of New Jersey.

15.    In light of the foregoing, I respectfully request on behalf of ARI that I be admitted *pro hac vice* for the purpose of representing them in this matter in association with Gibbons P.C.

I declare under penalty of perjury that the foregoing is true and accurate. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

_____

Adam C. LaRock

Dated: August 26, 2024
Washington, D.C.

4