**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN REGENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACCORD HEALTHCARE INC., <br><br> Defendant. | Civil Action No. 2:24-cv-7791 (BRM) (CLW) <br><br> **[PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION** |

**THIS MATTER** having been presented to the Court by Plaintiff American Regent, Inc. ("ARI"), by and through its attorneys, Gibbons P.C., seeking entry of an Order admitting Uma N. Everett, Adam C. LaRock, Christina E. Dashe, Alexander Alfano, and Ryan E. Conkin of Sterne, Kessler, Goldstein and Fox P.L.L.C. as counsel *pro hac vice* pursuant to Local Civil Rule 101.1, and the Court having considered the Declarations of Charles H. Chevalier, Uma N. Everett, Adam C. LaRock, Christina E. Dashe, Alexander Alfano, and Ryan E. Conkin; and with consent by Defendant Accord Healthcare Inc., and for good cause shown;

**IT IS** on this _____ day of _____, 2024, hereby

**ORDERED** that ARI's Application is granted, and Uma N. Everett, Adam C. LaRock, Christina E. Dashe, Alexander Alfano, and Ryan E. Conkin are hereby admitted to practice *pro hac vice* before this Court pursuant to Local Rule 101.1, for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Uma N. Everett, Adam C. LaRock, Christina E. Dashe, Alexander Alfano, and Ryan E. Conkin shall comply with Local Civil Rule 101.1(c) and abide by all rules of

this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court; and it is further

**ORDERED** that Uma N. Everett, Adam C. LaRock, Christina E. Dashe, Alexander Alfano, and Ryan E. Conkin shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) within 30 days of entry of this Order for this calendar year (if they have not already made such payment for this year) and shall continue to make such payment for each calendar year in which they continue to represent ARI before this Court; and it is further

**ORDERED** that Uma N. Everett, Adam C. LaRock, Christina E. Dashe, Alexander Alfano, and Ryan E. Conkin shall comply with the provisions of L. Civ. R. 101(c)(3) and submit payment to the Clerk of the Court for the District of New Jersey; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney-at-law employed by the law firm of Gibbons P.C., said attorney being authorized to practice in the District of New Jersey and maintaining an office in the District of New Jersey, who shall be held responsible for the conduct of Uma N. Everett, Adam C. LaRock, Christina E. Dashe, Alexander Alfano, and Ryan E. Conkin.

**IT IS SO ORDERED.**

The Honorable Cathy L. Waldor  
United States Magistrate Judge
