UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> ACCORD HEALTHCARE INC., <br><br> Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** <br><br> Civil Action No. 2:24-cv-07791 |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Kristen Healey Cramer
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Manish K. Mehta

Address: BENESCH FRIEDLANDER
71 S. Wacker Dr., Suite 1600
Chicago, IL 60606

E-mail: mmehta@beneschlaw.com

(One email address only)

DNJ-CMECF-002