**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AMERICAN REGENT, INC., | |
| Plaintiff, | Civil Action No. 2:24-cv-7791 (BRM) (CLW) |
| v. | |
| ACCORD HEALTHCARE INC., | |
| Defendant. | |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* within this matter has been entered (ECF No. 17); and

2. The Admission Fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Respectfully submitted,

Dated: September 19, 2024                  s/ Charles H . Chevalier
Newark, New Jersey                          Charles H. Chevalier


**<u>PRO HAC VICE ATTORNEY INFORMATION</u>:**

Name:          Uma N. Everett

Address:       Sterne, Kessler, Goldstein & Fox P.L.L.C.
               1101 K Street NW, 10th Floor
               Washington, DC 20005
               (202) 371-2600

Email:         ueverett@sternekessler.com