# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACCORD HEALTHCARE INC., <br><br> Defendant. | Civil Action No. 2:24-cv-7791 (BRM) (CLW) |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* within this matter has been entered (ECF No. 17); and

2. The Admission Fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                      Respectfully submitted,

Dated: September 19, 2024　　　　　　　　　s/ Charles H . Chevalier
Newark, New Jersey　　　　　　　　　　　　Charles H. Chevalier

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:　　　　Alexander Alfano

Address:　　　Sterne, Kessler, Goldstein & Fox P.L.L.C.
　　　　　　　1101 K Street NW, 10th Floor
　　　　　　　Washington, DC 20005
　　　　　　　(202) 371-2600

Email:　　　　aalfano@sternekessler.com