# EXHIBIT A

| | |
|---|---|
| **From:** | Ryan Conkin |
| **To:** | kmathas@winston.com; kboyle@winston.com; cfundakowski@winston.com; lrennecker@winston.com; James S. Richter |
| **Cc:** | ARI-Se Acid; Chevalier, Charles H.; Gaddis, Christine A. |
| **Subject:** | American Regent, Inc. v. Somerset Therapeutics, LLC, et al., No. 2:24-cv-7807 -- Proposed Schedule |
| **Date:** | Thursday, August 29, 2024 11:33:02 AM |
| **Attachments:** | 2024 08 29 Proposed Schedule for ARI Selenious Acid.docx<br>image001.png<br>image002.png |

Counsel—

Given the uncertainty as to whether there is a 30-month stay for this matter, ARI will be seeking an expedited schedule. Please see the attached proposed schedule. For similar reasons, ARI intends to seek consolidation of all related matters and intends to request that the Court include all parties to these cases in the September 9th conference currently scheduled in the Xiromed and Zydus matters.

Please let us know your position on the draft schedule and consolidation no later than 12PM ET on Tuesday, September 3rd.

Best,
Ryan



**Ryan Elizabeth Conkin**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
1101 K Street NW, 10th Floor, Washington, DC 20005

**Email:** rconkin@sternekessler.com
**Direct:** 202.772.8663   **Main:** 202.371.2600