# EXHIBIT B

| | |
|---|---|
| **From:** | Ryan Conkin |
| **To:** | Stubbings, Maria A. (Perkins Coie); Schaubert, Keri; Geiger, Nicholas; Uma Everett; Chevalier, Charles H.; kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; Coblentz, W. Blake; Lukas, Aaron; Ekiner, Kaan; "Rebekah Conroy"; Coyle, Steve; Gregory Miller; marcus.tubin@rivkin.com; Tim Gonzalez; gene.kang@rivkin.com; Nero, Autumn N. (Perkins Coie); Bloodworth, Shannon (Perkins Coie); RSwartz@perkinscoie.com; "James S. Richter"; mnutter@mcguirewoods.com; "Touhey Myer"; "Michael Hogan"; tkratz@kratzandbarry.com; "George Barry"; kmusgrove@geminilaw.com; Cindy Chang; Cohen, Jeffrey; srollo@hahnlaw.com; Steven Feldman; eabraham@hillwallack.com; wmurtha@hillwallack.com; Kristine L. Butler; Shashank Upadhye; Yixin Tang; Brent Batzer; Mathas, Kurt; kjboyle@winston.com; cfundakwski@winston.com; lrennecker@winston.com; IP[SLockner@carlsoncaspers.com]; Jennell C Bilek; jleddy@nutter.com; Micah Miller; jaharris@nutter.com; Li, Zhibin; IP[mgaertner@lockelord.com]; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; Thomas, Hannah; Dmitry Shelhoff; kcanfield@pergamentcepeda.com; Edward Pergament ARI-Se Acid; Gaddis, Christine A. |
| **Cc:** | |
| **Subject:** | RE: Activity in Case 2:24-cv-07811-BRM-CLW AMERICAN REGENT, INC. v. XIROMED, LLC et al Order |
| **Date:** | Wednesday, September 25, 2024 9:08:06 PM |
| **Attachments:** | ARI-Selenious Acid -- Consolidation .msg<br>image001.png |

Maria –

Thank you for your response. We are available at 5 pm ET tomorrow, per the JDG's request. We will circulate a meeting invite shortly.

Additionally, Plaintiff intends to modify the draft scheduling order to include the following:

- On November 1, each defendant group will indicate whether they will agree not to launch at risk until a district court decision or otherwise agree to provide 60-day notice prior to any at-risk launch.
- On November 15 (or a date convenient for the Court), we will ask that the court hold a status conference to discuss an orderly preliminary injunction briefing schedule for any defendant group who does not agree to the request above.
- On November 8, the parties will submit a joint letter to the court concerning the issues to be discussed at the November 15 status conference regarding the need for PI briefing, and which defendant groups will be participating in PI motion practice.

Finally, we believe it would be helpful to also discuss on the call tomorrow if any defendant group objects to consolidation, as discussed in my email from earlier today (attached for your reference and convenience).

We look forward to discussing this with the Joint Defense Group tomorrow.

Best,
Ryan

**Ryan Elizabeth Conkin**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
Email: rconkin@sternekessler.com
**Direct:** 202.772.8663   **Main:** 202.371.2600

**From:** Stubbings, Maria A. (Perkins Coie) <MStubbings@perkinscoie.com>
**Sent:** Wednesday, September 25, 2024 8:05 PM
**To:** Ryan Conkin <RConkin@sternekessler.com>; Schaubert, Keri <KSchaubert@cozen.com>; Geiger, Nicholas <NGeiger@CantorColburn.com>; Uma Everett <UEVERETT@sternekessler.com>; Chevalier, Charles H. <CChevalier@gibbonslaw.com>; kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; Coblentz, W. Blake

<WCoblentz@cozen.com>; Lukas, Aaron <ALukas@cozen.com>; Ekiner, Kaan <KEkiner@cozen.com>; 'Rebekah Conroy' <rconroy@stoneconroy.com>; Coyle, Steve <Scoyle@CantorColburn.com>; Gregory Miller <Gregory.Miller@rivkin.com>; marcus.tubin@rivkin.com; Tim Gonzalez <Timothy.Gonzalez@rivkin.com>; gene.kang@rivkin.com; Nero, Autumn N. (Perkins Coie) <ANero@perkinscoie.com>; Bloodworth, Shannon (Perkins Coie) <SBloodworth@perkinscoie.com>; RSwartz@perkinscoie.com; 'James S. Richter' <jrichter@midlige-richter.com>; mnutter@mcguirewoods.com; 'Touhey Myer' <tmyer@kratzandbarry.com>; 'Michael Hogan' <mhogan@kratzandbarry.com>; tkratz@kratzandbarry.com; 'George Barry' <gbarry@kratzandbarry.com>; kmusgrove@geminilaw.com; Cindy Chang <cchang@geminilaw.com>; Cohen, Jeffrey <Jeffrey.Cohen@flastergreenberg.com>; srollo@hahnlaw.com; Steven Feldman <SFeldman@hahnlaw.com>; eabraham@hillwallack.com; wmurtha@hillwallack.com; Kristine L. Butler <kbutler@hillwallack.com>; Shashank Upadhye <shashank@ipfdalaw.com>; Yixin Tang <yixin@ipfdalaw.com>; Brent Batzer <brent@ipfdalaw.com>; Mathas, Kurt <KMathas@winston.com>; kjboyle@winston.com; cfundakwski@winston.com; lrennecker@winston.com; IP[SLockner@carlsoncaspers.com] <SLockner@carlsoncaspers.com>; Jennell C Bilek <JBilek@carlsoncaspers.com>; jleddy@nutter.com; Micah Miller <MMiller@nutter.com>; jaharris@nutter.com; Li, Zhibin <Zhibin.Li@lockelord.com>; IP[mgaertner@lockelord.com] <mgaertner@lockelord.com>; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; Thomas, Hannah <Hannah.Thomas@lockelord.com>; Dmitry Shelhoff <dshelhoff@pergamentcepeda.com>; kcanfield@pergamentcepeda.com; Edward Pergament <epergament@pergamentcepeda.com>
**Cc:** ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Subject:** RE: Activity in Case 2:24-cv-07811-BRM-CLW AMERICAN REGENT, INC. v. XIROMED, LLC et al Order

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Counsel,

The JDG is available to meet and confer on Thursday (tomorrow) at 5 pm ET. If that time works for Plaintiff, please provide dial-in information.

Regards,
Maria

**Maria Stubbings**
COUNSEL
**Perkins Coie**
+1.202.654.1742

**From:** Ryan Conkin <RConkin@sternekessler.com>
**Sent:** Monday, September 23, 2024 4:56 PM
**To:** Schaubert, Keri <KSchaubert@cozen.com>; Stubbings, Maria A. (WDC) <MStubbings@perkinscoie.com>; Geiger, Nicholas <NGeiger@CantorColburn.com>; Uma Everett <UEVERETT@sternekessler.com>; Chevalier, Charles H. <CChevalier@gibbonslaw.com>; kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; Coblentz, W. Blake <WCoblentz@cozen.com>; Lukas, Aaron <ALukas@cozen.com>; Ekiner, Kaan <KEkiner@cozen.com>; 'Rebekah Conroy' <rconroy@stoneconroy.com>; Coyle, Steve <Scoyle@CantorColburn.com>; Gregory Miller <Gregory.Miller@rivkin.com>; marcus.tubin@rivkin.com; Tim Gonzalez <Timothy.Gonzalez@rivkin.com>; gene.kang@rivkin.com; Nero, Autumn N. (MSN) <ANero@perkinscoie.com>; Bloodworth, Shannon (WDC) <SBloodworth@perkinscoie.com>; Swartz, Rodney (POR) <RSwartz@perkinscoie.com>; 'James S. Richter' <jrichter@midlige-richter.com>; mnutter@mcguirewoods.com; 'Touhey Myer'

<tmyer@kratzandbarry.com>; 'Michael Hogan' <mhogan@kratzandbarry.com>; tkratz@kratzandbarry.com; 'George Barry' <gbarry@kratzandbarry.com>; kmusgrove@geminilaw.com; Cindy Chang <cchang@geminilaw.com>; Cohen, Jeffrey <Jeffrey.Cohen@flastergreenberg.com>; srollo@hahnlaw.com; Steven Feldman <SFeldman@hahnlaw.com>; eabraham@hillwallack.com; wmurtha@hillwallack.com; Kristine L. Butler <kbutler@hillwallack.com>; Shashank Upadhye <shashank@ipfdalaw.com>; Yixin Tang <yixin@ipfdalaw.com>; Brent Batzer <brent@ipfdalaw.com>; Mathas, Kurt <KMathas@winston.com>; kjboyle@winston.com; cfundakwski@winston.com; lrennecker@winston.com; IP[SLockner@carlsoncaspers.com] <SLockner@carlsoncaspers.com>; Jennell C Bilek <JBilek@carlsoncaspers.com>; jleddy@nutter.com; Micah Miller <MMiller@nutter.com>; jaharris@nutter.com; Li, Zhibin <Zhibin.Li@lockelord.com>; IP[mgaertner@lockelord.com] <mgaertner@lockelord.com>; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; Thomas, Hannah <Hannah.Thomas@lockelord.com>; Dmitry Shelhoff <dshelhoff@pergamentcepeda.com>; kcanfield@pergamentcepeda.com; Edward Pergament <epergament@pergamentcepeda.com>
**Cc:** ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Subject:** RE: Activity in Case 2:24-cv-07811-BRM-CLW AMERICAN REGENT, INC. v. XIROMED, LLC et al Order

Counsel—

Defendants' proposed schedule is not feasible given the current posture of these matters, which are not subject to a 30-month stay as to the great majority of Defendants. This is particularly important given that one or more defendants have openly stated that they intend to launch at risk and/or will not provide 60-day notice prior to any at-risk launch.

Consequently, unless all defendants agree not to launch until after a district court decision issues, defendants' prolonged proposed schedule ensures that the parties will need to burden the Court with preliminary injunction motions practice. Recognizing the burden such a motion would place on the Court and the parties, ARI proposed a schedule based on an expedited schedule previously entered by Judge Waldor in a case with similar positioning. *See Sumitomo Dainippon Pharma Co., Ltd. V. Emcure Pharmaceuticals Ltd*, C.A. No. 18-cv-02065, ECF No. 25 (D.N.J. Apr. 19, 2018).

We cannot, therefore, agree to Defendants' schedule as currently drafted. Please provide your availability to meet and confer this week, so that the parties may promptly seek the Court's guidance.

Best,
Ryan

**Ryan Elizabeth Conkin**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** rconkin@sternekessler.com
**Direct:** 202.772.8663   **Main:** 202.371.2600

**From:** Schaubert, Keri <KSchaubert@cozen.com>
**Sent:** Monday, September 23, 2024 10:14 AM
**To:** mstubbings@perkinscoie.com; Geiger, Nicholas <NGeiger@CantorColburn.com>; Ryan Conkin <RConkin@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Chevalier, Charles H. <CChevalier@gibbonslaw.com>; kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; Coblentz, W. Blake <WCoblentz@cozen.com>; Lukas, Aaron <ALukas@cozen.com>; Ekiner, Kaan <KEkiner@cozen.com>;

'Rebekah Conroy' <rconroy@stoneconroy.com>; Coyle, Steve <Scoyle@CantorColburn.com>; Gregory Miller <Gregory.Miller@rivkin.com>; marcus.tubin@rivkin.com; Tim Gonzalez <Timothy.Gonzalez@rivkin.com>; gene.kang@rivkin.com; Nero, Autumn N. (Perkins Coie) <ANero@perkinscoie.com>; Bloodworth, Shannon (Perkins Coie) <SBloodworth@perkinscoie.com>; rswartz@perkinscoie.com; 'James S. Richter' <jrichter@midlige-richter.com>; mnutter@mcguirewoods.com; 'Touhey Myer' <tmyer@kratzandbarry.com>; 'Michael Hogan' <mhogan@kratzandbarry.com>; tkratz@kratzandbarry.com; 'George Barry' <gbarry@kratzandbarry.com>; kmusgrove@geminilaw.com; Cindy Chang <cchang@geminilaw.com>; Cohen, Jeffrey <Jeffrey.Cohen@flastergreenberg.com>; srollo@hahnlaw.com; Steven Feldman <SFeldman@hahnlaw.com>; eabraham@hillwallack.com; wmurtha@hillwallack.com; Kristine L. Butler <kbutler@hillwallack.com>; Shashank Upadhye <shashank@ipfdalaw.com>; Yixin Tang <yixin@ipfdalaw.com>; Brent Batzer <brent@ipfdalaw.com>; Mathas, Kurt <KMathas@winston.com>; kjboyle@winston.com; cfundakwski@winston.com; lrennecker@winston.com; IP[SLockner@carlsoncaspers.com] <SLockner@carlsoncaspers.com>; Jennell C Bilek <JBilek@carlsoncaspers.com>; jleddy@nutter.com; Micah Miller <MMiller@nutter.com>; jaharris@nutter.com; Li, Zhibin <Zhibin.Li@lockelord.com>; IP[mgaertner@lockelord.com] <mgaertner@lockelord.com>; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; Thomas, Hannah <Hannah.Thomas@lockelord.com>; Dmitry Shelhoff <dshelhoff@pergamentcepeda.com>; kcanfield@pergamentcepeda.com; Edward Pergament <epergament@pergamentcepeda.com>
**Cc:** ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>; Schaubert, Keri <KSchaubert@cozen.com>
**Subject:** RE: Activity in Case 2:24-cv-07811-BRM-CLW AMERICAN REGENT, INC. v. XIROMED, LLC et al Order

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Counsel,

My email address was incorrectly spelled in the below email. I have included the correct email address in the cc line. Please use that email address (kschaubert@cozen.com) on all correspondence concerning this matter.

Best,
Keri



**Keri L. Schaubert, Ph.D.**
**Member | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor | New York, NY 10007
P: 212-883-2258 F: 646-461-3331 C: 734-276-4959
Email | Bio | Map | cozen.com

**From:** Stubbings, Maria A. (Perkins Coie) <MStubbings@perkinscoie.com>
**Sent:** Friday, September 20, 2024 6:00 PM
**To:** Geiger, Nicholas <NGeiger@CantorColburn.com>; Ryan Conkin <RConkin@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Chevalier, Charles H. <CChevalier@gibbonslaw.com>; kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; Coblentz, W. Blake <WCoblentz@cozen.com>; Lukas, Aaron <ALukas@cozen.com>; Ekiner, Kaan <KEkiner@cozen.com>; kshaubert@cozen.com; rconroy@stoneconroy.com; Coyle, Steve <Scoyle@CantorColburn.com>; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; gene.kang@rivkin.com; Nero, Autumn N. (Perkins Coie) <ANero@perkinscoie.com>; Bloodworth, Shannon (Perkins Coie) <SBloodworth@perkinscoie.com>; RSwartz@perkinscoie.com; jrichter@midlige-richter.com; mnutter@mcguirewoods.com;

tmyer@kratzandbarry.com; mhogan@kratzandbarry.com; tkratz@kratzandbarry.com; gbarry@kratzandbarry.com; jrichter@midlige-richter.com; kmusgrove@geminilaw.com; cchang@geminilaw.com; Cohen, Jeffrey <Jeffrey.Cohen@flastergreenberg.com>; srollo@hahnlaw.com; sfeldman@hahnlaw.com; eabraham@hillwallack.com; wmurtha@hillwallack.com; kbutler@hillwallack.com; shashank@ipfdalaw.com; yixin@ipfdalaw.com; brent@ipfdalaw.com; jrichter@midlige-richter.com; kmathas@winston.com; kjboyle@winston.com; cfundakwski@winston.com; lrennecker@winston.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; IP[SLockner@carlsoncaspers.com] <SLockner@carlsoncaspers.com>; jbilek@carlsoncaspers.com; jleddy@nutter.com; mmiller@nutter.com; jaharris@nutter.com; zhibin.li@lockelord.com; IP[mgaertner@lockelord.com] <mgaertner@lockelord.com>; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; hannah.thomas@lockelord.com; dshelhoff@pergamentcepeda.com; kcanfield@pergamentcepeda.com; epergament@pergamentcepeda.com; Jennell C Bilek <JBilek@carlsoncaspers.com>
**Cc:** ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Subject:** RE: Activity in Case 2:24-cv-07811-BRM-CLW AMERICAN REGENT, INC. v. XIROMED, LLC et al Order

**\*\*EXTERNAL SENDER\*\***

Counsel,

The JDG's proposed schedule is in the attached document. Please note that this proposal is subject to final client sign-off.

Regards,
Maria

**Maria Stubbings**
**COUNSEL**
**Perkins Coie**
+1.202.654.1742

---

**From:** Geiger, Nicholas <NGeiger@CantorColburn.com>
**Sent:** Thursday, September 19, 2024 3:08 PM
**To:** Ryan Conkin <RConkin@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Chevalier, Charles H. <CChevalier@gibbonslaw.com>; kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; wcoblentz@cozen.com; alukas@cozen.com; kekiner@cozen.com; kshaubert@cozen.com; rconroy@stoneconroy.com; Coyle, Steve <Scoyle@CantorColburn.com>; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; gene.kang@rivkin.com; Nero, Autumn N. (MSN) <ANero@perkinscoie.com>; Stubbings, Maria A. (WDC) <MStubbings@perkinscoie.com>; Bloodworth, Shannon (WDC) <SBloodworth@perkinscoie.com>; Swartz, Rodney (POR) <RSwartz@perkinscoie.com>; jrichter@midlige-richter.com; mnutter@mcguirewoods.com; tmyer@kratzandbarry.com; mhogan@kratzandbarry.com; tkratz@kratzandbarry.com; gbarry@kratzandbarry.com; jrichter@midlige-richter.com; kmusgrove@geminilaw.com; cchang@geminilaw.com; Cohen, Jeffrey <Jeffrey.Cohen@flastergreenberg.com>; srollo@hahnlaw.com; sfeldman@hahnlaw.com; eabraham@hillwallack.com; wmurtha@hillwallack.com; kbutler@hillwallack.com; shashank@ipfdalaw.com; yixin@ipfdalaw.com; brent@ipfdalaw.com; jrichter@midlige-richter.com; kmathas@winston.com; kjboyle@winston.com; cfundakwski@winston.com; lrennecker@winston.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; slockner@carlsoncaspers.com;

jbilek@carlsoncaspers.com; jleddy@nutter.com; mmiller@nutter.com; jaharris@nutter.com; zhibin.li@lockelord.com; mgaertner@lockelord.com; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; hannah.thomas@lockelord.com; dshelhoff@pergamentcepeda.com; kcanfield@pergamentcepeda.com; epergament@pergamentcepeda.com; Jennell C Bilek <JBilek@carlsoncaspers.com>
**Cc:** ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Subject:** RE: Activity in Case 2:24-cv-07811-BRM-CLW AMERICAN REGENT, INC. v. XIROMED, LLC et al Order

Ryan –

Defendants have been working diligently on a proposed schedule, but as I'm sure you can appreciate, there have been a lot of moving parts here given the large number of defendants in this case. We should have Defendants' proposal to you by 1pm ET tomorrow. Once you have had an opportunity to review, we can have a meet-and-confer if necessary.

Best regards,
Nick

---

**From:** Ryan Conkin <RConkin@sternekessler.com>
**Sent:** Wednesday, September 18, 2024 3:40 PM
**To:** Uma Everett <UEVERETT@sternekessler.com>; Chevalier, Charles H. <CChevalier@gibbonslaw.com>; kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; wcoblentz@cozen.com; alukas@cozen.com; kekiner@cozen.com; kshaubert@cozen.com; rconroy@stoneconroy.com; Coyle, Steve <Scoyle@CantorColburn.com>; Geiger, Nicholas <NGeiger@CantorColburn.com>; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; gene.kang@rivkin.com; ANero@perkinscoie.com; MStubbings@perkinscoie.com; sbloodworth@perkinscoie.com; rswartz@perkinscoie.com; jrichter@midlige-richter.com; mnutter@mcguirewoods.com; tmyer@kratzandbarry.com; mhogan@kratzandbarry.com; tkratz@kratzandbarry.com; gbarry@kratzandbarry.com; jrichter@midlige-richter.com; kmusgrove@geminilaw.com; cchang@geminilaw.com; Cohen, Jeffrey <Jeffrey.Cohen@flastergreenberg.com>; srollo@hahnlaw.com; sfeldman@hahnlaw.com; eabraham@hillwallack.com; wmurtha@hillwallack.com; kbutler@hillwallack.com; shashank@ipfdalaw.com; yixin@ipfdalaw.com; brent@ipfdalaw.com; jrichter@midlige-richter.com; kmathas@winston.com; kjboyle@winston.com; cfundakwski@winston.com; lrennecker@winston.com; mflax@carellabyrne.com; External-Stephen Auten (taftlaw.com) <sauten@taftlaw.com>; ajohnson@taftlaw.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; slockner@carlsoncaspers.com; jbilek@carlsoncaspers.com; jleddy@nutter.com; mmiller@nutter.com; jaharris@nutter.com; zhibin.li@lockelord.com; mgaertner@lockelord.com; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; hannah.thomas@lockelord.com; dshelhoff@pergamentcepeda.com; kcanfield@pergamentcepeda.com; epergament@pergamentcepeda.com; Jennell C Bilek <JBilek@carlsoncaspers.com>
**Cc:** ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Subject:** RE: Activity in Case 2:24-cv-07811-BRM-CLW AMERICAN REGENT, INC. v. XIROMED, LLC et al Order

Counsel—

It has been nearly three weeks since we circulated a proposed schedule, and we've still not heard back from defendants. Judge Waldor was clear in her expectation that the case proceed expeditiously, and instructing the parties to submit a proposed schedule by 9/23.

Please circulate your edits to the proposed schedule by 5 PM ET tomorrow. If we do not hear from you, ARI will be forced to seek relief from the Court to order cooperation from defendants.

Best,
Ryan

**Ryan Elizabeth Conkin**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
Email: rconkin@sternekessler.com
**Direct:** 202.772.8663   **Main:** 202.371.2600

---

**From:** Uma Everett <UEVERETT@sternekessler.com>
**Sent:** Friday, September 13, 2024 2:15 PM
**To:** Chevalier, Charles H. <CChevalier@gibbonslaw.com>; kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; wcoblentz@cozen.com; alukas@cozen.com; kekiner@cozen.com; kshaubert@cozen.com; rconroy@stoneconroy.com; scoyle@cantorcolburn.com; ngeiger@cantorcolburn.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; gene.kang@rivkin.com; ANero@perkinscoie.com; MStubbings@perkinscoie.com; sbloodworth@perkinscoie.com; rswartz@perkinscoie.com; jrichter@midlige-richter.com; mnutter@mcguirewoods.com; tmyer@kratzandbarry.com; mhogan@kratzandbarry.com; tkratz@kratzandbarry.com; gbarry@kratzandbarry.com; jrichter@midlige-richter.com; kmusgrove@geminilaw.com; cchang@geminilaw.com; jeffrey.cohen@flastergreenberg.com; srollo@hahnlaw.com; sfeldman@hahnlaw.com; eabraham@hillwallack.com; wmurtha@hillwallack.com; kbutler@hillwallack.com; shashank@ipfdalaw.com; yixin@ipfdalaw.com; brent@ipfdalaw.com; jrichter@midlige-richter.com; kmathas@winston.com; kjboyle@winston.com; cfundakwski@winston.com; lrennecker@winston.com; mflax@carellabyrne.com; External-Stephen Auten (taftlaw.com) <sauten@taftlaw.com>; ajohnson@taftlaw.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; slockner@carlsoncaspers.com; jbilek@carlsoncaspers.com; jleddy@nutter.com; mmiller@nutter.com; jaharris@nutter.com; zhibin.li@lockelord.com; mgaertner@lockelord.com; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; hannah.thomas@lockelord.com; dshelhoff@pergamentcepeda.com; kcanfield@pergamentcepeda.com; epergament@pergamentcepeda.com
**Cc:** ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Subject:** RE: Activity in Case 2:24-cv-07811-BRM-CLW AMERICAN REGENT, INC. v. XIROMED, LLC et al Order

Counsel:

You have had American Regent's proposed schedule in the Selenious Acid cases for over two weeks, and have yet to accept the schedule or provide a counterproposal. As you know, Judge Waldor strongly suggested that the parties submit a schedule to the Court by September 23, 2024. Please confirm that you will circulate your response by Monday, September 16, 2024 so the parties have time to meet-and-confer and discuss with their clients.

Regards,
Uma

**Uma Everett**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
Email: ueverett@sternekessler.com
**Direct:** 202.772.8520

**Administrative Assistant:** Earnesteen Ginn-White
**Direct:** 202.772.8574   **Main:** 202.371.2600

---

**From:** Chevalier, Charles H. <CChevalier@gibbonslaw.com>
**Sent:** Friday, September 6, 2024 1:24 PM
**To:** kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; wcoblentz@cozen.com; alukas@cozen.com; kekiner@cozen.com; kshaubert@cozen.com; rconroy@stoneconroy.com; scoyle@cantorcolburn.com; ngeiger@cantorcolburn.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; gene.kang@rivkin.com; ANero@perkinscoie.com; MStubbings@perkinscoie.com; sbloodworth@perkinscoie.com; rswartz@perkinscoie.com; jrichter@midlige-richter.com; mnutter@mcguirewoods.com; tmyer@kratzandbarry.com; mhogan@kratzandbarry.com; tkratz@kratzandbarry.com; gbarry@kratzandbarry.com; jrichter@midlige-richter.com; kmusgrove@geminilaw.com; cchang@geminilaw.com; jeffrey.cohen@flastergreenberg.com; srollo@hahnlaw.com; sfeldman@hahnlaw.com; eabraham@hillwallack.com; wmurtha@hillwallack.com; kbutler@hillwallack.com; shashank@ipfdalaw.com; yixin@ipfdalaw.com; brent@ipfdalaw.com; jrichter@midlige-richter.com; kmathas@winston.com; kjboyle@winston.com; cfundakwski@winston.com; lrennecker@winston.com; mflax@carellabyrne.com; External-Stephen Auten (taftlaw.com) <sauten@taftlaw.com>; ajohnson@taftlaw.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; slockner@carlsoncaspers.com; jbilek@carlsoncaspers.com; jleddy@nutter.com; mmiller@nutter.com; jaharris@nutter.com; zhibin.li@lockelord.com; mgaertner@lockelord.com; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; hannah.thomas@lockelord.com
**Cc:** ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Subject:** RE: Activity in Case 2:24-cv-07811-BRM-CLW AMERICAN REGENT, INC. v. XIROMED, LLC et al Order

> **EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Counsel,

I attach the Zoom conference information for the September 9, 2024, 11:00 AM conference before Judge Waldor. Have a good weekend.

Kind regards,

Charles

**CHARLES H. CHEVALIER** | Director
Intellectual Property Group
**t:** 973-596-4611 | **c:** 201-259-6938 | **f:** 973-639-6263
cchevalier@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

gibbonslaw.com | gibbonslawalert.com

---

**From:** Chevalier, Charles H.
**Sent:** Thursday, September 5, 2024 10:02 PM
**To:** 'kcramer@beneschlaw.com' <kcramer@beneschlaw.com>; 'ntorrice@beneschlaw.com' <ntorrice@beneschlaw.com>; 'mweinstein@beneschlaw.com' <mweinstein@beneschlaw.com>; 'mmehta@beneschlaw.com' <mmehta@beneschlaw.com>; 'sruggio@beneschlaw.com' <sruggio@beneschlaw.com>; 'wcoblentz@cozen.com' <wcoblentz@cozen.com>; 'alukas@cozen.com' <alukas@cozen.com>; 'kekiner@cozen.com' <kekiner@cozen.com>; 'kshaubert@cozen.com' <kshaubert@cozen.com>; 'rconroy@stoneconroy.com' <rconroy@stoneconroy.com>; 'scoyle@cantorcolburn.com' <scoyle@cantorcolburn.com>; 'ngeiger@cantorcolburn.com' <ngeiger@cantorcolburn.com>; 'gregory.miller@rivkin.com' <gregory.miller@rivkin.com>; 'marcus.tubin@rivkin.com' <marcus.tubin@rivkin.com>; 'timothy.gonzalez@rivkin.com' <timothy.gonzalez@rivkin.com>; 'gene.kang@rivkin.com' <gene.kang@rivkin.com>; 'ANero@perkinscoie.com' <ANero@perkinscoie.com>; 'MStubbings@perkinscoie.com' <MStubbings@perkinscoie.com>; 'sbloodworth@perkinscoie.com' <sbloodworth@perkinscoie.com>; 'rswartz@perkinscoie.com' <rswartz@perkinscoie.com>; 'jrichter@midlige-richter.com' <jrichter@midlige-richter.com>; 'mnutter@mcguirewoods.com' <mnutter@mcguirewoods.com>; 'tmyer@kratzandbarry.com' <tmyer@kratzandbarry.com>; 'mhogan@kratzandbarry.com' <mhogan@kratzandbarry.com>; 'tkratz@kratzandbarry.com' <tkratz@kratzandbarry.com>; 'gbarry@kratzandbarry.com' <gbarry@kratzandbarry.com>; 'jrichter@midlige-richter.com' <jrichter@midlige-richter.com>; 'kmusgrove@geminilaw.com' <kmusgrove@geminilaw.com>; 'cchang@geminilaw.com' <cchang@geminilaw.com>; 'jeffrey.cohen@flastergreenberg.com' <jeffrey.cohen@flastergreenberg.com>; 'srollo@hahnlaw.com' <srollo@hahnlaw.com>; 'sfeldman@hahnlaw.com' <sfeldman@hahnlaw.com>; 'eabraham@hillwallack.com' <eabraham@hillwallack.com>; 'wmurtha@hillwallack.com' <wmurtha@hillwallack.com>; 'kbutler@hillwallack.com' <kbutler@hillwallack.com>; 'shashank@ipfdalaw.com' <shashank@ipfdalaw.com>; 'yixin@ipfdalaw.com' <yixin@ipfdalaw.com>; 'brent@ipfdalaw.com' <brent@ipfdalaw.com>; 'jrichter@midlige-richter.com' <jrichter@midlige-richter.com>; 'kmathas@winston.com' <kmathas@winston.com>; 'kjboyle@winston.com' <kjboyle@winston.com>; 'cfundakwski@winston.com' <cfundakwski@winston.com>; 'lrennecker@winston.com' <lrennecker@winston.com>; 'mflax@carellabyrne.com' <mflax@carellabyrne.com>; 'sauten@taftlaw.com' <sauten@taftlaw.com>; 'ajohnson@taftlaw.com' <ajohnson@taftlaw.com>; 'gregory.miller@rivkin.com' <gregory.miller@rivkin.com>; 'marcus.tubin@rivkin.com' <marcus.tubin@rivkin.com>; 'timothy.gonzalez@rivkin.com' <timothy.gonzalez@rivkin.com>; 'slockner@carlsoncaspers.com' <slockner@carlsoncaspers.com>; 'jbilek@carlsoncaspers.com' <jbilek@carlsoncaspers.com>; 'jleddy@nutter.com' <jleddy@nutter.com>; 'mmiller@nutter.com' <mmiller@nutter.com>; 'jaharris@nutter.com' <jaharris@nutter.com>; 'zhibin.li@lockelord.com' <zhibin.li@lockelord.com>; 'mgaertner@lockelord.com' <mgaertner@lockelord.com>; 'dabramowitz@lockelord.com' <dabramowitz@lockelord.com>; 'leah.brackensick@lockelord.com' <leah.brackensick@lockelord.com>; 'hannah.thomas@lockelord.com' <hannah.thomas@lockelord.com>
**Cc:** 'ARI-Se Acid' <ARI-SeAcid@sternekessler.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Subject:** RE: Activity in Case 2:24-cv-07811-BRM-CLW AMERICAN REGENT, INC. v. XIROMED, LLC et al Order

Counsel,

It has been brought to my attention that I inadvertently left off a piece of important information to my email below. The Zoom conference on Monday, September 9, 2024 is set for 11:00 am. Here is the Text Order:

**TEXT ORDER: The Court will conduct a Zoom conference on 9/9/24 at 11:00 a.m. Connection information will be distributed on the day of the conference. The telephone conference scheduled for 12/3/24 is CANCELLED. So Ordered by Magistrate Judge Cathy L. Waldor on 8/14/24. (tjd)**

Kind regards,

Charles

**CHARLES H. CHEVALIER** | Director
Intellectual Property Group
**t:** 973-596-4611 | **c:** 201-259-6938 | **f:** 973-639-6263
cchevalier@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map



gibbonslaw.com | gibbonslawalert.com

---

**From:** Chevalier, Charles H.
**Sent:** Thursday, September 5, 2024 6:49 PM
**To:** kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; wcoblentz@cozen.com; alukas@cozen.com; kekiner@cozen.com; kshaubert@cozen.com; rconroy@stoneconroy.com; scoyle@cantorcolburn.com; ngeiger@cantorcolburn.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; gene.kang@rivkin.com; ANero@perkinscoie.com; MStubbings@perkinscoie.com; sbloodworth@perkinscoie.com; rswartz@perkinscoie.com; jrichter@midlige-richter.com; mnutter@mcguirewoods.com; tmyer@kratzandbarry.com; mhogan@kratzandbarry.com; tkratz@kratzandbarry.com; gbarry@kratzandbarry.com; jrichter@midlige-richter.com; kmusgrove@geminilaw.com; cchang@geminilaw.com; jeffrey.cohen@flastergreenberg.com; srollo@hahnlaw.com; sfeldman@hahnlaw.com; eabraham@hillwallack.com; wmurtha@hillwallack.com; kbutler@hillwallack.com; shashank@ipfdalaw.com; yixin@ipfdalaw.com; brent@ipfdalaw.com; jrichter@midlige-richter.com; kmathas@winston.com; kjboyle@winston.com; cfundakwski@winston.com; lrennecker@winston.com; mflax@carellabyrne.com; sauten@taftlaw.com; ajohnson@taftlaw.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; slockner@carlsoncaspers.com; jbilek@carlsoncaspers.com; jleddy@nutter.com; mmiller@nutter.com; jaharris@nutter.com; zhibin.li@lockelord.com; mgaertner@lockelord.com; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; hannah.thomas@lockelord.com
**Cc:** ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Subject:** FW: Activity in Case 2:24-cv-07811-BRM-CLW AMERICAN REGENT, INC. v. XIROMED, LLC et al Order

Counsel,

As directed by the Court in the Text Order below and attached, we are providing you notice that all counsel in all of the matters referenced in the letter submitted yesterday should attend the 9/9/24 Zoom conference with the Court. We will

provide the Zoom connection information when it becomes available. Have a good evening.

Kind regards,

Charles

**CHARLES H. CHEVALIER** | Director
Intellectual Property Group
**t:** 973-596-4611 | **c:** 201-259-6938 | **f:** 973-639-6263
cchevalier@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map



gibbonslaw.com | gibbonslawalert.com

**From:** njdefiling@njd.uscourts.gov <njdefiling@njd.uscourts.gov>
**Sent:** Thursday, September 5, 2024 4:18 PM
**To:** njdefiling@njd.uscourts.gov
**Subject:** Activity in Case 2:24-cv-07811-BRM-CLW AMERICAN REGENT, INC. v. XIROMED, LLC et al Order

> **External Email:** Use caution with links and attachments.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 9/5/2024 at 4:17 PM EDT and filed on 9/5/2024
**Case Name:**         AMERICAN REGENT, INC. v. XIROMED, LLC et al
**Case Number:**       2:24-cv-07811-BRM-CLW
**Filer:**
**Document Number:** 22(No document attached)

**Docket Text:**
**TEXT ORDER: The Court has reviewed Plaintiff's 9/4/24 letter. After careful consideration, the Court finds that defense counsel in all of the matters discussed therein should attend the 9/9/24 Zoom conference. Plaintiff's counsel shall provide defense counsel with notice of this order and, when it becomes available, notice of**

**the Zoom connection information. So Ordered by Magistrate Judge Cathy L. Waldor on 9/5/24. (tjd)**

**2:24-cv-07811-BRM-CLW Notice has been electronically mailed to:**

CHARLES H. CHEVALIER     cchevalier@gibbonslaw.com

CHRISTINE A. GADDIS     cgaddis@gibbonslaw.com

DENNIES VARUGHESE     dvarughese@sternekessler.com, rmoore@sternekessler.com

JOHN C. LEDDY     JLeddy@nutter.com

**2:24-cv-07811-BRM-CLW Notice has been sent by regular U.S. Mail:**

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.

This transmission, and any attached files, may contain information from the law firm of Cantor Colburn LLP which is confidential and/or legally privileged. Such information is intended only for the use of the individual or entity to whom this transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmitted information is strictly prohibited, that copies of this transmission and any attached files should be deleted from your disk directories immediately, and that any printed copies of this transmission or attached files should be returned to this firm. If you have received this transmission in error, please notify us by telephone or e-mail immediately, and we will arrange for the return to Cantor Colburn LLP of any printed copies.

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.