## Proposed Schedule for ARI Selenious Acid

| Event | Plaintiff's Proposed Deadline | Defendants' Proposed Deadline |
|---|---|---|
| Deadline for each Defendant Group to indicate whether they will agree not to launch until a District Court Decision | November 1, 2024 | |
| Parties to Submit a Joint Letter regarding the need for Preliminary Injunction Briefing | November 8, 2024 | |
| Deadline for Plaintiff to file amended Complaint to assert newly issued patent | November 11, 2024 or 5 days after patent issuance, whichever is later | |
| Defendants' Invalidity Contentions regarding the '565 patent L.Pat. R. 3.6(c), 3.3 L.Pat. R. 3.6(d), 3.4 (b,c) | November 14, 2024 | December 12, 2024 or 30 days after the issuance of ARI's new patent, whichever is later |
| Defendants' Non-Infringement Contentions | November 14, 2024 | December 12, 2024 or 30 days after the issuance of ARI's new patent, whichever is later |

| | | |
|---|---|---|
| regarding the '565 patent<br><br>L. Pat. R. 3.6(e) | | |
| Disclosure of Asserted Claims regarding the newly issued patent | November 14, 2024 or 7 days after patent issuance, whichever is later | |
| Status Conference regarding Preliminary Injunction Briefing | November 19, 2024 (Subject to Court's Availability) | |
| Plaintiffs' Infringement Contentions regarding the '565 patent<br>L. Pat. R. 3.6(g), 3.1<br>L. Pat. R. 3.6(h), 3.2 | December 12, 2024 | January 10, 2025 or 60 days after the issuance of ARI's new patent, whichever is later |
| Plaintiffs' Responses to Invalidity Contentions regarding the '565 patent<br><br>L. Pat. R. 3.6(i), 3.4A | December 12, 2024 | January 10, 2025 or 60 days after the issuance of ARI's new patent, whichever is later |
| Defendants' Invalidity Contentions regarding the | December 12, 2024 or 30 days after patent issuance, whichever is later | December 12, 2024 or 30 days after patent issuance, whichever is later |

| | | |
|---|---|---|
| newly issued patent<br><br>L.Pat. R. 3.6(c), 3.3<br><br>L.Pat. R. 3.6(d), 3.4 (b,c) | | |
| Defendants' Non-Infringement Contentions regarding the newly issued patent<br><br>L. Pat. R. 3.6(e) | December 12, 2024 or 30 days after patent issuance, whichever is later | December 12, 2024 or 30 days after patent issuance, whichever is later |
| Status Conference | TBD (Subject to Court's Availability) | TBD (Subject to Court's Availability) |
| Plaintiffs' Infringement Contentions regarding the newly issued patent<br>L. Pat. R. 3.6(g), 3.1<br>L. Pat. R. 3.6(h), 3.2 | January 10, 2025 or 60 days after patent issuance, whichever is later | January 10, 2025 or 60 days after patent issuance, whichever is later |
| Plaintiffs' Responses to Invalidity Contentions regarding the newly issued patent<br>L. Pat. R. 3.6(i), 3.4A | January 10, 2025 or 60 days after patent issuance, whichever is later | January 10, 2025 or 60 days after patent issuance, whichever is later |

| | | |
|---|---|---|
| Exchange of Proposed Terms for Construction<br><br>L. Pat. R. 4.1 (a, b) | January 16, 2025 | January 16, 2025 |
| Exchange of Preliminary Proposed Claim Constructions and Identification of All Supporting Intrinsic Evidence and Designation of Supporting Extrinsic Evidence<br><br>L.Pat. R. 4.2 (a, b) | January 23, 2025 | January 23, 2025 |
| Exchange and Identification of All Rebuttal Intrinsic and Extrinsic Evidence<br><br>L.Pat. R. 4.2 (c, d) | January 27, 2025 | January 27, 2025 |
| File Joint Claim Construction and Prehearing Statement<br><br>L.Pat. R. 4.3 | January 30, 2025 | January 30, 2025 |
| Completion of Claim Construction Discovery | February 7, 2025 | February 7, 2025 |

| | | |
|---|---|---|
| L. Pat. R. 4.4 | | |
| Opening Claim Construction Briefs<br><br>L.Pat. R. 4.5(a) | February 14, 2025 | February 21, 2025 |
| Completion of Expert Discovery Relating to Claim Construction<br><br>L. Pat. R. 4.5(b) | February 28, 2025 | March 7, 2025 |
| Responding Claim Construction Briefs<br><br>L. Pat. R. 4.5(c) | March 5, 2025 | March 24, 2025 |
| Submit Proposed Schedule for Claim Construction Hearing<br><br>L. Pat. R. 4.6 | March 7, 2025 | April 7, 2025 |
| Status Conference | TBD (Subject to Court's Availability) | TBD (Subject to Court's Availability) |
| Deadline for Amending Pleadings or Joining Parties | March 7, 2025 | June 13, 2025 |
| Substantial Completion of Document Production | March 18, 2025 | May 23, 2025 |

| | | |
|---|---|---|
| Close of Fact Discovery | April 18, 2025 | July 14, 2025 |
| Markman Hearing | TBD | TBD |
| Exchange of Opening Expert Reports on Issues for Which the Party Bears the Burden of Proof (including Plaintiffs' Expert Reports on Secondary Considerations of Non-Obviousness) | May 2, 2025 | August 28, 2025 |
| Exchange of Rebuttal Expert Reports | May 23, 2025 | September 29, 2025 |
| Exchange of Reply Expert Reports | June 6, 2025 | October 29, 2025 |
| Status Conference | TBD (Subject to Court's Availability) | TBD (Subject to Court's Availability) |
| Close of Expert Discovery | June 27, 2025 | December 5, 2025 |
| Dispositive Motions | TBD | TBD |

| | | |
|---|---|---|
| Submission of the Parties' Joint Pretrial Order | July 9, 2025 | January 8, 2026 |
| Pretrial Conference | Week of July 21, 2025 (Subject to Court's availability) | January 29, 2026 |
| Trial | Week of September 2, 2025 (Subject to Court's availability) | February 2, 2026 |