# Exhibit D

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/672,876 | 05/23/2024 | Gopal Anyarambhatla | 1848-32US TRK 1 CON DIV 1 | 7895 |

| 109802        7590        10/09/2024 | EXAMINER |
|---|---|
| Sorell, Lenna & Schmidt, LLP<br>135 ENGINEERS ROAD<br>SUITE 110<br>Hauppauge, NY 11788 | SOROUSH, ALI |
| | ART UNIT / PAPER NUMBER |
| | 1614 |
| | NOTIFICATION DATE / DELIVERY MODE |
| | 10/09/2024          ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ctrentacoste@slsllp.com
mtorres@slsllp.com
wschmidt@slsllp.com

PTOL-90A (Rev. 04/07)

| **Corrected**<br>*Notice of Allowability* | Application No.<br>18/672,876 | Applicant(s)<br>Anyarambhatla et al. |  |
|---|---|---|---|
|  | Examiner<br>ALI SOROUSH | Art Unit<br>1617 | AIA (FITF) Status<br>Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to filing on 05/03/2024.
   - ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 56,63-70 and 74-94. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All    b) ☐ Some*    c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   \* Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   - ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 10012024.
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____.
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____.
5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/ALI SOROUSH/
Primary Examiner, Art Unit 1617

Application/Control Number: 18/672,876 Page 2
Art Unit: 1617

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Claim Status*

Claims 56, 63-70, and 74-94 are pending.

Claims 1-55, 57-62, 71, and 73 were cancelled by a preliminary amendment filed on 05/23/2024.

Claims 56, 63-70, 74 and 75 are currently amended by a preliminary amendment filed on 05/23/2024.

Claims 76-94 are newly added by a preliminary amendment filed on 05/03/2024.

Claims 56, 63-70, and 74-94 have been examined.

Claims 56, 63-70, and 74-94 are allowed.

### *Priority*

Priority to DIV 18/124391 filed on 03/21/2023, which claims priority to CON 17/365,695 filed on 07/01/2012, which claims priority to application 63/047,708 filed on 07/02/2020.

### *Information Disclosure Statement*

The information disclosure statement (IDS) submitted on 10/01/2024 is in compliance with the provisions of 37 CFR 1.97. Accordingly, the information disclosure statement has been considered by the examiner.

Application/Control Number: 18/672,876 Page 3
Art Unit: 1617

### *Reasons for Allowance*

The following is an examiner's statement of reasons for allowance: the prior art lacks a teaching or suggestion of a composition comprising selenium and fluoride or iodine in an amount of 0.0001-2.7µg and 0.0001 to 0.2µg, respectively. The prior art teaches composition comprising selenium. The prior art also teaches composition comprising fluoride and/or iodone. However, the prior art does not teach or suggest a composition having fluoride and/or iodine in an amount of 0.0001-2.7µg and 0.0001 to 0.2µg, respectively. Therefore, claims 56, 63-70, and 74-94 are allowed.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to ALI SOROUSH whose telephone number is (571)272-9925. The examiner can normally be reached M-F 9:30am-6pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

Application/Control Number: 18/672,876 Page 4
Art Unit: 1617

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Johann R Richter can be reached on (571) 272-0646. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/ALI SOROUSH/
Primary Examiner, Art Unit 1617