# Exhibit E

| | |
|---|---|
| **From:** | Ryan Conkin |
| **To:** | Schaubert, Keri; ARI-Se Acid; Chevalier, Charles H.; Gaddis, Christine A. |
| **Cc:** | kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; Coblentz, W. Blake; Lukas, Aaron; Ekiner, Kaan; rconroy@stoneconroy.com; scoyle@cantorcolburn.com; ngeiger@cantorcolburn.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; gene.kang@rivkin.com; ANero@perkinscoie.com; jrichter@midlige-richter.com; mnutter@mcguirewoods.com; kcanfield@pergamentcepeda.com; epergament@pergamentcepeda.com; MStubbings@perkinscoie.com; cdjones@perkinscoie.com; rswartz@perkinescoie.com; tmyer@kratzandbarry.com; mhogan@kratzandbarry.com; tkratz@kratzandbarry.com; gbarry@kratzandbarry.com; kmusgrove@geminilaw.com; cchang@geminilaw.com; jeffrey.cohen@flastergreenberg.com; srollo@hahnlaw.com; sfeldman@hahnlaw.com; eabraham@hillwallack.com; wmurtha@hillwallack.com; kbutler@hillwallack.com; shashank@ipfdalaw.com; yixin@ipfdalaw.com; brent@ipfdalaw.com; kmathas@winston.com; kjboyle@winston.com; cfundakowski@winston.com; lrennecker@winston.com; IP[SLockner@carlsoncaspers.com]; jbilek@carlsoncaspers.com; ekim@carlsoncaspers.com; jleddy@nutter.com; mmiller@nutter.com; jaharris@nutter.com; zhibin.li@lockelord.com; IP[mgaertner@lockelord.com]; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; hannah.thomas@lockelord.com; Dmitry Shelhoff |
| **Subject:** | RE: DNJ - American Regent Selenius Acid Matters -- Joint Dispute Letter |
| **Date:** | Friday, October 11, 2024 11:21:49 AM |
| **Attachments:** | image001.png<br>image003.png<br>Notice of Allowance US Appl 18672876.PDF |

Keri—

ARI is amenable to serving its disclosure of asserted claims on October 14 and its initial disclosures on October 18.

Additionally, as you may know, the USPTO recently issued the attached notice of allowance for ARI's U.S. Patent Application No. 18/672,876. ARI intends to list this new patent in FDA's orange book for its Selenious Acid products shortly after issuance. Please let us know if Defendants will consent to ARI amending its Complaints to assert the new patent in these actions. We will follow-up with a revised version of the proposed schedule to accommodate the additional patent.

Best,
Ryan

**Ryan Elizabeth Conkin**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
Email: rconkin@sternekessler.com
Direct: 202.772.8663   Main: 202.371.2600

---

**From:** Schaubert, Keri <KSchaubert@cozen.com>
**Sent:** Thursday, October 10, 2024 1:09 PM
**To:** Ryan Conkin <RConkin@sternekessler.com>; ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Chevalier, Charles H. <CChevalier@gibbonslaw.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Cc:** kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; Coblentz, W. Blake <WCoblentz@cozen.com>; Lukas, Aaron <ALukas@cozen.com>; Ekiner, Kaan <KEkiner@cozen.com>; rconroy@stoneconroy.com; scoyle@cantorcolburn.com; ngeiger@cantorcolburn.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; gene.kang@rivkin.com; ANero@perkinscoie.com; jrichter@midlige-richter.com; mnutter@mcguirewoods.com; kcanfield@pergamentcepeda.com; epergament@pergamentcepeda.com; MStubbings@perkinscoie.com; cdjones@perkinscoie.com; rswartz@perkinescoie.com; tmyer@kratzandbarry.com; mhogan@kratzandbarry.com; tkratz@kratzandbarry.com; gbarry@kratzandbarry.com; kmusgrove@geminilaw.com; cchang@geminilaw.com; jeffrey.cohen@flastergreenberg.com;

srollo@hahnlaw.com; sfeldman@hahnlaw.com; eabraham@hillwallack.com; wmurtha@hillwallack.com; kbutler@hillwallack.com; shashank@ipfdalaw.com; yixin@ipfdalaw.com; brent@ipfdalaw.com; kmathas@winston.com; kjboyle@winston.com; cfundakowski@winston.com; lrennecker@winston.com; IP[SLockner@carlsoncaspers.com] <SLockner@carlsoncaspers.com>; jbilek@carlsoncaspers.com; ekim@carlsoncaspers.com; jleddy@nutter.com; mmiller@nutter.com; jaharris@nutter.com; zhibin.li@lockelord.com; IP[mgaertner@lockelord.com] <mgaertner@lockelord.com>; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; hannah.thomas@lockelord.com; Dmitry Shelhoff <dshelhoff@pergamentcepeda.com>
**Subject:** Re: DNJ - American Regent Selenius Acid Matters -- Joint Dispute Letter

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Ryan,

Thank you for providing a word copy of Ex. C.

Regarding initial disclosures and disclosure of asserted claims, we agree that ARI should disclose the asserted claims of the patents-in-suit on October 14. However, defendants do not agree to serve initial disclosures on that date. Rather, defendants propose that the parties exchange initial disclosures on October 18. Please confirm that those dates are amenable to ARI.

Best,
Keri

---

**From:** Ryan Conkin <RConkin@sternekessler.com>
**Sent:** Wednesday, October 9, 2024 4:04 PM
**To:** Schaubert, Keri <KSchaubert@cozen.com>; ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Chevalier, Charles H. <CChevalier@gibbonslaw.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Cc:** kcramer@beneschlaw.com <kcramer@beneschlaw.com>; ntorrice@beneschlaw.com <ntorrice@beneschlaw.com>; mweinstein@beneschlaw.com <mweinstein@beneschlaw.com>; mmehta@beneschlaw.com <mmehta@beneschlaw.com>; sruggio@beneschlaw.com <sruggio@beneschlaw.com>; Coblentz, W. Blake <WCoblentz@cozen.com>; Lukas, Aaron <ALukas@cozen.com>; Ekiner, Kaan <KEkiner@cozen.com>; rconroy@stoneconroy.com <rconroy@stoneconroy.com>; scoyle@cantorcolburn.com <scoyle@cantorcolburn.com>; ngeiger@cantorcolburn.com <ngeiger@cantorcolburn.com>; gregory.miller@rivkin.com <gregory.miller@rivkin.com>; marcus.tubin@rivkin.com <marcus.tubin@rivkin.com>; timothy.gonzalez@rivkin.com <timothy.gonzalez@rivkin.com>; gene.kang@rivkin.com <gene.kang@rivkin.com>; ANero@perkinscoie.com <ANero@perkinscoie.com>; jrichter@midlige-richter.com <jrichter@midlige-richter.com>; mnutter@mcguirewoods.com <mnutter@mcguirewoods.com>; kcanfield@pergamentcepeda.com <kcanfield@pergamentcepeda.com>; epergament@pergamentcepeda.com <epergament@pergamentcepeda.com>; MStubbings@perkinscoie.com <MStubbings@perkinscoie.com>; cdjones@perkinscoie.com <cdjones@perkinscoie.com>; rswartz@perkinescoie.com <rswartz@perkinescoie.com>; tmyer@kratzandbarry.com <tmyer@kratzandbarry.com>; mhogan@kratzandbarry.com <mhogan@kratzandbarry.com>;

tkratz@kratzandbarry.com <tkratz@kratzandbarry.com>; gbarry@kratzandbarry.com <gbarry@kratzandbarry.com>; jrichter@midlige-richter.com <jrichter@midlige-richter.com>; kmusgrove@geminilaw.com <kmusgrove@geminilaw.com>; cchang@geminilaw.com <cchang@geminilaw.com>; jeffrey.cohen@flastergreenberg.com <jeffrey.cohen@flastergreenberg.com>; srollo@hahnlaw.com <srollo@hahnlaw.com>; sfeldman@hahnlaw.com <sfeldman@hahnlaw.com>; eabraham@hillwallack.com <eabraham@hillwallack.com>; wmurtha@hillwallack.com <wmurtha@hillwallack.com>; kbutler@hillwallack.com <kbutler@hillwallack.com>; shashank@ipfdalaw.com <shashank@ipfdalaw.com>; yixin@ipfdalaw.com <yixin@ipfdalaw.com>; brent@ipfdalaw.com <brent@ipfdalaw.com>; jrichter@midlige-richter.com <jrichter@midlige-richter.com>; kmathas@winston.com <kmathas@winston.com>; kjboyle@winston.com <kjboyle@winston.com>; cfundakowski@winston.com <cfundakowski@winston.com>; lrennecker@winston.com <lrennecker@winston.com>; gregory.miller@rivkin.com <gregory.miller@rivkin.com>; marcus.tubin@rivkin.com <marcus.tubin@rivkin.com>; timothy.gonzalez@rivkin.com <timothy.gonzalez@rivkin.com>; IP[SLockner@carlsoncaspers.com] <SLockner@carlsoncaspers.com>; jbilek@carlsoncaspers.com <jbilek@carlsoncaspers.com>; ekim@carlsoncaspers.com <ekim@carlsoncaspers.com>; jleddy@nutter.com <jleddy@nutter.com>; mmiller@nutter.com <mmiller@nutter.com>; jaharris@nutter.com <jaharris@nutter.com>; zhibin.li@lockelord.com <zhibin.li@lockelord.com>; IP[mgaertner@lockelord.com] <mgaertner@lockelord.com>; dabramowitz@lockelord.com <dabramowitz@lockelord.com>; leah.brackensick@lockelord.com <leah.brackensick@lockelord.com>; hannah.thomas@lockelord.com <hannah.thomas@lockelord.com>; Dmitry Shelhoff <dshelhoff@pergamentcepeda.com>
**Subject:** RE: DNJ - American Regent Selenius Acid Matters -- Joint Dispute Letter

**\*\*EXTERNAL SENDER\*\***

Keri—

A word copy of Ex. C is attached.

Relatedly, given that Defendants' initial proposed deadlines for initial disclosures and disclosure of asserted claims has passed and no Defendant served initial disclosures on October 1, ARI believes that it would be most efficient for the parties to proceed with initial disclosures and disclosure of asserted claims on October 14. Please confirm that Defendants will proceed with serving initial disclosures on October 14, regardless of whether or not a scheduling order has been entered by the Court. ARI will likewise be prepared to serve its initial disclosures and disclosure of asserted claims.

Best,
Ryan

**Ryan Elizabeth Conkin**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
Email: rconkin@sternekessler.com
**Direct:** 202.772.8663   **Main:** 202.371.2600

**From:** Schaubert, Keri <KSchaubert@cozen.com>
**Sent:** Wednesday, October 9, 2024 1:24 PM
**To:** Ryan Conkin <RConkin@sternekessler.com>; ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Chevalier, Charles H. <CChevalier@gibbonslaw.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Cc:** kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com; mmehta@beneschlaw.com; sruggio@beneschlaw.com; Coblentz, W. Blake <WCoblentz@cozen.com>; Lukas, Aaron <ALukas@cozen.com>; Ekiner, Kaan <KEkiner@cozen.com>; rconroy@stoneconroy.com; scoyle@cantorcolburn.com; ngeiger@cantorcolburn.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; gene.kang@rivkin.com; ANero@perkinscoie.com; jrichter@midlige-richter.com; mnutter@mcguirewoods.com; kcanfield@pergamentcepeda.com; epergament@pergamentcepeda.com; MStubbings@perkinscoie.com; cdjones@perkinscoie.com; rswartz@perkinescoie.com; tmyer@kratzandbarry.com; mhogan@kratzandbarry.com; tkratz@kratzandbarry.com; gbarry@kratzandbarry.com; jrichter@midlige-richter.com; kmusgrove@geminilaw.com; cchang@geminilaw.com; jeffrey.cohen@flastergreenberg.com; srollo@hahnlaw.com; sfeldman@hahnlaw.com; eabraham@hillwallack.com; wmurtha@hillwallack.com; kbutler@hillwallack.com; shashank@ipfdalaw.com; yixin@ipfdalaw.com; brent@ipfdalaw.com; jrichter@midlige-richter.com; kmathas@winston.com; kjboyle@winston.com; cfundakowski@winston.com; lrennecker@winston.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; IP[SLockner@carlsoncaspers.com] <SLockner@carlsoncaspers.com>; jbilek@carlsoncaspers.com; ekim@carlsoncaspers.com; jleddy@nutter.com; mmiller@nutter.com; jaharris@nutter.com; zhibin.li@lockelord.com; IP[mgaertner@lockelord.com] <mgaertner@lockelord.com>; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; hannah.thomas@lockelord.com; Dmitry Shelhoff <dshelhoff@pergamentcepeda.com>
**Subject:** RE: DNJ - American Regent Selenius Acid Matters -- Joint Dispute Letter

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Counsel,

Please provide us with a word copy of Ex. C (Parties' Proposed Schedule) as Defendants will likewise need to update their proposed schedule.

Regarding the Joint Dispute Letter, Defendants will provide their position as soon as possible.

Best,
Keri



**Keri L. Schaubert, Ph.D.**
**Member | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor | New York, NY 10007
P: 212-883-2258 F: 646-461-3331 C: 734-276-4959
Email | Bio | Map | cozen.com

**From:** Ryan Conkin <RConkin@sternekessler.com>
**Sent:** Tuesday, October 8, 2024 11:53 AM
**To:** kcramer@beneschlaw.com; ntorrice@beneschlaw.com; mweinstein@beneschlaw.com;

mmehta@beneschlaw.com; sruggio@beneschlaw.com; Coblentz, W. Blake <WCoblentz@cozen.com>; Lukas, Aaron <ALukas@cozen.com>; Ekiner, Kaan <KEkiner@cozen.com>; Schaubert, Keri <KSchaubert@cozen.com>; rconroy@stoneconroy.com; scoyle@cantorcolburn.com; ngeiger@cantorcolburn.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; gene.kang@rivkin.com; ANero@perkinscoie.com; jrichter@midlige-richter.com; mnutter@mcguirewoods.com; kcanfield@pergamentcepeda.com; epergament@pergamentcepeda.com; MStubbings@perkinscoie.com; cdjones@perkinscoie.com; rswartz@perkinescoie.com; tmyer@kratzandbarry.com; mhogan@kratzandbarry.com; tkratz@kratzandbarry.com; gbarry@kratzandbarry.com; jrichter@midlige-richter.com; kmusgrove@geminilaw.com; cchang@geminilaw.com; jeffrey.cohen@flastergreenberg.com; srollo@hahnlaw.com; sfeldman@hahnlaw.com; eabraham@hillwallack.com; wmurtha@hillwallack.com; kbutler@hillwallack.com; shashank@ipfdalaw.com; yixin@ipfdalaw.com; brent@ipfdalaw.com; jrichter@midlige-richter.com; kmathas@winston.com; kjboyle@winston.com; cfundakowski@winston.com; lrennecker@winston.com; gregory.miller@rivkin.com; marcus.tubin@rivkin.com; timothy.gonzalez@rivkin.com; IP[SLockner@carlsoncaspers.com] <SLockner@carlsoncaspers.com>; jbilek@carlsoncaspers.com; ekim@carlsoncaspers.com; jleddy@nutter.com; mmiller@nutter.com; jaharris@nutter.com; zhibin.li@lockelord.com; IP[mgaertner@lockelord.com] <mgaertner@lockelord.com>; dabramowitz@lockelord.com; leah.brackensick@lockelord.com; hannah.thomas@lockelord.com; Dmitry Shelhoff <dshelhoff@pergamentcepeda.com>
**Cc:** ARI-Se Acid <ARI-SeAcid@sternekessler.com>; Chevalier, Charles H. <CChevalier@gibbonslaw.com>; Gaddis, Christine A. <cgaddis@gibbonslaw.com>
**Subject:** DNJ - American Regent Selenius Acid Matters -- Joint Dispute Letter

**\*\*EXTERNAL SENDER\*\***

Counsel –

As discussed during the Sept. 26, 2024 meet and confer, the parties are at an impasse regarding the proposed schedule. Pursuant to Paragraph 7 of the Court's Civil Case Management Order, please see attached a draft of the joint letter seeking resolution of the parties' dispute, as well as Exhibits A-C cited in the attached. Please note that ARI has updated their proposed schedule to account for proposed deadlines that have since passed.

Please confirm that Defendants will provide their position for the joint letter no later than 5 pm ET this Friday (10/11) so that we may seek prompt resolution of the dispute.

Best,
Ryan



**Ryan Elizabeth Conkin**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
1101 K Street NW, 10th Floor, Washington, DC 20005

**Email:** rconkin@sternekessler.com
**Direct:** 202.772.8663  **Main:** 202.371.2600

*Notice: The information in this electronic transmission (including any attachments) may contain confidential or legally privileged information and is intended solely for the individual(s) or entity(ies) named above. If you are not an intended recipient or an authorized agent, you are hereby notified that reading, distributing, or otherwise disseminating or copying, or taking any action based on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please immediately notify the sender by return email and then destroy all copies of the transmission.*

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**