**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE SELENIUS ACID LITIGATION | Honorable Brian R. Martinotti, U.S.D.J.<br>**Civil Action No. 2:24-cv-7791(BRM) (CLW)**<br>**Consolidated**<br><br>*(Filed Electronically)*<br><br>**NOTICE OF APPEARANCE**<br>**OF STUART D. SENDER, ESQ. AS**<br>**COUNSEL FOR DEFENDANTS** |

**TO:    CLERK OF THE COURT and ALL PARTIES OF RECORD**

   **PLEASE TAKE NOTICE** that **STUART D. SENDER, ESQ.** is admitted or otherwise authorized to practice in this court, and has been designated as counsel for the **Defendants, Eugia Pharma Specialties, Ltd. and Eugia US, LLC** ("the Eugia Defendants"), in the above-entitled consolidated action, specifically in the action initiated by Plaintiff, American Regent, Inc., against the Eugia Defendants in Civil Action No. 2:24-cv-8956 (BRM)(CLW).  Please serve copies of all papers in this matter upon the undersigned counsel at the office and e-mail addresses listed below and cause any future Notices of Electronic Filing in the above matter to be sent through the CM/ECF System.

DATED:  November 7, 2024

*/s/ Stuart D. Sender*
 **Stuart D. Sender**

**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms
Madison, New Jersey 07640
Tel. (201) 966-3200 / Fax No. (973) 966-3250
*ssender@windelsmarx.com*
*Counsel for Defendants*,
*Eugia Pharma Specialties, Ltd. and*
*Eugia US, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that a true and accurate copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** on behalf of above-named **Defendants** was caused to be filed with the Court's electronic filing system, and served on counsel of record for Plaintiff via the Court's electronic filing system and electronic mail on the date set forth below.

DATED: November 7, 2024

*/s/ Stuart D. Sender*
**Stuart D. Sender**