

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

November 5, 2024

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:   *In re Selenius Acid Litigation,*
              **No. 2:24-cv-07791-BRM-CLW (Consolidated)**

Dear Judge Waldor:

    We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represent Plaintiff American Regent, Inc. ("ARI") in the above-referenced matter. We write to respectfully request an adjournment of the status conference scheduled for November 14, 2024 at 1:30 PM (ECF No. 29) in the above-referenced matter.

    ARI is seeking an adjournment of the conference due to ARI's lead counsel having an immovable conflict on that day. We have conferred with counsel for each of the defendants to obtain their consent to this request and their availability for an alternative date. After numerous correspondence and cooperation amongst the parties we have identified the morning of November 21 as alternative date and time that all parties are available for the status conference subject to the Court's availability. Should that date work for Your Honor we respectfully request that the conference be moved to a time the morning of November 21, 2024.

    We thank the Court for its time and assistance in this matter and look forward to seeing Your Honor at the conference.

                                          Respectfully submitted,

                                          s/ Charles H. Chevalier
                                          Charles H. Chevalier

cc: Counsel of record via ECF and e-mail