**KRATZ & BARRY LLP**
R Touhey Myer (NJ Bar ID 028912009)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*

Timothy H. Kratz *(Pro Hac Vice Anticipated)*
George J. Barry III *(Pro Hac Vice Anticipated)*
Michael P. Hogan *(Pro Hac Vice Anticipated)*
John Thallemer *(Pro Hac Vice Anticipated)*
**KRATZ & BARRY LLP**
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com
mhogan@kratzandbarry.com
jthallemer@kratzandbarry.com

*Attorneys for Defendants,*
*Gland Pharma Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | The Honorable Brian R. Martinotti, U.S.D.J. |
| | C.A. No. 2:24-cv-07791-BRM-CLW |
| | CONSOLIDATED |
| | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that undersigned counsel, R Touhey Myer, hereby enters his appearance of behalf of Defendant, Gland Pharma Ltd. (herein "Gland") in the above-captioned action. The Gland Defendant respectfully requests that any future Notice of Electronic Filing related to this case be forwarded to counsel at the e-mail address provided below.

Dated: November 8, 2024	Respectfully submitted,

**KRATZ & BARRY LLP**

*/s/ R Touhey Myer*
R Touhey Myer
(NJ Bar ID 028912009)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendant,*
*Gland Pharma Ltd.*