Dmitry V. Shelhoff
Kenneth S. Canfield
PERGAMENT & CEPEDA LLC
25A Hanover Road
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com

*Attorneys for Defendants Eugia Pharma Specialities Ltd.*
*and Eugia US LLC*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | C.A. No. 2:24-7791-BRM-CLW (consolidated) |

### NOTICE OF WITHDRAWAL OF APPEARANCES OF
### DMITRY V. SHELHOFF AND KENNETH S. CANFIELD

PLEASE TAKE NOTICE that Dmitry V. Shelhoff and Kenneth S. Canfield of Pergament & Cepeda LLC withdraw their appearance as counsel of record on behalf of Defendants Eugia Pharma Specialities Ltd. and Eugia US LLC (collectively, "Eugia") in the above-captioned matter (including member case C.A. No. 2:24-8956-BRM-CLW) and respectfully request the discontinuation of any future Notices of Electronic Filing related to this case to Dmitry Shelhoff (dshelhoff@pergamentcepeda.com), Kenneth Canfield (kcanfield@pergamentcepeda.com), and ecf@pergamentcepeda.com. Eugia will continue to be represented by all other counsel of record.

Dated: November 8, 2024

*/s/ Dmitry Shelhoff*
Dmitry V. Shelhoff
Kenneth S. Canfield
PERGAMENT & CEPEDA LLC
25A Hanover Road
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com

1

*Attorney for Defendants Eugia Pharma*
*Specialities Ltd. and Eugia US LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on November 8, 2024, the above NOTICE OF WITHDRAWAL OF APPEARANCES OF DMITRY V. SHELHOFF AND KENNETH S. CANFIELD was served on all parties who have made an appearance via ECF.

Dated: November 8, 2024

<u>/s/ Dmitry Shelhoff</u>
Dmitry V. Shelhoff
Kenneth S. Canfield
PERGAMENT & CEPEDA LLC
25A Hanover Road
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com

*Attorney for Defendants Eugia Pharma Specialities Ltd. and Eugia US LLC*

3