

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

November 12, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:   *In re Selenius Acid Litigation,*
               **No. 2:24-cv-07791-BRM-CLW (Consolidated)**

Dear Judge Martinotti:

      We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represent Plaintiff American Regent, Inc. in the above-referenced matter. With Flaster Greenberg P.C. and Hahn Loeser & Parks LLP, counsel for Defendant Long Grove Pharmaceuticals, LLC, we jointly submit the attached Stipulation and Order of Dismissal Without Prejudice for the Court's consideration. If Your Honor finds this document acceptable, the parties respectfully request that Your Honor execute the document and direct its entry on the docket.

      Should the Court require anything further, the parties will make themselves available at the Court's convenience. We thank the Court for its time and assistance in this matter.

      Respectfully submitted,

      s/ Charles H. Chevalier
      Charles H. Chevalier

cc: Counsel of record for Long Grove Pharmaceuticals, LLC via ECF and e-mail