Stuart D. Sender, Esq.
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms,
Madison, New Jersey 07940
Tel: (973) 966-3200
Fax: (973) 966-3250
*ssender@windelsmarx.com*
*Counsel for Defendants,*
*Eugia Pharma Specialties, Ltd. and*
*Eugia US, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Honorable Brian R. Martinotti, U.S.D.J.<br><br>**Civil Action No. 2:24-cv-7791 (BRM) (CLW)**<br>**Consolidated**<br><br>*(Document Electronically Filed)*<br><br>**APPLICATION BY CONSENT FOR**<br>***PRO HAC VICE* ADMISSION OF**<br>**JOSHUA I. MILLER, ESQ.** |

**TO:   ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that counsel for Defendants, Eugia Pharma Specialties, Ltd. and Eugia US, LLC (the Eugia Defendants"), submits this Application by Consent to the Honorable Brian R. Martinotti, U.S.D.J., for entry of an Order pursuant to Local Civil Rule 101.1(c) admitting Joshua I. Miller Esq. of the law firm of Windels Marx Lane & Mittendorf, LLP as counsel *pro hac vice* for the Eugia Defendants in the above-entitled consolidated action.

**PLEASE TAKE FURTHER NOTICE** that the Eugia Defendants shall rely upon the supporting Certification of Stuart D. Sender, Esq. and Certification of Joshua I. Miller, Esq. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that counsel for Plaintiff, American Regent, Inc., consents to this application.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

DATED:  November 13, 2024             /s/ Stuart D. Sender
                                      **Stuart D. Sender**

                                      **WINDELS MARX LANE & MITTENDORF, LLP**
                                      One Giralda Farms
                                      Madison, New Jersey 07640
                                      Tel. No.  (973) 966-3200
                                      Fax No.  (973) 966-3250
                                      *ssender@windelsmarx.com*
                                      *Counsel for Defendants,*
                                      *Eugia Pharma Specialties, Ltd. and*
                                      *Eugia US, LLC*