Stuart D. Sender
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms,
Madison, New Jersey 07940
Tel: (973) 966-3200
Fax: (973) 966-3250
ssender@windelsmarx.com

*Counsel for Defendants,*
*Eugia Pharma Specialties, Ltd. and*
*Eugia US, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Honorable Brian R. Martinotti, U.S.D.J.<br><br>**Civil Action No. 2:24-cv-7791 (BRM) (CLW)**<br>**Consolidated**<br><br>*(Document Electronically Filed)*<br><br>**CERTIFICATION OF**<br>**STUART D. SENDER, ESQ.**<br>**IN SUPPORT OF APPLICATION FOR**<br>***PRO HAC VICE* ADMISSION**<br>**OF JOSHUA I. MILLER, ESQ.** |

I, **STUART D. SENDER**, of full age, hereby certifies as follows:

1. I am a member of the law firm of Windels Marx Lane & Mittendorf, LLP, attorneys for Defendants, Eugia Pharma Specialties Ltd. and Eugia US LLC (the "Eugia Defendants"), in the above-entitled consolidated action, specifically in the action initiated by Plaintiff, American Regent, Inc., against the Eugia Defendants in Civil Action No. 2:24-cv-8956 (BRM)(CLW). I submit this Certification in support of the Eugia Defendants' application for the *pro hac vice* admission of Joshua I. Miller, Esq. of our firm for the purposes of appearing and participating in this matter on behalf of the Eugia Defendants pursuant to Local Civil Rule 101.1(c). I am fully familiar with the facts set forth in this certification.

2. I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey. I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

3. The Eugia Defendants have requested that Joshua I. Miller, Esq. be admitted as *pro hac vice* counsel in this action for the purposes of appearing and participating on their behalf.

4. We have been informed by Charles H. Chevalier, Esq. of the law firm of Gibbons P.C., counsel for Plaintiff, American Regent, Inc., that he does not have any objection to the *pro hac vice* admission of Joshua I. Miller, Esq. in this matter.

5. If the Court grants this application, I or another member of Windels Marx Lane & Mittendorf, LLP, who is a member in good standing of the Bars of the State of New Jersey and the United States District Court for the District of New Jersey, will continue to serve as counsel of record in this action, will review and sign all pleadings, briefs, stipulations and other papers filed with the Court in this matter on behalf of the Eugia Defendants, and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court.

6. Furthermore, I understand that I shall be held responsible for the conduct of this action, as well as for the conduct of Joshua I. Miller, Esq., and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

7. For the foregoing reasons, it is respectfully requested that the Court grant the application of the Eugia Defendants to have Joshua I. Miller, Esq. admitted *pro hac vice* to appear and participate on behalf of the Eugia Defendants in this matter pursuant to Local Civil Rule 101.1(c).

I certify under penalty of perjury that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


DATED:  November 13, 2024                         */s/ Stuart D. Sender*
                                                  **Stuart D. Sender**