Stuart D. Sender
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms,
Madison, New Jersey 07940
Tel: (973) 966-3200
Fax: (973) 966-3250
*ssender@windelsmarx.com*
*Counsel for Defendants,*
*Eugia Pharma Specialties, Ltd. and*
*Eugia US, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Honorable Brian R. Martinotti, U.S.D.J. |
|  | **Civil Action No. 2:24-cv-7791 (BRM) (CLW) Consolidated** |
|  | *(Document Electronically Filed)* |
|  | **CERTIFICATION OF JOSHUA I. MILLER, ESQ. IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

I, **Joshua I. Miller**, of full age, hereby certifies as follows:

1.   I am an attorney with the law firm of Windels Marx Lane & Mittendorf, LLP, One Giralda Farms, Madison, New Jersey 07940, attorneys for Defendants, Eugia Pharma Specialties Ltd. and Eugia US LLC (the "Eugia Defendants"), in the above-entitled consolidated action, specifically in the action initiated by Plaintiff, American Regent, Inc., against the Eugia Defendants in Civil Action No. 2:24-cv-8956 (BRM)(CLW).  I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Certification in support of Eugia Defendant's application for my *pro hac vice* admission for the purposes of appearing and participating in this matter on behalf of the Defendant pursuant to Local Civil Rule 101.1(c).

2.     Below is a true and correct table identifying each bar and court in which I am a member in good standing, the year of my admission and the address of the official or office maintaining the roll of its members:

| Bar / Court | Year of Admission | Address of the Official or Office Maintaining the Roll of Members |
|---|---|---|
| District of Columbia | 2015 | 901 4th Street NW Washington, DC 20001 |
| U.S. Court of Appeals for the Federal Circuit | 2015 | 717 Madison Place, NW, #218 Washington, D.C. 20439 |
| District of Columbia Court of Appeals | 2015 | 430 E. Street NW Washington, DC 2001 |
| Supreme Court of the United States | 2015 | 1 First Street NE Washington, DC 20543 |
| U.S. Court of Federal Claims | 2020 | 717 Madison Place, NW Washington, D.C. 20439 |
| Supreme Court of Pennsylvania | 2010 | Pennsylvania Judicial Center 601 Commonwealth Ave., Suite 4500 Harrisburg, PA 17106 |
| U.S. District Court for the Western District of Pennsylvania | 2012 | Joseph F. Weis, Jr. U.S. Courthouse 700 Grant Street Pittsburgh, PA 15219 |

3.     No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.  I understand my continuing obligation to advise the Court immediately of any disciplinary proceeding that may be instituted against me.

4.     I am ineligible for plenary admission to the bar of this Court under Local Civil Rule 101.1(b).

5.     The issues raised in this litigation involve areas with which I have experience in the law.  Therefore, I have been requested to represent the Eugia Defendants with respect to the claims asserted in this action.

6. I further certify that I am generally familiar with the Court's Local Rules.  Pursuant to the Rules of this Court, all pleadings, briefs, stipulations and other papers filed on behalf of the Eugia Defendants in this action will be reviewed and signed by Stuart D. Sender, Esq. or another authorized attorney with the firm of Windels Marx Lane & Mittendorf, LLP, who is a member in good standing of the Bars of the State of New Jersey and the United States District Court for the District of New Jersey, and will be present for all appearances before this Court.

7. I agree to strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trial or any other proceedings.  I further agree to submit to the disciplinary jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper.

8. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a).

9. Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment of $250.00 to the Clerk, United States District Court.

10. Based on the foregoing reasons, it is respectfully requested that this Court grant Eugia Defendants' application to have me admitted *pro hac vice* to appear and participate as in this matter on behalf of the Eugia Defendant pursuant to Local Civil Rule 101.1(c).

I certify under penalty of perjury that the foregoing statements are true and correct.  I am aware that if any of the foregoing statements are false, I am subject to punishment.

DATED:  November 12, 2024

_____
**Joshua I. Miller**