Stuart D. Sender, Esq.
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms,
Madison, New Jersey 07940
Tel: (973) 966-3200
Fax: (973) 966-3250
*ssender@windelsmarx.com*
*Counsel for Defendants,*
*Eugia Pharma Specialties, Ltd. and*
*Eugia US, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Honorable Brian R. Martinotti, U.S.D.J.<br><br>Civil Action No. 2:24-cv-7791 (BRM) (CLW)<br>Consolidated<br><br>*(Document Electronically Filed)*<br><br>**ORDER BY CONSENT FOR**<br>***PRO HAC VICE* ADMISSION OF**<br>**JOSHUA I. MILLER, ESQ.** |

**THIS MATTER** having been opened to the Court by Windels Marx Lane & Mittendorf, LLP, attorneys for Defendants, Eugia Pharma Specialties, Ltd. and Eugia US, LLC (the "Eugia Defendants"), in the above-entitled consolidated action, upon application for entry of an Order pursuant to Local Rule 101.1(c), for the admission of Joshua I. Miller, Esq. *pro hac vice*; and the Court having considered the supporting Certifications submitted; and counsel for Plaintiff, American Regent, Inc., having consented to this application; and for good cause appearing;

    **IT IS** on this _____ day of **NOVEMBER**, **2024**

    **ORDERED** that the application of the Eugia Defendants for the *pro hac vice* admission of Joshua I. Miller, Esq. of the law firm of Windels Marx Lane & Mittendorf, LLP, is hereby

**GRANTED,** and Joshua I. Miller, Esq. is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1(c) for the purposes of appearing and participating in all proceedings connected with above-entitled litigation on behalf of the Eugia Defendants; and it is

**FURTHER ORDERED** that Joshua I. Miller, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is

**FURTHER ORDERED** that Joshua I. Miller, Esq. shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is

**FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court on behalf of the Eugia Defendants shall be signed by an attorney-at-law of this Court associated with the law firm of Windels Marx Lane & Mittendorf, LLP, who shall be responsible for them and for the conduct of Joshua I. Miller, Esq. in this matter; and it is

**FURTHER ORDERED** that counsel for the Eugia Defendants shall provide a copy of this Order to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a).

_____
**Honorable Brian R. Martinotti, U.S.D.J.**
**United States District Judge**