David B. Sunshine
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
Tel. (212) 883-4911
dsunshine@cozen.com

*Attorneys for Defendant*
*Aspiro Pharma Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Honorable Brian R. Martinotti, U.S.D.J.<br><br>Civil Action No. 2:24-cv-7791-BRM-CLW<br>Consolidated<br><br>**NOTICE OF APPEARANCE OF**<br>**DAVID B. SUNSHINE** |

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel for Defendant Aspiro Pharma Ltd. in the above-captioned action, and respectfully requests that copies of all papers in the captioned action be served upon the undersigned at the email address listed below.

Dated: November 14, 2024

Respectfully submitted,

*s/ David B. Sunshine*
David B. Sunshine
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
Tel. (212) 883-4911
dsunshine@cozen.com

*Attorneys for Defendant*
*Aspiro Pharma Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF DAVID B. SUNSHINE** was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ David B. Sunshine*
David B. Sunshine