Stuart D. Sender, Esq.
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms,
Madison, New Jersey 07940
Tel: (973) 966-3200
Fax: (973) 966-3250
ssender@windelsmarx.com
*Counsel for Defendants,*
*Eugia Pharma Specialties, Ltd. and*
*Eugia US, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Honorable Brian R. Martinotti, U.S.D.J.<br><br>**Civil Action No. 2:24-cv-7791 (BRM) (CLW)**<br>**Consolidated**<br><br>*(Document Electronically Filed)*<br><br>**REQUEST BY DEFENDANTS' COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

**REQUEST** is hereby made by Counsel for the Defendants, Eugia Pharma Specialties, Ltd. and Eugia US, LLC, for the following *pro hac vice* attorney to receive electronic notifications in the above-entitled consolidated action:

**PRO HAC VICE ATTORNEY INFORMATION**:

| | |
|---|---|
| **Name:** | **Joshua A. Miller, Esq.** |
| **Firm Name:** | **Windels Marx Lane & Mittendorf, LLP** |
| **Address:** | One Giralda Farms<br>Madison, New Jersey 07940<br>Tel: (973) 966-3200 / Fax: (973) 966-3250 |
| **Email:** | **jmiller@windelsmarx.com** |

**IT IS REPRESENTED** that:

1. An Order of the Court granting the *pro hac vice* admission of Joshua A. Miller, Esq. has been entered on November 14, 2024 (Docket Entry #39) in this matter; and

2. The Admission Fee in the sum of $250.00 has been paid to the Clerk of the Court, pursuant to L.Civ.R. 101.1(c)(3), for the above-named *pro hac vice* attorney.

DATED:  November 15, 2024

/s/ *Stuart D. Sender*
Stuart D. Sender
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms
Madison, New Jersey 07640
Tel. No.  (973) 966-3200 / Fax No.  (973) 966-3250
Email:  *ssender@windelsmarx.com*
**Counsel for Defendants,**
**Eugia Pharma Specialties, Ltd. and**
**Eugia US, LLC**