

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

November 18, 2024

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

>   Re:   *In re Selenius Acid Litigation,*
>         **No. 2:24-cv-07791-BRM-CLW (Consolidated)**

Dear Judge Waldor:

We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represent Plaintiff American Regent, Inc. ("ARI") in the above-referenced matter. With counsel for all Defendants in the above-referenced matter, we write further to the Court's November 8, 2024 Text Order (ECF No. 34). The parties have conferred and identified December 17, 2024 (afternoon only), January 6, 2025, and January 7, 2025 as dates for an in-person status conference subject to the Court's availability.

We thank the Court for its time and assistance in this matter and look forward to seeing Your Honor at the conference.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

cc: Counsel of record via ECF and e-mail