# Midlige Richter

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

December 3, 2024

**BY ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:**   ***In Re Selenious Acid Litigation***
> ***Civil Action No. 24 CV 7791 (BRM)(CLW))***

Dear Judge Waldor:

This firm, together with Winston & Strawn LLP, represents Defendants, Somerset Therapeutics, LLC, Somerset Pharma, LLC and Odin Pharmaceuticals, LLC (collectively "Somerset Pharma") in the above-referenced matter. Pursuant to Your Honor's preferences with respect to *pro hac vice* applications on consent, enclosed please find a copy of the following, submitted on Somerset Pharma's behalf:

1. Declaration of James S. Richter in support of application for admission of counsel *pro hac vice*.

2. Declaration of Kurt A. Mathas.

3. Declaration of Kevin J. Boyle.

4. Declaration of Lauren M. Rennecker.

5. Proposed form of Order granting admission of counsel *pro hac vice*.

Plaintiff's counsel has consented to this application and the *pro hac vice* admission of counsel. If the enclosed proposed form of Order is acceptable to Your Honor, we respectfully request that it be entered.


T. 908.626.0622
F. 908.626.0322

www.midlige-richter.com
info@midlige-richter.com


645 Martinsville Road
Basking Ridge, NJ 07920

Honorable Cathy L. Waldor, U.S.M.J.                    December 3, 2024
                                                                Page 2


        We thank Your Honor for your consideration of this request.  Should Your Honor have
any questions, we are available at your convenience.

                                Respectfully submitted,

                                s/ James S. Richter

                                James S. Richter


Encl.

Cc: All Counsel of Record (w/encl)(by ECF)

