MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Defendants,*
*Somerset Therapeutics, LLC,*
*Somerset Pharma, LLC and Odin Pharmaceuticals, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Honorable Brian R. Martinotti, U.S.D.J.. <br><br> C.A. No. 2:24-cv-7791-BRM-CLW (consolidated) <br><br> **DECLARATION OF JAMES S. RICHTER IN SUPPORT OF APPLICATION TO ADMIT COUNSEL PRO HAC VICE** |

JAMES S. RICHTER, of full age, hereby declares as follows:

1. I am an attorney at law of the State of New Jersey and Of Counsel to Midlige Richter LLC, attorneys for Defendants, Somerset Therapeutics, LLC, Somerset Pharma, LLC and Odin Pharmaceuticals, LLC (collectively "Somerset Pharma") in the above-captioned matter.

2. This Declaration is submitted in support of Somerset Pharma's application for the admission of Kurt A. Mathas, Kevin J. Boyle and Lauren M. Rennecker of Winston & Strawn LLP *pro hac vice* in this matter.

3. I am Of Counsel to Midlige Richter LLC and a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of the District Court of New Jersey. No disciplinary proceedings are pending against me, and no discipline has previously been imposed upon me, by any court in any jurisdiction.

4. I agree to sign all pleadings, briefs, and other papers filed with the Court and will be responsible for said papers and for the conduct of the case. Additionally, I will be present before the Court during all phases of this proceeding and will be responsible for the conduct of the attorneys admitted *pro hac vice*.

5. This firm agrees to abide by *L. Civ. R.* 11.1 and 101.1(c) in filing pleadings, briefs, and other papers with the Court.

6. Plaintiff's counsel has consented to this application and to the *pro hac vice* admission of counsel.

7. Pursuant to *L. Civ. R.* 7.1(d)(4), no brief is necessary because all facts in support of this application are set forth in the Kurt A. Mathas, Kevin J. Boyle and Lauren M. Rennecker (which are submitted herewith), and there are no legal issues that must be briefed in connection with this application.

8. I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct.

                                                           s/ James S. Richter
                                                           James S. Richter
                                                           jrichter@midlige-richter.com

Dated: December 3, 2024