MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Defendants,*
*Somerset Therapeutics, LLC,*
*Somerset Pharma, LLC and Odin Pharmaceuticals, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| —————————————————— x<br>:<br>:<br>:<br>:<br>IN RE SELENIOUS ACID LITIGATION    :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>—————————————————— x | Honorable Brian R. Martinotti, U.S.D.J..<br><br>C.A. No. 2:24-cv-7791-BRM-CLW<br>(consolidated)<br><br><br>**ORDER GRANTING ADMISSION OF**<br>**COUNSEL PRO HAC VICE** |

**THIS MATTER**, being opened to the Court by Midlige Richter LLC, who, along with Winston & Strawn LLP, are attorneys for Defendants, Somerset Therapeutics, LLC, Somerset Pharma, LLC and Odin Pharmaceuticals, LLC (collectively "Somerset Pharma") in the above-captioned matter, for an Order allowing Kurt A. Mathas, Kevin J. Boyle and Lauren M. Rennecker of Winston & Strawn LLP to appear and participate *pro hac vice* in this matter, and the Court having considered the papers submitted in support of the application, and Plaintiff having consented, and for good cause shown pursuant to *L. Civ. R.* 101.1(c);

**IT IS** on this 4th day of December, 2024,

**ORDERED**, as follows:

1.      Kurt A. Mathas, Kevin J. Boyle and Lauren M. Rennecker of Winston & Strawn LLP be and hereby are permitted to appear *pro hac vice* in the above-captioned matter pursuant to *L. Civ. R.* 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs, and other papers filed with the Court on behalf of Somerset Pharma shall be signed by James S. Richter, a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order.

2.      Kurt A. Mathas, Kevin J. Boyle and Lauren M. Rennecker shall pay, if not already paid, the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order.

3.      Kurt A. Mathas, Kevin J. Boyle and Lauren M. Rennecker shall each make a payment of $250.00 pursuant to *L. Civ. R.* 101(c)(3) payable to the Clerk, U.S. District Court.

4.      Kurt A. Mathas, Kevin J. Boyle and Lauren M. Rennecker shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of *L. Civ. R.* 104.1, *Discipline of Attorneys*.

5.      Kurt A. Mathas, Kevin J. Boyle and Lauren M. Rennecker shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule 1:21-7, as amended.

6.      Kurt A. Mathas, Kevin J. Boyle and Lauren M. Rennecker shall provide a copy of this Order to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a).

s/ Cathy L. Waldor

Honorable Cathy L. Waldor, U.S.M.J.