MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Defendants,*
*Somerset Therapeutics, LLC,*
*Somerset Pharma, LLC and Odin Pharmaceuticals, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Honorable Brian R. Martinotti, U.S.D.J.. <br><br> Civil Action No. 24 CV 7791(BRM)(CLW) (consolidated) <br><br> **REQUEST FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

> MIDLIGE RICHTER LLC
> *Attorneys for Defendants, Somerset Therapeutics, LLC, Somerset Pharma, LLC and Odin Pharmaceuticals, LLC*
>
> By:       s/ James S. Richter
>            James S. Richter
>            jrichter@midlige-richter.com

Dated: December 4, 2024

2

PRO HAC VICE ATTORNEY INFORMATION:

Name:       Lauren M. Rennecker

Address:    WINSTON & STRAWN LLP
            1901 L. Street, N.W.
            Washington, D.C. 20036

E-Mail:     lrennecker@winston.com