**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AMERICAN REGENT, INC., SELENIOUS ACID INJECTION ('565) PATENT LITIGATION | MDL No. 3129 |

(SEE ATTACHED SCHEDULE)

**ORDER DEEMING MOTION MOOT
AND VACATING THE DECEMBER 5, 2024, HEARING SESSION ORDER**

Before the Panel is a motion filed by Plaintiff American Regent, Inc., et al., seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the United States District Court for New Jersey for coordinated or consolidated pretrial proceedings. On December 4, 2024, plaintiff filed a Motion to Withdraw its Motion to Transfer for Coordinated Pretrial Proceeding.

IT IS THEREFORE ORDERED that the motion filed by Plaintiff American Regent, Inc., et al., for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Session Order and attached Schedule filed on October 11, 2024, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

_Marcella R. Lockert_
Marcella R. Lockert
Acting Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERICAN REGENT, INC., SELENIOUS
ACID INJECTION ('565) PATENT LITIGATION  MDL No. 3129

SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| DELAWARE | | | |
| DE | 1 | 24−00824 | American Regent, Inc. v. Fresenius Kabi USA, LLC |
| NEW JERSEY | | | |
| NJ | 2 | 24−07791 | IN RE SELENIOUS ACID LITIGATION |
| NJ | 2 | 24−07794 | AMERICAN REGENT, INC. v. ASPIRO PHARMA LTD. |
| NJ | 2 | 24−07796 | AMERICAN REGENT, INC. v. CIPLA USA, INC. et al |
| NJ | 2 | 24−07799 | AMERICAN REGENT, INC. v. DR. REDDY'S LABORATORIES, INC. et al |
| NJ | 2 | 24−07801 | AMERICAN REGENT, INC. v. FRESENIUS KABI USA, LLC |
| NJ | 2 | 24−07802 | AMERICAN REGENT, INC. v. GLAND PHARMA LIMITED |
| NJ | 2 | 24−07803 | AMERICAN REGENT, INC. v. HIKMA PHARMACEUTICALS USA INC. |
| NJ | 2 | 24−07804 | AMERICAN REGENT, INC. v. LONG GROVE PHARMACEUTICALS, LLC |
| NJ | 2 | 24−07805 | AMERICAN REGENT, INC. v. RK PHARMA, INC. |
| NJ | 2 | 24−07807 | AMERICAN REGENT, INC. v. SOMERSET THERAPEUTICS, LLC et al |
| NJ | 2 | 24−07810 | AMERICAN REGENT, INC. v. SUN PHARMACEUTICAL INDUSTRIES LIMITED et al |
| NJ | 2 | 24−07811 | AMERICAN REGENT, INC. v. XIROMED, LLC et al |
| NJ | 2 | 24−07812 | AMERICAN REGENT, INC. v. ZYDUS PHARMACEUTICALS (USA) INC. |
| NJ | 2 | 24−08956 | AMERICAN REGENT, INC. v. EUGIA PHARMA SPECIALITIES LTD. et al |