

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

December 12, 2024

**VIA ECF**

Honorable Brian R. Martinotti
United States District Court
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

      Re: *In re Selenius Acid Litigation,*
           **Civil Action No. 2:24-cv-07791-BRM-CLW (Consolidated)**

Dear Judge Martinotti:

    We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represent Plaintiff American Regent, Inc. ("ARI") in the above-referenced consolidated matter and in the underlying action initiated by ARI against Defendants Eugia Pharma Specialities Limited and Eugia US LLC (collectively, "Eugia") Civil Action No. 2:24-cv-8956 (BRM) (CLW). With Windels Marx Lane & Mittendorf, LLP, counsel for Eugia, we write to respectfully request that the Court sign and enter the attached Consent Judgment.

    We thank the Court for its time and attention to this matter and remain available at the Court's convenience to address any questions or concerns.

                                 Respectfully submitted,

                                 s/ Charles H. Chevalier
                                 Charles H. Chevalier

Attachment
cc: All counsel of record (via ECF); counsel for Eugia via ECF and e-mail