

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

**GREGORY D. MILLER**
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

January 3, 2025

**VIA ECF**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    <u>*In re Selenious Acid Litigation*, C.A. No. 24-cv-7791 (BRM)(CLW) (consolidated)</u>

Dear Judge Waldor:

    Along with Carlson, Caspers, Vandenburgh & Lindquist, we represent Defendants Sun Pharmaceutical Industries Ltd. and Sun Pharmaceutical Industries, Inc. in the above-referenced matter, and write on behalf of the eleven Defendants. We write concerning the January 6, 2025, in-person meet-and-confer session (ECF No. 43) to respectfully request that the Court convert Monday's conference from in-person to remote. Only one issue remains: whether the Plaintiffs' proposed PI briefing schedule is necessary.

    Defendants believe this issue is premature and does not warrant an in-person conference at this time. Plaintiff opposes Defendants' request and contends that ARI's proposed PI deadlines are not small issues and will likely require substantial discussion.

    By way of background, in furtherance of the parties' submission regarding a proposed schedule in the above-referenced matter (ECF No. 28) and in anticipation of the new complaints asserting U.S. Patent No. 12,150,957 ("the '957 patent") and subsequent consolidation (*see, e.g.,* ECF No. 52), the parties continued to negotiate a consolidated schedule. The parties have now agreed on all dates except the need for the preliminary injunction briefing schedule proposed by ARI. The current state of the parties' efforts to reach an agreement on a schedule, including events regarding the '957 patent, is reflected in the attached Exhibit A.

    We thank the Court for its time and consideration of the Defendants' request to convert the January 6 in-person conference to a remote one.

                        Respectfully submitted,
                         **RIVKIN RADLER LLP**

                        *s/ Gregory D. Miller*
                         Gregory D. Miller

cc: All counsel on record
Enclosure

66 South Pearl Street, 11th Floor   1301 Riverplace Boulevard   477 Madison Avenue   2649 South Road   926 RXR Plaza
Albany, NY 12207-1533   Jacksonville, FL 32207-9047   New York, NY 10022-5843   Poughkeepsie, NY 12601-6843   Uniondale, NY 11556-0926
T 518.462.3000 F 518.462.4199   T 904.792.8925 F 904.467.3461   T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777   T 516.357.3000 F 516.357.3333