# EXHIBIT A

## Revised Proposed Schedule for ARI Selenious Acid
### ('565 & '957 Combined)

| Event | Proposed Deadline |
|---|---|
| Disclosure of Asserted Claims regarding the '957 patent | January 3, 2025 |
| Deadline for each Defendant Group to indicate whether they will agree not to launch until a District Court Decision | There is still a dispute over the need for this event. Plaintiffs' position is that a deadline of January 10, 2025 should be included. Defendants' position is that it is not applicable. |
| Parties to Submit a Joint Letter regarding the need for Preliminary Injunction Briefing | There is still a dispute over the need for this event. Plaintiffs' position is that a deadline of January 13, 2025 should be included. Defendants' position is that it is not applicable. |
| Status Conference regarding Preliminary Injunction Briefing | There is still a dispute over the need for this event. Plaintiffs' position is that a conference should take place the week of January 27, 2025 (Subject to the Court's Availability). Defendants' position is that it is not applicable. |
| Defendants' Invalidity Contentions regarding the '565 and '957 patents L.Pat. R. 3.6(c), 3.3<br><br>L.Pat. R. 3.6(d), 3.4 (b, c) | February 3, 2025 |
| Defendants' Non-Infringement Contentions regarding the '565 and '957 patents<br><br>L. Pat. R. 3.6(e) | February 3, 2025 |

| | |
|---|---|
| Plaintiffs' Infringement Contentions regarding the '565 and '957 patents<br>L. Pat. R. 3.6(g), 3.1<br>L. Pat. R. 3.6(h), 3.2 | March 3, 2025 |
| Plaintiffs' Responses to Invalidity Contentions regarding the '565 and '957 patents<br>L. Pat. R. 3.6(i), 3.4A | March 3, 2025 |
| Status Conference | TBD (Subject to Court's Availability) |
| Exchange of Proposed Terms for Construction<br>L. Pat. R. 4.1 (a, b) | March 17, 2025 |
| Exchange of Preliminary Proposed Claim Constructions and Identification of All Supporting Intrinsic Evidence and Designation of Supporting Extrinsic Evidence<br>L.Pat. R. 4.2 (a, b) | March 24, 2025 |
| Exchange and Identification of All Rebuttal Intrinsic and Extrinsic Evidence<br>L.Pat. R. 4.2 (c, d) | March 31, 2025 |
| File Joint Claim Construction and Prehearing Statement<br>L.Pat. R. 4.3 | April 4, 2025 |
| Completion of Claim Construction Fact Discovery<br>L. Pat. R. 4.4 | April 11, 2025 |

2

| | |
|---|---|
| Opening Claim Construction Briefs<br>L.Pat. R. 4.5(a) | April 18, 2025 |
| Completion of Expert Discovery Relating to Claim Construction<br>L. Pat. R. 4.5(b) | May 2, 2025 |
| Responding Claim Construction Briefs<br>L. Pat. R. 4.5(c) | May 7, 2025 |
| Submit Proposed Schedule for Claim Construction Hearing<br>L. Pat. R. 4.6 | May 9, 2025 |
| Markman Hearing | TBD |
| Status Conference | TBD (Subject to Court's Availability) |
| Substantial Completion of Document Production | May 23, 2025 |
| Deadline for Amending Pleadings or Joining Parties | July 14, 2025 |
| Close of Fact Discovery | July 14, 2025 |
| Exchange of Opening Expert Reports on Issues for Which the Party Bears the Burden of Proof<br>(including Plaintiffs' Expert Reports on Secondary Considerations of Non-Obviousness) | August 28, 2025 |
| Exchange of Rebuttal Expert Reports | September 29, 2025 |
| Exchange of Reply Expert Reports | October 29, 2025 |

| Status Conference | TBD (Subject to Court's Availability) |
|---|---|
| Close of Expert Discovery | December 5, 2025 |
| Dispositive Motions | TBD |
| Submission of the Parties' Joint Pretrial Order | TBD |
| Pretrial Conference | TBD |
| Trial | TBD |