Eric I. Abraham (eabraham@hillwallack.com)
William P. Murtha (wmurtha@hillwallack.com)
Kristine L. Butler (kbutler@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road,
P.O. Box 5226
Princeton, New Jersey 08543-5226
(609) 734-6358

*Attorneys for Defendant, Zydus Pharmaceuticals (USA) Inc.*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: SELENIOUS ACID LITIGATION | Civil Action No.: 24-cv-7791 (Consolidated) |

### ENTRY OF APPEARANCE

The undersigned hereby enters an appearance in the above matter on behalf of Defendant, Zydus Pharmaceuticals (USA) Inc. in the above matter.

Respectfully submitted,

HILL WALLACK LLP

Dated: January 6, 2025

By: */s/ William P. Murtha*
William P. Murtha
21 Roszel Road
Princeton, New Jersey 08540
(609) 924-0808

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing

### **ENTRY OF APPEARANCE**

is to be electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>January 6, 2025</u>                                        */s/ William P. Murtha*
Date                                                                William P. Murtha