R Touhey Myer (NJ Bar ID 028912009)
**KRATZ & BARRY LLP**
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*

Timothy H. Kratz *(Pro Hac Vice)*
George J. Barry III *(Pro Hac Vice Expected)*
John Thallemer *(Pro Hac Vice Expected)*
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com

Michael P. Hogan *(Pro Hac Vice)*
KRATZ & BARRY LLP
622 South 4th Street
P.O. Box 63765
Philadelphia, PA 19147
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendant/Counterclaim Plaintiff, Gland Pharma Limited*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE SELENIOUS ACID LITIGATION | : | Hon. Brian R. Martinotti, U.S.D.J. |
| | : | C.A. No. 2:24-cv-07791-BRM-CLW |
| | : | (Consolidated) |

**DEFENDANT/COUNTERCLAIM PLAINTIFF,
<u>GLAND PHARMA LIMITED'S RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff, Gland Pharma Limited, by and through their undersigned counsel, states as follows:

1.  Fosun International Holdings Ltd. is the parent corporation of Fosun Holdings Ltd., which is the parent corporation of Fosun International Ltd., which is the parent corporation of Shanghai Fosun High Technology (Group) Co., Ltd., which is the parent corporation of Shanghai Fosun Pharmaceutical (Group) Co., Ltd., which is the parent corporation of Fosun Industrial Co.,

Ltd, which is the parent corporation of Fosun Pharma Industrial PTE. Ltd, which is the parent corporation of Gland.

2. Shanghai Fosun Pharmaceutical (Group) Co., Ltd., a publicly held corporation, indirectly owns more than 10% of Gland's stock through an acquisition of Gland in October 2017 by privately held subsidiaries of Shanghai Fosun Pharmaceutical (Group) Co., Ltd., including Fosun Pharma Industrial Pte. Ltd. and Fosun Industrial Co., Ltd. (along with Fosun Industrial Co., Ltd.'s affiliates).

3. Fosun International Ltd., a publicly held corporation, indirectly owns more than 10% of Gland's stock through Fosun International Ltd.'s ownership of Shanghai Fosun High Technology (Group) Co., Ltd. and Shanghai Fosun Pharmaceutical (Group) Co., Ltd.

|  |  |
|---|---|
| Dated: January 7, 2025 | **KRATZ & BARRY LLP** |
|  | */s/ R Touhey Myer*<br>R Touhey Myer<br>(NJ Bar ID 028912009) |
| *Of Counsel:* | 800 N. West Street<br>Wilmington, DE 19801 |
| Timothy H. Kratz *(Pro Hac Vice)*<br>George J. Barry III *(Pro Hac Vice Expected)*<br>John Thallemer *(Pro Hac Vice Expected)* | (302) 527-9378<br>tmyer@kratzandbarry.com |
| KRATZ & BARRY LLP<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, GA 30338<br>(404) 431-6600<br>tkratz@kratzandbarry.com<br>gbarry@kratzandbarry.com<br>jthallemer@kratzandbarry.com | *Attorneys for Defendant/Counterclaim Plaintiff, Gland Pharma Limited* |
| Michael P. Hogan *(Pro Hac Vice)*<br>KRATZ & BARRY LLP<br>622 South 4th Street<br>P.O. Box 63765<br>Philadelphia, PA 19147<br>(917) 216-8585<br>mhogan@kratzandbarry.com | |