Gregory D. Miller
Gene Y. Kang
Timothy P. Gonzalez
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495
Gregory.Miller@rivkin.com
Gene.Kang@rivkin.com
Timothy.Gonzalez@rivkin.com

Autumn N. Nero (admitted *pro hac vice*)
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone: (608) 663-7460
ANero@perkinscoie.com

Shannon M. Bloodworth (admitted *pro hac vice*)
Maria A. Stubbings (admitted *pro hac vice*)
Christopher D. Jones (admitted *pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
SBloodworth@perkinscoie.com
MStubbings@perkinscoie.com
CDJones@perkinscoie.com

Rodney Swartz (admitted *pro hac vice*)
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor,
Portland, OR 97209-4128
Telephone: (503) 727-2000
RSwartz@perkinscoie.com

*Attorneys for Defendants/Counterclaim-Plaintiffs, Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Civil Action No. 2:24-cv-07791-BRM-CLW CONSOLIDATED<br><br>**DEFENDANTS DR. REDDY'S LABORATORIES, LTD. AND DR. REDDY'S LABORATORIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendants/Counterclaim-Plaintiffs, Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc., identify Dr. Reddy's Laboratories, Ltd. to be the ultimate parent of Dr. Reddy's Laboratories, Inc. directly and indirectly through Dr. Reddy's

Laboratories SA. No publicly held company owns 10% or more of Dr. Reddy's Laboratories, Ltd.'s stock.

Dated:  January 7, 2025

**RIVKIN RADLER LLP**

By: *s/ Gregory D. Miller*
Gregory D. Miller
Gene Y. Kang
Timothy Gonzalez
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495

OF COUNSEL:

Autumn N. Nero (admitted *pro hac vice*)
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone: (608) 663-7460
ANero@perkinscoie.com

Shannon M. Bloodworth (admitted *pro hac vice*)
Maria A. Stubbings (admitted *pro hac vice*)
Christopher D. Jones (admitted *pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
SBloodworth@perkinscoie.com
MStubbings@perkinscoie.com
CDJones@perkinscoie.com

Rodney Swartz (admitted *pro hac vice*)
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor,
Portland, OR 97209-4128
Telephone: (503) 727-2000
RSwartz@perkinscoie.com

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 7, 2025 the foregoing DEFENDANTS DR. REDDY'S LABORATORIES, LTD. AND DR. REDDY'S LABORATORIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT was served on counsel of record indicated below via electronic mail.

Charles H. Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevailer@gibbonslaw.com

Christine A. Gaddis
**GIBBONS P.C.**
141 West Front Street, Suite 240
Red Bank, New Jersey 07701
(732) 704-5801
cgaddis@gibbonslaw.com

OF COUNSEL

Dennies Varughese, Pharm. D.
Uma Everett
Adam LaRock
Alex Alfano
Ryan Conkin
Christina Dashe
**STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com
cdashe@sternekessler.com

*Attorneys for Plaintiff, American Regent, Inc.*

Dated: January 7, 2025

*s/ Gregory D. Miller*
Gregory D. Miller