Kaan Ekiner
**COZEN O'CONNOR**
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendant
Aspiro Pharma Ltd.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Honorable Brian R. Martinotti, U.S.D.J. <br><br> Civil Action No. 24 CV 7791 (BRM) (CLW) (Consolidated) |

### DEFENDANT ASPIRO PHARMA LTD.'S RULE 7.1
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Aspiro Pharma Ltd. ("Aspiro"), by and through its undersigned counsel, states as follows:

1. Hetero Labs Limited is the parent company of Aspiro.

2. No publicly held corporation owns 10% or more of the stock of Aspiro.

Dated:  January 7, 2025

*Of Counsel:*

W. Blake Coblentz
Aaron S. Lukas
**COZEN O'CONNOR**
2001 M Street, NW
Suite 500

Respectfully submitted,

*s/ Kaan Ekiner*
Kaan Ekiner
**COZEN O'CONNOR**
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

Washington, DC 20036  *Attorneys for Defendant*
(202) 912-4800  *Aspiro Pharma Ltd.*
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

## CERTIFICATE OF SERVICE

I, Kaan Ekiner, hereby certify that on January 7, 2025, a true and correct copy of the foregoing **DEFENDANT ASPIRO PHARMA LTD.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Kaan Ekiner*
Kaan Ekiner
