| | |
|---|---|
| Gregory D. Miller<br>Timothy P. Gonzalez<br>**RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, New Jersey 07601<br>Telephone: (201) 287-2460<br>Facsimile: (201) 489-0495<br>Gregory.Miller@rivkin.com<br>Timothy.Gonzalez@rivkin.com | Samuel T. Lockner (admitted *pro hac vice*)<br>Jennell C. Bilek (admitted *pro hac vice*)<br>Seung Sub Kim (admitted *pro hac vice*)<br>**Carlson, Caspers, Vandenburgh & Lindquist, P.A.**<br>225 S. Sixth Street, Suite 4200<br>Minneapolis, MN 55402<br>Tel: (612) 436-9600<br>slockner@carlsoncaspers.com<br>jbilek@carlsoncaspers.com<br>ekim@carlsoncaspers.com |

*Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Civil Action No. 2:24-cv-7791-BRM-CLW (CONSOLIDATED) |

### DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Sun Pharmaceutical Industries Limited ("SPIL") and Sun Pharmaceutical Industries, Inc. ("SPINC") (collectively, "Sun" or "Defendants") hereby provide their corporate disclosure statements pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

SPIL has no parent companies, and no publicly held corporation owns 10% or more of its stock.

SPINC is a company organized and existing under the laws of the State of Delaware, and is a wholly-owned subsidiary of SPIL.

| | |
|---|---|
| Dated: January 8, 2025 | <u>*s/ Gregory D. Miller*</u><br>Gregory D. Miller<br>Timothy P. Gonzalez<br>**RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, New Jersey 07601<br>Telephone: (201) 287-2460<br>Facsimile: (201) 489-0495<br>Gregory.Miller@rivkin.com<br>Timothy.Gonzalez@rivkin.com<br><br>*Of Counsel:*<br>Samuel T. Lockner (admitted *pro hac vice*)<br>Jennell C. Bilek (admitted *pro hac vice*)<br>Seung Sub Kim (admitted *pro hac vice*)<br>**Carlson, Caspers, Vandenburgh & Lindquist, P.A.**<br>225 S. Sixth Street, Suite 4200<br>Minneapolis, MN 55402<br>Tel: (612) 436-9600<br>slockner@carlsoncaspers.com<br>jbilek@carlsoncaspers.com<br>ekim@carlsoncaspers.com<br><br>*Attorneys for Defendants Sun Pharmaceutical Industries, Ltd. and Sun Pharmaceuticals Inc.* |