## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Civ. Action No. 2:24 cv 7791 (BRM)(CLW) Consolidated |

### DEFENDANTS CIPLA LIMITED AND CIPLA USA, INC.'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants, Cipla Limited and Cipla USA, Inc. (collectively, "Cipla" or "Defendants"), makes the following disclosure:

1. Cipla Limited does not have a parent corporation, and no publicly held corporation owns 10% or more of Cipla Limited's stock; and

2. Cipla USA Inc. is a 100% owned subsidiary of InvaGen Pharmaceuticals, Inc., which is a 100% owned subsidiary of Cipla (EU Limited), which is a 100% owned subsidiary of Cipla Limited.

| | |
|---|---|
| Dated:  January 8, 2025 | By: /s/ Rebekah Conroy<br>Rebekah Conroy<br>STONE CONROY LLC<br>25 A Hanover Road, Suite 301<br>Florham Park, NJ 07932<br>Tel: (973) 400-4181<br>Fax: (973) 498-0070<br>rconroy@stoneconroy.com<br><br>*Of Counsel:*<br>Steven M. Coyle, Esq.<br>*pro hac vice*<br>Nicholas A. Geiger, Esq.<br>*pro hac vice*<br>CANTOR COLBURN LLP |

20 Church Street, 22nd Floor
Hartford, CT  06103
Tel: (860) 286-2929
Fax: (860) 286-0115
scoyle@cantorcolburn.com
ngeiger@cantorcolburn.com

*Counsel for Defendants*
*Cipla Limited and Cipla USA, Inc.*