MIDLIGE RICHTER LLC
645 Martinsville Road
Basking Ridge, NJ 07920
(908) 626-0622
James Richter

*Attorneys for Defendant,*
*Hikma Pharmaceuticals USA Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Honorable Brian R. Martinotti, U.S.D.J.<br><br>Civil Action No. 24 CV 7791 (BRM)(CLW)<br>(consolidated)<br><br>**DEFENDANT HIKMA PHARMACEUTICALS USA INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT (COMPLAINT ORIGINALLY FILED IN 24 CV 11118)** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Hikma Pharmaceuticals USA Inc. states as follows:

Hikma Pharmaceuticals USA Inc. is a (indirect) wholly owned subsidiary of Hikma Pharmaceuticals PLC, which is a publicly held corporation. Hikma Pharmaceuticals PLC does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

1

                                              MIDLIGE RICHTER LLC
                                              *Attorneys for Defendant,*
                                              *Hikma Pharmaceuticals USA, Inc.*

                                    By:       s/ James S. Richter
                                                        James S. Richter
                                                        jrichter@midlige-richter.com

Dated: January 9, 2025

OF COUNSEL:

C. Kyle Musgrove (*pro hac vice*)
Cindy Chang (*pro hac vice*)
GEMINI LAW LLP
40 W 24th Street, Suite 6N
New York, NY 10010
(917) 915-8832
kmusgrove@geminilaw.com
cchang@geminilaw.com

## **CERTIFICATE OF SERVICE**

       The undersigned attorney certifies that a copy of Hikma's foregoing Corporate Disclisure Statement  was filed via ECF and served on all counsel of record by electronic mail on January 9, 2025.

                                                     *s/ James S. Richter*
                                                     James S. Richter

Dated: January 9, 2025