MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Defendants,*
*Somerset Therapeutics, LLC,*
*Somerset Pharma, LLC and Odin Pharmaceuticals, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Honorable Brian R. Martinotti, U.S.D.J.<br><br>Civil Action No. 24 CV 7791 (BRM)(CLW) (consolidated)<br><br>**DEFENDANTS SOMERSET THERAPEUTICS, LLC, SOMERSET PHARMA, LLC, AND ODIN PHARMACEUTICALS, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT (COMPLAINT ORIGINALLY FILED IN 24 CV 11124)** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Somerset Therapeutics, LLC, Somerset Pharma, LLC, and Odin Pharmaceuticals, LLC states as follows:

Somerset Pharma, LLC is an indirect, wholly-owned subsidiary of Somerset Lifesciences, Inc. No publicly held corporation owns 10% or more of the stock of Somerset Pharma, LLC.

Somerset Therapeutics, LLC is an indirect, wholly-owned subsidiary of Somerset Lifesciences, Inc. No publicly held corporation owns 10% or more of the stock of Somerset Therapeutics, LLC.

Odin Pharmaceuticals, LLC is an indirect, wholly-owned subsidiary of Somerset Lifesciences, Inc. No publicly held corporation owns 10% or more of the stock of Odin Pharmaceuticals, LLC.

No publicly held corporation owns 10% or more of the stock of Somerset Lifesciences, Inc.

          MIDLIGE RICHTER LLC
*Attorneys for Defendants, Somerset Therapeutics, LLC, Somerset Pharma, LLC and Odin Pharmaceuticals, LLC*

By:       s/ James S. Richter
          James S. Richter
          jrichter@midlige-richter.com

Dated: January 9, 2025

OF COUNSEL:

Kurt Mathas
Kevin Boyle
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
kmathas@winston.com
kboyle@winston.com

Claire Fundakowski
Lauren Rennecker
WINSTON & STRAWN LLP
1901 K Street, N.W.
Washington, DC 20036
cfundakowski@winston.com
lrennecker@winston.com