| | |
|---|---|
| Gregory D. Miller<br>Gene Y. Kang<br>Timothy P. Gonzalez<br>**RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, New Jersey 07601<br>Telephone: (201) 287-2460<br>Facsimile: (201) 489-0495<br>Gregory.Miller@rivkin.com<br>Gene.Kang@rivkin.com<br>Timothy.Gonzalez@rivkin.com<br><br>Autumn N. Nero (admitted *pro hac vice*)<br>**PERKINS COIE LLP**<br>33 East Main Street, Suite 201<br>Madison, WI 53703-3095<br>Telephone: (608) 663-7460<br>ANero@perkinscoie.com<br><br>*Attorneys for Defendants Dr. Reddy's*<br>*Laboratories, Ltd. and Dr. Reddy's*<br>*Laboratories, Inc.* | Shannon M. Bloodworth (admitted *pro hac vice*)<br>Maria A. Stubbings (admitted *pro hac vice*)<br>**PERKINS COIE LLP**<br>700 13th Street, NW, Suite 800<br>Washington, D.C. 20005-3960<br>Telephone: (202) 654-6200<br>SBloodworth@perkinscoie.com<br>MStubbings@perkinscoie.com<br><br>Rodney Swartz (admitted *pro hac vice*)<br>**PERKINS COIE LLP**<br>1120 NW Couch Street, 10th Floor,<br>Portland, OR 97209-4128<br>Telephone: (503) 727-2000<br>RSwartz@perkinscoie.com |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE SELENIOUS ACID LITIGATION** | 2:24-cv-07791-BRM-CLW<br>CONSOLIDATED |

### NOTICE OF WITHDRAWAL

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Christopher D. Jones of Perkins Coie LLP, previously admitted *pro hac vice* in Case No. 2:24-cv-7799, and now consolidated in 2:24-cv-7791, hereby withdraws his appearance as counsel of record on behalf of Defendants, Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. ("Defendants"), in the above-captioned matter. Defendants continue to be represented by Gregory D. Miller as well as counsels from Perkins Coie LLP

admitted *pro hac vice* in this matter.

Dated: January 13, 2025　　　　　　　By:　*s/ Gregory D. Miller*
　　　　　　　　　　　　　　　　　　　　　Gregory D. Miller
　　　　　　　　　　　　　　　　　　　　　Timothy P. Gonzalez
　　　　　　　　　　　　　　　　　　　　　**RIVKIN RADLER LLP**
　　　　　　　　　　　　　　　　　　　　　25 Main Street
　　　　　　　　　　　　　　　　　　　　　Court Plaza North, Suite 501
　　　　　　　　　　　　　　　　　　　　　Hackensack, New Jersey 07601
　　　　　　　　　　　　　　　　　　　　　Telephone: (201) 287-2460
　　　　　　　　　　　　　　　　　　　　　Facsimile: (201) 489-0495

　　　　　　　　　　　　　　　　　　　　　Autumn N. Nero (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　**PERKINS COIE LLP**
　　　　　　　　　　　　　　　　　　　　　33 East Main Street, Suite 201
　　　　　　　　　　　　　　　　　　　　　Madison, WI 53703-3095
　　　　　　　　　　　　　　　　　　　　　Telephone: (608) 663-7460
　　　　　　　　　　　　　　　　　　　　　ANero@perkinscoie.com

　　　　　　　　　　　　　　　　　　　　　Shannon M. Bloodworth (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Maria A. Stubbings (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　**PERKINS COIE LLP**
　　　　　　　　　　　　　　　　　　　　　700 13th Street, NW, Suite 800
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-3960
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 654-6200
　　　　　　　　　　　　　　　　　　　　　SBloodworth@perkinscoie.com
　　　　　　　　　　　　　　　　　　　　　MStubbings@perkinscoie.com

　　　　　　　　　　　　　　　　　　　　　Rodney Swartz (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　**PERKINS COIE LLP**
　　　　　　　　　　　　　　　　　　　　　1120 NW Couch Street, 10th Floor,
　　　　　　　　　　　　　　　　　　　　　Portland, OR 97209-4128
　　　　　　　　　　　　　　　　　　　　　Telephone: (503) 727-2000
　　　　　　　　　　　　　　　　　　　　　RSwartz@perkinscoie.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*