# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**AMERICAN REGENT, INC.,**
*Plaintiff*

V.      **SUMMONS IN A CIVIL CASE**

**ZYDUS PHARMACEUTICALS (USA) INC.,**
*Defendant*

CASE NUMBER: **2:24-CV-11133-BRM-CLW**

TO: *(Name and address of Defendant):*

Zydus Pharmaceuticals (USA) Inc. c/o Joseph D. Renner Registered Agent
73 Route 31 N.
Pennington, New Jersey 08534

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles H. Chevalier, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads
Clerk of Court



ISSUED ON 2024-12-16 10:07:47, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1-2-2025 |
| NAME OF SERVER (PRINT) Darshanand Sugrim | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☑ Name of person with whom the summons and complaint were left: Gineg T. _____ ; or

☐ Returned unexecuted: _____ ; or

☐ Other (specify): Mr. Giney Sign for this package. See delivery slip attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/09/2025
           Date

Signature of Server: Darshanand Sugrim

Address of Server:

*Ines P. Herrera*
INES C. HERRERA
NOTARY PUBLIC OF NEW JERSEY
Commission # 50134248
My Commission Expires 8/13/2025