Eric I. Abraham
William P. Murtha
Kristine L. Butler
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08543-5226
(609) 734-6358

OF COUNSEL:
Shashank Upadhye (*pro hac vice*)
Yixin Tang, Ph.D. (*pro hac vice*)
Brent Batzer (*pro hac vice*)
**UPADHYE TANG, LLP**
109 Symonds Drive, #174
Hinsdale, Illinois 60522

*Attorneys for Defendant, RK Pharma, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AMERICAN REGENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 24-11122 |
| | ) | (Consolidated 24 –cv-7791) |
| RK PHARMA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### RK PHARMA INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant RK Pharma, Inc. states as follows:

1. RK Pharma, Inc. is a privately held company organized and existing under the laws of the State of Delaware; and

2. RK Pharma, Inc. has no parent company. No publicly traded corporation owns 10% or more of RK Pharma, Inc.'s stock.

|  |  |
|---|---|
| Dated: January 13, 2025 | By: s/ *Eric I. Abraham* |
| | Eric I. Abraham |
| | William P. Murtha |
| | Kristine L. Butler |
| | Hill Wallack, LLP |
| | 21 Roszel Road |
| | Princeton, New Jersey 08540 |
| | (609) 924-0808 |
| | |
| | OF COUNSEL: |
| | |
| | Shashank Upadhye (*pro hac vice*) |
| | Yixin Tang, Ph.D. (*pro hac vice*) |
| | Brent Batzer (*pro hac vice*) |
| | Upadhye Tang, LLP |
| | 109 Symonds Drive, #174 |
| | Hinsdale, Illinois 60522 |
| | (312) 598-2610 |
| | |
| | *Attorneys for Defendant* |
| | *RK PHARMA, INC.* |