<div style="columns:2">

Gregory D. Miller
Gene Y. Kang
Timothy P. Gonzalez
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495
Gregory.Miller@rivkin.com
Gene.Kang@rivkin.com
Timothy.Gonzalez@rivkin.com

Autumn N. Nero (admitted *pro hac vice*)
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone: (608) 663-7460
ANero@perkinscoie.com

Shannon M. Bloodworth (admitted *pro hac vice*)
Maria A. Stubbings (admitted *pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
SBloodworth@perkinscoie.com
MStubbings@perkinscoie.com

Rodney Swartz (admitted *pro hac vice*)
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor,
Portland, OR 97209-4128
Telephone: (503) 727-2000
RSwartz@perkinscoie.com

</div>

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE SELENIOUS ACID LITIGATION** | 2:24-cv-07791-BRM-CLW CONSOLIDATED |

## NOTICE OF WITHDRAWAL

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Christopher D. Jones of Perkins Coie LLP, previously admitted *pro hac vice* in Case No. 2:24-cv-7799, and now consolidated in 2:24-cv-7791, hereby withdraws his appearance as counsel of record on behalf of Defendants, Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. ("Defendants"), in the above-captioned matter. Defendants continue to be represented by Gregory D. Miller as well as counsels from Perkins Coie LLP

admitted *pro hac vice* in this matter.

Dated: January 13, 2025   By:   *s/ Gregory D. Miller*
Gregory D. Miller
Timothy P. Gonzalez
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495

Autumn N. Nero (admitted *pro hac vice*)
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone: (608) 663-7460
ANero@perkinscoie.com

Shannon M. Bloodworth (admitted *pro hac vice*)
Maria A. Stubbings (admitted *pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
SBloodworth@perkinscoie.com
MStubbings@perkinscoie.com

Rodney Swartz (admitted *pro hac vice*)
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor,
Portland, OR 97209-4128
Telephone: (503) 727-2000
RSwartz@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

**SO ORDERED.**

**s/ Cathy L. Waldor**
**Hon. Cathy L. Waldor, U.S.M.J.**

**Date:** January 15, 2025