Eric I. Abraham
William P. Murtha
Kristine L. Butler
**HILL WALLACK, LLP**
21 Roszel Road
Princeton, NJ 08543
Telephone: (609) 924-0808

*Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| IN RE SELENIOUS ACID LITIGATION | Civil Action No. 2:24-cv-07791 (BRM)(CLW) |
|---|---|

**DEFENDANT ZYDUS PHARMACEUTICALS (USA) INC.'S**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Zydus Pharmaceuticals (USA) Inc. hereby discloses that the parent corporation for Zydus Pharmaceuticals (USA) Inc. is Zydus Lifesciences Limited, a publicly held corporation. No publicly held corporation owns 10% or more of Zydus Lifesciences Limited.

Dated:  January 16, 2025

Respectfully submitted,

*s/ Eric I. Abraham*
Eric I. Abraham (eabraham@hillwallack.com)
William P. Murtha (wmurtha@hillwallack.com)
Kristine L. Butler (kbutler@hillwallack.com)
**HILL WALLACK, LLP**
21 Roszel Road
Princeton, NJ 08543
Telephone: (609) 924-0808


*Of Counsel (pro hac vice applications to be filed)*
Michael J. Gaertner (*pro hac vice*)
David B. Abramowitz (*pro hac vice*)
Leah M. Brackensick (*pro hac vice*)
Hannah J. Thomas (*pro hac vice*)
**BUCHANAN INGERSOLL & ROONEY PC**
125 South Wacker Drive
Chicago, Illinois 60606
(312) 261-8777
michael.gaertner@bipc.com
david.abramowitz@bipc.com
leah.brackensick@bipc.com
hannah.thomas@bipc.com


*Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, a copy of DEFENDANT ZYDUS PHARMACEUTICALS (USA) INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT was filed via electronic filing system. A copy of same was served via e-filing upon counsel of record and via email.

By: *s/Eric I. Abraham*
Eric I. Abraham

Dated: January 16, 2025