| | |
|---|---|
| Charles H. Chevalier<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>(973) 596-4611<br>cchevalier@gibbonslaw.com<br><br>Christine A. Gaddis<br>GIBBONS P.C.<br>141 West Front Street, Suite 240<br>Red Bank, New Jersey 07701<br>(732) 704-5801<br>cgaddis@gibbonslaw.com<br><br>*Attorneys for Plaintiff American Regent, Inc.* | OF COUNSEL:<br><br>Dennies Varughese, Pharm.D.<br>Uma N. Everett<br>Adam C. LaRock<br>Christina E. Dashe<br>Alexander Alfano<br>Ryan E. Conkin<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, D.C. 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>ueverett@sternekessler.com<br>alarock@sternekessler.com<br>cdashe@sternekessler.com<br>aalfano@sternekessler.com<br>rconkin@sternekessler.com |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re Selenious Acid Litigation | No. 2:24-cv-07791-BRM-CLW (Consolidated)<br><br>*Document Electronically Filed*<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION**<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that on February 18, 2025, or a date and time to be set by the Court, Plaintiff American Regent, Inc. ("ARI"), by and through its undersigned counsel, shall move before the Honorable Brian R. Martinotti, U.S.D.J., at the United States District Court for the District of New Jersey, Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square, Courtroom PO 01 Newark, New Jersey 07102 for an Order granting a preliminary injunction

pursuant to Federal Rule of Civil Procedure 65(a) and Local Civil Rule 65.1(a), against Defendants.[1]

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, ARI shall rely on their accompanying Brief, Declarations, and Exhibits, as well as all other pleadings and papers on file in this action.

**PLEASE TAKE FURTHER NOTICE** that a certification attesting to the date and manner of service is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

---

[1] ARI originally sued fourteen Defendants. *See American Regent, Inc. v. Accord Healthcare, Inc.*, C.A. No. 2:24-cv-07791-BRM-CLW; *American Regent, Inc. v. Aspiro Pharma Ltd.*, C.A. No. 24-cv-07794-BRM-CLW; *American Regent, Inc. v. Cipla USA, Inc. et al.*, C.A. No. 2:24-cv-07796-BRM-CLW; *American Regent, Inc. v. Dr. Reddy's Laboratories, Ltd* et al, C.A. No. 2:24-cv-07799-BRM-CLW; *American Regent, Inc. v. Eugia Pharma Specialities Ltd. et al.*, C.A. No. 2:24-cv-08956-BRM-CLW; *American Regent, Inc. v. Fresenius Kabi USA, LLC*, C.A. No. 2:24-cv-07801-BRM-CLW; *American Regent, Inc. v. Gland Pharma Limited*, C.A. No. 2:24-cv-07802-BRM-CLW; *American Regent, Inc. v. Hikma Pharmaceuticals USA, Inc.*, C.A. No. 2:24-cv-07803-BRM-CLW; *American Regent, Inc. v. Long Grove Pharmaceuticals, LLC*, C.A. No. 2:24-cv-07804-BRM-CLW; *American Regent, Inc. v. RK Pharma, Inc.*, C.A. No. 2:24-cv-07805-BRM-CLW; *American Regent, Inc. v. Somerset Therapeutics, LLC et al.*, C.A. No. 2:24-cv-07807-BRM-CLW; *American Regent, Inc. v. Sun Pharmaceutical Industries Limited et al.*, C.A. No. 2:24-cv-07810-BRM-CLW; *American Regent, Inc. v. Xiromed, LLC et al.*, C.A. No. 2:24-cv-07811-BRM-CLW; *American Regent, Inc. v. Zydus Pharmaceuticals (USA) Inc.*, C.A. No. 2:24-cv-07812-BRM-CLW. Four defendants entered into a consent judgment or dismissal—Long Grove, Steriscience, Fresenius, and Eugia—leaving Aspiro, Gland, Somerset, Accord, Zydus, Xiromed, DRL, Cipla, Hikma, Sun Pharma, and RK Pharma as the remaining consolidated Defendants.

Dated:  January 16, 2025

Of Counsel:

Dennies Varughese, Pharm.D.
Uma N. Everett
Adam C. LaRock
Christina E. Dashe
Alexander Alfano
Ryan E. Conkin
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, D.C. 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
cdashe@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

s/ Charles H. Chevalier
Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

Christine A. Gaddis
GIBBONS P.C.
141 West Front Street, Suite 240
Red Bank, New Jersey 07701
(732) 704-5801
cgaddis@gibbonslaw.com

*Attorneys for Plaintiff American Regent, Inc.*

3