John Leddy
NUTTER, McCLENNEN & FISH LLP
655 Third Avenue
New York, NY 10017
Tel. (646) 440-8000
jleddy@nutter.com

Jonathan A. Harris (*pro hac vice*)
Micah W. Miller (*pro hac vice*)
155 Seaport Blvd.
Boston, MA  02110
Tel. (617) 439-2000
jaharris@nutter.com
mmiller@nutter.com

*Attorneys for Defendants*
*XIROMED PHARMA ESPANA, S.L.*
*XIROMED, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Civil Action No. 2:24-cv-07791-BRM-CLW <br><br> (Consolidated) <br><br> *Document Electronically Filed* |

**CORPORATE DISCLOSURE STATEMENT OF**
**XIROMED PHARMA ESPAÑA, S.L. AND XIROMED, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Xiromed Pharma España, S.L ("Xiromed Pharma") and Xiromed LLC hereby disclose that Xiromed Pharma is a limited liability organization and existing under the laws of Spain. Xiromed Pharma is 75% owned by Chemo Holding, S.L.U. Spain. The sole shareholder of Chemo Holding, S.L.U. Spain is Insud Pharma, S.L. Spain. No publicly traded corporation owns 10% or more of Xiromed Pharma stock.

Xiromed LLC is a limited liability organization and existing under the laws of the State of New Jersey. Xiromed LLC's sole shareholder is EX USA Holding Corp. The sole shareholder of EX USA Holding Corp. is Exeltis Pharmaceuticals Holding, S.L.U. The sole shareholder of Exeltis Pharmaceuticals Holding, S.L.U. is Insud Pharma, S.L. No publicly traded corporation owns 10% or more of Xiromed LLC's stock.

Dated: January 21, 2025
   New York, New York

Respectfully submitted,

*/s/ John C. Leddy*
John C. Leddy
NUTTER, McCLENNEN & FISH LLP
655 Third Avenue
New York, NY 10017
Tel. (646) 440-8000
jleddy@nutter.com

Jonathan A. Harris (*pro hac vice*)
Micah W. Miller (*pro hac vice*)
155 Seaport Blvd.
Boston, MA 02110
Tel. (617) 439-2000
jaharris@nutter.com
mmiller@nutter.com

*Attorneys for Defendants*
*XIROMED PHARMA ESPANA, S.L.*
*XIROMED, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 21, 2025, I caused a true copy of the above document to be served via ECF on counsel of record.

                                                         */s/ John C. Leddy*
                                                         John C. Leddy