ric I. Abraham (eabraham@hillwallack.com)
William P. Murtha (wmurtha@hillwallack.com)
Kristine L. Butler (kbutler@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
(609) 734-6358

*Attorneys for Defendant, RK Pharma, Inc. .*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: SELENIOUS ACID LITIGATION | Civil Action No.: 24-cv-7791 (Consolidated) <br><br> **CERTIFICATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF COREY WEINSTEIN** |

I, Corey Weinstein, hereby certify and state:

1. I am an Attorney with the law firm of Wiley Rein LLP, located at 2050 M St. NW, Washington, DC, and retained to represent Defendant, RK Pharma, Inc. in the above-captioned matter pending in the United States District Court for the District of New Jersey.

2. I have never been suspended from the practice of law in any jurisdiction, nor have I been disciplined or censured by any disciplinary authority of any bar to which I am admitted to practice. There are no disciplinary charges pending against me.

3. I am duly admitted and currently in good standing to practice law in the following jurisdictions, for which I list my year of admission and the address of the official or office maintaining the roll of such members of its bar:

| Court/Jurisdiction | Year of Admission | Court Office and Address |
|---|---|---|
| State of Texas | 2002 | Supreme Court of Texas<br>Supreme Court Building<br>201 W. 14th Street, Room 104<br>Austin, Texas 78701 |
| United States District Court for the Eastern District of Texas | 2003 | William M. Steger Federal Building and United States Courthouse<br>211 West Ferguson Street, Room 106<br>Tyler, Texas 75702 |
| United States District Court for the Northern District of Texas | 2003 | 1100 Commerce St<br>Dallas, Texas 75242 |
| District of Columbia | 2017 | 430 E St. NW #115<br>Washington, DC 20001 |

4. I was previously admitted, but no longer maintain, my admission to the following jurisdictions:

| Court/Jurisdiction | Year of Admission | Court Office and Address |
|---|---|---|
| United States District Court for the Western District of Texas | 2003 | U.S. District Clerk's Office<br>501 West Fifth Street, Suite 1100<br>Austin, Texas 78701 |
| United States District Court for the Southern District of Texas | 2003 | 1133 N. Shoreline Blvd.<br>Corpus Christi, Texas 78401 |

5. I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures. To ensure my familiarity with these rules and procedures I have reviewed the local rules of this Court.

6. I agree to abide by Local Civil Rule 101.1(c).

7. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, or other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or such other action as the Court may deem proper.

8. Pursuant to Local Civil Rule 101.1(c), I agree to pay the required fee to the Clerk of the United States District Court for the District of New Jersey.

9. I further agree, pursuant to Local Rule 101.1(c)(2), to make payment to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a).

10. If granted *pro hac vice* admission, I will, in good faith, continue to advise counsel who has moved for my *pro hac vice* admission, Eric I. Abraham, Esq., as to the status of this matter for which *pro hac vice* admission has been granted and all material developments therein.

11. I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Defendant.

I affirm under penalties of perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

Dated:                                              Respectfully submitted,

                                                    _____
                                                    Corey Weinstein