# EXHIBIT A

**Proposed Preliminary Injunction Briefing Schedule**

| Event | ARI's Proposed Schedule | Defendants' Proposed Schedule |
|---|---|---|
| Plaintiff to submit Opening Brief | Friday, January 17, 2025 (Page Limit: 40 pages at Times New Roman 12 pt font) | Agreed |
| Plaintiff to substantively respond to Defendants' interrogatories nos. 2-5, 8-9 and produce documents in response to Defendants' requests for production nos. 1-5, 7-8, 10, 12, 18-19 propounded on January 10. | Opposed. | January 27, 2025 |
| Defendants to submit Opposition Brief | February 7, 2025<br><br>Total Page Limits: 40 pages at Times New Roman 12 pt font, to the extent defendants submit only a joint brief.<br><br>*ARI opposes Defendants' proposal to submit individual briefs. However, to the extent the Court is willing to entertain Defendants' proposal, ARI requests that it be allowed to submit a 5-page Reply brief to each defendant group. | *If Defendants are given a sur-reply:* Agreed<br><br>*If Defendants are not given a sur-reply:* February 14, 2025<br><br>(Total Page Limits: 40 pages at Times New Roman 12 pt font, to the extent defendants submit only a joint brief; otherwise 30 pages for a joint brief and 10 pages for each defendant family limited to issues of balance of hardships and/or infringement individual to said defendant) |
| Defendants offer depositions of declarant(s), if applicable | Opposed. | *If Defendants are given a sur-reply:* February 10-11, 2025<br><br>*If Defendants are not given a sur-reply:* February 18-19 |
| Plaintiff to submit Reply Brief | February 24, 2025<br><br>(Total Page Limit: 20 pages at Times New Roman 12 pt font, | *If Defendants are given a sur-reply:* February 14, 2025<br><br>*If Defendants are not given a sur-reply:* February 24, 2025 |

**Proposed Preliminary Injunction Briefing Schedule**

| | | |
|---|---|---|
| | to the extent defendants submit only a joint brief)  *ARI opposes Defendants' proposal to submit individual briefs. However, to the extent the Court is willing to entertain Defendants' proposal, ARI requests that it be allowed to submit a 5-page Reply brief to each defendant group. | (Total Page Limit: 20 pages at Times New Roman 12 pt font, to the extent defendants submit only a joint brief; otherwise 15 pages for a joint brief and 5 pages for each defendant family that filed an individual opposition brief) |
| Plaintiff offers depositions of declarant(s), if applicable | Opposed. | *If Defendants are given a sur-reply:* February 17-19, 2025  *If Defendants are not given a sur-reply:* February 3-5 |
| Defendants to submit Sur-Reply Brief | Opposed. | February 24, 2025 (Total Page Limit: 15 pages at Times New Roman 12 pt font, to the extent defendants submit only a joint brief; otherwise 10 pages for a joint brief and 5 pages for each defendant family that files an individual opposition brief. All Sur-replies will be limited to invalidity/issues on which Defendants have the burden of proof.) |