**HILL WALLACK LLP**

The Galleria
2 Bridge Avenue
Suite 211
Red Bank, NJ 07701
main 732.889.3005

WRITER'S DIRECT DIAL: (609) 734-6358

January 23, 2025

*Via ECF*

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    **In Re: Selenious Acid Litigation**
             **Civil Action No.:  24-7791 (Consolidated)**

Dear Judge Waldor:

    We, together with Upadhye Tang LLP, we represent the Defendant, RK Pharma, Inc. in the above-referenced matter.  Pursuant to Local Civil Rule 101.1(c)(5), defendant respectfully requests that the Court withdraw the appearances of Yixin Tang, Esq., Brent Batzer, Esq. and Shashank Upadhye, Esq. as Pro Hac Vice Counsel and remove them and their firm from electronic notifications in the above-referenced civil action.  They are no longer involved in this case.  Hill Wallack LLP will continue to represent above defendant in this case.

    We thank the Court for its consideration of this matter.  If this request is granted, we respectfully request that the Court endorse its "So Ordered" below and forward same to the Clerk for entry.

                            Respectfully submitted,

                            */s/ Eric I. Abraham*
                            ERIC I. ABRAHAM

cc:    All Counsel of Record (via ECF)

SO ORDERED this 24th day of January, 2025

s/ Cathy L. Waldor
Hon. Cathy L. Waldor, U.S.M.J.