

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

January 28, 2025

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   **Re:**  *In re Selenious Acid Litigation,*
      **No. 2:24-cv-07791-BRM-CLW (Consolidated)**

Dear Judge Waldor:

  We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represent Plaintiff American Regent, Inc. ("ARI") in the above-referenced matter. With counsel for all Defendants in the above-referenced consolidated matter, we submit the attached Discovery Confidentiality Order for the Court's consideration. If Your Honor finds this document acceptable, the parties respectfully request that Your Honor "So-Order" the document and direct its entry on the docket.

  The parties thank the Court for its consideration and assistance in this matter. If the Court would like to discuss this matter further, the parties will make themselves available at the Court's convenience.

       Respectfully submitted,

       s/ Charles H. Chevalier
       Charles H. Chevalier

Attachment
cc: Counsel of record via ECF and e-mail