UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: SELENIOUS ACID LITIGATION           Civil Action No.: 24-cv-7791
                                                                          *(Consolidated)*

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *Pro Hac Vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. As order of the Court granting motion to appear *Pro Hac Vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101 (c)(3) has been paid to the Clerk of the Court.

                                                            */s/ Eric I. Abraham*
                                                            Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

**Corey Weinstein, Esq.
WILEY REIN
2050 M. Street NW
Washington, DC 20036
Email:  cweinstein@wiley.law**