

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

February 5, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *In re Selenious Acid Litigation*, **No. 2:24-cv-07791 (BRM) (CLW) (Consolidated)**
*American Regent, Inc. v. Dr. Reddy's Laboratories, Inc. et al.*, **No. 2:24-cv-7799 (BRM)(CLW)**
*American Regent, Inc. v. Dr. Reddy's Laboratories, Inc. et al.*, **No. 2:24-cv-11114 (BRM)(CLW)**

Dear Judge Martinotti:

    We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., counsel for Plaintiff American Regent, Inc., and Rivkin Radler LLP and Perkins Coie LLP, counsel for Defendants Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories, Ltd., jointly submit the attached Consent Judgment for the Court's consideration. If Your Honor finds this document acceptable, the parties respectfully request that Your Honor execute the document and direct its entry on the docket.

    Should the Court require anything further, the parties will make themselves available at the Court's convenience. The parties thank the Court for its time and assistance in this matter.

    Respectfully submitted,

    s/ Charles H. Chevalier
    Charles H. Chevalier

cc: All counsel of record via ECF and counsel for Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd. via e-mail