**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | C.A. No. 2:24-7791-BRM-CLW (consolidated) |
| AMERICAN REGENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. et al, <br><br> Defendants. | C.A. No. 2:24-cv-7799-BRM-CLW |
| AMERICAN REGENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. et al, <br><br> Defendants. | C.A. No. 2:24-cv-11114-BRM-CLW |

**CONSENT JUDGMENT**

American Regent, Inc. ("ARI"), and Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL"), parties in the above-captioned Actions, specifically in the Actions initiated by Plaintiff, ARI, against DRL in Civil Action Nos. 2:24-07791-BRM-CLW (consolidated), 2:24-cv-07799-BRM-CLW, and 2:24-cv-11114-BRM-CLW, have resolved these litigations for good cause and valuable consideration recognized by ARI and DRL. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the Actions, as follows:

IT IS this _____ day of _____ , 2025:

ORDERED, ADJUDGED AND DECREED as follows:

1.      This District Court has jurisdiction over the subject matter of the above Actions and has personal jurisdiction over the parties.

2.      As used in this Consent Judgment, (i) the term "DRL Product(s)" shall mean the drug product(s) manufactured, sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 218639 (including any supplements, or modification or amendments thereto or replacements thereof) ("DRL's ANDA"); (ii) the term "Licensed ARI Patents" shall mean United States Patent No. 11,998,565 ("the '565 patent") and United States Patent No. 12,150,957 ("the '957 patent"); and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with DRL; for purposes of this definition, "control" means: (a) ownership, directly or through one or more intermediaries, of: (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership; or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3.      Unless otherwise specifically authorized by ARI pursuant to the Settlement Agreement or by 35 U.S.C. § 271(e)(1), DRL, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed ARI Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the DRL Product(s) in the United States

4.      Compliance with this Consent Judgment may be enforced by ARI, its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5.      This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6.      All claims, counterclaims, affirmative defenses and demands in this Actions are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

7.      Nothing herein shall preclude the U.S. Food & Drug Administration from granting final approval to DRL's ANDA or shall preclude DRL from filing, modifying, or maintaining with the FDA any Paragraph IV Certification for the DRL Product(s) pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV).

_____
Brian R. Martinotti
United States District Judge

We hereby consent to the form and entry of this Order:

| | |
|---|---|
| s/ Charles H. Chevalier | s/ Gregory D. Miller_____ |
| Charles H. Chevalier<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>(973) 596-4611<br>cchevailer@gibbonslaw.com | Gregory D. Miller<br>(Gregory.Miller@rivkin.com)<br>Gene Y. Kang<br>(Gene.Kang@rivkin.com)<br>Timothy P. Gonzalez<br>(Timothy.Gonzalez@rivkin.com)<br>RIVKIN RADLER LLP 21 Main Street, Suite 158 Hackensack, NJ 07601<br>(201) 287-2460 (telephone) |
| Christine A. Gaddis<br>GIBBONS P.C.<br>141 West Front Street, Suite 240<br>Red Bank, New Jersey 07701<br>(732) 704-5801<br>cgaddis@gibbonslaw.com | |
| OF COUNSEL: | Shannon M. Bloodworth<br>(SBloodworth@perkinscoie.com)<br>Maria A. Stubbings<br>(MStubbings@perkinscoie.com)<br>PERKINS COIE LLP 700 Thirteenth Street, N.W., Suite 600<br>Washington, D.C. 20005-3960<br>(202) 654-6200 (telephone) |
| Dennies Varughese, Pharm. D.<br>Uma Everett<br>Adam LaRock<br>Alex Alfano<br>Ryan Conkin | |
| Sterne, Kessler, Goldstein & Fox P.L.L.C.<br>1101 K Street, NW, 10th Floor<br>Washington, DC 20005 (202) 371-2600<br>dvarughese@sternekessler.com<br>ueverett@sternekessler.com<br>alarock@sternekessler.com<br>aalfano@sternekessler.com<br>rconkin@sternekessler.com | Autumn N. Nero<br>(ANero@perkinscoie.com)<br>PERKINS COIE LLP 33 East Main Street, Suite 201<br>Madison, WI 53703-3095<br>(608) 663-7460 (telephone)<br><br>Rodney Swartz<br>(RSwartz@perkinscoie.com)<br>PERKINS COTE LLP<br>1120 NW Couch St., Tenth Floor<br>Portland, OR 97209-4128 (503) 727-2000 (telephone) |
| *Attorneys for Plaintiff American Regent, Inc.* | *Attorneys for Defendants Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories, Ltd.* |