IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | C.A. No. 2:24-cv-07791 (BRM) (CLW) (Consolidated) <br><br> **STIPULATION AND AMENDED SCHEDULING ORDER** |

Plaintiff American Regent, Inc. ("Plaintiff") and Defendants Accord Healthcare, Inc., Aspiro Pharma Ltd., Cipla USA, Inc., Cipla Limited, Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., Gland Pharma Ltd., Hikma Pharmaceuticals USA Inc., RK Pharma, Inc., Somerset Therapeutics, LLC, Somerset Pharma, LLC, Odin Pharmaceuticals, LLC, Defendants Sun Pharmaceutical Industries Limited, Sun Pharmaceutical Industries, Inc., Xiromed, LLC, Xiromed Pharma España, S.L., and Zydus Pharmaceuticals (USA) Inc. (collectively, "Defendants"), hereby submit this Joint Stipulation and Proposed Amended Scheduling Order.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court that the following schedule be entered in the above-referenced case:

| Event | Proposed Deadline |
|---|---|
| Defendants File Joint Opposition to ARI's Preliminary Injunction Motion (*see* ECF No. 115) | February 7, 2025 |

| | |
|---|---|
| Defendants' Invalidity Contentions regarding the '565 and '957 patents L.Pat. R. 3.6(c), 3.3<br><br>L.Pat. R. 3.6(d), 3.4 (b,c) | February 18, 2025 |
| Defendants' Non-Infringement Contentions regarding the '565 and '957 patents<br><br>L. Pat. R. 3.6(e) | February 18, 2025 |
| ARI Files Reply Brief in Support of Preliminary Injunction Motion (*see* ECF No. 115) | February 24, 2025 |
| ARI's Infringement Contentions regarding the '565 and '957 patents<br>L. Pat. R. 3.6(g), 3.1<br>L. Pat. R. 3.6(h), 3.2 | March 18, 2025 |
| ARI's Responses to Invalidity Contentions regarding the '565 and '957 patents<br><br>L. Pat. R. 3.6(i), 3.4A | March 18, 2025 |
| Status Conference | TBD (Subject to Court's Availability) |
| Exchange of Proposed Terms for Construction<br><br>L. Pat. R. 4.1 (a, b) | March 20, 2025 |
| Exchange of Preliminary Proposed Claim Constructions and Identification of All Supporting Intrinsic Evidence and Designation of Supporting Extrinsic Evidence<br><br>L.Pat. R. 4.2 (a, b) | March 24, 2025 |
| Exchange and Identification of All Rebuttal Intrinsic and Extrinsic Evidence | March 31, 2025 |

| | |
|---|---|
| L.Pat. R. 4.2 (c, d) | |
| File Joint Claim Construction and Prehearing Statement<br><br>L.Pat. R. 4.3 | April 4, 2025 |
| Completion of Claim Construction Fact Discovery<br>L. Pat. R. 4.4 | April 11, 2025 |
| Opening Claim Construction Briefs<br><br>L.Pat. R. 4.5(a) | April 18, 2025 |
| Completion of Expert Discovery Relating to Claim Construction<br><br>L. Pat. R. 4.5(b) | May 2, 2025 |
| Responding Claim Construction Briefs<br><br>L. Pat. R. 4.5(c) | May 7, 2025 |
| Submit Proposed Schedule for Claim Construction Hearing<br><br>L. Pat. R. 4.6 | May 9, 2025 |
| Markman Hearing | TBD |
| Status Conference | TBD (Subject to Court's Availability) |
| Substantial Completion of Document Production | May 23, 2025 |
| Deadline for Amending Pleadings or Joining Parties | July 14, 2025 |
| Close of Fact Discovery | July 14, 2025 |
| Exchange of Opening Expert Reports on Issues for Which the Party Bears the Burden of Proof<br><br>(including Plaintiffs' Expert Reports on Secondary | August 28, 2025 |

| | |
|---|---|
| Considerations of Non-Obviousness) | |
| Exchange of Rebuttal Expert Reports | September 29, 2025 |
| Exchange of Reply Expert Reports | October 29, 2025 |
| Status Conference | TBD (Subject to Court's Availability) |
| Close of Expert Discovery | December 5, 2025 |
| Dispositive Motions | TBD |
| Submission of the Parties' Joint Pretrial Order | TBD |
| Pretrial Conference | TBD |
| Trial | TBD |

Dated: February 4, 2025

<table>
<tr><td>

s/ Charles H. Chevalier _____
Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevailer@gibbonslaw.com

Christine A. Gaddis
GIBBONS P.C.
141 West Front Street, Suite 240
Red Bank, New Jersey 07701
(732) 704-5801
cgaddis@gibbonslaw.com


OF COUNSEL

Dennies Varughese, Pharm. D.
Uma N. Everett
Adam C. LaRock
Christina E. Dashe
Alexander Alfano

</td><td>

Respectfully Submitted by:

 s/ Kristen Healey Cramer _____
Kristen Healey Cramer (No. 044752003)
Noelle B. Torrice (No. 079132013)
BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: 302.442.7010
Facsimile: 302.442.7012
Email: kcramer@beneschlaw.com
Email: ntorrice@beneschlaw.com

OF COUNSEL

Michael S. Weinstein
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (216) 363-6228
Email: mweinstein@beneschlaw.com

Manish K. Mehta
Samuel J. Ruggio

</td></tr>
</table>

Ryan E. Conkin
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
cdashe@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

*Attorneys for Plaintiff*
*American Regent, Inc.*

s/ Kaan Ekiner_____
Kaan Ekiner
COZEN O'CONNOR
1201 N. Market Street
 Suite 1001
Wilmington, Delaware 19801
(302) 295-2013
kekiner@cozen.com

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
2001 M Street, NW, Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

David B. Sunshine
Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, New York 10007
(212) 509-9400
dsunshine@cozen.com
kschaubert@cozen.com

*Attorneys for Defendant Aspiro Pharma Ltd*.

s/ Gregory D. Miller_____
Gregory D. Miller
Gene Y. Kang
Timothy P. Gonzalez
Marcus O. Tubin
RIVKIN RADLER LLP
25 Main Street

71 South Wacker, Suite 1600
Chicago, Illinois 60606
Telephone: 312.624.6379
Email: mmehta@beneschlaw.com
Email: sruggio@beneschlaw.com

*Attorneys for Defendant Accord Healthcare, Inc.*

s/ Rebekah Conroy_____
Rebekah Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Tel: (973) 400-4181
rconroy@stoneconroy.com

*Of Counsel*
Steven M. Coyle
Nicholas A. Geiger
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, Connecticut 06103
Tel: (860) 286-2929
scoyle@cantorcolburn.com
ngeiger@cantorcolburn.com

*Attorneys for Defendants Cipla USA, Inc. and Cipla Limited*

 \_s/ James S. Richter_____
James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622

C. Kyle Musgrove

Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Gregory.miller@rivkin.com
Timothy.gonzalez@rivkin.com
Marcus.tubin@rivkin.com

Autumn N. Nero
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, Wisconsin 53703-3095
Telephone: (608) 663-7460
anero@perkinscoie.com

Shannon M. Bloodworth
Maria A. Stubbings
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005-6200
sbloodworth@perkinscoie.com
mstubbings@perkinscoie.com

Rodney Swartz
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209-4128
Telephone: (503) 727-2000
RSwartz@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

s/ R. Touhey Myer_____
R. Touhey Myer
KRATZ & BARRY LLP
800 N. West Street
Wilmington, Delaware 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*
Timothy H. Kratz
George J. Barry III
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com

Michael P. Hogan

Cindy Chang
GEMINI LAW LLP
40 W 24th Street, Suite 6N
New York, New York 10010
(917) 915-8832
kmusgrove@geminilaw.com
cchang@geminilaw.com

*Attorneys for Defendant Hikma Pharmaceuticals USA, Inc.*

s/ William P. Murtha_____
Eric I. Abraham
William P. Murtha
Kristine L. Butler
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08543-5226
(609) 734-6358

*Of Counsel:*
Neil Seth (to be admitted (*pro hac vice*)
Corey Weinstein (to be admitted *pro hac vice*)
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
nseth@wiley.law
cweinstein@wiley.law

*Attorneys for Defendant RK Pharma, Inc.*

KRATZ & BARRY LLP
325 Chestnut Street, Suite 883, #259
Philadelphia, Pennsylvania 19106
(917) 216-8585
mhogan@kratzandbarry.com

***Attorneys for Defendant Gland Pharma Ltd.***

s/ Gregory D. Miller_____
Gregory D. Miller
Gene Y. Kang
Timothy P. Gonzalez
Marcus O. Tubin
RIVKIN RADLER LLP
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Gregory.miller@rivkin.com
Timothy.gonzalez@rivkin.com
Marcus.tubin@rivkin.com

Samuel T. Lockner
Jennell C. Bilek
Seung Sub Kim
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, PA
Capella Tower, Suite 4200
225 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605
slockner@carlsoncaspers.com
jbilek@carlsoncaspers.com
ekim@carlsoncaspers.com

***Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.***

s/ James S. Richter_____
James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622

*Of Counsel:*
Kurt Mathas
Kevin Boyle
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel. (312) 558-5600

s/ William P. Murtha_____
Eric I. Abraham
William P. Murtha
Kristine L. Butler
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08543-5226
(609) 734-6358

**BUCHANAN INGERSOLL & ROONEY PC** 640 5th Avenue, 9th Floor
New York, NY 10019-6102
(212) 440-4400

| | |
|---|---|
| kmathas@winston.com<br>kboyle@winston.com<br><br>Claire Fundakowski<br>Lauren Rennecker<br>WINSTON & STRAWN LLP<br>1901 K Street, N.W.<br>Washington, DC 20036<br>Tel. (202) 282-5000<br>cfundakowski@winston.com<br>lrennecker@winston.com<br><br>***Attorneys for Defendants Somerset Therapeutics, LLC, Somerset Pharma, LLC and Odin Pharmaceuticals, LLC*** | Zhibin.Li@bipc.com Zhibin.li@.com<br><br>Michael J. Gaertner<br>David B. Abramowitz<br>Leah M. Brackensick<br>Hannah J. Thomas<br>**BUCHANAN INGERSOLL & ROONEY PC**<br>125 South Wacker Drive<br>Chicago, Illinois 60606<br>(312) 261-8777<br>michael.gaertner@bipc.com<br>david.abramowitz@bipc.com<br>leah.brackensick@bipc.com<br>hannah.thomas@bipc.com<br><br>***Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc.*** |

_s/ John C. Leddy_____
John C. Leddy
NUTTER, McCLENNEN & FISH LLP
655 Third Avenue
New York, New York 10017
Tel. (646) 440-8000
jleddy@nutter.com

Jonathan A. Harris
Micah W. Miller
155 Seaport Blvd.
Boston, Massachusetts 02110
Tel. (617) 439-2000
jaharris@nutter.com
mmiller@nutter.com

***Attorneys for Defendants Xiromed LLC and Xiromed Pharma España, S.L.***


**SO ORDERED.**

                                                      s/Cathy L. Waldor_____
Honorable Cathy L. Waldor, U.S.M.J.
Date: February 5, 2025