# EXHIBIT F
## ('957 Patent File Wrapper (excerpts))

F1

**PATENT**
**Docket No.: 1848-32 US**

INVENTORS:      Gopal Anyarambhatla

Richard Lawrence

Jasmina Marinkovic

**TITLE:    TRACE ELEMENT COMPOSITIONS, METHODS OF MAKING AND USE**

ASSIGNEE:     American Regent, Inc.

Docket No.: 1848-32 US

# TRACE ELEMENT COMPOSITIONS, METHODS OF MAKING AND USE

[0001]  This application claims priority to U.S. Provisional Application Serial No. 63/047,708, filed on July 2, 2020, the entire disclosure of which is hereby incorporated by reference in its entirety into the present disclosure.

BACKGROUND

[0002]  Parenteral nutrition (PN) provides nutrients and fluids to a patient and is typically administered intravenously.  It differs from normal oral food ingestion in that the nutrients and fluids are administered by an intravenous infusion.  In this way, the entire digestive tract is bypassed. Parenteral nutrition is indicated when ingestion of nourishment administered orally via the digestive tract is not possible, not desired, or too dangerous.  Thus, parenteral nutrition is used when there are considerable impediments in digestion and resorption, as well as in the framework of intensive care medicine.  Complete parenteral nutrition can supply the same nutrients as normal enteral nourishment which includes carbohydrates, fats, proteins, vitamins, electrolytes, water and also trace elements (e.g., trace metals).

[0003]  Trace elements together with vitamins are required for specific metabolic functions.  Trace elements are present at very low concentrations in the human body and help maintain physical and mental health.  As structural and/or functional constituents of numerous metalloproteinases (e.g., copper, zinc), enzymes (e.g., selenium), hormones (e.g., iodine) or vitamins (e.g., cobalt), trace elements are involved in many metabolic processes.  A deficiency of trace elements impairs the optimal development of important physiological processes in the body.

[0004]  Often times, one or more trace elements are added to the parenteral nutrition using specific pharmaceutical manufacturing regulations under strict aseptic conditions.  Trace element addition to the parenteral nutrition is an important component in the framework of parenteral nutrition therapy. Trace element addition can also remedy an already existing trace element deficiency to help the patient have an enhanced quality of life.  Although trace element addition facilitates many enzymatic processes, long term use may cause accumulation of large quantities resulting in toxicity.

[0005]  In recent years, recommended daily doses of trace elements (e.g., copper, manganese, and chromium) have been reduced and some instances daily doses of chromium are not typically needed. Sometimes, the daily dosage of trace elements needs to be adjusted for contaminants that may already be present in the parenteral nutrition.

Docket No.: 1848-32 US

[0006]    Because multiple trace elements (e.g., zinc, copper, selenium, manganese, and chromium) are currently available in all-in-one formulations at higher daily doses, one or more trace elements are not easily customizable to the patient's specific trace element requirement when it is added to the parenteral nutrition.

[0007]    Typically, parenteral nutrition once admixed remains stable for a relatively short period of time without the addition of trace elements to the parenteral nutrition.  For example, once admixed, KABIVEN® parenteral nutrition remains stable for 48 hours at room temperature or 25°C.  This stability is without the addition of trace elements to the parenteral nutrition.  If not used immediately, the admixed KABIVEN® parenteral nutrition can be stored for up to 7 days under refrigeration at 2°C to 8°C without the addition of trace elements to the parenteral nutrition.  After removal from refrigeration, the admixed KABIVEN® parenteral nutrition should be used within 48 hours.  If not, it should be discarded.  This type of stability is also for other different brands of parenteral nutrition.

[0008]    Parenteral nutrition is admixed based on the specific metabolic needs of the patient. Admixing parenteral nutrition can be time consuming, expensive, and tedious to prepare under aseptic conditions.  Often when trace elements are added to parenteral nutrition and the parenteral nutrition is stored for more than 24 to 48 hours at room temperature, stability problems such as, for example, particulate formation and precipitation may occur.  This requires the healthcare provider (e.g., pharmacist, nurse, healthcare facility, caregiver, etc.) to dispose of any unused parenteral nutrition after the 24 to 48-hour time period, which increases cost to the patient and the healthcare provider.

[0009]    Further, if the patient's parenteral nutrition is put on hold for a short period of time (e.g., 48 hours); the admixed parenteral nutrition containing the added trace elements will also need to be discarded.  This can lead to drug supply shortages as now the parenteral nutrition and trace elements have to be discarded and a new prescription of parenteral nutrition containing the trace elements has to be admixed again.  Because of the short stability period, parenteral nutrition with added trace elements is prepared close to the time period that it will be administered to the patient on a daily basis, which may require frequent trips to the healthcare facility.  This also prevents the parenteral nutrition with added trace elements to be made in many daily doses or in batches.

[0010]    Thus, there is a need for injectable parenteral nutrition containing one or more trace elements that is stable for a longer period of time, thereby reducing the time and costs associated with frequent admixing.  The quality of life of the patient and the caregiver is also improved by avoiding frequent trips to healthcare facilities for the admixing of injectable parenteral nutrition.  Further, there is also a

E4

need for parenteral nutrition with one or more added trace elements that can be made in many daily doses or in batches because it is stable for a longer period of time. There is also a need for trace element compositions and methods that have lower daily doses of one or more trace elements compared to those in currently available trace element products.

## SUMMARY

[0011]  An injectable parenteral nutrition containing a trace element is provided that is stable for a longer period of time compared to existing parenteral nutrition products that have trace elements added thereto, thereby reducing the time and costs associated with frequent admixing. The quality of life of the patient and the caregiver is also improved by avoiding frequent trips to healthcare facilities for the admixing of injectable parenteral nutrition. An injectable parenteral nutrition containing a trace element is also provided that can be made in daily doses or in batches because it is stable for a longer period of time. There is also provided a trace element composition and method that have lower daily doses of one or more trace elements as compared to currently available trace element products (e.g., Mutitrace-5® concentrate, Addamel™) that can be dosed for adult, pediatric or neonatal patients.

[0012]  In one embodiment there is an injectable composition comprising water, and at least one of about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, or about 1 µg to about 80 µg of manganese per 1 mL of the injectable composition.

[0013]  In another embodiment, there is an injectable composition comprising water, and at least one trace element consisting of about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, or about 1 µg to about 80 µg of manganese per 1 mL of the injectable composition.

[0014]  In yet another embodiment, there is a method of making an injectable composition, the method comprising mixing at least one of about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, or about 1 µg to about 80 µg of manganese with water to form 1 mL of the injectable composition.

[0015]  In still yet another embodiment, there is a method of maintaining plasma trace elements in a patient in need thereof, the method comprising administering at least an injectable composition to the patient, the injectable composition comprising water, and at least one of about 800 µg to about 4,000

3

Docket No.: 1848-32 US

µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, or about 1 µg to about 80 µg of manganese per 1 mL of the injectable composition.

[0016]   In one exemplary embodiment, there is an injectable trace element composition comprising water, and at least one of about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, or about 1 µg to about 80 µg of manganese per 1 mL of the injectable composition.

[0017]   In various embodiments, the injectable compositions described in this application comprise, consist essentially of or consist of water, at least one of zinc in an amount from about 600 ug, 700 ug, or 800 µg to about 4,000 µg, copper in an amount from about 40 µg to about 400 µg, from about 4 µg to about 90 µg of selenium, and from about 1 µg to about 80 µg of manganese per 1 mL of the injectable composition.

[0018]   Stable trace element injectable compositions or injectable compositions that can be added to a parenteral nutrition are provided.  In various aspects, a stable injectable composition comprises water, from about 800 µg to about 4,000 µg of zinc, from about 40 µg to about 400 µg of copper, from about 4 µg to about 90 µg of selenium, and from about 1 µg to about 80 µg of manganese per 1 mL of the injectable.  In some aspects, the stable trace element injectable composition consists essentially of or consists of water, from about 900 µg to about 4,000 µg of zinc, from about 40 µg to about 400 µg of copper, from about 4 µg to about 90 µg of selenium, and from about 1 µg to about 80 µg of manganese per 1 mL of the injectable.

[0019]   In some embodiments, methods of making and using the stable injectable compositions of this application are provided.  In one aspect, the method of making a trace element injectable composition includes mixing from about 800 µg to about 4,000 µg of zinc, from about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, and about 1 µg to about 80 µg of manganese with water to form 1 mL of the injectable composition.

[0020]   In some embodiments, there is a method of maintaining plasma trace elements in a patient in need thereof, the method including administering at least an injectable composition to the patient, the injectable composition comprising water, from about 800 µg to about 4,000 µg of zinc, from about 40 µg to about 400 µg of copper, from about 4 µg to about 90 µg of selenium, and from about 1 µg to about 80 µg of manganese per 1 mL of the injectable composition.

4

Docket No.: 1848-32 US

[0021]   In various aspects, stable parenteral nutrition is provided comprising at least one of an amino acid, a dextrose, a lipid, water, an electrolyte, or a mixture thereof and at least one trace element which is stable for about at least 3 days to about 14 days.  In various embodiments, the at least one trace element of the stable parenteral nutrition includes zinc, copper, selenium, and manganese or a mixture thereof.

[0022]   In many embodiments, parenteral nutrition comprises, consists essentially of, or consists of an amino acid, a dextrose, a lipid, an electrolyte, or a mixture thereof and at least one trace element composition per from about 250 mL to about 4000 mL of parenteral nutrition.  The stable trace element injectable composition that can be added to a parenteral nutrition comprises, consists essentially of or consists of water, from about 800 µg to about 4,000 µg of zinc, from about 40 µg to about 400 µg of copper, from about 4 µg to about 90 µg of selenium, and from about 1 µg to about 80 µg of manganese per 1 mL of the injectable.  In some embodiments, the trace element injectable composition that can be added to parenteral nutrition contains water for injection and trace elements comprising, consisting essentially of or consisting of from about 2000 µg to about 4,000 µg of zinc, from about 200 µg to about 400 µg of copper, from about 30 µg to about 90 µg of selenium and from about 20 µg to about 80 µg of manganese per 1 mL of the injectable composition.

[0023]   In some embodiments, the trace element injectable composition comprises, consists essentially of, or consists of 3,000 µg of zinc, 300 µg of copper, 60 µg of selenium, and 55 µg of manganese per 1 mL of the injectable composition.  These trace element compositions are useful additives to parenteral nutrition for adult or pediatric patients.

[0024]   In yet other embodiments, the stable trace element composition that can be added to parenteral nutrition comprises, consists essentially of or consists of 1000 µg of zinc, 60 µg of copper, 6 µg of selenium and 3 µg of manganese per 1 mL of the injectable composition.  These trace element compositions are useful additives to parenteral nutrition for neonate patients.

[0025]   In various embodiments, the injectable compositions including trace elements can be added to parenteral nutrition available in the marketplace, for example KABIVEN® and CLINIMIX®.  As a result, this application provides parenteral nutrition comprising at least one of an amino acid, a dextrose, a lipid, an electrolyte or a mixture thereof and at least one of zinc, copper, selenium, and manganese, which is stable for about at least 3 days to about 14 days.

Docket No.: 1848-32 US

[0026]   In some embodiments, there is a method of making a parenteral nutrition containing trace elements, the method comprising adding trace elements to the parenteral nutrition, the trace elements comprising about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, and about 1 µg to about 80 µg of manganese per 250 mL to about 4000 mL of the parenteral nutrition, the parenteral nutrition comprising at least one of amino acid, a dextrose, a lipid, an electrolyte, or a mixture thereof.

[0027]   In some aspects, there is a method of providing a source of calories, protein, electrolytes, water or essential fatty acids for adult, pediatric or neonate patients requiring parenteral nutrition, the method comprising administering to a patient in need thereof an injectable parenteral nutrition formulation comprising at least one of an amino acid, a dextrose, a lipid, an electrolyte, or a mixture thereof, the parenteral nutrition comprising about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, and about 1 µg to about 80 µg of manganese per 250 mL to 4000 mL of the parenteral nutrition.

[0028]   In some embodiments, there is a method of maintaining plasma trace elements in a patient in need thereof, the method comprising administering a parenteral nutrition to the patient, the parenteral nutrition comprising at least one of an amino acid, a dextrose, a lipid, an electrolyte or a mixture thereof and at least one of zinc, copper, selenium, and manganese, which is stable for about at least 3 days to about 14 days to prevent depletion of endogenous stores of the at least one of zinc, copper, selenium, and manganese and subsequent depletion symptoms.

[0029]   A method of maintaining, supplementing or increasing one or more trace elements to a patient in need thereof, the method comprising administering to the patient about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, or about 1 µg to about 80 µg of manganese per about 250 mL to 4000 mL of aqueous fluid, the aqueous fluid comprising an amino acid, a dextrose, a lipid, an electrolyte or a mixture thereof.

[0030]   Additional features and advantages of various embodiments will be set forth in part in the description that follows, and in part will be apparent from the description, or may be learned by practice of various embodiments. The objectives and other advantages of various embodiments will be realized and attained by means of the elements and combinations particularly pointed out in the description and appended claims.

E8

Docket No.: 1848-32 US

## DETAILED DESCRIPTION

### Definitions

**[0031]**    For the purposes of this specification and appended claims, unless otherwise indicated, all numbers expressing quantities of ingredients, percentages or proportions of materials, reaction conditions, and other numerical values used in the specification and claims, are to be understood as being modified in all instances by the term "about." Accordingly, unless indicated to the contrary, the numerical parameters set forth in the following specification and attached claims are approximations that may vary depending upon the desired properties sought to be obtained by the present disclosure. At the very least, and not as an attempt to limit the application of the doctrine of equivalents to the scope of the claims, each numerical parameter should at least be construed in light of the number of reported significant digits and by applying ordinary rounding techniques.

**[0032]**    Notwithstanding that the numerical ranges and parameters setting forth the broad scope of the disclosure are approximations, the numerical values set forth in the specific examples are reported as precisely as possible.  Any numerical value, however, inherently contains certain errors necessarily resulting from the standard deviation found in their respective testing measurements.  Moreover, all ranges disclosed herein are to be understood to encompass any and all subranges subsumed therein. For example, a range of "1 to 10" includes any and all subranges between (and including) the minimum value of 1 and the maximum value of 10, that is, any and all subranges having a minimum value of equal to or greater than 1 and a maximum value of equal to or less than 10, e.g., 5.5 to 10.

**[0033]**    Scientific and technical terms used herein have meanings commonly used in the art unless otherwise specified.  The definitions provided herein are to facilitate understanding of certain terms used frequently herein and are not meant to limit the scope of the present disclosure.

**[0034]**    It is noted that, as used in this specification and the appended claims, the singular forms "a," "an," and "the," include plural referents unless expressly and unequivocally limited to one referent. Thus, for example, reference to "a trace element" includes one, two, three or more trace elements.

**[0035]**    As used in this specification and the appended claims, the term "or" is generally employed in its sense including "and/or" unless the content clearly dictates otherwise.

**[0036]**    Patents, patent applications, published applications and publications, websites and other

published materials referred to throughout the entire disclosure herein, unless noted otherwise, are incorporated by reference in their entirety. In the event that there are a plurality of definitions for terms herein, those in this section prevail. Where reference is made to a URL or other such identifier or address, it is understood that such identifiers can change and particular information on the internet can come and go, but equivalent information can be found by searching the internet. Reference thereto evidences the availability and public dissemination of such information.

[0037] The term "composition(s)" refers to an aggregate material formed from two or more substances, ingredients, or constituents; the way in which a whole or mixture is made up. When referring to pharmaceutical drug products, a composition is often called "formulation(s)".

[0038] The term "impurity" refers to a constituent, component or ingredient which impairs the purity of a pharmaceutical active ingredient or pharmaceutical composition.

[0039] The term "injectable" or "injectable composition," as used herein, means a composition that can be injected into a larger volume container and infused intravenously via peripheral veins found in upper extremities (hands and arms) or central veins, which is a large vein in the central circulation system. Catheters are used to reach either a peripheral or central vein. For example, central venous catheters can be inserted percutaneously or surgically through the jugular, subclavian, or femoral veins, or via the chest or upper arm peripheral veins.

[0040] The trace elements composition can be administered parenterally including intravenously or the like into the patient (e.g., mammal). The term "mammal" refers to organisms from the taxonomy class "mammalian," including but not limited to humans, other primates such as monkeys, chimpanzees, apes, orangutans and monkeys, rats, mice, rabbits, cats, dogs, pigs, cows, horses, etc.

[0041] The term "reference listed drug" refers to an approved drug product to which generic versions are compared to show that they are bioequivalent.

[0042] The term "stability" refers to capability of a pharmaceutical active ingredient or pharmaceutical composition to remain within a specific criteria or specification(s).

[0043] The term "stable", as used herein, means remaining in a state or condition that is suitable for administration to a patient and without undergoing a substantial change in the potency of the active agent in the formulation over the specified time period. In some embodiments, the injectable parenteral nutrition composition containing trace elements of the current application is considered stable if the parenteral nutrition composition containing trace elements can maintain its strength at the level specified on the label for the maximum anticipated shelf-life (e.g., the time period from the date of

Docket No.: 1848-32 US

manufacture until administration to the animal, for example, a human patient) under environmental conditions likely to be encountered in actual use. Typically, stability can be determined following the FDA guidelines, for example, Guidance for Industry: Drug Stability Guidelines (p. 1-48), December 9, 2008.

**[0044]** A substantial change in potency is one which decreases the drug concentration by more than 15%, from the target concentration for the specified period of time. Unless indicated otherwise, a stable composition is one which retains at least 85% of the original amount of the injectable composition in that state (e.g., not precipitated, degraded, or adsorbed to the container) for a period of at least 72 hours.

**[0045]** The carriers and excipients and other components of the pharmaceutical compositions must be "pharmaceutically acceptable" in the sense of being compatible with the other ingredients of the formulation and not deleterious to the recipient thereof. Thus, the term "pharmaceutically acceptable salt" references salt forms of the active compounds which are prepared with counter ions which are non-toxic under the conditions of use and are compatible with a stable formulation. For compounds which contain relatively acidic functionalities, base addition salts can be obtained by contacting the neutral form of such compounds with a sufficient amount of the desired base, either neat or in a suitable inert solvent.

**[0046]** The term "pharmaceutically acceptable carrier or excipient" means a carrier or excipient that is useful in preparing a pharmaceutical composition that has an acceptable side-effect profile and serves to provide a medium for the storage or administration of the active component(s) under the conditions of administration for which the composition is formulated or used. The carrier or excipient is compatible with the other ingredients of the formulation and not deleterious to the recipient thereof. A "pharmaceutically acceptable carrier or excipient" as used in the specification and claims includes both one and more than one such carrier or excipient. Pharmaceutically acceptable carriers are determined in part by the particular composition being administered, as well as by the particular method used to administer the composition. For the injectable compositions of this disclosure, water is a pharmaceutically acceptable carrier. There are a wide variety of suitable formulations of pharmaceutical compositions of the present disclosure (see, e.g., Remington's Pharmaceutical Sciences, 20th ed., 2018, supra).

**[0047]** The term "tonicity adjusting agents" refers to agents used to modify the osmolality of a formulation to bring it closer to the osmotic pressure of body fluids such as blood or plasma. Provided that the compositions are physiologically compatible, the compositions do not require any particular

Docket No.: 1848-32 US

osmolality.    Thus, the compositions can be hypotonic, isotonic, or hypertonic.    Typically, the pharmaceutical compositions have an osmolality between about 250 to 350 mOsm/kg.  The tonicity of the pharmaceutical compositions can be adjusted by adjusting the concentration of any one or more of a tonicity agent, a co-solvent, complexing agent, buffering agent, or excipient.  Suitable tonicity adjusting agents include, but are not limited to, anhydrous and hydrous forms of dextrose, for example, dextrose 5%, dextrose 10%, dextrose 20 %, dextrose 25%, or dextrose 50% in water or a combination thereof.

[0048]    The pH of the injectable composition can be adjusted to the recited pH range or target pH by the addition of an acid or acidic salt or base or basic salt, as appropriate.  For instance, the pH may be adjusted with a base such as an alkali metal hydroxide such as NaOH, KOH, or LiOH, or an alkaline earth metal hydroxide, such as $Mg(OH)2$ or $Ca(OH)2$, or a carbonate.  Acids useful for adjusting the pH include, without limitation, hydrochloric acid, or sulfuric acid, for example.

[0049]    The term "pharmaceutical composition" is intended to encompass a product comprising the active ingredient(s), and the inert ingredient(s) that make up the carrier, as well as any product which results, directly or indirectly, from combination, complexation or aggregation of any two or more of the ingredients, or from dissociation of one or more of the ingredients, or from other types of reactions or interactions of one or more of the ingredients described herein.

[0050]    The term "single-use container" refers to a sealed pharmaceutically prepared container holding a drug product in a sterile environment that is intended to be used in a single operation of transferring the entire contents or substantially entire contents.  It should be recognized that the single-use container is generally preservative-free and that if multiple transfers are attempted, they should be completed in a short duration, i.e., less than about 8-10 hours from the first breach of the sterile environment.  In some aspects the single-use container may be used to administer all of its contents to one subject in need thereof.  In some aspects the single-use container may be used to administer its contents to more than one subject in need thereof.

[0051]    As used herein, the term "mixing" refers to admixing, contacting, blending, stirring, or allowing to admix, mix, blend, stir and the like.

[0052]    The term "dissolved oxygen" refers to oxygen that is found in the aqueous carrier of the compositions.  Distinguished from dissolved oxygen is the headspace oxygen.  As used herein, the term "headspace oxygen" refers to the oxygen that is found in the headspace volume of the sealed container comprising the composition.

Docket No.: 1848-32 US

[0053]   It will be apparent to those skilled in the art that various modifications and variations can be made to various embodiments described herein without departing from the spirit or scope of the teachings herein.   Thus, it is intended that various embodiments cover other modifications and variations of various embodiments within the scope of the present teachings.

[0054]   The headings below are not meant to limit the disclosure in any way; embodiments under anyone heading may be used in conjunction with embodiments under any other heading.

Trace Elements Injectable Compositions

[0055]   This application relates to the development of injectable compositions comprising at least one of zinc, copper, manganese, and selenium.   The injectable compositions of this application include lower daily amounts of at least one of zinc, copper, manganese, chromium, or selenium per 1mL of the composition than currently available products.

[0056]   Trace elements, such as zinc, copper, manganese, and selenium are important to metabolic functions and for restoring and maintaining normal growth and development in mammals.   Zinc is a trace element.   Zinc is a constituent of numerous enzymes including carbonic anhydrase, alcohol and lactate dehydrogenases and various peptidases.   Zinc has been identified as a cofactor for over 70 different enzymes, including alkaline phosphatase, lactic dehydrogenase and both RNA and DNA polymerase. Zinc facilitates wound healing, helps maintain normal growth rates, normal skin hydration and the senses of taste and smell.   Zinc is considered an essential nutrient participating in multiple metalloenzymes involved in most central metabolic pathways, including metabolism of protein, fat, and carbohydrates; DNA binding; gene regulation; transcription of DNA to RNA; synthesis of heme, long-chain fatty acids, and prostaglandins; cholesterol transport; stabilization of cell membrane lipids; sexual maturation and reproduction; and immune function.

[0057]   Copper is a trace element.   Copper is essential as a cofactor for serum ceruloplasmin, an oxidase necessary for proper formation of the iron carrier protein, transferrin.   Copper also helps maintain normal rates of red and white blood cell formation.   The metabolic functions of copper relate to its presence in tyrosinase, urate oxidase, dopamine-β-hydroxylase, amine oxidases, cytochrome oxidase and cytoplasmic superoxide dismutase, in the latter, in combination with zinc.   Copper is incorporated into metalloenzymes that are involved with connective tissue formation; metabolism of iron (ceruloplasmin), cholesterol, and glucose; myelin synthesis; conversion of dopamine to norepinephrine in the brain, serotonin synthesis, melanin pigment formation; and antioxidant

E13

Docket No.: 1848-32 US

participating in the immune system.

**[0058]** Manganese is another trace element. Manganese is believed to have an activating function for many enzymes such as phosphoglucomutase, choline esterase, the oxidative β-keto-decarboxylases, certain peptidases, and muscle ATPase. Manganese is an activator for enzymes such as polysaccharide polymerase, liver arginase, cholinesterase, and pyruvate carboxylase. Manganese is incorporated into metalloenzymes involved with energy release, fatty acid and cholesterol synthesis, and release of lipids from the liver.

**[0059]** Selenium is also a trace element. Selenium is part of glutathione peroxidase which protects cell components from oxidative damage due to peroxides produced in cellular metabolism. Selenium is incorporated at the active site of glutathione peroxidase, an enzyme that catalyzes the breakdown of hydroperoxides and has metabolic interrelationships with vitamin E, an antioxidant (Vanek et al., A.S.P.E.N. Position Paper, Nutrition in Clinical Practice, Vol. 27, No. 4, pp. 440-491, August 2012).

**[0060]** In various embodiments, the injectable compositions described in this application comprise, consist essentially of or consist of water, at least one of zinc in an amount from about 900 µg to about 4,000 µg, copper in an amount from about 40 µg to about 400 µg, selenium in an amount from about 4 µg to about 90 µg, or manganese in an amount form about 1 µg to about 80 µg per 1 mL of the injectable composition. Therefore, the injectable composition, in some embodiments, can have as the trace element zinc only, copper only, selenium only, manganese only or they can be in the composition in any combination.

**[0061]** In some embodiments, the injectable compositions described in this application comprise water, and at least one of zinc in an amount from about 2000 µg to about 4,000 µg, copper in an amount from about 200 µg to about 400 µg, about 30 µg to about 90 µg of selenium, and about 20 µg to about 80 µg of manganese per 1 mL of the injectable composition. In some other embodiments, zinc is in an amount from about 900 µg, 1000, 1100, 1200, 1300, 1400, 1500, 1600, 1700, 1800, 1900, 2000, 2100, 2200, 2300, 2400, 2500, 2600, 2700, 2800, 2900, 3000, 3100, 3200, 3300, 3400, 3500, 3600, 3700, 3800, 3900 to about 4000 µg. In various embodiments, copper is in an amount from about 40 µg, 50, 60, 70, 80, 90, 100, 110, 120, 130, 140, 150, 160, 170, 180, 190, 200, 210, 220, 230, 240, 250, 260, 270, 280, 290, 300, 310, 320, 330, 340, 350, 360, 370, 380, 390 to about 400 µg. In other embodiments, selenium is in an amount from about 4 µg, 5, 6, 7, 8, 9, 10, 20, 30, 40, 50, 60, 70, 80 to about 90 µg. In yet other embodiments, manganese is in an amount from about 1 µg, 2, 3, 4, 5, 6, 7, 8, 9, 10, 20, 30, 40, 50, 60, 70 to about 80 µg. In various embodiments, the injectable compositions described in this

application comprise, consist essentially of or consist of water, zinc in an amount from about 2000 µg to about 4,000 µg, copper in an amount from about 200 µg to about 400 µg, about 30 µg to about 90 µg of selenium, and about 20 µg to about 80 µg of manganese per 1 mL of the injectable composition.

**[0062]**    In some embodiments, the injectable composition comprises water, and at least one of 3,000 µg of zinc, 300 µg of copper, 60 µg of selenium, and 55 µg of manganese per 1 mL of the injectable composition.  In other embodiments, the injectable composition consists essentially of or consists of water, 3,000 µg of zinc, 300 µg of copper, 60 µg of selenium, and 55 µg of manganese per 1 mL of the injectable composition.  These embodiments are useful as additives to parenteral nutrition applicable to adults or pediatric patients.

**[0063]**    In other embodiments, the injectable composition comprises water 1000 µg of zinc, 60 µg of copper, 6 µg of selenium and 3 µg of manganese per about 250 mL to 4000 mL of parenteral nutrition. In yet other embodiments, the trace element injectable composition consist essentially of or consists of water, 1000 µg of zinc, 60 µg of copper, 6 µg of selenium and 3 µg of manganese per about 250 mL to 4000 mL of parenteral nutrition.  These embodiments are useful as additives to parenteral nutrition applicable to neonate patients.

**[0064]**    In various aspects the injectable composition includes only one of the trace elements, for example only zinc or copper, or manganese or selenium.  The at least one of the zinc can include from about 0.23 wt. percent to about 1.33 wt. percent.  The at least one of copper can be in an amount from about 0.03 wt. percent to about 0.13 wt. percent.  The at least one of manganese comprises from about 0.0055 wt. percent to about 0.013 wt. percent.  The at least one of selenium comprises about 0.002 wt. percent to about 0.02 wt. percent and the water comprises from about 96 wt. percent to about 99.66 wt. percent of the injectable composition based on a total weight of the injectable composition.  In yet other embodiments, at least one of the zinc comprises about 0.3 wt. percent, the copper comprises about 0.03 wt. percent, the manganese comprises about 0.0055 wt. percent, the selenium comprises about 0.006 wt. percent, or the water comprises from about 99.66 wt. percent of the injectable composition based on a total weight of the injectable composition.

**[0065]**    In many aspects, the zinc in the injectable composition is elemental zinc, the copper is elemental copper, the selenium is elemental selenium, the manganese is elemental manganese and the water is sterile water for injection.  In other instances, the elemental zinc is obtained from zinc sulfate or zinc sulfate heptahydrate, the elemental copper is generated from cupric sulfate or cupric sulfate pentahydrate, the elemental manganese is from manganese sulfate or manganese sulfate monohydrate

Docket No.: 1848-32 US

and the elemental selenium is obtained from selenious acid.  The injectable composition described in this application contains, in some aspects, zinc obtained from zinc sulfate heptahydrate, wherein the zinc and is at a dose of from about 2.5 to about 7 mg/day.  The copper of the injectable composition can be obtained from cupric sulfate pentahydrate and is at a dose of from about 0.3 to about 1.5 mg/day, the manganese is manganese sulfate monohydrate and is at a dose of about 0.015 to about 0.08 mg/day, and the selenium is obtained from selenious acid and is at a dose of from about 20 to about 60 µg/day. In other aspects, the injectable composition contains zinc from zinc sulfate heptahydrate, wherein the zinc is at a dose of from about 2.5 to about 7 mg/day, the copper is obtained from cupric sulfate pentahydrate and is at a dose of from about 0.5 to about 1.5 mg/day, the manganese is obtained from manganese sulfate monohydrate and is at a dose of from about 0.15 to about 0.8 mg/day, and the selenium is obtained from selenious acid and is at a dose of about 20 to about 40 µg/day.

[0066]    In various aspects, the trace elements of the compositions of this application comprise, consist essentially of or consist of zinc sulfate or zinc sulfate heptahydrate in an amount of from about 13.1 mg (13000 µg) to about 13.3, cupric sulfate or cupric sulfate pentahydrate in an amount of about 1.1 mg to about 1.2 mg, manganese sulfate or manganese sulfate monohydrate in an amount of about 0.16 mg to about 0.18 mg and selenious acid in an amount of about 95 µg to about 99 µg per 1 mL of the injectable composition.   In other aspects, in the injectable compositions, the trace elements comprise, consist essentially of or consist of zinc sulfate or zinc sulfate heptahydrate in an amount of from about 13.1 mg (13000 µg) to about 13.3 mg, cupric sulfate or cupric sulfate pentahydrate in an amount of from about 1.1 mg to about 1.2 mg, manganese sulfate or manganese sulfate monohydrate in an amount of from about 0.016 mg to about 0.018 mg and selenious acid in an amount of from about 95 µg to about 99 µg per 1 mL of the injectable composition.  In yet other aspects, the zinc sulfate or zinc sulfate heptahydrate is in an amount of about 13.2 mg, the cupric sulfate or the cupric sulfate pentahydrate is in an amount of about 1.179 mg, the manganese sulfate or manganese sulfate monohydrate is in an amount of about 0.169 mg and the selenious acid is in an amount of about 98 µg per 1 mL of the injectable composition.

[0067]    Zinc Sulfate heptahydrate is available from Avantor Performance Materials, LLC in Phillipsburg, NJ.  Cupric sulfate pentahydrate USP can be obtained from Merck KGaA in Germany. Manganese sulfate monohydrate is available from Merck KGa in Germany.  Selenious acid is available from Sigma Aldrich.

Docket No.: 1848-32 US

[0068]   The trace elements composition can be added to one of an amino acid, a dextrose, a lipid, an electrolyte or a mixture thereof and administered to the patient parenterally (e.g., intravenously). Typically, the trace elements composition can be administered by intravenous infusion.  For example, the trace elements composition can be added to parenteral nutrition and administered intravenously where about 100 mL to 4000mL can be administered via IV infusion over, for example, about 4 hours to 24 hours, or about 8 hours to 48 hours to the patient.

[0069]   One embodiment of the trace elements injectable composition of this application useful for adult or pediatric patients is summarized in Table 1.

[0070]   Table 1  - Injectable Composition

| Ingredient (Name and Quality Standard) | Function | Quantity per mL | %w/v | Elemental Equivalent |
|---|---|---|---|---|
| Zinc Sulfate • 7H$_2$O, USP | Active | 13.20 mg | 1.320% | 3 mg Zn/mL |
| Cupric Sulfate • 5H$_2$O, USP | Active | 1.18 mg | 0.118% | 0.3 mg Cu/mL |
| Manganese Sulfate •H$_2$O, USP | Active | 169 mcg | 0.017% | 55 µg Mn/mL |
| Selenious Acid, USP | Active | 98 mcg | 0.010% | 60 µg Se/mL |
| Sulfuric Acid, NF | pH adjustment | N/A | N/A | N/A |
| Water for Injection, USP | Solvent | q.s. to 1 mL | 98.535% | N/A |

N/A refers to not applicable; USP refers to United States Pharmacopeia; NF refers to National Formulary.


Elemental Impurities of Trace Elements Injectable Composition

[0071]   The trace elements injectable composition, USP is a compendial drug product.  Consequently, the characteristics of the injectable composition are based on the drug product release specifications established by the compendial monograph for the product, FDA guidance, and the International Council for Harmonization of Technical Requirements for Pharmaceuticals for Human Use (ICH) recommendations.  The drug product release specifications, which include all critical drug product attributes, are illustrated in Table 2.

[0072]  Table 2 - Specifications and Properties of Trace Elements Injectable Composition

| Properties | Target | Justification |
|---|---|---|
| Description | Clear, colorless, to slightly blue solution and is essentially free from visible particulates. | Based on accumulated data and as per current USP <1>. |

Docket No.: 1848-32 US

| Properties | Target | Justification |
|---|---|---|
| Identification | A. Zinc - The Assay preparation, prepared as directed in the Assay, exhibits an emission maximum at 472.215 nm when tested as directed for Procedure in the respective Assay.<br>B. Copper - The Assay preparation, prepared as directed in the Assay, exhibits an emission maximum at 224.700 nm when tested as directed for Procedure in the respective Assay.<br>C. Selenium - The Assay preparation, prepared as directed in the Assay, exhibits an emission maximum at 196.026 nm when tested as directed for Procedure in the respective Assay.<br>D. Manganese - The Assay preparation, prepared as directed in the Assay, exhibits an emission maximum at 279.827 nm when tested as directed for Procedure in the respective Assay. | In accordance with proposed USP monograph for Trace Elements Injectable Composition and ICH requirements for identification tests. |
| pH | Between 1.5 and 3.5 | In accordance with proposed USP monograph for Trace Elements Injectable Composition and ICH requirements for identification tests. |
| Residual Solvents | Meets Requirements under Option 2. | As per USP <467> and ICH Q3C. |
| Assay | Zinc: 90.0 % - 110.0 % Label Claim (L.C. = 3 mg/mL of Zinc) | |
| | Copper: 90.0 % - 110.0 % Label Claim (L.C. = 0.3 mg/mL of Coper) | |
| | Selenium: 90.0 % - 110.0 % Label Claim (L.C. = 60 µg/mL of Selenium) | |
| | Manganese: 90.0 % - 110.0 % Label Claim (L.C. = 55 µg/mL of Manganese) | |
| Volume of Solution | 1 mL fill: the volume is not less than the labeled volume of 1 mL. | As per USP <1151>. |
| Aluminum | Not more than 6,000 µg/L | As per 21 CFR 201.323, USP <7>, and FDA recommendation for the limit of not more than 0.6 µg/kg/day. |

16

Docket No.: 1848-32 US

| Properties | Target | Justification |
|---|---|---|
| Elemental Impurities | Meets requirements | As per ICH Q3D and USP <232> for the intended dose volume of 1 mL/day for Adult and Pediatric patients. |
| | Cadmium (Cd): Not more than 0.4 µg/mL | |
| | Lead (Pb): Not more than 0.5 µg/mL | |
| | Arsenic (As): Not more than 1.5 µg/mL | |
| | Mercury (Hg): Not more than 0.4 µg/mL | |
| | Chromium (Cr): Not more than 1.0 µg/mL | |
| | Iron (Fe): Not more than 10 µg/mL | |
| | Boron (B): Not more than 50 µg/mL | |
| | Calcium (Ca): Not more than 50 µg/mL | |
| | Magnesium (Mg): Not more than 50 µg/mL | |
| | Silicon (Si): Not more than 100 µg/mL | |
| Particulate Matter | NMT 6,000 particles $\geq$ 10 µm per vial NMT 600 particles $\geq$ 25 µm per vial If retested by the Microscopic Method: NMT 3,000 particles $\geq$ 10 µm per vial NMT 300 particles $\geq$ 25 µm per vial | As per USP <788>. |
| Sterility | If no growth is observed, the article tested meets the requirements of the test for sterility. | As per USP <71>. |
| Bacterial Endotoxins | The Endotoxin limit is not more than 50 EU/mL | As per USP <85> and the maximum daily dose of the drug product. |
| Other Requirements | It meets the requirements under Injections and Implanted Drug Products <1>. | As per USP <1>. |

[0073]   While these injectable compositions contain little or no impurities, in some aspects, these compositions can include a chromium impurity in an amount not to exceed about 1 µg and, in other aspects, not to exceed 0.5 µg.  In other instances, the injectable composition contains from about 0.0001 µg/mL to about 0.25 µg/mL of chromium.  In many cases, the injectable composition of this disclosure does not contain any detectable chromium or no chromium at all.

[0074]  In some embodiments, the chromium can be in the PN containing the trace elements composition or the trace elements composition itself in an amount of not more than about 0.15 µg/mL, 0.14 µg/mL, 0.13 µg/mL, 0.12 µg/mL, 0.11 µg/mL, 0.10 µg/mL, 0.09 µg/mL, 0.08 µg/mL, 0.07 µg/mL, 0.06 µg/mL, 0.05 µg/mL, 0.04 µg/mL, 0.03 µg/mL, 0.02 µg/mL to not more than about 0.01 µg/mL or lower. Therefore, in this embodiment, it is desirable to have no or little chromium.

[0075]   In various embodiments, other elemental impurities, for example, lead, arsenic, cadmium, mercury iron, chromium (potential manufacturing process contaminants) and boron, calcium,

F19

Docket No.: 1848-32 US

magnesium, and silicon (potential leachable elemental impurities from the drug product Type I glass vials and West elastomeric formulation 4432/50 grey stopper used as immediate packaging) have been considered.

[0076]    Dosing recommendations for pediatric patients is based on body weight and ranges from about 0.2 mL to about 0.8 mL per day as shown in Table 3 where MDD refers to maximum daily dose.

[0077]    Table 3 - Dosing Requirements in mL/kg Body Weight for Trace Element Compositions

| Patient Group | Body Weight | MDD (mL) |
|---|---|---|
| Adult | ≥50 kg | 1 mL |
| Pediatric | 40 kg to 49 kg | 0.8 mL |
| Pediatric | 30 kg to 39 kg | 0.6 mL |
| Pediatric | 20kg to 29 kg | 0.4 mL |
| Pediatric | 10 kg to 19 kg | 0.2 mL |

[0078]    In some embodiments, the permitted daily limits (PDL) of the injectable trace elements of the current application include, as little as possible of cadmium, lead, arsenic, mercury, cobalt, vanadium, nickel, thallium, gold, palladium, iridium, osmium, rhodium, ruthenium, silver, platinum, lithium, antimony, barium, molybdenum, tin, chromium, aluminum, boron, calcium, iron, potassium, magnesium, sodium, tungsten, and/or silicon.

[0079]    In some embodiments, the permitted daily limits (PDL) of the injectable trace elements of the current application are not to exceed about 0.4 µg/ day of cadmium, about 0.5 µg/ day of lead, about 1.5 µg/ day of arsenic,  about 0.4 µg/ day of mercury, about 1 µg/ day of cobalt, about 2 µg/ day of vanadium, about 4 µg/ day of nickel, about 1.6 µg/ day of thallium, about 20 µg/ day of gold, about 2 µg/ day of palladium, about 2 µg/ day of iridium, about 2 µg/ day of osmium, about 2 µg/ day of rhodium, about 2 µg/ day of ruthenium, about 2 µg/ day of silver, about 2 µg/ day of platinum, about 50 µg/ day of lithium, about 18 µg/ day of antimony, about 140 µg/ day of barium, about 300 µg/ day of molybdenum, about 120 µg/ day of tin, about 1 µg/ day of chromium, about 6 µg/ day of aluminum, about 50 µg/ day of boron, about 50 µg/ day of calcium, about 10 µg/ day of iron, about 94,000 µg/ day of potassium, about 50 µg/ day of magnesium, about 24,000 µg/ day of sodium, about 1 µg/ day of tungsten, and/or about 100 µg/ day of silicon.

[0080]    Permitted Daily Exposure (PDE) for pediatric patient groups were calculated using the following equation:  PDE (µg/day) for Pediatric = PDE per ICH (µg/day)/(50 kg)(10 kg).

[0081]    Concentration limit for each element is based on PDE, the maximum daily volume, and ICH

18

Docket No.: 1848-32 US

control threshold, defined as a level that is 30% of the established PDE in the drug product was calculated using the following formulas:

[0082]    Concentration Limit (µg/mL) = PDE (µg/Day) / Maximum Daily Volume (mL)

[0083]    Control Threshold (µg/mL) = Concentration Limit (µg/mL) / 100 % · 30 %

[0084]    A summary of PDEs, concentration limits, and 30% control thresholds for evaluated elements are provided in Table 4.

[0085]    Table 4 - Elemental Impurities Concentration Limits for Trace elements injectable composition, USP for Pediatric Patient Population

| Element | Class | PDE Limit (µg/day) | PDE Limit Pediatric (µg/day) | Concentration Limit (µg/mL) | American Regent Specification (µg/mL) | Control Threshold (µg/mL) |
|---|---|---|---|---|---|---|
| **Cd** (Cadmium) | 1 | 2 | 0.4 | 0.4 | 0.4 | 0.12 |
| **Pb** (Lead) | 1 | 5 | 1 | 1 | 0.5 | 0.3 |
| **As** (Arsenic) | 1 | 15 | 3 | 3 | 1.5 | 0.45 |
| **Hg** (Mercury) | 1 | 3 | 0.6 | 0.6 | 0.4 | 0.1 |
| **Co** (Cobalt) | 2A | 5 | 1 | 1 | 1 | 0.3 |
| **V** (Vanadium) | 2A | 10 | 2 | 2 | 2 | 0.6 |
| **Ni** (Nickel) | 2A | 20 | 4 | 4 | 4 | 1.2 |
| **Tl** (Thallium) | 2B | 8 | 1.6 | 1.6 | 1.6 | 0.5 |
| **Au** (Gold) | 2B | 100 | 20 | 20 | 20 | 6 |
| **Pd** (Palladium) | 2B | 10 | 2 | 2 | 2 | 0.6 |
| **Ir** (Iridium) | 2B | 10 | 2 | 2 | 2 | 0.6 |
| **Os** (Osmium) | 2B | 10 | 2 | 2 | 2 | 0.6 |
| **Rh** (Rhodium) | 2B | 10 | 2 | 2 | 2 | 0.6 |
| **Ru** (Ruthenium) | 2B | 10 | 2 | 2 | 2 | 0.6 |
| **Ag** (Silver) | 2B | 10 | 2 | 2 | 2 | 0.6 |
| **Pt** (Platinum) | 2B | 10 | 2 | 2 | 2 | 0.6 |
| **Li** (Lithium) | 3 | 250 | 50 | 50 | 50 | 15 |
| **Sb** (Antimony) | 3 | 90 | 18 | 18 | 18 | 5.4 |
| **Ba** (Barium) | 3 | 700 | 140 | 140 | 140 | 42 |
| **Mo** (Molybdenum) | 3 | 1,500 | 300 | 300 | 300 | 90 |
| **Sn** (Tin) | 3 | 600 | 120 | 120 | 120 | 36 |
| **Cr** (Chromium) | 3 | 1,100 | 220 | 1.0 | 1.0 | 0.3 |
| **Al** (Aluminum) | other | 6 | 6 | 6 | 6.0 | 1.88 |
| **B** (Boron) | other | 3,400 | 680 | 50 | 50 | 15 |
| **Ca** (Calcium) | other | 82,500 | 16,500 | 50 | 50 | 15 |
| **Fe** (Iron) | other | 1,300 | 260 | 10 | 10 | 3 |
| **K** (Potassium) | other | 470,000 | 94,000 | 94,000 | 94,000 | 28,200 |
| **Mg** (Magnesium) | other | 35,000 | 7,000 | 50 | 50 | 15 |
| **Na** (Sodium) | other | 120,000 | 24,000 | 24,000 | 24,000 | 7,200 |

| Element | Class | PDE Limit (µg/day) | PDE Limit Pediatric (µg/day) | Concentration Limit (µg/mL) | American Regent Specification (µg/mL) | Control Threshold (µg/mL) |
|---------|-------|--------------------|-----------------------------|----------------------------|---------------------------------------|---------------------------|
| **W** (Tungsten) | other | N/A | N/A | N/A | 1 | 1 |
| **Si** (Silicon) | In-house | 19,200 | 3,840 | 100 | 100 | 30 |

[0086]    In various embodiments, the trace elements injectable compositions of this application do not contain any detectable chromium or any chromium at all.   However, in other embodiments, for example, in a selenious acid injection or zinc sulfate injection or even in an injectable composition containing zinc, copper, selenium and manganese, the chromium content will not exceed about 0.3 µg/mL.

[0087]    In various embodiments, the injectable compositions of this application also include (i) iodine from about 0.0001 to about 0.2 mcg/kg/day, fluoride from about 0.0001 to about 2.7 mcg/kg/day, aluminum from about 0.0001 to about 0.6 mcg/kg/day or a mixture thereof; or (ii) iodine from about 0 to about 0.2 mcg/kg/day, fluoride from about 0 to about 2.7 mcg/kg/day, aluminum from about 0 to about 0.6 mcg/kg/day or a mixture thereof.   In other embodiments, the injectable composition of this application also includes (i) iron from about 0.0001 to about 10 µg/mL, silicon from about 0.0001 to about 100 µg/mL, magnesium from about 0.0001 to about 50 µg/mL, calcium from about 0.0001 to about 50 µg/mL, boron from about 0.0001 to about 50 µg/mL or a mixture thereof; or (ii) iron from about 0 to about 10 µg/mL, silicon from about 0 to about 100 µg/mL, magnesium from about 0 to about 50 µg/mL, calcium from about 0 to about 50 µg/mL, boron from about 0 to about 50 µg/mL or a mixture thereof.

pH Considerations

[0088]    In various aspects, the injectable composition described in this application has a pH of from about 1.0 to about 5.   In other aspects, the injectable composition has a pH from about 1.5 to about 3.5 or from about 1.5 to about 4.0.   In many aspects, the pH of the trace elements composition described in this application can vary from about 1.0, 1.1, 1.2, 1.3, 1.4, 1.5, 1.6, 1.7, 1.8, 1.9, 2.0, 2.1, 2.2, 2.3, 2.4, 2.5, 2.6, 2.7, 2.8, 2.9, 3.0, 3.1, 3.2, 3.3, 3.4, 3.5, 3.6, 3.7, 3.8, 3.9, 4.0, 4.1, 4.2, 4.3, 4.4, 4.5, 4.6, 4.7, 4.8, 4.9. 5.0.   In some instances, sodium hydroxide or sulfuric acid can be added to adjust the pH.

[0089]    In some embodiments, pH limits for multi-element and/or single entity trace elements injections are listed in Table 5 below.

Docket No.: 1848-32 US

[0090]    Table 5 - pH Limits for Multi-Element and Single Entity Trace Elements Injections

| Drug Product | Fill size | Container | USP pH limit | In-process pH limit |
|---|---|---|---|---|
| Trace elements injectable composition, USP (3 mg/mL Zn as zinc sulfate, 0.3 mg/mL Cu as cupric sulfate, 55µg/mL Mn as manganese sulfate, 60 µg/mL Se as selenious acid) | 1 mL | 2 mL vial | 1.5 to 3.5 | 1.9 to 2.1 |
| Zinc Sulfate Injection, USP 3 mg/mL (3 mg/mL Zn as zinc sulfate) Zinc Sulfate Injection, USP 5 mg/mL (5 mg/mL Zn as zinc sulfate) | 10 mL  5 mL | 10 mL vial  5 mL vial | 2.0 to 4.0 | 2.2 to 2.5 |
| Selenious Acid Injection, USP | 10 mL | 10 mL vial | 1.8 to 2.4 | 2.0 to 2.2 |

[0091]    With the exception of selenious acid, the active ingredients in trace elements injectable compositions of this application, are formed from their specific trace elements (zinc, copper, and manganese) by reaction with acids (sulfuric acid or hydrochloric acid) to form their respective mineral salt (e.g., zinc sulfate, cupric sulfate, and manganese sulfate).   As weak acids, these salts are more stable in acidic solutions because in neutral and alkaline solutions they form metal hydroxides (e.g., $Zn(OH)_2$; $Cu(OH)_2$; and $Mn(OH)_2$) which may precipitate.  In the case of selenious acid, to maintain the active ingredient in the ionized form, a low pH is recommended.

[0092]    The compositions of this application can be at least one of a preservative-free composition, a sterile composition, or a ready-to-use injectable aqueous composition designed to be injected or added to a parenteral nutrition.   However, in some embodiments, the compositions can comprise a preservative.  The preservative can be, in some cases, benzyl alcohol in an amount of 0.9 % by weight based on a total weight of the injectable composition.

[0093]    The injectable composition of trace elements can be dispensed in single dose vial or can be dispensed in multi-dose vials.  The trace elements composition of this application is often presented as a 1-mL fill in a 2-mL single dose preservative free vial.  In many instances the vial can accommodate from about be 1 mL, 2, 3, 4, 5, 6, 7, 8, 9 to about 10 mL of fluid.  In some cases, the vials can be prepared of Pyrex glass or have the inside surface sprayed or coated with silica or can be made of plastic material.  This is to minimize the amount of aluminum that may potentially be leaching from a glass

Docket No.: 1848-32 US

vial to an amount not to exceed 0.6 µg/kg of body weight of a patient in need of trace elements treatment or no more than 25 µg/L of intravenous (IV) infusion. In some cases, the amount of aluminum can vary from about 1 µg/mL (1 ppm) to about 6 µg/mL of aluminum. In other cases, there is no aluminum present.

[0094]    In some embodiments, the injectable compositions comprising water, from about 900 µg to about 4,000 µg of zinc, from about 40 µg to about 400 µg of copper, from about 4 µg to about 90 µg of selenium, and from about 1 µg to about 80 µg of manganese per 1 mL of the injectable composition and can be used as a component of or additive to a parenteral nutrition comprising at least one of an amino acid, a dextrose, a lipid, an electrolyte or a mixture thereof. In other embodiments, the injectable compositions comprise water, from about 2000 µg to about 4,000 µg of zinc, from about 200 µg to about 400 µg of copper, from about 30 µg to about 90 µg of selenium, and from about 20 µg to about 80 µg of manganese per 1 mL of the injectable composition and can be used as a component of or additive to a parenteral nutrition comprising at least one of an amino acid, a dextrose, a lipid, an electrolyte or a mixture thereof.

[0095]    The parenteral nutrition (PN) can include at least one of an amino acid, dextrose, a lipid, an electrolyte, or a mixture thereof. The at least one of (i) the amino acid comprises lysine hydrochloride, phenylalanine, leucine, valine, threonine, methionine, isoleucine, tryptophan, alanine, arginine, glycine, proline, histidine, glutamic acid, serine, aspartic acid, tyrosine or a mixture thereof; (ii) the dextrose comprises dextrose monohydrate; (iii) the lipid comprises soybean oil, phospholipid, glycerin or a mixture thereof; or (iv) the electrolyte comprises sodium acetate trihydrate, potassium chloride, sodium chloride, potassium acetate, sodium glycerophosphate anhydrous, magnesium sulfate heptahydrate, calcium chloride dihydrate, calcium gluconate or a mixture thereof. The resulting parenteral nutrition (PN) compositions can have a pH in a range from about 3.5 to about 7.9.

[0096]    The injectable PN compositions described in this disclosure are also nonpyrogenic solutions. Unexpectedly, it has been found that including trace elements in a parenteral nutrition allowed the parenteral nutrition to be stable when stored from about 2 °C to about 8 °C for at least up to about 14 days. In some instances, when stored from about 2 °C to about 8 °C for about 14 days, the parenteral nutrition can maintain a pH from about 5.50 to about 5.90. Moreover, in other instances, when stored from about 2 °C to about 8 °C for about 14 days, the parenteral nutrition comprises at least one of (i) no more than 12 particle per mL that are greater than 10 µm; or (ii) no more than 2 particle per mL that are greater than 25 µm.

Docket No.: 1848-32 US

[0097]    In some embodiments, the parenteral nutrition can be in solution form and contains 0.2 mL to 1 mL trace elements injection per liter, can have no or negligible amounts of aluminum, for example, from about 0.2 µg/mL to about 6 µg/mL, which is an amount that should not be exceeded. In other cases, there is no aluminum present, which is therefore absent.

[0098]    In many embodiments, when stored from about 2 °C to about 8 °C for about 14 days, the parenteral nutrition does not exhibit microbial growth. Microbes that could otherwise grow in the parenteral nutrition composition include *S. aureus, P. aeruginosa, E. coli, C. albicans, A. brasiliensis* or a mixture thereof. As with other compositions described in this application, parenteral nutrition compositions including trace elements are dispensed in a container typically is from about a 50 mL container to about a 4000 mL container. The parenteral nutrition can be in glass, polyvinyl chloride, di(2-ethylhexyl) phthalate, polyethylene, polypropylene, polyvinyl chloride, polycarbonate, polyolefin or a combination thereof that can hold larger volume parenteral nutrition from about a 50 mL container to about a 4000 mL. The parenteral nutrition container can have at least one port for the injection of the trace elements and/or other additives into the parenteral nutrition container.

[0099]    The trace elements, before being added to the parenteral nutrition, can be in a single use vial or an ampule or in a container which comprises a vial having a stopper acceptable for a parenteral drug product and/or a cap. In many aspects, the trace elements can be placed into a 1mL single dose vial or in 10 mL multiple dose vial. The vial or ampules can be made of molded glass, glass coated with silica or polypropylene.

Parenteral Nutrition Compositions Containing Trace Elements

[00100]  Parenteral nutrition refers to solutions for the intravenous administration of nutrients necessary for the maintenance of life. Parenteral nutrition can be prepared not only for adult patients but also for pediatric and/or neonatal patients.

[00101]  An injectable parenteral nutrition containing trace elements is provided that is stable for a longer period of time, thereby reducing the time and costs associated with frequent admixing. The quality of life of the patient and the caregiver is also improved by avoiding frequent trips to healthcare facilities for the admixing of injectable parenteral nutrition. An injectable parenteral nutrition containing trace elements is also provided that can be made in daily doses or in batches because it is stable for a longer period of time.

[00102]  For example, because the PN containing one or more trace elements of the current application has been found to be stable under refrigeration for up to 14 days, now the healthcare provider (e.g., pharmacist) can make the daily dose of parenteral nutrition in batches for one or more patients and, for example, a week supply or more can be admixed and dispensed for that particular patient, which eliminates the need and reduces costs as now that pharmacist will not need to be available on a daily basis to make the parenteral nutrition close in time to when it is administered to the patient.  Further, less frequent trips back and forth to the healthcare facility are required.

[00103]  One or more trace elements can be added to the amino acids, dextrose, lipids, and/or electrolytes in the parenteral nutrition.  The amino acids, dextrose, lipids, and/or electrolytes in the parenteral nutrition can be from commercially available parenteral nutrition products, such as for example, AminoProtect® (essential and non-essential amino acids, Anazao Health Corp.), Aminosyn® II (amino acid injection with electrolytes in dextrose injection with calcium, Hospira, Inc.), Aminosyn® II/Electrolytes (amino acid injection with electrolytes in dextrose injection with calcium, Hospira Inc.), Aminosyn® M (a crystalline amino acid solution with electrolytes, Hospira Inc.), Aminosyn® (a crystalline amino acid solution with electrolytes, Hospira Inc.), Aminosyn®-HBC (sulfite-free, amino acid injection high branched chain, Hospira Inc.), Aminosyn®-PF (sulfite-free, amino acid injection — pediatric formula, Hospira Inc.), Aminosyn®-RF (sulfite free amino acid injection 5.2% renal formula, Hospira Inc.), Aminosyn®/Electrolytes (these are essential and non-essential amino acid injection with electrolytes, Hospira Inc.), BranchAmin® (branched chain amino acid solution of essential amino acids isoleucine, leucine, and valine, Baxter Healthcare Corp.), Clinimix® E/Dextrose (amino acid/dextrose 2.75/10, Baxter Healthcare Corp.), Clinimix® E/Dextrose (amino acid/dextrose 2.75/5, Baxter Healthcare Corp.), Clinimix® E/Dextrose (amino acid/dextrose 4.25/10, Baxter Healthcare Corp.), Clinimix® E/Dextrose (amino acid/dextrose 4.25/25, Baxter Healthcare Corp.), Clinimix® E/Dextrose (amino acid/dextrose 4.25/5, Baxter Healthcare Corp.), Clinimix® E/Dextrose (amino acid/dextrose 5/15, Baxter Healthcare Corp.), Clinimix® E/Dextrose (amino acid/dextrose 5/20, Baxter Healthcare Corp.), Clinimix® E/Dextrose (amino acid/dextrose 5/25, Baxter Healthcare Corp.), Clinimix® N14G30E (amino acid solution with electrolytes and a glucose solution with calcium, Baxter Healthcare Corp.), Clinimix® N9G15E (amino acid solution with electrolytes and a glucose solution with calcium chloride, Baxter Healthcare Corp.), Clinimix® N9G20E (amino acid solution 2.75% with electrolytes in dextrose 10% solution for injection, Baxter Healthcare Corp.), Clinimix®/Dextrose (amino acid/dextrose 2.75/5, Baxter Healthcare Corp.), Clinimix®/Dextrose (amino acid/dextrose

4.25/10, Baxter Healthcare Corp.), Clinimix®/Dextrose (amino acid/dextrose 4.25/20, Baxter Healthcare Corp.), Clinimix®/Dextrose (amino acid/dextrose 4.25/25, Baxter Healthcare Corp.) , Clinimix®/Dextrose (amino acid/dextrose 4.25/5, Baxter Healthcare Corp.), Clinimix®/Dextrose (amino acid/dextrose 5/15, Baxter Healthcare Corp.), Clinimix®/Dextrose (amino acid/dextrose 5/20, Baxter Healthcare Corp.), Clinimix®/Dextrose (amino acid/dextrose 5/25, Baxter Healthcare Corp.), Clinisol® SF (sulfite-free amino acid injection, Baxter Healthcare Corp.), Clinolipid® (lipid injectable emulsion, Baxter Healthcare Corp.), Delflex® (peritoneal dialysis solutions (standard and low magnesium/low calcium) of dextrose and electrolytes in water for injection, Fresenius Medical Care North America), Elcys® (cysteine hydrochloride injection, Excela Pharma Science, LLC), FreAmine® HBC (amino acid injection, B. Braun Medical Inc.), FreAmine® III (amino acid injection, B. Braun Medical Inc.), Hyperlyte® CR (multi-electrolyte concentrate, B. Braun Medical Inc.), Hepatamine® (amino acid injection, B. Braun Medical Inc.), Intralipid® (purified soybean oil, purified egg lipids and glycerol anhydrous, Baxter healthcare Corp.), Isolyte® M in dextrose (multi-electrolyte injection in 5% dextrose, B. Braun Medical Inc.), Isolyte® P in dextrose (multi-electrolyte injection in 5% dextrose, B. Braun Medical Inc.), Isolyte® S in dextrose (multi-electrolyte injection, B. Braun Medical Inc.), Kabiven® (amino acids, electrolytes, dextrose and lipid injectable emulsion, Fresenius Kabi), Liposyn® II (intravenous fat emulsion contains 5% safflower oil, 5% soybean oil, up to 1.2% egg phosphatides, Hospira, Inc.), NephrAmine® (essential amino acid injection, B. Braun Medical Inc.), Novamine® (15% amino acids injection of essential and nonessential amino acids, Hospira Inc.), Nouress® (cysteine hydrochloride injection, Avadel Legacy Pharmaceuticals, LLC),  Nutrilipid® (plant based fat emulsion, B. Braun Medical Inc.), Nutrilyte® Pro (multi-electrolyte injection, American Regent Inc.), Nutrilyte® II (multi-electrolyte injection, American Regent Inc.), Omegaven® (fish oil triglycerides, Fresenius Kabi), Perikabiven® (amino acids, electrolytes, dextrose and lipid injectable emulsion, Fresenius Kabi USA, LLC), Plasma-Lyte® 56 (multiple electrolytes and dextrose injection, Type 1, USP Baxter Healthcare Corporation) Plasma-Lyte 148 ® (multiple electrolytes and dextrose injection, Type 1, USP Baxter Healthcare Corporation), Procalamine® (3% amino acid and 3% glycerin injection with electrolytes, B. Braun Medical Inc.), Plenamine® (15% amino acid injection, B . Braun Medical Inc.), Premasol® (sulfite-free amino acid injection, Baxter Healthcare Corp.), Prosol® (amino acids injection, Baxter Healthcare Corp.), Renamin® (amino acid Injection, Baxter Healthcare Corp.), Ringer's injection, SMOFlipid (fish oil and plant based fat emulsion, Fresenius Kabi), Synthamin® 17 (10% amino acid infusion product, Baxter Healthcare Corp.),

Docket No.: 1848-32 US

Travasol® (amino acid injection for intravenous use, Baxter Healthcare Corp.), TrophAmine® (amino acid injection, B. Braun Medical Inc.), dextrose, sodium chloride, calcium chloride, potassium chloride, magnesium chloride, sodium acetate, or a combination thereof.

**[00104]**  Dosing recommendations for pediatric patients is based on body weight and ranges from about 0.2 mL to about 0.8 mL per day as shown in Table 3 above, where MDD refers to maximum daily dose.

**[00105]**  Parenteral nutrition has become an integral part of the support of the neonate who is either unable to receive or tolerate enteral feeding.  Feeding practices are generally based on birth weight, with the smallest infants receiving parenteral nutrition for the longest time after birth.  Generally, neonates include infants in the first four weeks after birth.  Term neonates have an estimated weight of from about 3 kg to less than 5 kg and preterm neonates have an estimated weight of less than 3 kg.  Neonates also include very low birth weight (those having a weight of less than 1500 g) and extremely low birth weight (those having a weight of less than 1000 g).  These neonate infants are susceptible to growth failure in postnatal life if nutritional demands are not met.  Poor postnatal growth in preterm infants is associated with adverse neurodevelopmental outcomes during childhood.  Thus, early parental nutrition is of paramount importance to provide appropriate protein and energy in neonates, both preterm and term, when enteral nutrition is not feasible or is suboptimal.  We have, therefore, prepared a stable parenteral nutrition that can be used in a wide spectrum of patients, adult, pediatric and neonate.

**[00106]**  The nutrient components of PN include dextrose, amino acids, fat, electrolytes, multivitamins, trace elements and water.  Regarding the content and amounts of multivitamins and trace elements in PN solutions or compositions compliance with recommendations by the American Society for Parenteral and Enteral Nutrition (A.S.P.E.N.) is followed.  In accordance with A.S.P.E.N. recommendations, an injectable composition is provided which is a parenteral nutrition.  The parenteral nutrition or parenteral nutrition composition of this application comprises at least one of an amino acid, a dextrose, a lipid, an electrolyte or a mixture thereof and a trace element component which comprises, consists essentially of or consists of at least one of zinc, copper, selenium, and manganese.  This means that, in some cases, the parenteral nutrition contains only one of the trace elements, for example only zinc or copper or manganese or selenium.  In other cases, the parenteral nutrition can include more than one trace element, for example, only zinc and copper or a mixture of all four of these elements.

**[00107]**  In various embodiments, before any trace elements compositions are added to the parenteral nutrition, the parenteral nutrition can comprise trace amounts of zinc, copper, manganese, and

chromium from other sources, for example water for injection and/or the container of the injectable composition. For example, in some cases, the parenteral nutrition can comprise inherently and/or as impurities zinc in an amount of less than about 750 µg/L, copper in an amount of less than 75 µg/L, selenium in an amount of less than 15 µg/L, manganese in an amount of less than 13.7 µg/L and chromium in an amount of less than 0.25 µg/mL.

[00108]  In various aspects, the parenteral nutrition comprises, consists essentially of or consists of from about 900 µg to about 4,000 µg of zinc, from about 40 µg to about 400 µg of copper, from about 4 µg to about 90 µg of selenium, and from about 1 µg to about 80 µg of manganese per about 250 mL to 4000 mL of parenteral nutrition. In some embodiments, the parenteral nutrition comprises, consists essentially of, or consists of 3,000 µg of zinc, 300 µg of copper, 60 µg of selenium, and 55 µg of manganese per about 250 mL to 4000 mL of parenteral nutrition. In other embodiments, the parenteral nutrition comprises, consists essentially of, or consists of 1,000 µg of zinc, 60 µg of copper, 6 µg of selenium, and 3 µg of manganese per about 250 mL to 4000 mL of parenteral nutrition.

[00109]  The elemental zinc can be provided by zinc sulfate or zinc heptahydrate. Copper can be provided by cupric sulfate or cupric sulfate pentahydrate. Manganese can be sourced from manganese sulfate or manganese sulfate monohydrate. Selenium can be provided by selenious acid. Thus, in many cases, in the parenteral nutrition, zinc comprises zinc sulfate or zinc sulfate heptahydrate in an amount of from about 13.1 mg to about 13.3 mg, copper comprises, consists essentially of or consists of cupric sulfate or cupric sulfate pentahydrate in an amount of from about 1.1 mg to about 1.2 mg, manganese comprises manganese sulfate or manganese sulfate monohydrate in an amount of from about 0.16 mg to about 0.18 mg and selenium comprises selenious acid in an amount of from about 95 µg to about 99 µg per about 250 mL to 4000 mL of parenteral nutrition.

[00110]  In some embodiments, in the parenteral nutrition, the zinc sulfate or zinc sulfate heptahydrate comprises, consists essentially of, or consists of an amount of about 13.2 mg, the cupric sulfate or the cupric sulfate pentahydrate comprises, consists essentially of or consists of an amount of about 1.179 mg, the manganese sulfate or manganese sulfate monohydrate comprises, consists essentially of or consists of an amount of about 0.0169 mg and the selenious acid comprises, consists essentially of or consists of an amount of about 98 µg.

[00111]  In some embodiments, each trace element can be added to a PN solution, one at a time and the injection composition of this application can contain only one of these trace elements, for example, only zinc, copper, manganese, or selenium. This approach allows for tailoring of a PN solution to the

Docket No.: 1848-32 US

needs of a specific patient in need who might have a zinc deficiency only, for example, but is not deficient in copper, manganese, or selenium.

[00112]    In some embodiments, a selenious acid injection, USP can be indicated for use as a supplement to intravenous solutions given for parenteral nutrition (PN). Administration of selenium in PN solutions helps to maintain plasma selenium levels and to prevent depletion of endogenous stores and subsequent deficiency symptoms. Each mL contains 98.0 µg of selenious acid, USP (equivalent to 60 µg of elemental selenium), nitric acid, national formulary (NF) for pH adjustment (1.8 to 2.4) and water for injection, USP quantity sufficient (q.s). In some embodiments, the trace element composition comprises selenium or selenious acid and has a pH of about 3.5 to about 7.9.

[00113]    In many aspects, selenium is present in the same concentration of 60 µg of elemental selenium per mL in the injectable composition comprising beside selenium, the multi-trace product which contains zinc sulfate heptahydrate 13.20 mg (equivalent to 3 mg zinc), cupric sulfate pentahydrate 1.18 mg (equivalent to 0.3 mg copper), and manganese sulfate monohydrate 169 µg (equivalent to 55 µg manganese) sulfuric acid for pH adjustment and water for injection q.s. Since selenious acid injection, USP could be administered in parenteral solutions as both, single and a component of multi-trace solutions, it was deemed appropriate to utilize the study of the trace elements injection which also contains zinc, copper and manganese USP for selenious acid injection, USP.

[00114]    In many aspects, the parenteral nutrition includes at least one of (i) the amino acid which comprises lysine hydrochloride, phenylalanine, leucine, valine, threonine, methionine, isoleucine, tryptophan, alanine, arginine, glycine, proline, histidine, glutamic acid, serine, aspartic acid, tyrosine or a mixture thereof; (ii) the dextrose which comprises dextrose monohydrate; (iii) the lipid which comprises soybean oil, phospholipid, glycerin or a mixture thereof; (iv) the electrolyte which comprises sodium acetate trihydrate, potassium chloride, sodium chloride, potassium acetate, sodium glycerophosphate anhydrous, magnesium sulfate heptahydrate, calcium chloride dihydrate, calcium gluconate or a mixture thereof and (v) water, generally water for injection. In various aspects, the parenteral nutrition solution is nonpyrogenic.

[00115]    In various aspects, the parenteral nutrition has a pH that varies is from about 3.5 to about 7.9. In some cases, the pH can be from about 3.5, 3.6, 3.7, 3.8, 3.9, 4.0, 4.1, 4.2, 4.3, 4.4, 4.5, 4.6, 4.7, 4.8, 4.9, 5.0, 5.1, 5.2, 5.3, 5.3, 5.5., 5.7, 5.8, 5.9, 6.0, 6.1, 6.2, 6.3, 6.4, 6.5, 6.7, 6.8, 6.9, 7.0, 7.1, 7.2, 7.3, 7.4, 7.5, 7.6, 7.7, 7.8 to about 7.9.

[00116]    It has been surprisingly found that when stored from about 2 °C to about 8 °C for up to about 14 days, the parenteral nutrition which includes the trace element composition of this application is stable remaining in a state or condition that is suitable for administration to a patient and without undergoing a substantial change in the potency of the active agent in the formulation over this specified time period.

[00117]    Further, when stored from about 2 °C to about 8 °C for about 14 days the parenteral nutrition maintained a pH from about 5.50 to about 5.90.  When stored from about 2 °C to about 8 °C for about 14 days, the parenteral composition of this application comprises, consists essentially of or consists of at least one of (i) no more than 12 particle per mL that are greater than 10 µm; or (ii) no more than 2 particle per mL that are greater than 25 µm.  Moreover, when the parenteral nutrition of this disclosure is stored from about 2 °C to about 8 °C for about 14 days, it was surprisingly found that it did not exhibit any significant microbial growth with respect to such microbes as *S. aureus, P. aeruginosa, E. coli, C. albicans, A. brasiliensis* or a mixture thereof.

[00118]    Generally parenteral nutrition can be prepared in a dual or triple chamber infusion bag which can have a separate port for the addition of trace elements prior to administration.  Aluminium (Al) toxicity in parenteral nutrition solutions (PNS) has been a problem for many patients with impaired kidney function who frequently are in need of parenteral nutrition.  In accordance with 21CFR201.323 (revised as of April 1, 2019), regarding aluminum content, the Federal Drug Administration prescribes that the parenteral nutrition solution must contain a warning that the solution contains no more than 25 mcg/L of aluminum which may reach toxic levels with prolonged administration in patients with renal impairment.  Preterm infants are at greater risk because their kidneys are immature, and they require large amounts of calcium and phosphate solutions which contain aluminum.  Patients with renal impairment, including preterm infants, who receive parenteral levels of aluminum at greater than 4 to 5 mcg/kg/day, accumulate aluminum at levels associated with central nervous system and bone toxicity.  Tissue loading may occur at even lower rates of administration.  Nevertheless, whether or not the parenteral nutrition of this disclosure includes the trace elements composition as a component, the amount of aluminum should be kept in a daily exposure amount from about 0.1 µg/kg, 0.2, 0.3, 0.4, 0.5 to about 0.6 µg/kg, in any event not to exceed 0.6 µg/kg.  In many cases, the parenteral nutrition of this application does not contain any aluminum and/or chromium as impurities.

[00119]    In some embodiments, parenteral nutrition includes multivitamins, such as for example, vitamins, A, D, E, C, B1, B2, B6, B12, niacinamide, dexpanthenol, biotin and/or folic acid.  In other

Docket No.: 1848-32 US

embodiments, the trace elements when added to the PN may interact with the vitamins in the PN and may cause precipitation. Thus, in some embodiments, the injectable composition containing trace elements is added to parenteral nutrition that does not contain any vitamins.

[00120]    In some embodiments, to the parenteral nutrition comprising at least one of an amino acid, a dextrose, a lipid, an electrolyte or a mixture thereof and a trace element, one or more injectable vitamins can be added. These one or more injectable vitamins can be added individually or together to the parenteral nutrition. These vitamins include one or more of vitamin A (e.g., retinol), vitamin D (e.g., ergocalciferol), vitamin E (e.g., dl-alpha-tocopheryl acetate), vitamin K (e.g., phytonadione), vitamin C (e.g., ascorbic acid), niacinamide, vitamin B2 (e.g., as riboflavin 5-phosphate sodium), vitamin B1 (e.g., thiamine), vitamin B6 (e.g., pyridoxine HCl), dexpanthenol (e.g., d-pantothenyl alcohol), biotin, folic acid, B12 (e.g., cyanocobalamin), or a combination thereof.

[00121]    An example of vitamins for injection for adults (INFUVITE® Adult) that can be added to the parenteral nutrition before or after the addition of the trace elements include those vitamins in a two vial system listed below.

Vial 1*

Fat Soluble Vitamins**

| Ingredient | Amount per Unit Dose |
| --- | --- |
| Vitamin A (retinol) | 1 mg[a] |
| Vitamin D (ergocalciferol) | 5 mcg[b] |
| Vitamin E (dl-alpha-tocopheryl acetate) | 10 mg[c] |
| Vitamin K (phytonadione) | 150 mcg |
| Water Soluble Vitamins | |
| Vitamin C (ascorbic acid) | 200 mg |
| Niacinamide | 40 mg |
| Vitamin B2 (as riboflavin 5-phosphate sodium) | 3.6 mg |
| Vitamin B1 (thiamine) | 6 mg |
| Vitamin B6 (pyridoxine HCl) | 6 mg |
| Dexpanthenol (d-pantothenyl alcohol) | 15mg |

Docket No.: 1848-32 US

\* With 30% propylene glycol and 2% gentisic acid ethanolamide as stabilizers and preservatives; sodium hydroxide for pH adjustment; 1.6% polysorbate 80; 0.028% polysorbate 20; 0.002% butylated hydroxytoluene;                    0.0005%                    butylated                    hydroxyanisole.

\*\* Fat soluble vitamins A, D, E and K are water solubilized with polysorbate 80.

(a)   1 mg vitamin A equals 3,300 USP units.

(b)   5 mcg ergocalciferol equals 200 USP units.

(c)   10 mg vitamin E equals 10 USP units.

| Vial 2* | |
| --- | --- |
| Biotin | 60 mcg |
| Folic acid | 600 mcg |
| B12 (cyanocobalamin) | 5 mcg |

\* With 30% propylene glycol; and citric acid, sodium citrate, and sodium hydroxide for pH adjustment.

[00122]   An example of pediatric injectable vitamins that can be added to the parenteral nutrition before or after the addition of the trace elements include those found in INFUVITE® PEDIATRIC

Each 4 mL of Vial 1 contains 10 vitamins (shown below).

Active Ingredients in 4 mL of Vial 1

| Active Ingredient | Quantity |
| --- | --- |
| Ascorbic acid (Vitamin C) | 80 mg |
| Vitamin A* (as palmitate) | 2,300 IU (equals 0.7 mg) |
| Vitamin D3* (cholecalciferol) | 400 IU (equals 10 mcg) |
| Thiamine (Vitamin B1) (as the hydrochloride) | 1.2 mg |
| Riboflavin (Vitamin B2) (as riboflavin 5-phosphate sodium) | 1.4 mg |
| Pyridoxine HCl (Vitamin B6) | 1 mg |
| Niacinamide | 17 mg |
| Dexpanthenol (as d-pantothenyl alcohol) | 5mg |
| Vitamin E* (dl-α-tocopheryl acetate) | 7 IU (equals 7 mg) |
| Vitamin K1* | 0.2 mg |

\*Polysorbate 80 is used to water solubilize the oil-soluble vitamins A, D, E, and K.

31

E33

Inactive ingredients in Vial 1: 50 mg polysorbate 80, sodium hydroxide and/or hydrochloric acid for pH adjustment, and water for injection. Each 1 mL of Vial 2 contains 3 vitamins (see shown below).

Active Ingredients in 1 mL of Vial 2

| Active Ingredient | Quantity |
|---|---|
| Folic acid | 140 mcg |
| Biotin | 20 mcg |
| Vitamin B12 (cyanocobalamin) | 1 mcg |

Inactive ingredients in Vial 2: 75 mg mannitol, citric acid and/or sodium citrate for pH adjustment and water for injection.

Container of the Trace Elements Injectable Composition

[00123]    In various embodiments, the injectable composition containing trace elements is disposed in a container.  The container can have a variety of volumes.  Typically, the container for the trace elements injectable composition before it is added to a parenteral solution can have a volume of from about 1 mL to about 10 mL.  In some examples, the container can have a volume of from about 1 mL, 2, 3, 4, 5, 6, 7, 8, 9 to about 10 mL.

[00124]    Containers in which the trace elements composition can be stored include any container that is suitable for storing a pharmaceutical.  Typical containers can be inert to the trace elements composition.  In some embodiments, treated glass containers such as siliconized glass containers are also useful.  In some embodiments, plastic containers can also be used that are inert and/or are treated or coated to be inert.  Suitable containers include vials, ampules, bottles, cartridges, syringes, pre-filled syringes, plastic IV bags, or the like.  The container can be sealed with a closure, such as, for example, a rubber stopper, plunger, lid, top or the like.  Suitable inert or non-reactive stoppers may be obtained from several commercial manufacturers.  In general, the closures can be made with inert, non-reactive materials with little to no leachables.  In some embodiments, closures also include those that are coated or treated with inert materials such as siliconized polymer or Teflon/fluoropolymer coated/treated closures.  By way of example and not in limitation of the present application, rubber closures that are suitable in the present application include bromobutyl rubber, chlorobutyl rubber, fluoropolymers, silicones, siliconized bromobutyl rubber, and/or siliconized chlorobutyl rubber.

[00125]    Non-reactive, non-elastomeric closures are also useful for the trace elements composition. For example, non-rubber closures include metal closures, or plastics such as polyethylene,

Docket No.: 1848-32 US

polypropylene, nylon, polyurethane, polyvinylchloride, polyacrylates, polycarbonates, or the like that cause little to no degradation to the trace elements composition  or that are treated or coated so as to cause little or no degradation of the trace elements composition.

[00126]    In many aspects, useful containers for the injectable compositions of this disclosure include a single use vial or ampule or the containers comprise a vial having a barrier coated stopper and/or an aluminum cap.  In some embodiments, the vial or ampule comprises molded glass or polypropylene. In other cases, the container for the injectable compositions of this disclosure can be made of a variety of materials.  Non-limiting materials can include glass, a plastic (e.g., polyethylene, polypropylene, polyvinyl chloride, polycarbonate, etc.), the like, or a combination thereof provided that it can both prevent oxygen penetration and minimize aluminum, heavy metals and anions contamination to the composition.  In certain embodiments, the container is fabricated from multilayered plastic (PL 2501, PL 2040), also known as a galaxy container, a plastic container primarily for intravenous use.  Solutions are in contact with the polyethylene layer of the container and can leach out certain chemical components of the plastic in very small amounts within the expiration period.

[00127]    In other aspects, the container can be fabricated from glass as a single use 1 mL vial, for example, a Type I glass vial for injectable products.  In some aspects, the pharmaceutical compositions of this disclosure can also be stored in glass vials or ampules, for example, single use 1 mL glass vials or ampules.  In various embodiments, the container can be Type I glass (e.g., molded glass, tubing glass, glass coated with silica, etc.), plastic (e.g., polymeric materials such as polypropylene, COC, COP, multi-shell, etc.) or the like.  In some embodiments, Type I glass can be a borosilicate glass, which is relatively inert with good chemical resistance.

[00128]    In some cases, the injectable composition is dispensed into a container that can be a single use container, for example, a single use vial or ampule or the container comprises a vial having a barrier coated stopper and/or an aluminum cap.  As described above, the vial or ampule can be made of molded glass or polypropylene.  The container may, optionally, further comprise a light barrier.  In certain embodiments, the light barrier can be an aluminum material disposed over a pouch.

[00129]    The injectable composition of trace elements can be dispensed, for example, in 1mL single dose vial or can be dispensed in 10 mL multi-dose vials.  In some cases, the vials can be prepared of Pyrex glass or sprayed or coated with silica or can be made of plastic material.  This is to minimize the amount of aluminum that may potentially be leaching from a glass vial to a daily exposure amount not to exceed 0.6 μg/kg of body weight of a patient in need of trace elements treatment or no more than 25

Docket No.: 1848-32 US

μg/L of intravenous (IV) infusion for parenteral nutrition. In some cases, the daily exposure amount of aluminum can vary from about 0.1 μg/kg to about 0.6 μg/kg of aluminum. In other cases, there is no detectable aluminum present in the injectable compositions of this application.

[00130]    To ensure that the amount of aluminum in a multi-component PN is maintained below 25 μg/L (CFR 201.323), choosing a low aluminum content vial such as Gerresheimer Gx®33 is expected to reduce the amount of aluminum leached from a glass container. The West 4432 FluroTec® B2-40 coated stopper was selected because the barrier technology of the FluroTec® film, in combination with the B2-40 coating, utilized in the West 4432 FluroTec® B2-40 stopper can significantly reduce potential sources of particulate contamination, specifically by reducing inorganic and organic leachable substances and by providing lubricity without the need for free silicone oil. Using glass vials with or without a coated stopper provided a targeted shelf-life of 24 months.

[00131]    The container in which the injectable compositions are held may affect the level of certain components. In certain embodiments, the injectable composition can be enclosed in a single-use container. These containers can include, for example, vials, ampules, or syringes. As previously discussed, the pH range for the injectable composition of either parenteral nutrition and/or injectable composition comprising trace elements varies from about 1.0 to about 7. This pH may disrupt the plastic coating or silicon coating inside the glass container and aluminum, heavy metals and anions could leach during the shelf life of the product, especially over prolonged storage of the product.

[00132]    Elemental impurities monitored in the finished drug products described in this disclosure include without limitation Cd, Pb, As, Hg, Co, V, Ni, Tl, Au, Pd, Ir, Os, Rh, Ru, Se, Ag, Pt, Li, Sb, Ba, Mo, Cu, Sn, and Cr. In some embodiments, the injectable composition comprising trace element or the parenteral nutrition comprising the injectable composition include 0.0, 0.1, 0.2, 0.3, 0.4, 0.5, 0.6, 0.7, 0.8, 0.9, 1.0, 1.1, 1.2, 1.3, 1.4, 1.5, 1.6, 1.7, 1.8, 1.9, 2, 2.1, 2.2, 2.3, 2.4, 2.5, 2.6, 2.7, 2.8, 2.9, 3, 3.1, 3.2, 3.3, 3.4, 3.5, 3.6, 3.7, 3.8, 3.9, 4.0, 4.1, 4.2, 4.3, 4.4, 4.5, 4.6, 4.7, 4.8, 4.9, to about 5.0 ppb of these impurities. However, the levels of specific metals ions are monitored in the finished drug product units over the entire shelf life but are not quantified in the bulk Water for Injection (WFI), USP used to prepare the batch. Rather, the level of soluble metals and any other electrolytes is measured in the bulk WFI, USP via measurement of conductivity.

[00133]    In some embodiments, the one or more trace elements are indicated for use as a supplement to intravenous solutions given for parenteral nutrition. Administration of the solution in parenteral TPN solutions helps to maintain plasma levels of one or more elements: zinc, copper, manganese, selenium or optionally

F36

Docket No.: 1848-32 US

chromium and to prevent depletion of endogenous stores of these trace elements and subsequent deficiency symptoms.  In some embodiments, the one or more trace elements can be used to maintain, supplement or increase one or more trace elements: zinc, copper, manganese, selenium or optionally chromium.

[00134]     The trace element can be elemental and sourced from any salt, hydrate, and/or solvate forms thereof. For example, the elemental zinc can be from, for example, zinc gluconate trihydrate, zinc gluconate, zinc chloride, zinc sulfate, zinc sulfate heptahydrate, zinc oxide, zinc sulfide, zinc trisodium, zinc carbonate, zinc acetate, zinc citrate, zinc lactate, zinc hydroxide or a combination thereof.  For example, the elemental manganese can be from, for example, manganese sulfate, manganese sulfate monohydrate, manganese chloride, manganese gluconate, manganese glycerophosphate, manganese carbonate, manganese hydroxide, or a combination thereof.  For example, the elemental copper can be from, for example, cupric sulfate, cupric sulfate pentahydrate, cupric hydroxide, cupric oxide, copper carbonate, copper citrate, copper gluconate, or a combination thereof.  For example, the elemental selenium can be from, for example, selenious acid, sodium selenite, disodium selenite, sodium hydrogen selenite, potassium selenite, zinc selenite, copper selenite, manganese selenite or a combination thereof.  In some embodiments, the zinc selenite, copper selenite, or manganese selenite or a combination thereof are not readily soluble in water but at a pH of between about 1.5 to about 3.5, the zinc selenite, copper selenite, or manganese selenite or a combination are water soluble.  For example, the elemental chromium can be from, for example, chromium trichloride, chromium trichloride hexahydrate, chromium trisulfate or a combination thereof.

[00135]     The trace elements can be in the trace elements composition in the following ratios:

| Product | Ratio elemental Zn to elemental Cu | Ratio elemental Zn to elemental Mn | Ratio elemental Zn to elemental Se |
|---|---|---|---|
| MTE-4® | 1 mg Zn to 0.4 mg Cu Ratio: 2.5 to 1 | 1 mg Zn to 0.1 mg Mn Ratio: 10 to 1) | N/A |
| MTE-4® Conc. | 5 mg Zn to 1 mg Cu Ratio: 5 to 1 | 5 mg Zn to 0.5 mg Mn Ratio: 10 to 1 | N/A |
| MTE-4® Neonatal | 1.5 mg Zn to 0.1 mg Cu Ratio: 15 to 1 | 1.5 mg Zn to 0.025 mg Mn Ratio: 60 to 1 | N/A |
| MTE-4® Pediatric | 1 mg Zn to 0.1 mg Cu Ratio: 10 to 1 | 1 mg Zn to 0.025 mg Mn Ratio: 40 to 1 | N/A |
| MTE-5® | 1 mg Zn to 0.4 mg Cu Ratio: 2.5 to 1 | 1 mg Zn to 0.1 mg Mn Ratio: 10 to 1 | 1 mg Zn to 0.02 mg Se Ratio: 50 to 1 |
| MTE-5® Conc. | 5 mg Zn to 1 mg Cu Ratio: 5 to 1 | 5 mg Zn to 0.5 mg Mn Ratio: 10 to 1 | 5 mg Zn to 0.06 mg Se Ratio: 83.3 to 1 |

[00136]     These ratios are elemental to elemental ratios (e.g., elemental Zn to elemental Cu, elemental Zn to elemental Mn, etc.).  In some embodiments, these ratios can also be the ratios for the newer formulations that

Docket No.: 1848-32 US

have no or little chromium. In some embodiments, the trace elements are in a ratio of: elemental zinc to elemental copper from about 100:1, 80:1, 70:1, 60:1, 50:1, 30:1, 20:1, 15:1, 10:1, 5:1, 2.5:1 to about 2:1; elemental zinc to elemental manganese in a ratio from about 4000:1, 3,000:1, 2,000:1, 1,000:1, 500:1, 200:1, 100:1, 60:1, 55:1, 50:1, 45:1, 40:1, 35:1, 30:1, 25:1, 20:1, 15;1, 10:1 to about 5:1; elemental zinc to elemental selenium in a ratio from about 1000:1, 500:1, 200:1, 100:1, 90:1, 85:1, 83.3:1, 80:1, 75:1, 70:1, 65:1, 60:1, 55:1, 50:1, 45:1, 40:1, 35:1, 30:1, 25:1, 20:1, 15:1, 10:1 to about 9:1; elemental copper to elemental selenium in a ratio from about 100:1, 50:1, 20:1, 15:1, 10:1, 5:1, 3:1, 2:1, 1:1 to about 0.4:1; elemental copper to elemental manganese in a ratio from about 400:1, 300:1, 200:1, 100:1, 90:1, 85:1, 80:1, 75:1, 70:1, 65:1, 60:1, 55:1, 50:1, 45:1, 40:1, 35:1, 30:1, 25:1, 20:1, 15:1, 10:1, 5.5:1, 5:1, 2.5:1, 2:1, 1:1 to about 0.5:1; and/or elemental selenium to elemental manganese in a ratio from about 100:1, 90:1, 75:1, 50:1, 30:1, 20:1, 10:1, 5:1, 3;1, 2:1, 1.1:1, 1:1, 0.5:1, 0.4:1 to about 0.05:1.

[00137]    In some embodiments, the trace elements can be in the trace elements composition in the following elemental ratios: Zn/Cu: 10:1, Zn/Se: 50:1, Zn/Mn: 55:1, Cu/Se: 5:1, Cu/Mn: 5.5:1, and/or Se/Mn: 1.1:1. In some embodiments, these can lead to the trace elements composition stability and the parenteral nutrition stability.

[00138]    Exemplary trace elements compositions for use in the current application include Multitrace®-4, available from American Regent Shirley, NY, USA.

| Multitrace®-4 (Trace Elements Injection 4, USP) | | Multitrace®-4 Concentrate (Trace Elements Injection 4, USP) | | Multitrace®-4 Concentrate (Trace Elements Injection 4, USP) | | Multitrace®-4 Neonatal (Trace Elements Injection 4, USP) | | Multitrace®-4 Pediatric (Trace Elements Injection 4, USP) | |
|---|---|---|---|---|---|---|---|---|---|
| 10 mL Multiple Dose Vial | | 1 mL Single Dose Vial | | 10 mL Multiple Dose Vial | | 2 mL Single Dose Vial | | 3 mL Single Dose Vial | |
| (Preserved with 0.9% Benzyl Alcohol) | | (Preservative Free) | | (Preserved with 0.9% Benzyl Alcohol) | | (Preservative Free) | | (Preservative Free) | |
| Trace Elements | Content of Trace Elements / 1 mL | Trace Elements | Content of Trace Elements / 1 mL | Trace Elements | Content of Trace Elements / 1 mL | Trace Elements | Content of Trace Elements / 1 mL | Trace Elements | Content of Trace Elements / 1 mL |
| Zinc (as Sulfate) | 1 mg | Zinc (as Sulfate) | 5 mg | Zinc (as Sulfate) | 5 mg | Zinc (as Sulfate) | 1.5 mg | Zinc (as Sulfate) | 1 mg |
| Copper (as Sulfate) | 0.4 mg | Copper (as Sulfate) | 1 mg | Copper (as Sulfate) | 1 mg | Copper (as Sulfate) | 0.1 mg | Copper (as Sulfate) | 0.1 mg |
| Manganese (as Sulfate) | 0.1 mg | Manganese (as Sulfate) | 0.5 mg | Manganese (as Sulfate) | 0.5 mg | Manganese (as Sulfate) | 25 mcg | Manganese (as Sulfate) | 25 mcg |

Docket No.: 1848-32 US

| Chromium (as Chloride) | 4 mcg | Chromium (as Chloride) | 10 mcg | Chromium (as Chloride) | 10 mcg | Chromium (as Chloride) | 0.85 mcg | Chromium (as Chloride) | 1 mcg |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| In Water for Injection, USP | N/A | In Water for Injection, USP | N/A | In Water for Injection, USP | N/A | In Water for Injection, USP | N/A | In Water for Injection, USP | N/A |
| pH | Solution may be adjusted with Sulfuric Acid and/or Sodium Hydroxide | pH | Solution may be adjusted with Sulfuric Acid and/or Sodium Hydroxide | pH | Solution may be adjusted with Sulfuric Acid and/or Sodium Hydroxide | pH | Solution may be adjusted with Sulfuric Acid and/or Sodium Hydroxide | pH | Solution may be adjusted with Sulfuric Acid and/or Sodium Hydroxide |

[00139]    Exemplary trace elements compositions for use in the current application can also include Multitrace®-5, available from American Regent Shirley, NY, USA.

| Multitrace®-5 (Trace Elements Injection 5, USP) | | Multitrace®-5 Concentrate (Trace Elements Injection 5, USP) | | Multitrace®-5 Concentrate (Trace Elements Injection 5, USP) | |
|---|---|---|---|---|---|
| 10 mL Multiple Dose Vial | | 1 mL Single Dose Vial | | 10 mL Multiple Dose Vial | |
| (Preserved with 0.9% Benzyl Alcohol) | | (Preservative Free) | | (Preserved with 0.9% Benzyl Alcohol) | |
| Trace Elements | Content of Trace Elements / 1 mL | Trace Elements | Content of Trace Elements / 1 mL | Trace Elements | Content of Trace Elements / 1 mL |
| Zinc (as Sulfate) | 1 mg | Zinc (as Sulfate) | 5 mg | Zinc (as Sulfate) | 5 mg |
| Copper (as Sulfate) | 0.4 mg | Copper (as Sulfate) | 1 mg | Copper (as Sulfate) | 1 mg |
| Manganese (as Sulfate) | 0.1 mg | Manganese (as Sulfate) | 0.5 mg | Manganese (as Sulfate) | 0.5 mg |

F39

| | | | | | |
|---|---|---|---|---|---|
| Chromium (as Chloride) | 4 mcg | Chromium (as Chloride) | 10 mcg | Chromium (as Chloride) | 10 mcg |
| Selenium (as Selenious Acid) | 20 mcg | Selenium (as Selenious Acid) | 60 mcg | Selenium (as Selenious Acid) | 60 mcg |
| In Water for Injection, USP | N/A | In Water for Injection, USP | N/A | In Water for Injection, USP | N/A |
| pH | Solution may be adjusted with Sulfuric Acid and/or Sodium Hydroxide | pH | Solution may be adjusted with Sulfuric Acid | pH | Solution may be adjusted with Sulfuric Acid |

[00140]    Exemplary trace elements compositions that can be used in the current application can include those without chromium some listed below.

| Trace Elements Injection 3, USP (No Chromium) | | Trace Elements Injection 3, USP (No Chromium) | | Trace Elements Injection 3, USP (No Chromium) | | Neonatal Trace Elements Injection 3, USP (No Chromium) | | Pediatric Trace Elements Injection 3, USP (No Chromium) | |
|---|---|---|---|---|---|---|---|---|---|
| 10 mL Multiple Dose Vial | | 1 mL Single Dose Vial | | 10 mL Multiple Dose Vial | | 2 mL Single Dose Vial | | 3 mL Single Dose Vial | |
| (Preserved with 0.9% Benzyl Alcohol) | | (Preservative Free) | | (Preserved with 0.9% Benzyl Alcohol) | | (Preservative Free) | | (Preservative Free) | |
| Trace Elements | Content of Trace Elements / 1 mL | Trace Elements | Content of Trace Elements / 1 mL | Trace Elements | Content of Trace Elements / 1 mL | Trace Elements | Content of Trace Elements / 1 mL | Trace Elements | Content of Trace Elements / 1 mL |
| Zinc (as Sulfate) | 1 mg | Zinc (as Sulfate) | 5 mg | Zinc (as Sulfate) | 5 mg | Zinc (as Sulfate) | 1.5 mg | Zinc (as Sulfate) | 1 mg |
| Copper (as Sulfate) | 0.4 mg | Copper (as Sulfate) | 1 mg | Copper (as Sulfate) | 1 mg | Copper (as Sulfate) | 0.1 mg | Copper (as Sulfate) | 0.1 mg |
| Manganese (as Sulfate) | 0.1 mg | Manganese (as Sulfate) | 0.5 mg | Manganese (as Sulfate) | 0.5 mg | Manganese (as Sulfate) | 25 mcg | Manganese (as Sulfate) | 25 mcg |
| In Water for Injection, USP | | N/A | | In Water for Injection, USP | | N/A | | In Water for Injection, USP | |
| pH | Solution may be adjusted with Sulfuric Acid and/or Sodium | pH | Solution may be adjusted with | pH | Solution may be adjusted with | pH | Solution may be adjusted with | pH | Solution may be adjusted with |

| | Hydroxide | | Sulfuric Acid and/or Sodium Hydroxide | | Sulfuric Acid and/or Sodium Hydroxide | | Sulfuric Acid and/or Sodium Hydroxide | | Sulfuric Acid and/or Sodium Hydroxide |
|---|---|---|---|---|---|---|---|---|---|

[00141]    Trace Elements Compositions having 4 trace elements with no chromium are shown below.

| Trace Elements 4 Injection (No Chromium) | | Trace Elements 4 Injection Concentrated (No Chromium) | | Trace Elements 4 Injection Concentrated (No Chromium) | |
|---|---|---|---|---|---|
| 10 mL Multiple Dose Vial | | 1 mL Single Dose Vial | | 10 mL Multiple Dose Vial | |
| (Preserved with 0.9% Benzyl Alcohol) | | (Preservative Free) | | (Preserved with 0.9% Benzyl Alcohol) | |
| Trace Elements | Content of Trace Elements / 1 mL | Trace Elements | Content of Trace Elements / 1 mL | Trace Elements | Content of Trace Elements / 1 mL |
| Zinc (as Sulfate) | 1 mg | Zinc (as Sulfate) | 5 mg | Zinc (as Sulfate) | 5 mg |
| Copper (as Sulfate) | 0.4 mg | Copper (as Sulfate) | 1 mg | Copper (as Sulfate) | 1 mg |
| Manganese (as Sulfate) | 0.1 mg | Manganese (as Sulfate) | 0.5 mg | Manganese (as Sulfate) | 0.5 mg |
| Selenium (as Selenious Acid) | 20 mcg | Selenium (as Selenious Acid) | 60 mcg | Selenium (as Selenious Acid) | 60 mcg |
| In Water for Injection, USP | N/A | In Water for Injection, USP | N/A | In Water for Injection, USP | N/A |
| pH | Solution may be adjusted with Sulfuric Acid and/or Sodium Hydroxide | pH | Solution may be adjusted with Sulfuric Acid | pH | Solution may be adjusted with Sulfuric Acid |

Headspace Oxygen

[00142]    In certain embodiments, the trace elements further comprise within the container, headspace gas that includes oxygen in an amount of from about 0.5% v/v to about 5.0% v/v, or from about 0.5% v/v to about 4.0% v/v, or from about 0.5% v/v to about 3.5% v/v, from about 0.5% v/v to about 3.0%

Docket No.: 1848-32 US

v/v, or from about 0.5% v/v to about 2.5% v/v, or from about 0.5% v/v to about 2.0% v/v, or from about 0.5% v/v to about 1.5% v/v, or from about 0.5% v/v to about 1.0% v/v, or in some cases from about 0.1% v/v to about 0.5% v/v, or from about 0.1% v/v to about 0.4% v/v, or from about 0.1% v/v to about 0.3% v/v, or from about 0.1% v/v to about 0.2% v/v.  For the sake of clarity and the ease of discussion and measurement, these values are taken for the injectable composition at the time of its manufacture ("time zero" data point), or during and up to 1 month from time zero.  Additional time points beyond the 1 month from time zero data point may provide similar headspace oxygen levels.

[00143]    Without wishing to be bound by a particular theory, the dissolved oxygen levels, and the head space oxygen levels within a sealed container of injectable compositions described herein may reach an equilibrium at some time point during its shelf-life.  Such equilibrium may be maintained for a very short time, i.e., for a few seconds, or for a very long time, i.e., for several months.  Such equilibrium may on occasion be disturbed by simple agitation.  Therefore, it should be recognized that dissolved oxygen levels and headspace oxygen levels may fluctuate from one time point to another in terms of absolute numbers.  However, the numbers are expected to stay within the ranges disclosed herein.  Occasionally, one number (e.g., dissolved oxygen) may exceed or fall out of a certain range (e.g., from about 0.5 to about 3.0 PPM) at a 15 day time point but may fall within that range at some other time point (e.g., 30 day time point, or later).  Therefore, in some aspects, the ranges, subranges, and specific data points disclosed and discussed herein are suitable for time points beyond the time zero- and 1-month time points.  In one aspect, the time points could be extended to from about 2 months, 3 months, 6 months, 9 months, 12 months, 15 months, 18 months, and about 24 months.

[00144]    In some cases, the total amount of oxygen in the sealed container may be an appropriate measure to evaluate the stability of the injectable compositions.  For example, the total amount of oxygen within the container may be arrived at by adding up the amount of dissolved oxygen in the carrier and the amount of head space oxygen.  These values can also be expressed independently in separate units (i.e., dissolved oxygen as ppm and head space oxygen as % v/v).  An example would be that the parenteral nutrition or the injectable composition of trace elements contains a dissolved oxygen level of from about 0.0 ppm to 5.0 ppm, more specifically, from about 0.0, 0.1, 0.2, 0.3, 0.4, 0.5, 0.6, 0.7, 0.8, 0.9, 1.0, 1.1, 1.2, 1.3, 1.4, 1.5, 1.6, 1.7, 1.8, 1.9, 2, 2.1, 2.2, 2.3, 2.4, 2.5, 2.6, 2.7, 2.8, 2.9, 3, 3.1, 3.2, 3.3, 3.4, 3.5, 3.6, 3.7, 3.8, 3.9, 4.0, 4.1, 4.2, 4.3, 4.4, 4.5, 4.6, 4.7, 4.8, 4.9, to about 5.0 ppm and a head space oxygen level of about 0.5% v/v to about 4.0% v/v.  In certain embodiments, the total amount of oxygen within the container is expected to increase upon filling into vials due to the inherent

aeration of the drug product during filling (e.g., splashing). Based on what has been seen for other drug products, the dissolved oxygen in the finished units (e.g., vials) is expected to be in the range of from about 0.0 ppm to about 7.0 ppm, more specifically, from about 0.0, 0.1, 0.2, 0.3, 0.4, 0.5, 0.6, 0.7, 0.8, 0.9, 1.0, 1.1, 1.2, 1.3, 1.4, 1.5, 1.6, 1.7, 1.8, 1.9, 2, 2.1, 2.2, 2.3, 2.4, 2.5, 2.6, 2.7, 2.8, 2.9, 3, 3.1, 3.2, 3.3, 3.4, 3.5, 3.6, 3.7, 3.8, 3.9, 4.0, 4.1, 4.2, 4.3, 4.4, 4.5, 4.6, 4.7, 4.8, 4.9, 5.0, 5.1, 5.2, 5.3, 5.4, 5.5, 5.6, 5.7, 5.8, 5.9, 6, 6.1, 6.2, 6.3, 6.4, 6.5, 6.6, 6.7, 6.8, 6.9 to about 7.0 ppm.

[00145]    The amount of oxygen present in the headspace of the container can be controlled by filling the headspace with an inert gas, such as nitrogen or argon. Alternatively, the head space oxygen may be controlled by vacuum operation without using an inert gas. In another aspect, the head space oxygen may be controlled by a combination of vacuum operation and inert gas overlay. In one other aspect, the head space oxygen is controlled by repeated pulses of vacuum and inert gas overlay in tandem such that the process may start first with vacuum operation followed by inert gas overlay followed by vacuum operation. The combination of vacuum operation and inert gas overlay (or inert gas overlay and vacuum operation) is considered one pulse when both steps are used together. A typical head space control operation may comprise from one to eight pulses. Typically, there could be two, three, four, or five pulses. Each pulse could last from about one tenth of one second to five seconds or from five to fifteen seconds when conducted by automated high-speed equipment custom designed for this specific purpose. In some embodiments, the pulse may last from about 0.1 to about 2.0 seconds. In some embodiments, the pulse may last from about 0.1 to about 1.0 seconds, or from about 0.1 to about 0.4 seconds. When done using manual methods, each pulse could take up to 30-60 seconds or longer.

[00146]    In many cases, the headspace oxygen of the containers useful for the injectable compositions of this disclosure include (i) from about 0.5% v/v to about 5.0% v/v from the time of manufacture to about 6 months from manufacture when stored at temperatures from 25 ºC to 60 ºC or (ii) from about 0.5% v/v to about 10.0% v/v from the time of manufacture to about 6 months from manufacture when stored at temperatures from 25 ºC to 60 ºC; and the dissolved oxygen present in the injectable composition can be in an amount from about 0.1 parts per million (ppm) to about 9 ppm from the time of manufacture to about 1 month from manufacture when stored at room temperature, wherein the composition is enclosed in a single-use container having a volume of from about 1 mL to about 10 mL.

[00147]    During a manufacturing process, in one embodiment, dissolved oxygen levels are controlled via sparging with an inert gas. Additionally, a blanket of inert gas (e.g., nitrogen, argon, helium) can be maintained throughout manufacturing and storage to control atmospheric oxygen exposure, while

Docket No.: 1848-32 US

an opaque container (stainless steel or amber glass) is selected to protect the formulation from exposure to light. In some embodiments, it was found that the trace elements injectable composition of this application containing at least one of zinc, copper, manganese and selenium or a mixture thereof, a USP injectable product, was not sensitive to oxygen and thus, a nitrogen blanket/sparging during compounding was not required during the manufacturing of the trace elements injectable composition.

[00148]    In some embodiments, the injectable composition is preservative-free. As used herein, preservative-free includes compositions that do not contain any preservative. Thus, the composition does not contain, for example, benzalkonium chloride, methyl, ethyl, propyl or butylparaben, benzyl alcohol, phenylethyl alcohol, or benzethonium.

[00149]    In some embodiments, one or more preservatives can be incorporated into the injectable pharmaceutical composition described in this disclosure, especially in a multi-dose injectable composition. Preservatives can be introduced into a pharmaceutical solution to kill bacteria, yeast, and mold. The bacteria, yeast, and mold can be introduced accidentally when multiple aliquots are withdrawn from a container which holds multiple doses of a medicament.

[00150]    A number of preservatives are available which can kill or prevent the growth of commonly encountered contaminants; these contaminants include, but are not limited to the bacteria *P. aeruginosa, E. coli and S. aureus; the yeast C. albicans*; and the mold *A. brasiliensis*. In various embodiments, the preservative comprises benzyl alcohol in an amount of 0.9 % by weight based on a total weight of the injectable composition.

[00151]    The preservative or preservatives are present in an amount which is effective to impart the desired preservative characteristics and allows the final composition to comply with the European Pharmacopoeia 2011 Test for Efficacy of Antimicrobial Preservation, satisfying at least the B criteria for parenterals, and the United States Pharmacopeia 2011 Guidelines for Antimicrobial Effectiveness Testing for Category 1 (injectable) products.

Method of Preparing the Injectable Compositions

[00152]    The stable injectable compositions of the present application can be made by mixing from about 900 µg to about 4,000 µg of zinc, from about 40 µg to about 400 µg of copper, from about 4 µg to about 90 µg of selenium, and from about 1 µg to about 80 µg of manganese with water to form 1 mL of the injectable composition. I

[00153]    The components of the trace elements can be mixed in any order. For example, one or more trace

F44

Docket No.: 1848-32 US

elements can be added together and then mixed with water to form a solution having the desired concentration. The mixed trace elements solution pH can be adjusted to a desired value and then the pH adjusted solution can, optionally, be filtered through one or more 0.22 µm sterile filters. The filtered solution can then be filled into the desired container to form the injectable trace elements solution suitable for addition to a parenteral nutrition.

[00154]    In some embodiments, the injectable compositions of one or more trace elements comprises, consists essentially of, or consists of 3,000 µg of zinc, 300 µg of copper, 60 µg of selenium, and 55 µg of manganese per 1 mL of the injectable composition. These trace element compositions are useful for applications to adult and/or pediatric patients.

[00155]    A pediatric patient includes a patient known to be less than 15 years of age. In some embodiments, the pediatric patient has a weight of less than 36 kg, but greater than 10 kg of body weight.

[00156]    In other embodiments, the stable injectable composition of one or more trace elements comprises, consists essentially of, or consists of 1000 µg of zinc, 60 µg of copper, 6 µg of selenium, and 3 µg of manganese per 1 mL of the injectable composition. These trace element injectable compositions are useful for applications to neonates.

[00157]    A neonate includes an infant aged 1 month or younger. In some embodiments, the neonate is less than 10 kg of body weight.

[00158]    In some embodiments, the new trace element compositions of the current application have reduced amounts of zinc, copper, manganese and no detectable chromium compared to the Multitrace®-5 concentrated, while the selenium amount is the same. For example, the amount of selenium for the adult Multitrace®-5 concentrated composition and the new adult/pediatric composition is the same, which is 60 mcg/mL selenium. The other trace elements in the new adult/pediatric composition of the current application are zinc, copper, and manganese, which are in reduced amounts --mainly 3000 mcg/mL zinc, 300 mcg/mL copper, 55 mcg/mL manganese, and no detectable chromium compared to the Multitrace®-5 concentrated composition as shown in Table 35.

[00159]    In some embodiments, for the new neonatal composition, compared to the Multitrace®-4 neonatal composition, the zinc, copper, and manganese are in reduced amounts --mainly 1000 mcg/mL zinc, 60 mcg/mL copper, 3 mcg/mL manganese compared to the Multitrace®-4 neonatal composition. However, the selenium for the new neonatal composition is 6 mcg/mL, which is increased as shown in Table 35.

[00160]    In some embodiments, both the new adult/pediatric composition and the new neonatal composition have no detectable chromium, which is unlike other commercially available compositions (e.g., ADDAMEL™, Multitrace®-5, and Multitrace®-4) as shown in Table 35.

43

Docket No.: 1848-32 US

[00161]    In many aspects, the trace elements of the injectable composition are elemental metals, for example, the zinc is elemental zinc, the copper is elemental copper, the selenium is elemental selenium, the manganese is elemental manganese and the water is sterile water for injection. In other aspects, the trace elements are sourced from salts of these metals. For example, the elemental zinc is from zinc sulfate or zinc sulfate heptahydrate, the elemental copper is from cupric sulfate or cupric sulfate pentahydrate, the elemental manganese is from manganese sulfate or manganese sulfate monohydrate and the elemental selenium is from selenious acid. In these compositions, at least one of the zinc comprises from about 0.23 wt. percent to about 1.33 wt. percent, the copper comprises from about 0.05 wt. percent to about 0.13 wt. percent, the manganese comprises from about 0.026 wt. percent to about 0.013 wt. percent, the selenium comprises from about 0.002 wt. percent to about 0.02 wt. percent, or the water comprises from about 96 wt. percent to about 98.5 of the injectable composition based on a total weight of the injectable composition.

[00162]    In many cases, in the trace elements injectable composition prepared by the above method, the zinc is sourced from zinc sulfate heptahydrate at a dose of from about 2.5 to about 7 mg/day, the copper is sourced form cupric sulfate pentahydrate at a dose of from about 0.5 to about 1.5 mg/day, the manganese is sourced from manganese sulfate monohydrate at a dose of from about 0.15 to about 0.8 mg/day, and the selenium is sourced from selenious acid at a dose of from about 20 to about 60 µg/day. In some other embodiments, the method of preparing the trace elements composition of this disclosure provides an injectable composition where the zinc is zinc sulfate heptahydrate at a dose of from about 2.5 to about 7 mg/day, the copper is cupric sulfate pentahydrate at a dose of from about 0.5 to about 1.5 mg/day, the manganese is manganese sulfate monohydrate at a dose of from about 0.015 to about 0.08 mg/day, and the selenium is sourced selenious acid at a dose of from about 20 to about 60 µg/day. In some embodiments, selenious acid, is a weak acid and it can form salts with metal oxides and hydroxides, such as potassium, zinc, copper, manganese, calcium, or molybdenum. It can also form salts with ammonia (e.g., ammonium selenite) and organic bases.

[00163]    In many instances the pH of the trace elements composition varies in a range from about 1.0 to about 9. In some instances, the pH of the trace elements composition can be about 1.0, 1.1, 1.2, 1.3, 1.4, 1.5, 1.6, 1.7, 1.8, 1.9, 2, 2.1, 2.2, 2.3, 2.4, 2.5, 2.6, 2.7, 2.8, 2.9, 3, 3.1, 3.2, 3.3, 3.4, 3.5, 3.6, 3.7, 3.8, 3.9, 4.0, 4.1, 4.2, 4.3, 4.4, 4.5, 4.6, 4.7, 4.8, 4.9, 5.0, 5.1, 5.2, 5.3, 5.4, 5.5, 5.6, 5.7, 5.8, 5.9, 6, 6.1, 6.2, 6.3, 6.4, 6.5, 6.6, 6.7, 6.8, 6.9, 7, 7.1, 7.2, 7.3, 7.4, 7.5, 7.6, 7.7, 7.8, 7.9, 8.0, 8.1, 8.2, 8.3, 8.4, 8.5, 8.6, 8.7, 8.8, 8.9 to about 9.0.

[00164]    In some embodiments, the pH of the trace elements composition can be adjusted using pH adjusting

agents including organic or inorganic acids and bases. Suitable acids include, but are not limited to, inorganic acids such as hydrochloric acid, hydrobromic acid, sulfuric acid, nitric acid, phosphoric acid or the like, and organic acids such as acetic acid, propionic acid, glycolic acid, pyruvic acid, oxalic acid, maleic acid, malonic acid, succinic acid, fumaric acid, tartaric acid, citric acid, benzoic acid, cinnamic acid, mandelic acid, methanesulfonic acid, ethanesulfonic acid, p-toluenesulfonic acid, salicylic acid or the like. Suitable inorganic bases include, but are not limited to, sodium hydroxide, potassium hydroxide, K2CO3, Na2CO3, K3PO4, Na3PO4, K2HPO4, Na2HPO4, organic bases include salts of primary, secondary, and tertiary amines, substituted amines including naturally occurring substituted amines, cyclic amines, ethanolamine, 2-diethylaminoethanol, lysine, arginine, histidine or the like.

[00165]    In various embodiments, gamma radiation is used in the terminal sterilization step, which involves utilizing ionizing energy from gamma rays that penetrate deeply into a vial containing the injectable composition of this disclosure. Gamma rays are highly effective in killing microorganisms, they leave no residues, nor do they have sufficient energy to impart radioactivity to the apparatus. Gamma rays can be employed when the injectable composition is a vial or ampule because gamma ray sterilization does not require high pressures or vacuum conditions, and thus the container of the injectable composition is not stressed.

[00166]    In other embodiments, electron beam (e-beam) radiation may be used to sterilize the injectable composition described in this disclosure. E-beam radiation comprises a form of ionizing energy, which is generally characterized by low penetration and high-dose rates. E-beam irradiation is similar to gamma ray processing in that it alters various chemical and molecular bonds on contact, including the reproductive cells of microorganisms. Beams produced for e-beam sterilization are concentrated, highly charged streams of electrons generated by the acceleration and conversion of electricity.

[00167]    Autoclaving is usually performed in an autoclave. An autoclave uses pressurized steam as their sterilization agent. The basic concept of an autoclave is to have each item sterilized -whether it is a liquid, plastic ware, or glassware- come in direct contact with steam at a specific temperature and pressure for a specific amount of time. Time, steam, temperature, and pressure are the four main parameters required for a successful sterilization using an autoclave.

[00168]    The amount of time and temperature required for sterilization of a vial or ampule containing the injectable composition can use higher temperatures for sterilization and requires shorter times. The most common temperatures used are 121 °C and 132 °C. In order for steam to reach these high

Docket No.: 1848-32 US

temperatures, steam has to be pumped into the chamber at a pressure higher than normal atmospheric pressure. In various embodiments, a terminal sterilization feasibility study confirmed that the finished product is stable and can maintain its characteristics upon terminal sterilization. Thus, in various embodiments, the trace elements injectable compositions of this application are terminally sterilized at 122.2ºC for 15 minutes.

[00169]    The injectable compositions of the present disclosure are packaged in pharmaceutically acceptable containers. Pharmaceutically acceptable containers include intravenous bags, bottles, vials, and/or syringes. In certain embodiments, the containers include intravenous bags and syringes, which can be polymer-based, and vials and intravenous bottles, which can be made of glass. In some embodiments, the components of the container that come into contact with the pharmaceutical composition do not contain polyvinylchloride (PVC). In various aspects, the container is an intravenous bag that does not have any PVC containing components in contact with the pharmaceutical composition. It is also desirable to protect the pharmaceutical compositions from light. Therefore, the container may, optionally, further comprise a light barrier. In certain embodiments, the light barrier can be an aluminum over a pouch.

[00170]    In many aspects, the present disclosure also provides methods for preparing sterile pharmaceutical compositions. Examples of suitable procedures for producing sterile pharmaceutical drug products include, but are not limited to, terminal moist heat sterilization, ethylene oxide, radiation (i.e., gamma and electron beam), and aseptic processing techniques. Any one of these sterilization procedures can be used to produce the sterile pharmaceutical compositions described herein.

[00171]    Sterile pharmaceutical compositions may also be prepared using aseptic processing techniques. Sterility is maintained by using sterile materials and a controlled working environment. All containers and apparatus are sterilized, preferably by heat sterilization, prior to filling. Then, the container is filled under aseptic conditions, such as by passing the composition through a filter and filling the units. Therefore, the compositions can be sterile filled into a container to avoid the heat stress of terminal sterilization.


Method of Preparing Parenteral Nutrition

[00172]    The trace elements of the current application include lower daily amounts of at least one of zinc, copper, chromium and/or manganese per 1mL of the composition than currently available products.

[00173]    In some embodiments, the trace elements composition contains little or no chromium. The chromium that is present can be present as an impurity and not to exceed about 1 µg and, in other aspects, not to exceed 0.5 µg, in other embodiments, not to exceed about 0.25 µg/mL, and in other embodiments, not to exceed 0.1 µg/mL. In other instances, the injectable composition contains from about 0.0001 µg/mL to about 0.25 µg/mL of chromium. Therefore, when the trace element is added to the PN (e.g., PN of one liter or more), the PN will have no added chromium but may, in some embodiments, contain a chromium impurity from about 0.0001 µg/mL to about 0.25 µg/mL, or in some embodiments, no chromium.

[00174]    In some embodiments, the amount of chromium in the parenteral nutrition containing the trace elements composition or the trace elements composition itself is not more than about 0.15 µg/mL to not more than about 0.07 µg/mL or lower. With the not more than about 0.15 µg/mL of chromium, the maximum potential exposure to chromium (e.g., 0.045 µg/kg/day) will be 22.5% of the maximum chromium dose that can be used for parenteral nutrition in a target patient population ( e.g., children (weighing 0.4 – 9.9 kg)). This can be based on a target dose volume of, for example, 0.3 mL/kg/day. In some embodiments, this will reduce the risk of toxicity from total chromium exposure in the parenteral nutrition (e.g., from intentionally added chromium and chromium as an impurity).

[00175]    The trace elements in solution form can be added to the parenteral nutrition typically at a port of the parenteral nutrition container using aseptic technique and, optionally, under a laminar flow hood. The parenteral nutrition can have essential and non-essential amino acids, dextrose, water, lipids, and/or electrolytes in it.

[00176]    In many embodiments, a method of making a parenteral nutrition containing trace elements is provided. The method comprises adding trace elements to the parenteral nutrition, the trace elements comprising about 900 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, and about 1 µg to about 80 µg of manganese per 250 mL to about 4000 mL of the parenteral nutrition, the parenteral nutrition comprising at least one of amino acid, a dextrose, a lipid, an electrolyte, or a mixture thereof. In some cases, the parenteral nutrition obtained by this method contains 3,000 µg of zinc, 300 µg of copper, 60 µg of selenium, and 55 µg of manganese per 250 mL to about 4000 mL of the parenteral nutrition. In other cases, the parenteral nutrition obtained by this method contains 1000 µg of zinc, 60 µg of copper, 6 µg of selenium, and 3 µg of manganese per 1 mL of the injectable composition per 250 mL to about 4000 mL of the parenteral nutrition.

[00177]    In yet other cases, in the parenteral nutrition the zinc comprises zinc sulfate or zinc sulfate

heptahydrate in an amount of about 13.1 mg to about 13.3 mg, the copper comprises cupric sulfate or cupric sulfate pentahydrate in an amount of about 1.1 mg to about 1.2 mg, the manganese comprises manganese sulfate or manganese sulfate monohydrate in an amount of about 0.16 mg to about 0.18 mg and the selenium comprises selenious acid in an amount of about 95 µg to about 99 µg per about 250 mL to 4000 mL of parenteral nutrition. In another embodiment, the parenteral nutrition obtained by this method comprises zinc sulfate or zinc sulfate heptahydrate in an amount of about 13.2 mg, cupric sulfate or cupric sulfate pentahydrate of the parenteral nutrition in an amount of from about 1.179 mg, manganese sulfate or manganese sulfate monohydrate in an amount of about 0.0169 mg and the selenious acid is in an amount of about 98 µg per 250 mL to 4000 mL of parenteral nutrition.

[00178]    In some embodiment, there is a method of making a parenteral nutrition containing trace elements at least one of (i) the amino acid comprises lysine hydrochloride, phenylalanine, leucine, valine, threonine, methionine, isoleucine, tryptophan, alanine, arginine, glycine, proline, histidine, glutamic acid, serine, aspartic acid, tyrosine or a mixture thereof; (ii) the dextrose comprises dextrose monohydrate; (iii) the lipid comprises soybean oil, phospholipid, glycerin or a mixture thereof; or (iv) the electrolyte comprises sodium acetate trihydrate, potassium chloride, sodium chloride, potassium acetate, sodium glycerophosphate anhydrous, magnesium sulfate heptahydrate, calcium chloride dihydrate, calcium gluconate or a mixture thereof. In the parenteral nutrition provided by this method, the dextrose comprises dextrose 5%, dextrose 10%, dextrose 20 %, dextrose 25%, or dextrose 50% in water.

[00179]    The parenteral nutrition provided by this method is stable when stored from about 2 ℃ to about 8 ℃ for up to about 14 days. In many instances, when stored from about 2 ℃ to about 8 ℃ for about 14 days, the parenteral nutrition maintained a pH from about 5.50 to about 5.90 and, in some cases, a pH from about 4.5 to about 7.

[00180]    In some embodiments, the 14 days stability is measured from the time when the trace elements composition is added at room temperature to the parenteral nutrition. In some embodiments, the 14 days stability is measured from the time when the trace elements composition is added at room temperature to the parenteral nutrition and then stored under refrigeration at 2 ℃ to about 8 ℃. In some embodiments, the 14 days stability is measured from the time when the trace elements composition is added at room temperature to the parenteral nutrition and about to be administered to the patient, but is not and then is stored under refrigeration at 2 ℃ to about 8 ℃ for the 14 days.

[00181]    Further, when stored from about 2 ℃ to about 8 ℃ for about 14 days, the parenteral nutrition

Docket No.: 1848-32 US

comprises at least one of (i) no more than 12 particle per mL that are greater than 10 µm; or (ii) no more than 2 particle per mL that are greater than 25 µm.  In other cases, when stored from about 2 ℃ to about 8 ℃ for about 14 days, the parenteral nutrition did not exhibit microbial growth when in contact with bacteria such as *S. aureus, P. aeruginosa, E. coli, C. albicans, A. brasiliensis* or a mixture thereof.

Method of Use of the Injectable Compositions

[00182]     After addition of the trace elements to the parenteral nutrition, the parenteral nutrition can then be connected to an IV tube set and the parenteral nutrition administered via infusion over the desired period of time to the patient (e.g., 24 hours).

[00183]     The parenteral nutrition can be used to provide a source of calories, protein, electrolytes, or essential fatty acids for adult patients requiring parenteral nutrition. In some embodiments, the method of the present application includes administering to a patient in need thereof an injectable parenteral nutrition formulation comprising at least one of amino acid, a dextrose, a lipid, an electrolyte, or a mixture thereof.  Therefore, one or more trace elements (e.g., zinc, copper, selenium, manganese) can be added to injectable amino acids, dextrose, water, lipids, electrolytes, or a combination thereof based on the specific need of the patient.

[00184]     The trace elements can be a single trace element (e.g., zinc alone) or a combination of trace elements (e.g., zinc, copper, selenium, manganese) that can be added to the injectable amino acids, dextrose, water, lipids, electrolytes or a combination thereof based on the specific need of the patient.

[00185]     In various other embodiments, the parenteral nutrition comprises from about 900 µg to about 4,000 µg of zinc, from about 40 µg to about 400 µg of copper, from about 4 µg to about 90 µg of selenium, and from about 1 µg to about 80 µg of manganese per 250 mL to 4000 mL of the parenteral nutrition.  In some aspects, the parenteral nutrition comprises, consists essentially of, or consists of 3,000 µg of zinc, 300 µg of copper, 60 µg of selenium, and 55 µg of manganese per 250 mL to about 4000 mL of the parenteral nutrition.  In some aspects, the parenteral nutrition comprises, consists essentially of, or consists of 1,000 µg of zinc, 60 µg of copper, 6 µg of selenium, and 3 µg of manganese per 250 mL to about 4000 mL of the parenteral nutrition.

[00186]     In other aspects, the zinc comprises zinc sulfate or zinc sulfate heptahydrate in an amount of about 13.1 mg to about 13.3 mg, the copper comprises cupric sulfate or cupric sulfate pentahydrate in an amount of about 1.1 mg to about 1.2 mg, the manganese comprises manganese sulfate or manganese sulfate monohydrate in an amount of about 0.16 mg to about 0.18 mg and the selenium

comprises selenious acid in an amount of about 95 µg to about 99 µg per about 250 mL to 4000 mL of parenteral nutrition. In yet other aspects, the zinc sulfate or zinc sulfate heptahydrate is in an amount of about 13.2 mg, the cupric sulfate or the cupric sulfate pentahydrate is in an amount of about 1.179 mg, the manganese sulfate or manganese sulfate monohydrate is in an amount of about 0.169 mg and the selenious acid is in an amount of about 98 µg.

[00187]    In many embodiments, the at least one of the amino acid useful in the method of providing a source of calories comprises lysine hydrochloride, phenylalanine, leucine, valine, threonine, methionine, isoleucine, tryptophan, alanine, arginine, glycine, proline, histidine, glutamic acid, serine, aspartic acid, tyrosine or a mixture thereof. The dextrose useful in this method includes dextrose monohydrate, anhydrous and hydrous forms of dextrose, for example, dextrose 5%, dextrose 10%, dextrose 20%, dextrose 25%, or dextrose 50% in water. or a combination thereof. Useful lipids include without limitation soybean oil, phospholipid, glycerin, or a mixture thereof. The electrolyte can comprise sodium acetate trihydrate, potassium chloride, sodium chloride, potassium acetate, sodium glycerophosphate anhydrous, magnesium sulfate heptahydrate, calcium chloride dihydrate, calcium gluconate or a mixture thereof.

[00188]    In various aspects, the parenteral nutrition used in the method of providing a source of calories, protein, electrolytes, or essential fatty acids is nonpyrogenic and can have a pH that can vary from about 3.5 to about 7.9.

[00189]    It has been surprisingly found that the parenteral nutrition used in the method of providing a source of calories, protein, electrolytes, or essential fatty acids is stable when stored from about 2 ℃ to about 8 ℃ for up to about 14 days. In many aspects, the stable parenteral nutrition when stored from about 2 ℃ to about 8 ℃ for about 14 days can maintain a pH from about 5.50, 5.60, 5.70, 5.80 to about 5.90. In various instances, when stored from about 2 ℃ to about 8 ℃ for about 14 days, the parenteral nutrition comprises at least one of (i) no more than 12 particle per mL that are greater than 10 µm; or (ii) no more than 2 particle per mL that are greater than 25 µm. Also, when stored at from about 2 ℃ to about 8 ℃ for about 14 days, the parenteral nutrition did not exhibit microbial growth caused by such microbes as, for example, *S. aureus, P. aeruginosa, E. coli, C. albicans, A. brasiliensis* or a mixture thereof.

[00190]    In various embodiments, a method of maintaining plasma trace elements in a patient in need thereof is provided. The method of maintaining plasma trace elements comprises administering at least an injectable composition to the patient, the injectable composition comprising water, from about 900

Docket No.: 1848-32 US

µg to about 4,000 µg of zinc, from about 40 µg to about 400 µg of copper, from about 4 µg to about 90 µg of selenium, and from about 1 µg to about 80 µg of manganese per 1 mL of the injectable composition. In many aspects, when the injectable composition is stored from about 2 ℃ to about 8 ℃ for about 14 days, then the injectable composition comprises at least one of (i) no more than 12 particle per mL that are greater than 10 µm; or (ii) no more than 2 particle per mL that are greater than 25 µm. In other aspects, when stored from about 2 ℃ to about 8 ℃ for about 14 days, the injectable composition did not exhibit microbial growth caused by any one of several microbes, for example, S. aureus, P. aeruginosa, E. coli, C. albicans, A. brasiliensis or a mixture thereof. In many cases, when stored from about 2 ℃ to about 8 ℃ for about 14 days, the injectable composition maintained a pH from about 5.50 to about 5.90.

[00191]    In various embodiments, the method of maintaining plasma trace elements in a patient in need thereof further comprises treating patients having a negative nitrogen balance. In other embodiments, the method of maintaining plasma trace elements in a patient in need thereof further comprises the use of the electrolyte as a supplement to intravenous solutions given for parenteral nutrition to maintain plasma levels of anyone of zinc, copper, manganese or selenium or a mixture thereof to prevent depletion of endogenous stores of these trace elements and subsequent deficiency symptoms.

[00192]    These and other aspects of the present application will be further appreciated upon consideration of the following examples, which are intended to illustrate certain particular embodiments of the application, but they are not intended to limit its scope, as defined by the claims.


EXAMPLES

[00193]    Examples of the stable, ready-to-use injectable compositions containing trace elements such as zinc, copper, selenium, and manganese are described in some of the examples below. The examples also include parenteral nutrition solutions with or without the stable injectable compositions having trace elements such as zinc, copper, selenium, and manganese. The trace elements of the current application include lower daily amounts of at least one of zinc, copper, chromium, and/or manganese per 1mL of the trace element solution than currently available products. When added to parenteral solution the parenteral solution containing the trace elements remained stable for about at least 3 days up to 14 days under refrigeration.

[00194]    Example 1

[00195]    In this example, an injectable sterile, nonpyrogenic solution including trace elements of

Docket No.: 1848-32 US

zinc, copper, manganese, and selenium is prepared by mixing these elements with water for injection to form 1 mL of injectable composition per single dose vial. This composition contains not more than 1.0 µg chromium in conformance with USP formulation requirements. The formulation is summarized in Table 6.

[00196]   Table 6 – Injectable Composition

| Ingredient Name | Quantity per mL | Elemental Equivalent |
|---|---|---|
| Zinc Sulfate•7H$_2$O, USP | 13.20 mg | 3 mg Zn/mL |
| Cupric Sulfate•5H$_2$O, USP | 1.18 mg | 0.3 mg Cu/mL |
| Manganese Sulfate•H$_2$O, USP | 169.00 mcg | 55 µg Mn/mL |
| Selenious Acid, USP | 98.00 mcg | 60 µg Se/mL |
| Sulfuric Acid, NF | N/A | N/A |
| Water for Injection, USP | Q.S. to 1 mL | N/A |

N/A = Not Applicable

[00197]   Each mL contains: zinc sulfate, USP (heptahydrate) 13.20 mg (equivalent to 3 mg zinc); cupric sulfate, USP (pentahydrate) 1.18 mg (equivalent to 0.3 mg copper); selenious acid, USP 98 µg (equivalent to 60 µg selenium); manganese sulfate, USP (monohydrate) 169 µg (equivalent to 55 µg manganese); and water for injection, USP q.s. The pH range of the solution is 1.5 to 3.5 and may be adjusted with sulfuric acid, NF.

[00198]   Example 2

[00199]   This example discusses studies of known parenteral nutrition admixed with the injectable compositions of trace elements described in this application. Studies of parenteral nutrition (PN) solutions admixed with the injectable compositions of trace elements of this application were conducted over a 3 day and 14-day interval. PN solutions used in these studies were CLINIMIX® and KABIVEN® as listed in Table 7 below.

[00200]   Table 7 – Parenteral Nutrition

| Type | Ingredient | CLINIMIX E 4.25/25 | CLINIMIX E 4.25/10 | KABIVEN® |
|---|---|---|---|---|
| | Soybean Oil (g/100mL) | --- | --- | 3.9 |
| | Dextrose Hydrous, USP (g/100mL) | 25 | 10 | 9.8 |
| | Amino Acids (g/100mL) | 4.25 | 4.25 | 3.31 |
| | Total Nitrogen (mg/100 mL) | 702 | 702 | 526 |
| Essential Amino Acids | Leucine | 311 | 311 | 263 |
| | Isoleucine | 255 | 255 | 164 |
| | Leucine | --- | --- | 231 |

Docket No.: 1848-32 US

| | | | | |
|---|---|---|---|---|
| | Valine | 247 | 247 | 213 |
| | Lysine (as the hydrochloride) | 247 | 247 | 263 |
| | Phenylalanine | 238 | 238 | 231 |
| | Histidine | 204 | 204 | 199 |
| | Threonine | 179 | 179 | 164 |
| | Methionine | 170 | 170 | 164 |
| | Tryptophan | 77 | 77 | 55 |
| Nonessential Amino Acids (mg/100 mL) | Alanine | 880 | 880 | 467 |
| | Arginine | 489 | 489 | 330 |
| | Glycine | 438 | 438 | 231 |
| | Proline | 289 | 289 | 199 |
| | Serine | 213 | 213 | 131 |
| | Aspartic Acid, USP | --- | --- | 99 |
| | Tyrosine | 17 | 17 | 6.7 |
| Electrolytes (mg/100 ml) | Sodium Acetate Trihydrate, USP | 297 | 297 | 239 |
| | Potassium Chloride | ---- | --- | 174 |
| | Sodium Glycerophosphate, Anhydrous | ---- | --- | 147 |
| | Dibasic Potassium Phosphate, USP | 261 | 261 | --- |
| | Sodium Chloride, USP | 77 | 77 | --- |
| | Magnesium chloride, USP | 51 | 51 | --- |
| | Magnesium Sulfate Heptahydrate, USP | --- | --- | 96 |
| | Calcium Chloride Dihydrate, USP | 33 | 33 | 29 |
| Electrolyte Profile (mEq/L) | Sodium | 35 | 35 | 31 |
| | Potassium | 30 | 30 | 23 |
| | Magnesium | 5 | 5 | 7.8 |
| | Calcium | 4.5 (2.2 mmol/L) | 4.5 (2.2 mmol/L) | 3.8 (1.9 mmol/L) |
| | Acetate | 70 | 70 | 38 |
| | Chloride | 39 | 39 | 45 |
| | Sulfate | --- | --- | 7.8 |
| | Phosphate (as $HPO_4$) | 30 (15mmol/L) | 30 (15mmol/L) | N.A. (9.7 mmol/L) |
| | pH range | 6.0 (4.5 to 7.0) | 6.0 (4.5 to 7.0) | 5.6 |
| | Osmolarity (mOsmol/L) (calc.) | 1825 | 1070 | 1060 |
| | From Dextrose | 850 | 340 | 330 |
| | From Lipid | ---- | --- | 390 |
| | From Amino Acids | 170 | 170 | 130 |
| | Total (Dextrose, Lipid and Amino Acids) | 1020 | 510 | 1060 |

[00201]     CLINIMIX E 4.25/25 contained 24% dextrose concentration and was used in a three (3)-

Docket No.: 1848-32 US

day study. Because this formulation was discontinued, CLINIMIX E 4.25/10 which contained 10% dextrose concentration was used in the 14-day study. The same KABIVEN® formulation described in Table 2 was used in both 3-day and 14-day studies.

[00202]     In these studies, 1 mL of the injectable trace element composition was added to two (2) L IV PN infusion bags of KABIVEN® and CLINIMIX E. KABIVEN® admixtures with and without 1 mL of Injectable trace element composition were stored for about at least 3 days (72 hours) at 2-8°C. Upon testing as described below the KABIVEN® admixtures met the acceptance criteria of a "no growth" protocol. CLINIMIX E admixtures with and without the introduction of Injectable trace element composition found the admixtures stored for about at least 3 days (72 hours) at either 2°C to 8°C or 20°C to 25°C met the acceptance criteria of "no growth" protocol. Based on the results of these admixture studies, we concluded that the admixture of injectable trace element composition in 2 L infusion PN solutions of KABIVEN® and CLINIMIX E supported the manufacturers' original package insert labeling recommendations for KABIVEN® and CLINIMIX E.

[00203]     For example, for KABIVEN®, the labeling recommendation states that "KABIVEN® should be used immediately after mixing and the introduction of additives. If not used immediately, the storage time and conditions prior to use should not be longer than 24 hours at 2° to 8°C (36° to 46°F). After removal from storage at 2° to 8°C (36° to 46°F), the admixture should be infused within 24 hours. Any mixture remaining must be discarded."

[00204]     For CLINIMIX E the labeling recommendations caution "Use promptly after mixing. Any storage with additives should be under refrigeration and limited to a period, no longer than 24 hours. After removal from refrigeration, use promptly and complete the infusion within 24 hours. Any mixture remaining must be discarded."

[00205]     In order to establish stability data for parenteral nutrition admixed with the injectable compositions of trace elements, we conducted a stability study of injectable trace element composition (trace elements injectable composition, USP) in parenteral nutrition admixtures (assay test); a pH study of parenteral nutrition (PN) admixtures upon addition of injectable trace element composition (trace elements injectable composition, USP); a compatibility study of injectable trace element composition (trace elements injectable composition, USP) in parenteral nutrition admixtures; and a reduced inoculation antimicrobial effectiveness study for injectable trace element composition (trace elements injectable composition, USP) in parenteral nutrition admixtures.

[00206]     These studies were intended to support the USP <797> medium risk storage for up to 9 days

Docket No.: 1848-32 US

under refrigeration [2° to 8°C (36° to 46°F)]. At the time of initiating the 14-day admixture studies, it was noted that the current package insert (PI) labeling of KABIVEN® and CLINIMIX now includes the following beyond use dating (BUD) statements for storage:

[00207]    For KABIVEN®: In the absence of additives, once activated, KABIVEN® remains stable for 48 hours at 25°C (77° F). If not used immediately, the activated bag can be stored for up to 7 days under refrigeration [2° to 8°C (36° to 46°F)]. After removal from refrigeration, the activated bag should be used within 48 hours. For CLINIMIX E: Storage after removal of overwrap: once removed from the protective clear overwrap, mixed (peel seal activated) or unmixed (peel seal intact), CLINIMIX E solutions may be stored under refrigeration for up to 9 days. The results or our studies are discussed in examples 3, below.

[00208]    Example 3 - Stability Study of Injectable trace element composition (Trace elements injectable composition, USP) in Parenteral Nutrition Admixtures Assay Test

[00209]    In this example, we evaluated whether the addition of an injectable trace element composition to parenteral nutrition (PN) admixtures would result in chemical degradation of individual ingredients under the prescribed in-use condition of up to 14 days. The PN admixtures were assay tested for zinc, copper, selenium, and manganese. Chromium was evaluated as a potential elemental impurity.

[00210]    In this example, control PN admixtures (e.g., without an injectable trace element composition) of KABIVEN® and CLINIMIX E were tested for trace element levels of zinc, copper, selenium, manganese, and chromium and the findings are summarized in Tables 8 and 10 below. Tables 9 and 11 illustrate assay results of a KABIVEN® and CLINIMIX E PN IV solutions treated with the injectable trace element composition of this application and stored 14 days at 2°C to 8°C.

[00211]    Table 8 – Assay Results for KABIVEN® Control Admixtures without Injectable Trace Element Composition

| Assay | Zinc | Copper | Selenium | Manganese | Chromium |
|---|---|---|---|---|---|
| Results | < 750 µg/L | < 75 µg/L | < 15 µg/L < | < 13.7 µg/L | < 0.25 µg/mL |

[00212]    Table 9 - Assay Results for Injectable Trace Element Composition in KABIVEN® Solution Stored 14 days at 2°C to 8°C

| Assay | Acceptance Criteria | Day 0 | Day 5 | Day 7 | Day 10 | Day 14 |
|---|---|---|---|---|---|---|

Docket No.: 1848-32 US

| | | | | | |
|---|---|---|---|---|---|
| Zinc | 90.0 – 110.0 % | 96.5 | 93.9 | 93.8 | 97.0 | 96.0 |
| Copper | 90.0 – 110.0 % | 101.8 | 98.7 | 97.8 | 99.9 | 105.5 |
| Selenium | 90.0 – 110.0 % | 92.6 | 93.5 | 97.9 | 92.6 | 90.8 |
| Manganese | 90.0 – 110.0 % | 100.7 | 95.0 | 92.1 | 102.5 | 97.9 |

[00213]    Table 10 – Assay Results for CLINIMIX E Control PN Admixture without Injectable Trace Element Composition

| Assay | Zinc | Copper | Selenium | Manganese | Chromium |
|---|---|---|---|---|---|
| Results | < 750 µg/L | < 75 µg/L | < 15 µg/L | < 13.7 µg/L | < 0.25 µg/mL |

[00214]    Table 11 - Assay Results for Injectable trace element composition in CLINIMIX Solution Stored for 14 days at 2℃ to 8℃

| Assay | Acceptance Criteria | Day 0 | Day 5 | Day 7 | Day 10 | Day 14 |
|---|---|---|---|---|---|---|
| Zinc | 90.0 – 110.0 % | 98.5 | 94.4 | 96.5 | 96.2 | 96.3 |
| Copper | 90.0 – 110.0 % | 109.7 | 98.8 | 101.5 | 101.0 | 106.0 |
| Selenium | 90.0 – 110.0 % | 108.8 | 102.0 | 104.2 | 101.2 | 95.7 |
| Manganese | 90.0 – 110.0 % | 105.0 | 97.2 | 98.9 | 101.6 | 106.8 |

[00215]    The results of this study show that assay values of parenteral nutrition solutions of KABIVEN® and CLINIMIX E in two (2) L infusion solutions each spiked with 1.0 mL of injectable trace element composition and stored under refrigeration (2℃ to 8℃) remained within the protocol acceptance criteria of 90.0 – 110.0 % acceptance criteria for the fourteen (14) day duration of the study.

[00216]    Example 4 - pH Study of Parenteral Nutrition (PN) Admixtures upon Addition of Injectable trace element composition (Trace elements injectable composition)

[00217]    In this example, a study was conducted to evaluate pH changes before and after the addition of injectable trace element composition added to PN solutions of KABIVEN® and CLINIMIX E.  The study was conducted to determine if the addition of the injectable trace element composition of this disclosure would significantly change the pH of the PN admixtures under the prescribed in-use

E58

Docket No.: 1848-32 US

conditions. The pH measurements were performed at Day 0, Day 5, Day 7, Day 10 and Day 14 on samples stored at 2°C to 8°C and the results are illustrated in Tables 12 and 13. In the assays summarized in Tables 9 and 10, the control sample is either KABIVEN® or CLINIMIX E PN mixture as found in an IV bag or TE-4 represents a bag of KABIVEN® or CLINIMIX E to which 1.0 mL of injectable trace element composition containing zinc, copper, selenium, and manganese was added.

[00218] Table 12 - pH Results for Injectable Trace Element Composition added to KABIVEN® Solution Stored 14 days at 2°C to 8°C

| Test | Acceptance Criteria | Day 0 | | Day 5 | | Day 7 | | Day 10 | | Day 14 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Control | TE-4 | Control | TE-4 | Control | TE-4 | Control | TE-4 | Control | TE-4 |
| pH | Record results | 5.52 | 5.51 | 5.51 | 5.51 | 5.49 | 5.50 | 5.50 | 5.49 | 5.50 | 5.50 |

**Control** = bag of KABIVEN®

**TE-4 =** bag of KABIVEN® with added 1.0 mL of injectable trace element composition including Zn, Cu, Mn, and Se.

[00219] Table 13 - pH Results for Injectable trace element composition added to CLINIMIX Solution Stored 14 days at 2°C to 8°C

| Test | Acceptance Criteria | Day 0 | | Day 5 | | Day 7 | | Day 10 | | Day 14 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Control | TE-4 | Control | TE-4 | Control | TE-4 | Control | TE-4 | Control | TE-4 |
| pH | Record results | 5.86 | 5.87 | 5.85 | 5.85 | 5.86 | 5.85 | 5.86 | 5.86 | 5.87 | 5.86 |

**Control** = bag of CLINIMIX
**TE-4 =** bag of CLINIMIX with added 1.0 mL of Injectable trace element composition including Zn, Cu, Mn, and Se.

[00220] The results of these studies illustrate that pH of KABIVEN® and CLINIMIX E PN solutions, each spiked with 1.0 mL of Injectable trace element composition did not differ from the pH of their respective control samples. In addition, the pH of KABIVEN® control, CLINIMIX E and samples spiked with injectable trace element composition was unchanged after storage under refrigeration from 2 °C to 8 °C for up to 14 days.

[00221] Based on the results of these studies, it can be concluded that the addition of 1.0 mL of injectable trace element composition to the 2 L solution of KABIVEN® and/or CLINIMIX E will not

Docket No.: 1848-32 US

alter the pH of the PN solutions when stored for 14 days at refrigeration (2 °C to 8 °C).

[00222]   Example 5 - Compatibility Study of Injectable trace element composition (Trace elements injectable composition, USP) in Parenteral Nutrition Admixtures

[00223]   The studies summarized in Tables 14, 15, 16 and 17 were initiated to assure that the injectable trace element composition of this disclosure and PN solutions of KABIVEN and CLINIMIX E are physically compatible.   The PN admixtures with and without the injectable trace element composition were tested for visual examination and particulate matter (PM) by means of USP <788> Method 2 (Microscopic Particle Count Test). The testing was performed at Day 0, Day 5, Day 7, Day 10, and Day 14 on samples stored at 2-8°C.

[00224]   Table 14- PM Results for Injectable trace element composition (TE-4) in KABIVEN® Bags Stored 14 days at 2°C to 8°C

| Test | Acceptance Criteria | 0 days | | 5 days | | 7 Days | | 10 days | | 14 Days | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Control | TE-4 | Control | TE-4 | Control | TE-4 | Control | TE-4 | Control | TE-4 |
| Visual Examination | Precipitates have not formed during the addition of Injectable trace element composition | NA | Con-forms | NA | Conforms | NA | Con-forms | NA | Con-forms | NA | Con-forms |
| | The emulsion has not separated. | NA | Con-forms | NA | Con-forms | NA | Con-forms | NA | Con-forms | NA | Con-forms |
| Particulate Matter <788>: Method 2 Microscopic | NMT 12 particles per 1 mL that are ≥ 10 µm. | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 |
| | NMT 2 particles per 1 mL that are ≥ 25 µm. | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 |

Docket No.: 1848-32 US

| Particle Count Test | 100 µm (for informational purposes only) | 0 | 0 | 0 | 0 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Control = bag of KABIVEN®

TE-4 = bag of KABIVEN® with added 1.0 mL of injectable trace element composition including Zn, Cu, Mn, and Se.

[00225]    Table 15 Particle Categorization for Injectable trace element composition in KABIVEN® Bags Stored 14 days at 2°C to 8°C

| Test Station | Particle Description | |
|---|---|---|
| | Control | TE-4 |
| 0 Days | Major: dark particles (10-50µm)<br>Minor: light particles (10-40µm), polymeric (20-70µm)<br>≥100µm: no particles noted | Major: dark particles (10-40µm)<br>Minor: light particle (10-40µm), polymeric (20- 70µm)<br>≥100µm: no particles noted |
| 5 Days | Major: light particles (10-80µm)<br>Minor: dark particles (10-70µm), polymeric (30-80µm)<br>≥100µm: no particles noted | Major: dark particles (10-70µm)<br>Minor: light particles (10-70µm), polymeric (60µm)<br>≥100µm: no particles noted |
| 7 Days | Major: dark particles (10-40µm)<br>Minor: light particles (10-30µm), polymeric (30->100µm), fibrous (80µm)<br>≥100µm: polymeric (190µm, 240µm) | Major: dark particles (10-60µm)<br>Minor: light particles (10-40µm), polymeric (30- 50µm)<br>≥100µm: fibrous (310µm) |
| 10 days | Major: dark particles (10-40µm)<br>Minor: light particles (10-60µm), polymeric (20->100µm)<br>≥100µm: fibrous (180µm), polymeric (270µm) | Major: dark particles (10-40µm)<br>Minor: light particles (10-50µm), polymeric (20->100µm)<br>≥100µm: polymeric (200µm) |
| 14 Days | Major: dark particles (10-80µm)<br>Minor: light particles (10-40µm), polymeric (20- > 100µm)<br>≥100µm:polymeric (290µm, 170µm, 140µm, 210, 250µm, 200µm) | Major: dark particles (10-70µm)<br>Minor: light particles (10-80µm), polymeric (20- 90µm)<br>≥100µm: no particles noted |

Control = bag of KABIVEN®

TE-4 = bag of KABIVEN® with added 1.0 mL of injectable trace element composition including Zn, Cu, Mn, and Se.

Docket No.: 1848-32 US

[00226]    Table 16 – Particulate Matter Results for Injectable Trace Element Composition in CLINIMIX E Bags Stored 14 Days at 2°C to 8°C

| Test | Acceptance Criteria | 0 days | | 5 days | | 7 Days | | 10 days | | 14 Days | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Control | TE-4 | Contro | TE-4 | Control | TE-4 | Control | TE-4 | Control | TE-4 |
| Visual Examina-tion | Precipitates have not formed during the addition of injectable trace element composition | NA | Con-forms | NA | Con-forms | NA | Con-forms | NA | Con-forms | NA | Con-forms |
| | The emulsion has not separated. | NA | Con-forms | NA | Con-forms | NA | Con-forms | NA | Con-forms | NA | Con-forms |
| Particulate Matter <788>: Method 2 Microscopic Particle Count Test | NMT 12 particles per 1 mL that are ≥ 10 µm. | < 1 | < 1 | < 1 | < 1 | < 1 | 1 | 1 | 1 | < 1 | < 1 |
| | NMT 2 particles per 1 mL that are ≥ 25 µm. | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 | < 1 |
| | 100 µm (for informational purposes only) | 0 | < 1 | < 1 | < 1 | 0 | 0 | 0 | < 1 | < 1 | 0 |

Control = bag of CINIMIX E™
TE-4 = bag of CINIMIX E with added 1.0 mL of Injectable trace element composition including Zn, Cu, Mn, and Se.

[00227]    Table 17 - Particle Categorization for Injectable trace element composition in CLINIMIX E Bags Stored 14 Days at 2°C to 8°C

| Test | Particle Description |
|---|---|

Docket No.: 1848-32 US

| Station | Control | TE-4 |
|---------|---------|------|
| 0 Days | Major: dark particles (10-60μm)<br>Minor: light particles (10-70μm), polymeric (80μm), fibrous (90μm)<br>≥100μm: no particles noted | Major: dark particles (10-90μm)<br>Minor: light particle (10-70μm), polymeric (80μm)<br>≥100μm: fibrous (460μm) |
| 5 Days | Major: dark particles (10-50μm)<br>Minor: light particles (10-40μm), polymeric (20- 70μm)<br>≥100μm: fibrous (380μm) | Major: dark particles (10-90μm)<br>Minor: light particles (10-70μm), polymeric (20μm- 60μm)<br>≥100μm: fibrous (150μm, 170μm, 260μm) |
| 7 Days | Major: dark particles (10-80μm)<br>Minor: light particles (10-70μm), polymeric (20- 60μm)<br>≥100μm: no particles noted | Major: dark particles (10-80μm)<br>Minor: light particles (10-90μm), polymeric (20- 90μm)<br>≥100μm: no particles noted |
| 10 days | Major: dark particles (10-80μm)<br>Minor: light particles (10-70μm), polymeric (20- 90μm)<br>≥100μm: no particles noted | Major: dark particles (10- >100μm)<br>Minor: light particles (10-80μm), polymeric (70μm)<br>≥100μm: dark particle (160μm) |
| 14 Days | Major: dark particles (10-50μm)<br>Minor: light particles (10-90μm), polymeric (20- 90μm), fibrous (30->100μm) | Major: dark particles (10-50μm)<br>Minor: light particles (10-80μm), polymeric (20- 80μm)<br>≥100μm: no particles noted |

Control = bag of CINIMIX E
TE-4 = bag of CINIMIX E with added 1.0 mL of Injectable trace element composition including Zn, Cu, Mn, and Se.

[00228]   The compatibility study results for both, the control and admixture samples illustrated in Tables 14, 15, 16 and 17 indicated that particulate matter in these samples remained within USP <788> limits for large volume parenteral solutions.  In addition, the consistency of the particle counts and particle morphologies of the control and injectable trace element composition admixture samples, demonstrated no evidence of incompatibility.

[00229]   Based on the results of this study, injectable trace element composition containing zinc, copper, selenium, and manganese of this application is compatible with KABIVEN® and CLINIMIX E solutions when stored for 14 days at refrigeration (2℃ to 8℃).

[00230]   Example 6 - Reduced Inoculation Antimicrobial Effectiveness Study for Injectable trace element composition (Trace elements injectable composition, USP) in Parenteral Nutrition Admixtures

[00231]   In this example, the purpose of the reduced inoculation antimicrobial effectiveness study was to demonstrate whether or not there would be adventitious microbial contamination growth during

Docket No.: 1848-32 US

the preparation and storage of parenteral nutrition admixtures with injectable trace element composition containing zinc, copper, selenium and manganese. The PN admixtures of Kobiven ® and CLINIMIX E treated with injectable trace element composition were challenged with five appropriate compendial microorganisms (i.e., Escherichia coli, Pseudomonas aeruginosa, Staphylococcus aureus, Candida albicans, and Aspergillus brasiliensis) at low inoculum levels 10–100 colony forming units/mL (CFU) for up to 14 days at 2-8°C storage conditions.

[00232]    It is noted that the inoculum concentration of Candida albicans exceeded protocol upper limit of 100 CFU/mL (obtained 120 CFU/mL) had a reported Log CFU recovery of 2.1. There was no impact on the study as the Log CFU recoveries which were accurately enumerated at each time point of the study.

[00233]    At each test point, the Log CFU recovery values were measured, were 10 – 100 CFU is equivalent to 1 – 2 Log CFU. The acceptance criteria of the protocol was "no growth" which was defined as not more than 0.5 log increases from the calculated inoculum concentration. The results in tables 18, 19, 20, 21, 22, 23, 24, and 25 are reported as Log CFU/mL of product.

[00234]    Table 18 - Log Recovery Values for KABIVEN® Admixture Bags with Injectable Trace Element Composition (2°C to 8°C)

| Organism (ATCC) | Inoculated | Time 0 | Day 5 | Day 7 | Day 10 | Day 14 |
|---|---|---|---|---|---|---|
| S. aureus (6538) | 1.8 | 1.7 | 1.8 | 1.9 | 1.9 | 1.8 |
| P. aeruginosa (9027) | 1.6 | 1.8 | 0.9 | 0.8 | 0.5 | 0.5 |
| E. coli (8739) | 2.0 | 2.1 | 1.9 | 1.8 | 1.6 | 1.6 |
| C. albicans (10231) | 2.1[a] | 2.1 | 2.0 | 2.0 | 2.0 | 2.0 |
| A. brasiliensis (16404) | 1.4 | 1.5 | 1.4 | 1.2 | 1.2 | 1.2 |
| Negative Product (TSA) | N/A | < 0.0 | < 0.0 | < 0.0 | < 0.0 | < 0.0 |
| Negative Product (SDA) | N/A | < 0.0 | < 0.0 | < 0.0 | < 0.0 | < 0.0 |

a. Inoculum concentration exceeded protocol limit of 100 CFU/mL (obtained 120 CFU/mL). There was no impact on the study.

[00235]    Table 19: Log Reduction Values for KABIVEN® Admixture Bags with Injectable Trace Element Composition (2°C to 8°C)

| Organism (ATCC) | Inoculated | Time 0 | Day 5 | Day 7 | Day 10 | Day 14 |
|---|---|---|---|---|---|---|
| S. aureus (6538) | 1.8 | -0.1 | 0.0 | +0.1 | +0.1 | 0.0 |
| P. aeruginosa (9027) | 1.6 | +0.2 | -0.7 | -0.8 | -1.1 | -1.1 |
| E. coli (8739) | 2.0 | +0.1 | -0.1 | -0.2 | -0.4 | -0.4 |
| C. albicans (10231) | 2.1[a] | 0.0 | -0.1 | -0.1 | -0.1 | -0.1 |

Docket No.: 1848-32 US

| | | | | | | |
|---|---|---|---|---|---|---|
| *A. brasiliensis* (16404) | 1.4 | +0.1 | 0.0 | -0.2 | -0.2 | -0.2 |

**a.** Inoculum concentration exceeded protocol limit of 100 CFU/mL (obtained 120 CFU/mL). There was no impact on the study.

[00236]    Table 20: Log Recovery Values for KABIVEN® Admixture Bags without Injectable trace element composition (2℃ to 8℃)

| Organism (ATCC) | Inoculated | Time 0 | Day 5 | Day 7 | Day 10 | Day 14 |
|---|---|---|---|---|---|---|
| *S. aureus* (6538) | 1.8 | 2.0 | 1.8 | 1.9 | 2.0 | 1.8 |
| *P. aeruginosa* (9027) | 1.6 | 1.6 | 0.8 | 0.5 | 0.6 | 0.5 |
| *E. coli* (8739) | 2.0 | 2.1 | 1.9 | 1.9 | 1.9 | 1.6 |
| *C. albicans* (10231) | 2.1<sup>a</sup> | 2.0 | 2.0 | 2.0 | 2.1 | 2.1 |
| *A. brasiliensis* (16404) | 1.4 | 1.5 | 1.1 | 1.3 | 1.3 | 1.3 |
| *Negative Product (TSA)* | N/A | < 0.0 | < 0.0 | < 0.0 | < 0.0 | < 0.0 |
| *Negative Product (SDA)* | N/A | < 0.0 | < 0.0 | < 0.0 | < 0.0 | < 0.0 |

**a.** Inoculum concentration exceeded protocol limit of 100 CFU/mL (obtained 120 CFU/mL). There was no impact on the study.

[00237]    Table 21: Log Reduction Values for KABIVEN® Admixture Bags without Injectable Trace Element Composition (2℃ to 8℃)

| Organism (ATCC) | Inoculated | Time 0 | Day 5 | Day 7 | Day 10 | Day 14 |
|---|---|---|---|---|---|---|
| *S. aureus* (6538) | 1.8 | +0.2 | 0.0 | +0.1 | +0.2 | 0.0 |
| *P. aeruginosa* (9027) | 1.6 | 0.0 | -0.8 | -1.1 | -1.0 | -1.1 |
| *E. coli* (8739) | 2.0 | +0.1 | -0.1 | -0.1 | -0.1 | -0.2 |
| *C. albicans* (10231) | 2.1<sup>a</sup> | -0.1 | -0.1 | -0.1 | -0.0 | 0.0 |
| *A. brasiliensis* (16404) | 1.4 | +0.1 | -0.3 | -0.1 | -0.1 | -0.1 |

**a.** Inoculum concentration exceeded protocol limit of 100 CFU/mL (obtained 120 CFU/mL). There was no impact on the study.

[00238]    KABIVEN® (contains dextrose, essential and nonessential amino acids with electrolyte and a 20% lipid emulsion) with and without injectable trace element composition containing zinc, copper, manganese and selenium were stored for up to 14 days at 2℃ to 8℃ met the protocol's acceptance criteria of "no growth." The marginally higher inoculum concentration of C. albicans did not enhance any microbial proliferation within the product.

[00239]    Table 22: Log Recovery Values for CLINIMIX E Admixture Bags (contains essential and non-essential amino acids with electrolyte in dextrose with calcium) with Injectable trace element composition (2℃

Docket No.: 1848-32 US

to 8°C)

| Organism (ATCC) | Inoculated | Time 0 | Day 5 | Day 7 | Day 10 | Day 14 |
|---|---|---|---|---|---|---|
| *S. aureus* (6538) | 1.8 | 1.9 | 1.8 | 1.8 | 1.8 | 1.7 |
| *P. aeruginosa* (9027) | 1.6 | 1.9 | 0.9 | 1.1 | 1.0 | 0.7 |
| *E. coli* (8739) | 2.0 | 2.0 | 1.6 | 1.4 | 1.2 | 1.0 |
| *C. albicans* (10231) | 2.1[a] | 2.0 | 2.0 | 2.0 | 1.9 | 1.9 |
| *A. brasiliensis* (16404) | 1.4 | 1.5 | 1.3 | 1.3 | 1.3 | 1.3 |
| *Negative Product (TSA)* | N/A | < 0.0 | < 0.0 | < 0.0 | < 0.0 | < 0.0 |
| *Negative Product (SDA)* | N/A | < 0.0 | < 0.0 | < 0.0 | < 0.0 | < 0.0 |

**a.** Inoculum concentration exceeded protocol limit of 100 CFU/mL (obtained 120 CFU/mL). There was no impact on the study.

[00240]    Table 23: Log Reduction Values for CLINIMIX E Admixture Bags with Injectable trace element composition (2°C to 8°C)

| Organism (ATCC) | Inoculated | Time 0 | Day 5 | Day 7 | Day 10 | Day 14 |
|---|---|---|---|---|---|---|
| *S. aureus* (6538) | 1.8 | +0.1 | 0.0 | 0.0 | 0.0 | -0.1 |
| *P. aeruginosa* (9027) | 1.6 | +0.3 | -0.7 | -0.5 | -0.6 | -0.9 |
| *E. coli* (8739) | 2.0 | 0.0 | -0.4 | -0.6 | -0.8 | -1.0 |
| *C. albicans* (10231) | 2.1[a] | -0.1 | -0.1 | -0.1 | -0.2 | -0.2 |
| *A. brasiliensis* (16404) | 1.4 | +0.1 | -0.1 | -0.1 | -0.1 | -0.1 |

**a.** Inoculum concentration exceeded protocol limit of 100 CFU/mL (obtained 120 CFU/mL). There was no impact on the study.

[00241]    Table 24: Log Recovery Values for CLINIMIX E Admixture Bags without Injectable Trace Element Composition (2°C to 8°C)

| Organism (ATCC) | Inoculated | Time 0 | Day 5 | Day 7 | Day 10 | Day 14 |
|---|---|---|---|---|---|---|
| *S. aureus* (6538) | 1.8 | 2.1 | 1.9 | 1.8 | 1.8 | 1.7 |
| *P. aeruginosa* (9027) | 1.6 | 1.7 | 1.1 | 0.8 | 0.7 | 0.5 |
| *E. coli* (8739) | 2.0 | 2.0 | 1.6 | 1.5 | 1.3 | 1.0 |
| *C. albicans* (10231) | 2.1[a] | 2.0 | 1.9 | 1.9 | 1.9 | 1.9 |
| *A. brasiliensis* (16404) | 1.4 | 1.5 | 1.2 | 1.2 | 1.3 | 1.3 |
| *Negative Product (TSA)* | N/A | < 0.0 | < 0.0 | < 0.0 | < 0.0 | < 0.0 |
| *Negative Product (SDA)* | N/A | < 0.0 | < 0.0 | < 0.0 | < 0.0 | < 0.0 |

a. Inoculum concentration exceeded protocol limit of 100 CFU/mL (obtained 120 CFU/mL).  There was no impact on the study.

Docket No.: 1848-32 US

[00242]    Table 25: Log Reduction Values for CLINIMIX E Admixture Bags without Injectable Trace Element Composition (2°C to 8°C)

| Organism (ATCC) | Inoculated | Time 0 | Day 5 | Day 7 | Day 10 | Day 14 |
|---|---|---|---|---|---|---|
| *S. aureus* (6538) | 1.8 | +0.3 | -0.1 | 0.0 | 0.0 | -0.1 |
| *P. aeruginosa* (9027) | 1.6 | +0.1 | -0.5 | -0.8 | -0.9 | -1.1 |
| *E. coli* (8739) | 2.0 | 0.0 | -0.4 | -0.5 | -0.7 | -1.0 |
| *C. albicans* (10231) | 2.1[a] | -0.1 | -0.2 | -0.2 | -0.2 | -0.2 |
| *A. brasiliensis* (16404) | 1.4 | +0.1 | -0.2 | -0.2 | -0.1 | -0.1 |

**a.** Inoculum concentration exceeded protocol limit of 100 CFU/mL (obtained 120 CFU/mL). There was no impact on the study.

[00243]    The Log recovery values results of CLINIMIX E IV admixtures with and without injectable trace element composition containing zinc, copper, selenium and manganese found that admixtures stored for up to 14 days at 2°C to 8°C met the protocol's acceptance criteria of "no growth."

[00244]    The results of the reduced inoculation AME study, found both KABIVEN® and CLINIMIX E admixtures with and without the introduction of injectable trace element composition and stored for up to 14 days under refrigeration (2°C to 8°C) met the protocol's acceptance criteria of "no growth."

[00245]    Since the results of the four-admixture studies met our acceptance criteria, we concluded that the addition of injectable trace element composition to either 2 L infusion solution (KABIVEN® and/or CLINIMIX E) supports the manufacturers' current package insert (PI) labeling of both KABIVEN® and CLINIMIX E that the PN admixtures are stable for up to 9 days when kept under refrigeration. As a result, a package insert for the injectable trace element composition of this invention can include the following USP <797> medium-risk BUD statements for package insert for refrigerated storage up to 9 days.

[00246]    Therefore, the package insert for injectable trace element composition has been revised to include the following storage recommendation: "Use parenteral nutrition solutions containing injectable trace element composition promptly after mixing. Any storage of the admixture should be under refrigeration from 2°C to 8°C (36°F to 46°F) and limited to a period, no longer than 9 days. After removal from refrigeration, use promptly and complete the infusion within 24 hours. Discard any remaining admixture." This package insert statement, in conjunction with our 14-day admixture studies at 2° to 8°C, now provide healthcare professionals, pharmacists and end-users extensive admixture stability information for selenious acid injection, USP, zinc sulfate injection, USP, and injectable trace element composition containing zinc, copper, manganese and selenium (Trace elements injectable composition, USP) in parenteral nutrition infusion solutions under refrigeration [2° to 8°C (36° to 46°F)].

Docket No.: 1848-32 US

[00247]     Example 7 –Process for Preparing Trace Elements Injectable Compositions

[00248]     Three exhibit batches (lot RD15-013, RD16-001, RD16-007) and bridging batch (lot RD18-007) of the trace elements injectable composition, USP formulation were prepared utilizing the equipment and process parameters summarized in Table 26 below.

[00249]     Table 26 – Process Parameters for Injectable Composition

| Manufacturing Train and Process Parameters | |
|---|---|
| Concentration | Zinc: 3 mg/mL<br>Copper: 0.3 mg/mL<br>Selenium: 60 µg/mL<br>Manganese: 55 µg/mL |
| Batch Size | 60 Liters |
| Formulation Vessel | T-8<br>Operating Volume of 30 - 100 L<br>Fixed Speed Mixer: 290 rpm/minute |
| Mixing Time for Addition of APIs<br>• Zinc Sulfate•$7H_2O$, USP<br>• Cupric Sulfate•$5H_2O$, USP<br>• Manganese Sulfate•$H_2O$, USP<br>• Selenious Acid, USP<br>to Initial Water for Injection Charge | NLT 10 minutes |
| Mixing Time for pH Adjustment(s) | NLT 10 minutes |
| Mixing Time (post initial Q.S.) | NLT 15 minutes |
| Mixing Time (post final Q.S.) | NLT 15 minutes |
| Bulk Holding Time | 48 hours |
| Pre-Filter | 10" Pall Profile II  (Polypropylene filament) 1.0 micron<br>(ID: AB1Y0107PH4) |
| Filling Line | 1 or 3 |
| Sterilizing Filter Type, Size, and Model Number | Pall Ultipor $N_{66}$ 0.2 Micron Filter, Size 4"<br>ID: MCY4440NFPH4-4" |
| Number of Sterilizing Filters to Use | 1 |
| Filter Priming Volume | NLT 1.0 Liter |
| Receiving Vessel | 45 L Pyrex Glass Carboy |
| Container: USP Type I glass vial, Gerresheimer Gx33 | FV02T13G33 |
| Stopper: West 4432 FluroTec B2-40 | ST13WB4432FLRS |
| Fill Volume | 1 mL |
| Nitrogen Flush | No |
| Terminally Sterilized | Yes |
| Autoclave Cycle | 122.2 °C for 15 minutes |

NTL refers to not less than.

[00250]     The compounding procedure described below was followed for a 60L batch.  A 50 L USP bulk tank

Docket No.: 1848-32 US

(range 45 – 55 L) was charged with of water for injection (WFI). A mixer (Fixed Speed: 290 RPM) was turned on and the temperature was recorded. The mixer was turned off and specified amounts of USP Zinc Sulfate•7H$_2$O, Cupric Sulfate•5H$_2$O, Manganese Sulfate•H$_2$O and Selenious Acid were added into the bulk tank.

[00251]    The bulk tank was closed and mixing continued for a minimum of 10 minutes (range 10 to 15 minutes) or until dissolved. At the completion of mixing, the mixer was stopped, the tank opened, and the bulk product was visually inspected to ensure complete dissolution. Approximately 50 mL of the bulk solution was taken and checked for pH at 25°C ± 2°C. The target pH was 2.0 (range 1.9 to 2.1). If the pH of the bulk solution was not 2.0 (range 1.9 to 2.1), the pH was slowly adjusted with 10% v/v sulfuric acid solution to a target pH of 2.0 (range 1.9 to 2.1) and mixed for a minimum of 10 minutes (10 to 15 minutes) after each pH adjustment solution.

[00252]    The mixer was turned off and the bulk solution Q.S. to 60 Liters with Water for Injection, USP. Tank was closed, and the bulk solution mixed for a minimum of 15 minutes (range 15 to 20 minutes).

[00253]    Mixing was continued while cooling the bulk to 25 °C ± 2 °C. Mixer was turned off, the tank opened and re-verified Q.S., otherwise more water for injection USP was added, if necessary. If additional WFI, USP was added, tank was closed, and bulk solution was mixed for a minimum of 15 minutes (typical range 15 to 20 minutes). If no additional water was added, tank was closed, and this step marked as N/A. At end of mixing, the bulk tank was opened, approximately 50 mL of the bulk solution collected, and the pH checked at 25 °C ± 2 °C. Target pH was 2.0 (range 1.9 to 2.1). If the pH was not 2.0 (range 1.9 to 2.1) pH was slowly adjusted with 10% v/v sulfuric acid solution to a target pH of 2.0 (range 1.9 to 2.1). Bulk was mixed for a minimum of 10 minutes (10 to 15 minutes) after each pH adjustment solution.

[00254]    Following the above compounding, in-process chemistry samples were taken and analyzed. The in-process results for the four exhibit batches are provided in Table 27:

[00255]    Table 27 – In-Process Results

| Test | Specifications | Results | | | |
|---|---|---|---|---|---|
| | | RD15-013 | RD16-001 | RD16-007 | RD18-007 |
| Specific Gravity | Report Result | 1.009 g/mL | 1.009 g/mL | 1.009 g/mL | 1.009 g/mL |
| pH | 1.9 to 2.1 | 2.0 | 2.0 | 2.0 | 2.0 |
| Assay – Zinc | 93.0% to 107.0% | 99.5% | 102.2% | 100.8% | 99.2% |
| Assay - Copper | 93.0% to 107.0% | 101.5% | 104.7% | 103.5% | 102.2% |
| Assay - Selenium | 93.0% to 107.0% | 96.3% | 96.3% | 98.1% | 98.6% |
| Assay - Manganese | 93.0% to 107.0% | 95.9% | 99.8% | 99.1% | 99.1% |

[00256]    Prior to transferring the bulk into the aseptic processing area (APA), a sample of the bulk solution

Docket No.: 1848-32 US

(approximately 100 mL) was taken and submitted to for bioburden testing.  The results are provided in Table 28.

[00257]    Table 28 – Bioburden Results

| Test | Specifications* | Results | | | |
|------|-----------------|---------|---------|---------|---------|
| | | RD15-013 | RD16-001 | RD16-007 | RD18-007 |
| Bioburden | NMT 10 CFU/mL | < 1 CFU/mL | < 1 CFU/mL | < 1 CFU/mL | < 1 CFU/mL |

CFU refers to colony forming units.

[00258]    A pre-use water bubble point test was performed on the sterilizing grade filter to verify the integrity of the filter.  Subsequently, the bulk product was passed through a 10" 1.0 µm pre-filter and transfer line to the filling room.  It was continuously filtered through one 4" 0.2 µm filter and was supplied into a sterile receiving vessel in the APA Filling Line 1 or Line 3.  The filtered bulk solution was filled into 2 mL Type I, sulfur treated flint glass tubular vials with 13 mm neck openings.  The filled units were then stoppered with 13 mm gray West 4432, B2-40 stoppers, and sealed with 13 mm West aluminum flip-off seals with caps.  A post-filtration bubble point test was performed to check the integrity of the sterilizing-grade filter.

[00259]    USP lots RD15-013, RD16-001, RD16-007, and RD18-007 were filled as a 1 mL fill in a 2 mL vial. Twelve consecutively filled vials were taken from the beginning, middle and end of the fill runs and gravimetrically tested to confirm fill volumes.  The fill volume check sampling and results are summarized in Table 29.

[00260]    Table 29 – Fill Volume Results

| Acceptance Criteria | Minimum: 1.16 g (1.15 mL) / Target: 1.31 g (1.3 mL) / Maximum: 1.41 g (1.4 mL) | | | | | | | | | | | |
|---------------------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| | Lot # RD15-013 | | | Lot # RD16-001 | | | Lot # RD16-007 | | | Lot # RD18-007 | | |
| | Beg | Mid | End | Beg | Mid | End | Beg | Mid | End | Beg | Mid | End |
| Average (g) | 1.34 | 1.31 | 1.31 | 1.36 | 1.30 | 1.30 | 1.36 | 1.31 | 1.31 | 1.29 | 1.28 | 1.28 |
| Intra-lot Results | Average = 1.32 g (RSD = 2.7%) | | | Average = 1.32 g (RSD = 3.2%) | | | Average = 1.33 g (RSD = 2.3%) | | | Average = 1.28 g (RSD = 1.8%) | | |

[00261]    Each tray of filled vials was loaded into an autoclave and the finished product was sterilized by autoclaving at 122.2℃ for 15 minutes.  Following sterilization, the units were 100% inspected.  A summary of the specifications and test results for the three exhibit batches and one bridging batch are provided in the Table 30.

[00262]    Appropriate stability studies were initiated, and the required number of units of each exhibit batch were placed into storage at 25°C/60% RH, 30°C/65% RH, and 40°C/75% RH.

Docket No.: 1848-32 US

[00263]    Table 30 – Release Test Results for Trace Elements Injectable Composition

| Test | Acceptance Criteria | Exhibit Batch RD15-013 | Exhibit Batch RD16-001 | Exhibit Batch RD16-007 | Bridging Batch RD18-007 |
|---|---|---|---|---|---|
| Description | Clear, colorless to slightly blue solution and is essentially free from visible particulates. | Pass | Pass | Pass | Pass |
| Identification | A. Zinc - The Assay preparation, prepared as directed in the Assay, exhibits an emission maximum at 472.215 nm when tested as directed for Procedure in the respective Assay. | Pass | Pass | Pass | Pass |
| | B. Copper - The Assay preparation, prepared as directed in the Assay, exhibits an emission maximum at 224.700 nm when tested as directed for Procedure in the respective Assay. | Pass | Pass | Pass | Pass |
| | C. Selenium - The Assay preparation, prepared as directed in the Assay, exhibits an emission maximum at 196.026 nm when tested as directed for Procedure in the respective Assay. | Pass | Pass | Pass | Pass |
| | D. Manganese - The Assay preparation, prepared as directed in the Assay, exhibits an emission maximum at 279.827 nm when tested as directed for Procedure in the respective Assay. | Pass | Pass | Pass | Pass |

Docket No.: 1848-32 US

| Test | Acceptance Criteria | Exhibit Batch RD15-013 | Exhibit Batch RD16-001 | Exhibit Batch RD16-007 | Bridging Batch RD18-007 |
|---|---|---|---|---|---|
| pH | <791> Between 1.5 and 3.5. | 2.0 | 2.0 | 2.0 | 2.0 |
| Assay | Zinc: It contains not less than 90.0% and not more than 110.0% of the labeled amount of Zn. (L.C. = 3 mg/mL of Zinc) | 99.0 % | 102.4 % | 101.7 % | 98.3 % |
| | Copper: It contains not less than 90.0% and not more than 110.0% of the labeled amount of Cu. (L.C. = 0.3 mg/mL of Copper) | 101.8 % | 103.9 % | 104.6 % | 101.5 % |
| | Manganese: It contains not less than 90.0% and not more than 110.0% of the labeled amount of Mn. (L.C. = 55 µg/mL of Manganese) | 96.6 % | 99.0 % | 99.3 % | 97.8 % |
| | Selenium: It contains not less than 90.0% and not more than 110.0% of the labeled amount of Se. (L.C. = 60 µg/mL of Selenium) | 96.3 % | 96.8 % | 98.6 % | 98.3 % |
| Residual Solvents | <467> Meets requirements under Option 2 | Meets requirements | Meets requirements | Meets requirements | Meets requirements |
| Aluminum* (GFAAS) | Not more than 6,000 µg/L. | < 1250 µg/L | < 1250 µg/L | < 1250 µg/L | < 1250 µg/L |
| Aluminum (ICP-MS) | Not more than 6,000 µg/L. | < 1880 µg/L | < 1880 µg/L | < 1880 µg/L | < 1880 µg/L |

Docket No.: 1848-32 US

| Test | Acceptance Criteria | Exhibit Batch RD15-013 | Exhibit Batch RD16-001 | Exhibit Batch RD16-007 | Bridging Batch RD18-007 |
|---|---|---|---|---|---|
| Elemental Impurities: | Arsenic: Not more than 1.5 µg/mL | < 0.45 µg/mL | < 0.45 µg/mL | < 0.45 µg/mL | < 0.45 µg/mL |
| | Cadmium: Not more than 0.6 µg/mL | < 0.2 µg/mL | < 0.2 µg/mL | < 0.2 µg/mL | < 0.2 µg/mL |
| | Mercury: Not more than 0.4 µg/mL | < 0.1 µg/mL | < 0.1 µg/mL | < 0.1 µg/mL | < 0.1 µg/mL |
| | Lead: Not more than 0.5 µg/mL | < 0.2 µg/mL | < 0.2 µg/mL | < 0.2 µg/mL | < 0.2 µg/mL |
| | Chromium: Not more than 1.0 µg/mL | < 0.3 µg/mL | < 0.3 µg/mL | < 0.3 µg/mL | < 0.3 µg/mL |
| | Iron: Not more than 10 µg/mL | < 3 µg/mL | < 3 µg/mL | < 3 µg/mL | < 3 µg/mL |
| | Silicon: Not more than 100 µg/mL | < 30 µg/mL | < 30 µg/mL | < 30 µg/mL | < 30 µg/mL |
| | Magnesium: Not more than 50 µg/mL | < 15 µg/mL | < 15 µg/mL | < 15 µg/mL | < 15 µg/mL |
| | Calcium: Not more than 50 µg/mL | < 15 µg/mL | < 15 µg/mL | < 15 µg/mL | < 15 µg/mL |
| | Boron: Not more than 50 µg/mL | < 15 µg/mL | < 15 µg/mL | < 15 µg/mL | < 15 µg/mL |
| Volume of Solution | 1 mL vial: Not less than 1.0 mL. | 1.3 mL | 1.3 mL | 1.3 mL | 1.2 mL |
| Particulate Matter | <788> Meets requirements of the Light Obscuration Particle Count Test for small-volume injections, limits are: NMT 6,000 particles ≥ 10 µm per container NMT 600 particles ≥ 25 µm per container | 1 < 1 | 8 < 1 | 4 < 1 | 1 0 |
| | If retested by the Microscopic method limits are: NMT 3,000 particles ≥ 10 µm per container NMT 300 particles ≥ 25 µm per container | | | | |

Docket No.: 1848-32 US

| Test | Acceptance Criteria | Exhibit Batch RD15-013 | Exhibit Batch RD16-001 | Exhibit Batch RD16-007 | Bridging Batch RD18-007 |
|------|---------------------|------------------------|------------------------|------------------------|-------------------------|
| Sterility | <71> If no growth is observed, the article tested meets the requirements of the test for sterility. | No growth | No growth | No growth | No growth |
| Bacterial Endotoxins | <85> The Endotoxin limit is not more than 50 EU/mL. | < 17.50 EU/mL | < 17.50 EU/mL | < 17.50 EU/mL | < 17.50 EU/mL |
| Other requirements Current USP <1> | Meets requirements | N/A | N/A | N/A | N/A |

*Aluminum was tested by both, GFAAS (graphite furnace atomic absorption spectroscopy) and ICP-MS (inductively coupled plasma mass spectrometry) methods, during the ICP-MS method development and validation.

[00264]    Example 8 – Stability Tests

[00265]    In this example, the trace elements injectable compositions, USP lots RD15-013, RD16-001, RD16-007, and RD18-007 were subjected to stability protocols as summarized in Table 31.

[00266]    Table 31 – Stability Protocols

| Stability Storage Condition | Test Station (Month) |
|-----------------------------|----------------------|
| Finished Product release | Initial (0) |
| Upright 25 ± 2 °C / 60% RH ± 5% RH | 3, 6, 9, 12, 18, 24 |
| Inverted 25 ± 2 °C / 60% RH ± 5% RH | 3, 6, 9, 12, 18, 24 |
| Upright 40 ±2 °C / 75% RH ± 5% RH | 1, 3, 6 |
| Inverted 40 ±2 °C / 75% RH ± 5% RH | 1, 3, 6 |

[00267]    From the collected data, it can be seen that after 6-month exposure to 40°C/75%RH and 24-month exposure to 25°C/60%RH conditions, all results were stable, and met the stability specifications. The stability data confirms that the manufacturing process and container closure components chosen for the manufacture of the trace elements injectable composition, USP were acceptable. Based on the results of the 24-month stability studies and acceptable 6-month accelerated stability results for the exhibit batches, we concluded that the trace elements injectable composition, USP had a 24-month expiration dating.

[00268]    On the trace elements injectable composition of this application, we also conducted photostability studies. The stability storage conditions and exposure criteria for the drug product photostability study are summarized in the following table (Table 32) in accordance with the ICH Q1B Photostability Testing Guideline

Docket No.: 1848-32 US

recommendations.

[00269]    Table 32 – Photostability Recommendations

| Storage Condition | Exposure |
|---|---|
| 25°C ± 2°C, Horizontal, Visible Light Exposure | Not less than 1.2 million lux hours |
| 25°C ± 2°C, Horizontal, Near Ultraviolet (UV) Light Exposure | Not less than 200-watt hours/m$^2$ |

[00270]    The protocol was designed to evaluate the drug product in its immediate packaging system under light exposure by studying the following quality attributes: pH, assay, elemental impurities, description, and particulate matter.  The finished product samples from the exhibit batch Lot RD15-013 were used for this study. Photostability results for the visible and UV light exposures are provided in Tables 33 and 34, respectively.

[00271]    Table 33 – Photostability Results for Visible Light Exposure

| Test Name | Specifications | Initial[1] | Shelf I | Shelf I-Control Wrapped Vials |
|---|---|---|---|---|
| Visible Light Exposure | NLT 1.2 (million lux hours) | 0 | 1.36 | 1.36 |
| Description[2] | Conforms | Conforms | Conforms | Conforms |
| pH | 1.5 – 3.5 | 2.0 | 2.0 | 2.0 |
| Copper Assay | 90.0-110.0 (%) | 103.0 | 102.0 | 102.3 |
| Manganese Assay | 90.0-110.0 (%) | 97.8 | 96.8 | 97.6 |
| Zinc Assay | 90.0-110.0 (%) | 100.7 | 99.6 | 100.4 |
| Selenium Assay | 90.0-110.0 (%) | 96.5 | 97.5 | 97.3 |
| Aluminum Test (GFAA) | NMT 6000 (µg/L)[3] | < 1250 | < 1250 | < 1250 |
| Aluminum (ICP-MS) | NMT 6000 (µg/L) [3] | < 1880 | < 1880 | < 1880 |
| Silicon | NMT 100 (µg/mL) | < 30 | < 30 | < 30 |
| Magnesium | NMT 50 (µg/mL) | < 15 | < 15 | < 15 |
| Calcium | NMT 50 (µg/mL) | < 15 | < 15 | < 15 |
| Boron | NMT 50 (µg/mL) | < 15 | < 15 | < 15 |
| Particulate Matter 10µm | NMT 6000 (particles/container) | 1 | 3 | 1 |
| Particulate Matter 25µm | NMT 600 (particles/container) | < 1 | < 1 | < 1 |

[00272]    Table 34 - Photostability Results for UV Light Exposure

| Test Name | Specifications | Initial[1] | Shelf I | Shelf I-Control Wrapped Vials |
|---|---|---|---|---|

Docket No.: 1848-32 US

| UV Light Exposure | NLT 200 (w/m²) | 0 | 422.34 | 422.34 |
|---|---|---|---|---|
| Description[2] | Conforms | Conforms | Conforms | Conforms |
| pH | $1.5 - 3.5$ | 2.0 | 2.0 | 2.0 |
| Copper Assay | 90.0-110.0 (%) | 103.0 | 102.3 | 102.2 |
| Manganese Assay | 90.0-110.0 (%) | 97.8 | 96.8 | 97.1 |
| Zinc Assay | 90.0-110.0 (%) | 100.7 | 100.0 | 99.9 |
| Selenium Assay | 90.0-110.0 (%) | 96.5 | 93.5 | 94.8 |
| Aluminum Test (GFAA) | NMT 6000 (µg/L)[3] | < 1250 | < 1250 | < 1250 |
| Aluminum (ICP-MS) | NMT 6000 (µg/L)[3] | < 1880 | < 1880 | < 1880 |
| Silicon | NMT 100 (µg/mL) | < 30 | < 30 | < 30 |
| Magnesium | NMT 50 (µg/mL) | < 15 | < 15 | < 15 |
| Calcium | NMT 50 (µg/mL) | < 15 | < 15 | < 15 |
| Boron | NMT 50 (µg/mL) | < 15 | < 15 | < 15 |
| Particulate Matter 10µm | NMT 6000 (particles/container) | 1 | 1 | 1 |
| Particulate Matter 25µm | NMT 600 (particles/container) | < 1 | < 1 | < 1 |

[1] Samples not stored in the photostability chamber.
[2] Clear colorless to slightly blue solution and is essentially free from visible particulates.
[3] Limit for Aluminum was changed from 6250 µg/mL to 6000 µg/mL after completion of this study.
NMT = Not More Than
NLT = Not Less Than

[00273]    The data from the photostability evaluation above indicated that all the test parameters met specifications thus confirming that the product was stable even after exposure to visible and/or UV lights.

Example 9 – Comparative Trace Element Compositions

[00274]    This example shows currently available trace element compositions (e.g., Multitrace®-5 concentrated) that contain zinc, copper, selenium, manganese and chromium, which is compared to the new trace element compositions of the current application (shown in Table 35 as *, **) that have reduced amounts of zinc, copper, manganese and no detectable chromium compared to the Multitrace®-5 concentrated.

E76

TABLE 35

| Composition | mcg/mL | | | | | Comments |
|---|---|---|---|---|---|---|
| | Zinc | Copper | Selenium | Manganese | Chromium | |
| Multitrace®-5 (Available from American Regent) | 1000 | 400 | 20 | 100 | 4 | |
| Multitrace®-5 Concentrated (Available from American Regent) | 5000 | 1000 | 60 | 500 | 10 | |
| Multitrace®-4 (Available from American Regent) | 1000 | 400 | NA | 100 | 4 | |
| Multitrace®-4 Concentrated (Available from American Regent) | 5000 | 1000 | NA | 500 | 10 | |
| Multitrace®-4 Pediatric (Available from American Regent) | 1000 | 100 | NA | 25 | 1 | |
| Multitrace®-4 Neonatal (Available from American Regent) | 1500 | 100 | NA | 25 | 0.85 | |
| ADDAMEL™ (Available from Frensenius Kabi) | 650 | 130 | 3.2 | 27 | 1 | Also contains Iodide (13 mcg), Fluoride (95 mcg), Molybdenum (1.9 mcg). |
| *New composition Adult/ Pediatric (also in Table 6) | 3000 | 300 | 60 | 55 | NA | |
| **New composition Neonatal | 1000 | 60 | 6 | 3 | NA | |

Docket No.: 1848-32 US

[00275]    From the Table 35, the amount of selenium for the adult Multitrace®-5 concentrated composition and the new adult/pediatric composition is the same, which is 60 mcg/mL selenium. The other trace elements in the new adult/pediatric composition are zinc, copper, and manganese, which are in reduced amounts --mainly 3000 mcg/mL zinc, 300 mcg/mL copper, 55 mcg/mL manganese, and no detectable chromium compared to the Multitrace®-5 concentrated composition.

[00276]    For the new neonatal composition, compared to the Multitrace®-4 neonatal composition, the zinc, copper, and manganese are in reduced amounts --mainly 1000 mcg/mL zinc, 60 mcg/mL copper, 3 mcg/mL manganese compared to the Multitrace®-4 neonatal composition. However, the selenium for the new neonatal composition is 6 mcg/mL, which is increased.

[00277]    Both the new adult/pediatric composition and the new neonatal composition have no detectable chromium, which is unlike other commercially available compositions (e.g., Addamel™, Multitrace®-5, and Multitrace®-4).

[00278]    These new compositions are customized to about 80% of the respective adult/pediatric and neonatal populations that need trace element additions to the parenteral nutrition. For example, the new adult/pediatric trace element composition is customized for patients above 10 kg body weight, while the new neonatal trace element composition is customized for patients under 10 kg body weight. The new adult/pediatric trace element composition and the new neonatal trace element composition will be safer than currently available trace element products.

[00279]    Further, the adult/pediatric trace element composition when added to the KABIVEN® and CLINIMIX E admixtures and stored for up to 14 days under refrigeration (2°C to 8°C) met the protocol's acceptance criteria and showed stability in PN after 14 days under refrigeration as discussed in Examples 1-6.

[00280]    Example 10 – Comparative Trace Element Compositions

**Table 36. Recommended Weight-Based Daily Dosage of Trace Element (mL) for Pediatric Patients weighing 10 kg to 49 kg and Corresponding Amount of Each Trace Element (mcg)**

| Body Weight | Recommended Weight-Based | Amount of Trace Element Provided by the Corresponding Trace Element Volume |
|---|---|---|
|  |  |  |

76

Docket No.: 1848-32 US

|  | Dosage of Trace Element In Volume | Zinc | Copper | Manganese | Selenium |
|---|---|---|---|---|---|
| **10 kg to 19 kg** | **0.2 mL** | 600 mcg | 60 mcg | 11 mcg | 12 mcg |
| **20 kg to 29 kg** | **0.4 mL** | 1,200 mcg | 120 mcg | 22 mcg | 24 mcg |
| **30 kg to 39 kg** | **0.6 mL** | 1,800 mcg | 180 mcg | 33 mcg | 36 mcg |
| **40 kg to 49 kg** | **0.8 mL** | 2,400 mcg | 240 mcg | 44 mcg | 48 mcg |

[00281]     Additional Supplementation with Trace Element

For pediatric patients weighing 10 kg to 49 kg, additional zinc (in heavier patients in some weight bands), copper and selenium may be needed to meet the recommended daily dosage of these trace elements, shown below.  To determine the additional amount of supplementation that is needed, compare the calculated daily recommended dosage based on the body weight of the patient to the amount of each trace element provided by Trace Element (Table 36) and other dietary sources:

Zinc: 50 mcg/kg/day (up to 3,000 mcg/day)

Copper: 20 mcg/kg/day (up to 300 mcg/day)

Selenium: 2 mcg/kg/day (up to 60 mcg/day).

[00282]     Example 11- Trace Elements Composition (Tralement™)

[00283]     Tralement™ is indicated in adult and pediatric patients weighing at least 10 kg as a source of zinc, copper, manganese, and selenium for parenteral nutrition when oral or enteral nutrition is not possible, insufficient, or contraindicated.

[00284]     The trace element composition Tralement™ can be in a single dose vial.  Each mL contains zinc about 3 mg (equivalent to zinc sulfate 7.41 mg), copper about 0.3 mg (equivalent to cupric sulfate 0.75 mg), manganese about 55 mcg (equivalent to manganese sulfate 151 mcg), selenium about 60 mcg (equivalent to selenious acid 98 mcg), and water for injection.  Sulfuric acid may be added to adjust pH between 1.5 and 3.5.

[00285]     In some embodiments, the zinc used in the trace element composition can be zinc heptahydrate

Docket No.: 1848-32 US

having the molecular formula $ZnSO_4 \cdot 7H_2O$ and a molecular weight of 287.54 g/mol.

**[00286]**     In some embodiments, the copper used in the trace element composition can be cupric sulfate that is in pentahydrate form having the molecular formula $CuSO_4 \cdot 5H_2O$ and a molecular weight of 249.69 g/mol.

**[00287]**     In some embodiments, the manganese used in the trace element composition can be manganese sulfate that is in a monohydrate form having the molecular formula $MnSO_4 \cdot H_2O$ and a molecular weight of 169.02 g/mol.

**[00288]**     In some embodiments, the selenium in the trace element composition can be selenious acid that has the molecular formula $H_2SeO_3 \cdot H_2O$ and a molecular weight of 128.97 g/mol.


Example 12 - Trace Elements Composition (Multrys ™)

**[00289]**     The trace elements composition (Multrys™) is indicated in neonatal and pediatric patients weighing less than 10 kg as a source of zinc, copper, manganese, and selenium for parenteral nutrition when oral or enteral nutrition is not possible, insufficient, or contraindicated.

**[00290]**     The trace elements composition (Multrys™) can contain 4 trace elements in a sterile, non-pyrogenic, clear, and colorless to slightly blue solution, that can be used as a combination of four trace elements and an additive to intravenous solutions for parenteral nutrition.  In this particular embodiment of this example, it has no preservative.  Each single-dose vial can contain 1 mL.  *Each mL contains zinc about 1,000 mcg (equivalent to zinc sulfate 2,470 mcg), copper about 60 mcg (equivalent to cupric sulfate 150 mcg), manganese about 3 mcg (equivalent to manganese sulfate 8.22 mcg), selenium about 6 mcg (equivalent to selenious acid 9.8 mcg), and water for injection.  Sulfuric acid may be added to adjust pH between 1.5 and 3.5.

**[00291]**     Zinc sulfate can be in a heptahydrate form having the molecular formula: $ZnSO_4 \bullet 7H_2O$ and molecular weight of about 287.54 g/mol.  The cupric sulfate can be in a pentahydrate form having the molecular formula: $CuSO_4 \bullet 5H_2O$ and molecular weight: 249.69 g/mol.  The manganese sulfate can be in a monohydrate form and have the molecular formula: $MnSO_4 \bullet H_2O$ and molecular weight of about 169.02 g/mol.  The selenious acid has the molecular formula: $H_2SeO_3$ and molecular weight of about 128.97 g/mol.  In this particular embodiment of this example, the trace elements composition contains no more than 1,500 mcg/L of aluminum.

**[00292]**     **Recommended Dosage in Pediatric Patients and Monitoring Considerations**

**[00293]**     Multrys™ is a fixed-combination product.  Each mL of Multrys™ provides zinc 1,000 mcg, copper 60 mcg, manganese 3 mcg, and selenium 6 mcg.

**[00294]**     *Recommended Dosage for Pediatric Patients Weighing 0.4 kg to 0.59 kg*

The total recommended dosage of Multrys™ is 0.2 mL every other day.

Docket No.: 1848-32 US

Daily supplementation of Zinc, Copper, and Selenium will be needed to meet daily requirements (See Table B below).

[00295]    *Recommended Dosage for Pediatric Patients Weighing 0.6 kg to less than 10 kg*

The recommended dosage of Multrys™ is 0.3 mL/kg/day rounded to nearest 0.1 mL for up to a maximum of 1 mL per day.

The recommended volume of Multrys™ to be added to parenteral nutrition ranges from 0.2 mL per day to 1 mL per day based on body weight, see Table A below.

[00296]    **Table A.  Recommended Daily Volume of Multrys™ and Corresponding Amount of Each Trace Element (mcg)**

| Body Weight | Recommended Daily Volume | Amount of Trace Element Provided by the Corresponding Multrys™ Volume | | | |
|---|---|---|---|---|---|
| | | **Zinc mcg** | **Copper mcg** | **Manganese mcg** | **Selenium mcg** |
| **0.6 kg to 0.8 kg** | **0.2 mL** | 200 | 12 | 0.6 | 1.2 |
| **0.9 kg to 1.1 kg** | **0.3 mL** | 300 | 18 | 0.9 | 1.8 |
| **1.2 kg to 1.4 kg** | **0.4 mL** | 400 | 24 | 1.2 | 2.4 |
| **1.5 kg to 1.7 kg** | **0.5 mL** | 500 | 30 | 1.5 | 3 |
| **1.8 kg to 2 kg** | **0.6 mL** | 600 | 36 | 1.8 | 3.6 |
| **2.1 kg to 2.3 kg** | **0.7 mL** | 700 | 42 | 2.1 | 4.2 |
| **2.4 kg to 2.6 kg** | **0.8 mL** | 800 | 48 | 2.4 | 4.8 |
| **2.7 kg to 2.9 kg** | **0.9 mL** | 900 | 54 | 2.7 | 5.4 |
| **3 kg to 9.9 kg** | **1 mL** | 1,000 | 60 | 3 | 6 |

[00297]    *Additional Trace Element Supplementation with Multrys™*

Multrys™ is recommended only for pediatric patients who require supplementation with all four of the individual trace elements (i.e., zinc, copper, manganese and selenium).

• To determine the additional amount of supplementation that is needed, compare the calculated daily recommended dosage based on the body weight of the patient to the amount of each trace element provided by Multrys™ and enteral nutrition sources.

Docket No.: 1848-32 US

[00298]     **Table B: Daily Requirement for Trace Element Supplementation for Pediatric Patients**

| Trace Element | Patient Weight (kg) | Daily Requirement* |
|---|---|---|
| Zinc | Less than 3 kg | 400 mcg/kg/day |
| | 3 kg to 5 kg | 250 mcg/kg/day |
| | 5 to 10 kg | 100 mcg/kg/day |
| Copper | - | 20 mcg/kg/day |
| Selenium | - | 2 mcg/kg/day |
| Manganese** | - | 1 mcg/kg/day |

*Multrys™ is not recommended for pediatric patients who may require a lower dosage of one or more of these individual trace elements.

**Avoid additional manganese supplementation with Multrys™ use. Accumulation of manganese in the brain can occur with long-term administration with higher than the recommended dosage of 1 mcg/kg/day.

For pediatric patients weighing less than 3 kg, Multrys™ does not provide the recommended daily dosage of zinc.

Zinc: For patients weighing less than 3 kg, add Zinc Sulfate to provide total daily recommended dose of 400 mcg/kg/day using parenteral and/or enteral routes of administration.

For pediatric patients weighing 0.4 kg to 0.59 kg and 4 kg to 9.9 kg, Multrys™ does not provide the recommended daily dosage of copper or selenium.

Copper: For patients weighing 0.4 to 0.59 kg or 4 kg to 9.9 kg, add Cupric Chloride to provide total daily recommended dose of 20 mcg/kg/day using parenteral and/or enteral routes of administration.

Selenium: For patients weighing 0.4 to 0.59 kg or 4 kg to 9.9 kg, add Selenious Acid to provide total daily recommended dose of 2 mcg/kg/day using parenteral and/or enteral routes of administration.

[00299]     Monitoring

Monitor zinc, copper, and selenium serum concentrations and manganese whole blood concentrations during long-term administration of parenteral nutrition.

**Low Chromium**

[00300]     In some embodiments, the amount of chromium in the parenteral nutrition containing the trace elements composition (e.g., Multrys™ or Tralement™) or the trace elements composition (e.g., Multrys™ or

Docket No.: 1848-32 US

Tralement™) itself is not more than about 0.15 µg/mL to not more than about 0.07 µg/mL or lower. With the not more than about 0.15 µg/mL of chromium, the maximum potential exposure to chromium (e.g., 0.045 µg/kg/day) will be 22.5% of the maximum chromium dose that can be used for parenteral nutrition in a target patient population ( e.g., children (weighing 0.4 – 9.9 kg)). This can be based on a target dose volume of, for example, 0.3 mL/kg/day. In some embodiments, this will reduce the risk of toxicity from total chromium exposure in the parenteral nutrition (e.g., from intentionally added chromium and chromium as an impurity).

[00301]    It will be apparent to those skilled in the art that various modifications and variations can be made to various embodiments described herein without departing from the spirit or scope of the teachings herein. Thus, it is intended that various embodiments cover other modifications and variations of various embodiments within the scope of the present teachings. Since modifications will be apparent to those of skill in the art, it is intended that this disclosure be limited only by the scope of the appended claims.

Docket No.: 1848-32 US

WHAT IS CLAIMED IS:

1.  An injectable composition comprising water, and at least one of about 800 μg to about 4,000 μg of zinc, about 40 μg to about 400 μg of copper, about 4 μg to about 90 μg of selenium, or about 1 μg to about 80 μg of manganese per 1 mL of the injectable composition.

2.  The injectable composition of claim 1, wherein the injectable composition comprises 3,000 μg of zinc, 300 μg of copper, 60 μg of selenium, and 55 μg of manganese per 1 mL of the injectable composition.

3.  The injectable composition of claim 1, wherein the injectable composition comprises 1000 μg of zinc, 60 μg of copper, 6 μg of selenium and 3 μg of manganese per 1 mL of injectable composition.

4.  The injectable composition of claim 1, further comprising (i) iodine from about 0.0001 to about 0.2 mcg/kg/day, fluoride from about 0.0001 to about 2.7, aluminum from about 0.0001 to about 0.6 mcg/kg/day or a mixture thereof; or (ii) iodine from about 0 to about 0.2 mcg/kg/day, fluoride from about 0 to about 2.7, aluminum from about 0 to about 0.6 mcg/kg/day or a mixture thereof.

5.  The injectable composition of claim 1, further comprising (i) iron from about 0.0001 to about 10 μg/mL, silicon from about 0.0001 to about 100 μg/mL, magnesium from about 0.0001 to about 50 μg/mL, calcium from about 0.0001 to about 50 μg/mL, boron from about 0.0001 to about 50 μg/mL or a mixture thereof; (ii) iron from about 0 to about 10 μg/mL, silicon from about 0 to about 100 μg/mL, magnesium from about 0 to about 50 μg/mL, calcium from about 0 to about 50 μg/mL, boron from about 0 to about 50 μg/mL or a mixture thereof; or (iii) wherein the zinc is elemental zinc, the copper is elemental copper, the selenium is elemental selenium, the manganese is elemental manganese and the water is sterile water for injection.

6.  The injectable composition of claim 1, wherein the composition has a pH of about 1.0 to about 5.

7.  The injectable composition of claim 6, wherein the composition further comprises a pH adjusting agent to adjust the pH.

Docket No.: 1848-32 US

8.  The injectable composition of claim 1, wherein at least one of the zinc comprises about 0.23 wt. percent to about 1.33 wt. percent, the copper comprises about 0.03 wt. percent to about 0.13 wt. percent, the manganese comprises about 0.0055 wt. percent to about 0.013 wt. percent, the selenium comprises about 0.002 wt. percent to about 0.02 wt. percent, or the water comprises from about 96 wt. percent to about 99.66 wt. percent based on a total weight of the injectable composition.

9.  The injectable composition of claim 8, wherein at least one of the zinc comprises about 0.3 wt. percent, the copper comprises about 0.03 wt. percent, the manganese comprises about 0.0055 wt. percent, the selenium comprises about 0.006 wt. percent, or the water comprises from about 99.66 wt. percent based on a total weight of the injectable composition.

10.  The injectable composition of claim 1, wherein the injectable composition is at least one of a preservative-free composition, a sterile composition, or a ready-to-use injectable aqueous composition.

11.  The injectable composition of claim 1, wherein the injectable composition comprises a preservative.

12.  The injectable composition of claim 11, wherein the preservative comprises benzyl alcohol in an amount of 0.9 % by weight based on a total weight of the injectable composition.

13.  The injectable composition of claim 5, wherein the elemental zinc is from zinc sulfate or zinc sulfate heptahydrate, the elemental copper is from cupric sulfate or cupric sulfate pentahydrate, the elemental manganese is from manganese sulfate or manganese sulfate monohydrate and the elemental selenium is from selenious acid.

14.  The injectable composition of claim 1, wherein the injectable composition is in a multi-dose vial.

15.  The injectable composition of claim 14, wherein the multi-dose vial contains 10 mL of the injectable composition.

Docket No.: 1848-32 US

16.  The injectable composition of claim 1, wherein the injectable composition further comprises about 0.0001 µg/mL to about 0.25 µg/mL of chromium.

17.  The injectable composition of claim 1, wherein the injectable composition contains about 1 ppm to about 6 µg/mL of aluminum.

18.  The injectable composition of claim 1, wherein the zinc is zinc sulfate heptahydrate at a dose of about 2.5 to about 7 mg/day, the copper is cupric sulfate pentahydrate at a dose of about 0.3 to about 1.5 mg/day, the manganese is manganese sulfate monohydrate at a dose of about 0.015 to about 0.08 mg/day, and the selenium is selenious acid at a dose of about 20 to about 60 µg/day.

19.  The injectable composition of claim 1, wherein the zinc is zinc sulfate heptahydrate at a dose of about 2.5 to about 7 mg/day, the copper is cupric sulfate pentahydrate at a dose of about 0.5 to about 1.5 mg/day, the manganese is manganese sulfate monohydrate at a dose of about 0.15 to about 0.8 mg/day, and the selenium is selenious acid at a dose of about 20 to about 40 µg/day.

20.  The injectable composition of claim 1, wherein the injectable composition is a component of a parenteral nutrition comprising at least one of an amino acid, a dextrose, a lipid, an electrolyte, or a mixture thereof.

21.  The injectable composition of claim 20, wherein at least one of (i) the amino acid comprises lysine hydrochloride, phenylalanine, leucine, valine, threonine, methionine, isoleucine, tryptophan, alanine, arginine, glycine, proline, histidine, glutamic acid, serine, aspartic acid, tyrosine or a mixture thereof; (ii) the dextrose comprises dextrose monohydrate; (iii) the lipid comprises soybean oil, phospholipid, glycerin or a mixture thereof; or (iv) the electrolyte comprises sodium acetate trihydrate, potassium chloride, sodium chloride, potassium acetate, sodium glycerophosphate anhydrous, magnesium sulfate heptahydrate, calcium chloride dihydrate, calcium gluconate or a mixture thereof.

22.  The injectable composition of claim 20, wherein the pH is from about 3.5 to about 7.9.

E86

Docket No.: 1848-32 US

23.  The injectable composition of claim 20, wherein the composition is nonpyrogenic.

24.  The injectable composition of claim 20, wherein the parenteral nutrition is stable when stored from about 2 ℃ to about 8 ℃ for up to about 14 days.

25.  The injectable composition of claim 20, wherein the parenteral nutrition when stored from about 2 ℃ to about 8 ℃ for about 14 days maintains a pH from about 5.50 to about 5.90.

26.  The injectable composition of claim 20, wherein the parenteral nutrition when stored from about 2 ℃ to about 8 ℃ for about 14 days comprises at least one of (i) no more than 12 particle per mL that are greater than 10 µm; or (ii) no more than 2 particle per mL that are greater than 25 µm.

27.  The injectable composition of claim 20, wherein the parenteral nutrition further comprises aluminum in an amount from about 0.0001 to about 6 µg/mL or not to exceed 6 µg/mL.

28.  The injectable composition of claim 20, wherein the parenteral nutrition when stored from about 2 ℃ to about 8 ℃ for about 14 days did not exhibit microbial growth.

29.  The injectable composition of claim 27, wherein the microbes comprise *S. aureus, P. aeruginosa, E. coli, C. albicans, A. brasiliensis* or a mixture thereof.

30.  The injectable composition of claim 1, wherein the injectable composition is disposed in a container.

31.  The injectable composition of claim 30, wherein the container comprises a single use vial or ampule or the container comprises a vial having a stopper and/or a cap.

32.  The injectable composition of claim 31, wherein the vial or ampule comprises Type I glass or plastic.

Docket No.: 1848-32 US

33.  An injectable composition comprising water, and trace elements consisting of about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, and about 1 µg to about 80 µg of manganese per 1 mL of the injectable composition.

34.  The injectable composition of claim 33, wherein the trace elements consist of 3,000 µg of zinc, 300 µg of copper, 60 µg of selenium, and 55 µg of manganese per 1 mL of the injectable composition.

35.  The injectable composition of claim 33, wherein the trace elements consist of 1,000 µg of zinc, 60 µg of copper, 6 µg of selenium, and 3 µg of manganese per 1 mL of the injectable composition.

36.  The injectable composition of claim 33, wherein the trace elements consist of zinc sulfate or zinc sulfate heptahydrate in an amount of about 13.1 mg to about 13.3 mg, cupric sulfate or cupric sulfate pentahydrate in an amount of about 1.1 mg to about 1.2 mg, manganese sulfate or manganese sulfate monohydrate in an amount of about 0.16 mg to about 0.18 mg and selenious acid in an amount of about 95 µg to about 99 µg per 1 mL of the injectable composition.

37.  The injectable composition of claim 33, wherein the trace elements consist of zinc sulfate or zinc sulfate heptahydrate in an amount of about 13.1 mg to about 13.3 mg, cupric sulfate or cupric sulfate pentahydrate in an amount of about 1.1 mg to about 1.2 mg, manganese sulfate or manganese sulfate monohydrate in an amount of about 0.016 mg to about 0.018 mg and selenious acid in an amount of about 95 µg to about 99 µg per 1 mL of the injectable composition.

38.  The injectable composition of claim 36, wherein the zinc sulfate or zinc sulfate heptahydrate is in an amount of about 13.2 mg, the cupric sulfate or the cupric sulfate pentahydrate is in an amount of about 1.179 mg, the manganese sulfate or manganese sulfate monohydrate is in an amount of about 0.169 mg and the selenious acid is in an amount of about 98 µg per 1 mL of the injectable composition.

39.  A method of making an injectable composition, the method comprising mixing at least one of about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about

Docket No.: 1848-32 US

90 µg of selenium, or about 1 µg to about 80 µg of manganese with water to form 1 mL of the injectable composition.

40.  The method of claim 39, wherein the injectable composition comprises 3,000 µg of zinc, 300 µg of copper, 60 µg of selenium, and 55 µg of manganese per 1 mL of the injectable composition.

41.  The method of claim 39, wherein the injectable composition comprises 1000 µg of zinc, 60 µg of copper, 6 µg of selenium and 3 µg of manganese per about 250 mL to 4000 mL of parenteral nutrition.

42.  The method of claim 39, wherein the zinc is elemental zinc, the copper is elemental copper, the selenium is elemental selenium, the manganese is elemental manganese and the water is sterile water for injection.

43.  The method of claim 39, wherein the composition has a pH of about 1.2 to about 5.

44.  The method of claim 43, wherein the composition further comprises at least sodium hydroxide or sulfuric acid to adjust the pH.

45.  The method of claim 39, wherein at least one of the zinc comprises about 0.23 wt. percent to about 1.33 wt. percent, the copper comprises about 0.05 wt. percent to about 0.13 wt. percent, the manganese comprises about 0.026 wt. percent to about 0.013 wt. percent, the selenium comprises about 0.002 wt. percent to about 0.02 wt. percent, or the water comprises from about 96 wt. percent to about 98.5 wt. percent based on a total weight of the injectable composition.

46.  The method of claim 39, wherein the injectable composition is at least one of a preservative-free composition, a sterile composition, or a ready-to-use injectable aqueous composition.

47.  The method of claim 39, wherein the injectable composition comprises a preservative.

48.  The method of claim 47, wherein the preservative comprises benzyl alcohol in an amount of 0.9

Docket No.: 1848-32 US

% by weight based on a total weight of the injectable composition.

49.  The method of claim 42, wherein the elemental zinc is from zinc sulfate or zinc sulfate heptahydrate, the elemental copper is from cupric sulfate or cupric sulfate pentahydrate, the elemental manganese is from manganese sulfate or manganese sulfate monohydrate and the elemental selenium is from selenious acid.

50.  The method of claim 39, wherein the injectable composition is in a multi-dose vial.

51.  The method of claim 50, wherein the multi-dose vial contains 10 mL of the injectable composition.

52.  The method of claim 39, wherein the injectable composition further comprises about 0.00001 µg/mL to about 0.25 µg/mL of chromium.

53.  The method of claim 39, wherein the injectable composition contains about 1 ppm to about 6 µg/mL of aluminum.

54.  The method of claim 39, wherein the zinc is zinc sulfate heptahydrate at a dose of about 2.5 to about 7 mg/day, the copper is cupric sulfate pentahydrate at a dose of about 0.5 to about 1.5 mg/day, the manganese is manganese sulfate monohydrate at a dose of about 0.15 to about 0.8 mg/day, and the selenium is selenious acid at a dose of about 20 to about 40 µg/day.

55.  The method of claim 39, wherein the zinc is zinc sulfate heptahydrate at a dose of about 2.5 to about 7 mg/day, the copper is cupric sulfate pentahydrate at a dose of about 0.5 to about 1.5 mg/day, the manganese is manganese sulfate monohydrate at a dose of about 0.015 to about 0.08 mg/day, and the selenium is selenious acid at a dose of about 20 to about 40 µg/day.

56.  A method of maintaining plasma trace elements in a patient in need thereof, the method comprising administering at least an injectable composition to the patient, the injectable composition comprising water, and at least one of about 800 µg to about 4,000 µg of zinc, about 40 µg to about

Docket No.: 1848-32 US

400 µg of copper, about 4 µg to about 90 µg of selenium, or about 1 µg to about 80 µg of manganese per 1 mL of the injectable composition.

57.  The method of claim 56, wherein the injectable composition when stored from about 2 ℃ to about 8 ℃ for about 14 days comprises at least one of (i) no more than 12 particle per mL that are greater than 10 µm; or (ii) no more than 2 particle per mL that are greater than 25 µm.

58.  The method of claim 56, wherein the injectable composition when stored from about 2 ℃ to about 8 ℃ for about 14 days did not exhibit microbial growth.

59.  The method of claim 58, wherein the microbes comprise *S. aureus, P. aeruginosa, E. coli*, *C. albicans*, *A. brasiliensis* or a mixture thereof.

60.  The method of claim 56, wherein the injectable composition  when stored from about 2 ℃ to about 8 ℃ for about 14 days maintains a pH from about 5.50 to about 5.90.

61.  The method of claim 56, further comprising treating patients having a negative nitrogen balance.

62.  The method of claim 56, further comprising use of the electrolyte as a supplement to intravenous solutions given for parenteral nutrition to maintain plasma levels of zinc, copper, manganese and selenium to prevent depletion of endogenous stores of these trace elements and subsequent deficiency symptoms.

63.  The injectable composition of claims 1-38, wherein the injectable composition is administered to a human patient.

64.  The method of claim 39-62, wherein the injectable composition is administered to a human patient.

65.  An injectable trace element composition comprising water, about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, and about 1 µg

Docket No.: 1848-32 US

to about 80 µg of manganese per 1 mL of the injectable composition.

66.  The injectable composition of claim 1, wherein zinc comprises from about 800 µg to about 4000 µg per 1mL of the injectable composition.

67.  The injectable composition of claim 1, wherein copper comprises from about 40 µg to about 400 µg per 1mL of the injectable composition.

68.  The injectable composition of claim 1, wherein selenium comprises from about 4 µg to about 90 µg per 1mL of the injectable composition.

69.  The injectable composition of claim 1, wherein manganese comprises from about 1 µg to about 80 µg per 1mL of the injectable composition.

70.  The injectable composition of claim 1, wherein the zinc, copper, selenium, manganese are in elemental or salt form.

71.  The injectable composition of claim 7, wherein the pH adjusting agent is at least sodium hydroxide or sulfuric acid.

72.  A method of maintaining, supplementing or increasing one or more trace elements to a patient in need thereof, the method comprising administering to the patient about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, or about 1 µg to about 80 µg of manganese per about 250 mL to 4000 mL of aqueous fluid, the aqueous fluid comprising an amino acid, a dextrose, a lipid, an electrolyte or a mixture thereof.

73.  The injectable composition of claim 1, wherein the injectable composition comprises elemental zinc to elemental copper in a ratio from about 100:1, 80:1, 70:1, 60:1, 50:1, 30:1, 20:1, 15:1, 10:1, 5:1, 2.5:1 to about 2:1; elemental zinc to elemental manganese in a ratio from about 4000:1, 3,000:1, 2,000:1, 1,000:1, 500:1, 200:1, 100:1, 60:1, 55:1, 50:1, 45:1, 40:1, 35:1, 30:1, 25:1, 20:1, 15;1, 10:1 to about 5:1; elemental zinc to elemental selenium in a ratio from about 1000:1, 500:1, 200:1, 100:1, 90:1,

E92

Docket No.: 1848-32 US

85:1, 83.3:1, 80:1, 75:1, 70:1, 65:1, 60:1, 55:1, 50:1, 45:1, 40:1, 35:1, 30:1, 25:1, 20:1, 15:1, 10:1 to about 9:1; elemental copper to elemental selenium in a ratio from about 100:1, 50:1, 20:1, 15:1, 10:1, 5:1, 3:1, 2:1, 1:1 to about 0.4:1; elemental copper to elemental manganese in a ratio from about 400:1, 300:1, 200:1, 100:1, 90:1, 85:1, 80:1, 75:1, 70:1, 65:1, 60:1, 55:1, 50:1, 45:1, 40:1, 35:1, 30:1, 25:1, 20:1, 15:1, 10:1, 5.5:1, 5:1, 2.5:1, 2:1, 1:1 to about 0.5:1; and/or elemental selenium to elemental manganese in a ratio from about 100:1, 90:1, 75:1, 50:1, 30:1, 20:1, 10:1, 5:1, 3;1, 2:1, 1.1:1, 1:1, 0.5:1, 0.4:1 to about 0.05:1.

74. The injectable composition of claim 1, wherein the injectable composition contains less than about 0.25 µg/mL of chromium.

75. The injectable composition of claim 1, wherein the permitted daily limits (PDL) of the injectable composition do not exceed about 0.4 µg/ day of cadmium, about 0.5 µg/ day of lead, about 1.5 µg/ day of arsenic, about 0.4 µg/ day of mercury, about 1 µg/ day of cobalt, about 2 µg/ day of vanadium, about 4 µg/ day of nickel, about 1.6 µg/ day of thallium, about 20 µg/ day of gold, about 2 µg/ day of palladium, about 2 µg/ day of iridium, about 2 µg/ day of osmium, about 2 µg/ day of rhodium, about 2 µg/ day of ruthenium, about 2 µg/ day of silver, about 2 µg/ day of platinum, about 50 µg/ day of lithium, about 18 µg/ day of antimony, about 140 µg/ day of barium, about 300 µg/ day of molybdenum, about 120 µg/ day of tin, about 1 µg/ day of chromium, about 6 µg/ day of aluminum, about 50 µg/ day of boron, about 50 µg/ day of calcium, about 10 µg/ day of iron, about 94,000 µg/ day of potassium, about 50 µg/ day of magnesium, about 24,000 µg/ day of sodium, about 1 µg/ day of tungsten, and/or about 100 µg/ day of silicon.

Docket No.: 1848-32 US

## ABSTRACT

Injectable compositions that can be added to parenteral nutrition are provided. In particular, a stable injectable composition is provided which includes water, and at least one of about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, from about 4 µg to about 90 µg of selenium, or from about 1 µg to about 80 µg of manganese per 1 mL of the injectable composition. Methods of preparing and using of the stable injectable composition are also provided.

1848-32 US Track 1 CON-DIV 1 (Selenium)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: American Regent, Inc.                    Examiner:  To Be Assigned

Divisional of

Serial No:   18/124,391                             Art Unit:    To Be Assigned

Filed:        March 21, 2023                        Conf. No.:  To Be Assigned

For:          TRACE ELEMENT COMPOSITIONS, METHODS OF MAKING AND USE


May 23, 2024


## PRELIMINARY AMENDMENT

Prior to examination on the merits, and calculation of claim fees, please enter the following Preliminary Amendment in conjunction with form PTO/AIA/424 for Track One Certification and Request for Prioritized Examination under C.F.R. 1.102(e) in the above-identified application.

---

### CERTIFICATE OF EFS-WEB TRANSMISSION

I hereby certify that this correspondence is being transmitted to the U.S. Patent and Trademark Office via the Office's electronic filing system on May 23, 2024.

Date:    May 23, 2024                               /William D. Schmidt/
                                                    William D. Schmidt

Preliminary Amendment                                          1848-32 US Track 1 DIV (Selenium)
Applicant:  American Regent, Inc.
Page 2

## IN THE CLAIMS:

1.-55. (Cancelled).

56. (Currently Amended) A method of ~~maintaining plasma~~ providing an injectable composition to ~~trace elements in~~ a patient in need thereof, the method comprising administering at least [[an]] the injectable composition to the patient, the injectable composition comprising water, ~~and at least one of about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4~~ 6 µg, 40 µg or ~~to about 90~~ 60 µg of selenium, no chromium or chromium in an amount not to exceed 1 µg, no aluminum or aluminum in an amount not to exceed 6 µg, no iron or iron in an amount not to exceed 10 µg, and fluoride in an amount of 0.0001 µg to 2.7 µg ~~or about 1 µg to about 80 µg of manganese~~ per 1 mL of the injectable composition.

57.- 62. (Cancelled)

63.  (Currently Amended) The method ~~injectable composition~~ of ~~claims 1-38~~ claim 56, wherein the injectable composition comprises 40 µg of selenium per 1 mL of the injectable composition and the patient is ~~administered to~~ a human patient that is an adult or pediatric patient.

64.  (Currently Amended) The method ~~injectable composition~~ of claim ~~39-62~~ 56, wherein the injectable composition comprises 60 µg of selenium per 1 mL of the injectable composition and the patient is ~~administered to~~ a human patient that is an adult or pediatric patient.

65.  (Currently Amended) [[An]] The ~~injectable trace element composition~~ method of claim 56, wherein the injectable composition comprises 6 µg of selenium per 1 mL of the injectable composition and the patient is a human patient that is a pediatric or neonatal patient ~~comprising water, about 800 µg to about 4,000 µg of zinc, about 40 µg to about 400 µg of copper, about 4 µg to about 90 µg of selenium, and about 1 µg to about 80 µg of manganese per 1 mL of the injectable composition~~.

2

66. (Currently Amended) The <u>method of claim 63, wherein the</u> injectable composition ~~of claim 1,~~ <u>comprises nitric acid</u> ~~wherein zinc comprises from about 800 µg to about 4000 µg per 1mL of the injectable composition~~.

67. (Currently Amended) The <u>method of claim 64, wherein the</u> injectable composition ~~of claim 1,~~ <u>comprises nitric acid</u> ~~wherein copper comprises from about 40 µg to about 400 µg per 1mL of the injectable composition~~.

68. (Currently Amended) The <u>method of claim 65, wherein the</u> injectable composition ~~of claim 1,~~ <u>comprises nitric acid</u> ~~wherein selenium comprises from about 4 µg to about 90 µg per 1mL of the injectable composition~~.

69. (Currently Amended) The <u>method of claim 56, wherein the</u> injectable composition ~~of claim 1,~~ ~~wherein~~ <u>is in a volume that fills a 1 mL, 2 mL, 3 mL, 5 mL or 10 mL vial</u> ~~manganese comprises from about 1 µg to about 80 µg per 1mL of the injectable composition~~.

70. (Currently Amended) The <u>method of claim 56, wherein the</u> injectable composition ~~of claim 1, wherein the zinc, copper, selenium, manganese are in elemental or salt form~~ <u>has a pH of 1.8 to 2.4</u>.

71.-73.  (Cancelled)

74. (Currently Amended) The <u>method of claim 56</u> ~~injectable composition of claim 1~~, wherein the injectable composition contains less than ~~about~~ 0.25 µg/mL of chromium.

75. (Currently Amended) The <u>method of claim 56</u> ~~injectable composition of claim 1~~, wherein [[the]] permitted daily limits (PDL) of the injectable composition do not exceed ~~about~~ 0.4 µg/ day of cadmium, ~~about~~ 0.5 µg/ day of lead, ~~about~~ 1.5 µg/ day of arsenic, ~~about~~ 0.4 µg/ day of mercury, ~~about~~ 1 µg/ day of cobalt, ~~about~~ 2 µg/ day of vanadium, ~~about~~ 4 µg/ day of nickel, ~~about~~ 1.6 µg/ day of thallium, ~~about~~ 20 µg/ day of gold, ~~about~~ 2 µg/ day of palladium, ~~about~~ 2 µg/ day of iridium, ~~about~~ 2 µg/ day of osmium, ~~about~~ 2 µg/ day of rhodium, ~~about~~ 2 µg/ day of ruthenium, ~~about~~ 2 µg/

Preliminary Amendment
Applicant: American Regent, Inc.
Page 4

1848-32 US Track 1 DIV (Selenium)

day of silver, ~~about~~ 2 µg/ day of platinum, ~~about~~ 50 µg/ day of lithium, ~~about~~ 18 µg/ day of antimony, ~~about~~ 140 µg/ day of barium, ~~about~~ 300 µg/ day of molybdenum, ~~about~~ 120 µg/ day of tin, ~~about~~ 1 µg/ day of chromium, ~~about~~ 6 µg/ day of aluminum, ~~about~~ 50 µg/ day of boron, ~~about~~ 50 µg/ day of calcium, ~~about~~ 10 µg/ day of iron, ~~about~~ 94,000 µg/ day of potassium, ~~about~~ 50 µg/ day of magnesium, ~~about~~ 24,000 µg/ day of sodium, ~~about~~ 1 µg/ day of tungsten, and/or ~~about~~ 100 µg/ day of silicon.

76. (New) The method of claim 56, wherein the selenium is elemental selenium from selenious acid.

77. (New) The method of claim 63, wherein the selenium is elemental selenium from selenious acid.

78. (New) The method of claim 64, wherein the selenium is elemental selenium from selenious acid.

79. (New) The method of claim 65, wherein the selenium is elemental selenium from selenious acid.

80. (New) The method of claim 56, wherein the injectable composition comprises 0.0001 µg to 0.25 µg of chromium; 0.0001 µg to 0.6 µg of aluminum; 0.0001 µg to 10 µg of iron; 0.0001 µg to 0.2 µg of iodine; and 0.0001 µg to 100 µg of silicon per mL of the injectable composition.

81. (New) The method of claim 56, wherein the injectable composition comprises iodine in an amount of 0.0001 µg to 0.2 µg per 1 mL of the injectable composition and has a pH of 1.8 to 2.4.

82. (New) The method of claim 56, wherein the injectable composition is suitable for administration to an adult, pediatric or neonatal human patient when added to parenteral nutrition.

Preliminary Amendment
Applicant: American Regent, Inc.
Page 5

1848-32 US Track 1 DIV (Selenium)

83. (New) A method of providing a composition to a patient in need thereof, the method comprising administering at least the composition to the patient, the composition comprising water, 6 µg, 40 µg or 60 µg of selenium, no chromium or chromium in an amount not to exceed 1 µg, no aluminum or aluminum in an amount not to exceed 6 µg, no iron or iron in an amount not to exceed 10 µg, and iodine in an amount of 0.0001 µg to 0.2 µg per 1 mL of the composition.

84. (New) The method of claim 83, wherein the composition is injectable and comprises 40 µg of selenium per 1 mL of the composition and the patient is an adult or pediatric human patient.

85. (New) The method of claim 83, wherein the composition is injectable and comprises 60 µg of selenium per 1 mL of the composition and the patient is an adult or pediatric human patient.

86. (New) The method of claim 83, wherein the composition is injectable and comprises 6 µg of selenium per 1 mL of the composition and the patient is a pediatric or neonatal human patient.

87. (New) The method of claim 83, wherein the composition is injectable and is suitable for administration to an adult, pediatric or neonatal human patient when added to parenteral nutrition and optionally comprises nitric acid.

88. (New) The method of claim 83, wherein the composition is injectable and is in a volume that fills a 1 mL, 2 mL, 3 mL, 5 mL or 10 mL vial.

89. (New) The method of claim 83, wherein the composition has a pH of 1.8 to 2.4.

90. (New) The method of claim 83, wherein the composition is injectable and comprises fluoride in an amount of 0.0001 µg to 2.7 µg per 1 mL of the composition.

91. (New) The method of claim 83, wherein the composition is injectable and comprises 0.0001 µg to 0.25 µg of chromium; 0.0001 µg to 0.6 µg of aluminum; 0.0001 µg to 10 µg of iron; 0.0001 µg to 2.7 µg of fluoride; and 0.0001 µg to 100 µg of silicon per mL of the composition.

92.  (New) The method of claim 83, wherein the selenium is elemental selenium from selenious acid.

93. (New) A method of providing an injectable composition to a human patient in need thereof, the method comprising administering at least the injectable composition to the human patient, the injectable composition comprising water, selenious acid 98 µg, no chromium or chromium in an amount not to exceed 1 µg, no aluminum or aluminum in an amount not to exceed 6 µg, no iron or iron in an amount not to exceed 10 µg, and fluoride in an amount of 0.0001 µg to 2.7 µg or iodine in an amount of 0.0001 µg to 0.2 µg per 1 mL of the injectable composition.

94. (New) A method of providing an injectable composition to a human patient in need thereof, the method comprising administering at least the injectable composition to the human patient, the injectable composition comprising water, selenious acid 9.8 µg, no chromium or chromium in an amount not to exceed 1 µg, no aluminum or aluminum in an amount not to exceed 6 µg, no iron or iron in an amount not to exceed 10 µg, and fluoride in an amount of 0.0001 µg to 2.7 µg or iodine in an amount of 0.0001 µg to 0.2 µg per 1 mL of the injectable composition.

## REMARKS

The current application is a Divisional Application of U.S. Serial No. 18/124,391, filed March 21, 2023 and is being filed in view of the June 23, 2023 Restriction Requirement where method claims 56 and 64 in Group II were withdrawn.

Prior to examination on the merits, and calculation of claim fees, please enter this Preliminary Amendment.  By this Preliminary Amendment, claim 56 has been amended and new claims 83 has been added to include that the method includes at least administering a composition that comprises water, 6 µg, 40 µg or 60 µg of selenium, and that there is no chromium or chromium not to exceed 1 µg, there is no aluminum or aluminum in an amount not to exceed 6 µg, there is no iron or iron in an amount not to exceed 10 µg, and there is fluoride in an amount of 0.0001 µg to 2.7 µg or iodine in an amount of 0.0001 µg to 0.2 µg per 1 mL of the composition. Support for the amendment can be found, for example, at least at paragraphs [0060], [0061], [0087], [00154]-[00156], [00173] and originally filed claims 1-5, 17 and 63 of the specification.

Claims 63-65 have been amended and new claims 82, 84, 85, 86 and 87 have been added to include the specific amounts of selenium already recited in claims 56 and 83.  Claims 66-68 have been amended and new claim 88 has been added to include that the composition can contain nitric acid.  Support for the amendment can be found, for example, at least at paragraphs [00112] and [00164] of the specification.

Claim 69 has been amended and new claim 88 has been added to include that the injectable composition can be in a vial as described at least at, for example, paragraphs [0093], [0099], [00123] and claims 31, 32, 50 and 51 of the specification.

Claim 70 has been amended and new claims 81 and 89 have been added to include that the composition has a pH of 1.8 to 2.4 as described, for example, at least at paragraphs [0088], [0090] and [00163] of the specification.

New claims 76-79 and 92 have been added to include that the selenium can be elemental selenium from selenious acid as described, for example, at least at paragraphs [0065], [00134] and claim 49 of the specification.

New claims 80, 81, 90 and 91 have been added and include specific upper and lower ranges of chromium, aluminum, iron, fluoride, iodine and/or silicon per mL of the composition.  Support

for the new claims can be found, for example, at least at paragraphs [0060], [0061], [0087], [00154]-[00156], [00173] and originally filed claims 1-5, 16-17 and 64 of the specification.

New claims 93 and 94 have been added and include that the method includes specific injectable compositions comprising 98 µg of selenious acid or 9.8 µg of selenious acid, respectively and that there is no chromium or chromium not to exceed 1 µg, there is no aluminum or aluminum in an amount not to exceed 6 µg, there is no iron or iron in an amount not to exceed 10 µg, and there is fluoride in an amount of 0.0001 µg to 2.7 µg or iodine in an amount of 0.0001 µg to 0.2 µg per 1 mL of the injectable composition.  Support for the new claims can be found, for example, at least at paragraphs [0060], [0061], [0087], [00154]-[00156], [00173] and originally filed claims 1-5, 17 and 63 of the specification.

Claims 74 and 75 have been amended to make them depend on claim 56.  Claims 1-51 and 57-62 have been cancelled, without disclaimer.  Applicant reserves the right to pursue these claims in one or more continuing applications.  This Preliminary Amendment has 30 claims in total, with 4 of those claims as independent claims.  This Preliminary Amendment does not add new matter.

## No Disclaimers or Disavowals

Although the present communication may include alterations to the claims, or characterizations of claim scope or referenced art, Applicant is not conceding in this application that previously pending claims are not patentable over the cited reference.  Rather, any alterations or characterizations are being made to facilitate expeditious prosecution of this application.  Applicant reserves the right to pursue at a later date any previously pending or other broader or narrower claims that capture any subject matter supported by the present disclosure, including subject matter found to be specifically disclaimed herein or by any prior prosecution.  Accordingly, reviewers of this or any parent, child or related prosecution history may not reasonably infer that Applicant has made any disclaimers or disavowals of any subject matter supported by the present application.

## Conclusion

No fee is believed to be due with respect to the filing of this Preliminary Amendment, except the fee for a total of 10 additional claims over 20 claims, 1 extra independent claim over 3 and the Track I processing fee.  If the Examiner determines that any further action is necessary to

Preliminary Amendment
Applicant:  American Regent, Inc.
Page 9

1848-32 US Track 1 DIV (Selenium)

place this application into better form, the Examiner is cordially invited to contact Applicant's

attorney at the telephone number provided.

Respectfully submitted,

/William D. Schmidt/
William D. Schmidt
Registration No.: 39,492
Attorney for Applicant

SORELL, LENNA & SCHMIDT, LLP
135 Engineer Road, Suite 110
Hauppauge, NY  11788
Tel.:(631) 656-9818
FAX:  (631) 406-7146

E103

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | EXAMINER |
|---|---|---|---|
| 109802 | 7590 | 09/05/2024 | SOROUSH, ALI |

Sorell, Lenna & Schmidt, LLP
135 ENGINEERS ROAD
SUITE 110
Hauppauge, NY 11788

| ART UNIT | PAPER NUMBER |
|---|---|
| 1617 | |

DATE MAILED: 09/05/2024

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/672,876 | 05/23/2024 | Gopal Anyarambhatla | 1848-32US TRK 1 CON DIV 1 | 7895 |

TITLE OF INVENTION: TRACE ELEMENT COMPOSITIONS, METHODS OF MAKING AND USE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 12/05/2024 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

PTOL-85 (Rev. 11/23)

E104

**PART B - FEES TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

| By mail, send to: | Mail Stop ISSUE FEE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450 | By fax, send to: | (571)-273-2885 |

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

109802          7590          09/05/2024

Sorell, Lenna & Schmidt, LLP
135 ENGINEERS ROAD
SUITE 110
Hauppauge, NY 11788

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

| | (Typed or printed name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/672,876 | 05/23/2024 | Gopal Anyarambhatla | 1848-32US TRK<br>1 CON DIV 1 | 7895 |

TITLE OF INVENTION: TRACE ELEMENT COMPOSITIONS, METHODS OF MAKING AND USE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 12/05/2024 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SOROUSH, ALI | 1617 | 424-630000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

❑ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)**

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

**4a. Fees submitted:** ❑ Issue Fee    ❑ Publication Fee (if required)

**4b. Method of Payment:** *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via the USPTO patent electronic filing system    ❑ Enclosed check    ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

**5. Change in Entity Status (from status indicated above)**

❑ Applicant certifying micro entity status. See 37 CFR 1.29

❑ Applicant asserting small entity status. See 37 CFR 1.27

❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

PTOL-85 Part B (11/23) Approved for use through 03/31/2026    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/672,876 | 05/23/2024 | Gopal Anyarambhatla | 1848-32US TRK 1 CON DIV 1 | 7895 |

109802       7590       09/05/2024
Sorell, Lenna & Schmidt, LLP
135 ENGINEERS ROAD
SUITE 110
Hauppauge, NY 11788

| EXAMINER |
|---|
| SOROUSH, ALI |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1617 | |

DATE MAILED: 09/05/2024

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 11/23)

E-106

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013).
https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to:

1) law enforcement, in the event that the system of records indicates a violation or potential violation of law;

2) a federal, state, local, or international agency, in response to its request;

3) a contractor of the USPTO having need for the information in order to perform a contract;

4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record;

5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record;

6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations;

7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals;

8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c));

9) the Office of Personnel Management (OPM) for personnel research purposes; and

10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

E-107

| *Notice of Allowability* | Application No.<br>18/672,876 | Applicant(s)<br>Anyarambhatla et al. | |
|---|---|---|---|
| | Examiner<br>ALI SOROUSH | Art Unit<br>1617 | AIA (FITF) Status<br>Yes |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to filing on 05/03/2024.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 56,63-70 and 74-94 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐All    b) ☐ Some*    c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08),
   Paper No./Mail Date 05232024.
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .
4. ☐ Interview Summary (PTO-413),
   Paper No./Mail Date. _____ .

5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/ALI SOROUSH/
Primary Examiner, Art Unit 1617

Application/Control Number: 18/672,876                                      Page 2
Art Unit: 1617

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

### *Claim Status*

Claims 56, 63-70, and 74-94 are pending.

Claims 1-55, 57-62, 71, and 73 were cancelled by a preliminary amendment filed on

05/23/2024.

Claims 56, 63-70, 74 and 75 are currently amended by a preliminary amendment filed

on 05/23/2024.

Claims 76-94 are newly added by a preliminary amendment filed on 05/03/2024.

Claims 56, 63-70, and 74-94 have been examined.

Claims 56, 63-70, and 74-94 are allowed.

### *Priority*

Priority to DIV 18/124391 filed on 03/21/2023, which claims priority to CON 17/365,695

filed on 07/01/2012, which claims priority to application 63/047,708 filed on 07/02/2020.

### *Reasons for Allowance*

The following is an examiner's statement of reasons for allowance: the prior art lacks a

teaching or suggestion of a composition comprising selenium and fluoride or iodine in an

amount of 0.0001-2.7µg and 0.0001 to 0.2µg, respectively. The prior art teaches composition

comprising selenium. The prior art also teaches composition comprising fluoride and/or iodone.

However, the prior art does not teach or suggest a composition having fluoride and/or iodine in

an amount of 0.0001-2.7µg and 0.0001 to 0.2µg, respectively. Therefore, claims 56, 63-70, and

74-94 are allowed.

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the

issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to ALI SOROUSH whose telephone number is (571)272-9925. The

examiner can normally be reached M-F 9:30am-6pm.

Examiner interviews are available via telephone, in-person, and video conferencing

using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is

encouraged to use the USPTO Automated Interview Request (AIR) at

http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Johann R Richter can be reached on (571) 272-0646. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be

obtained from Patent Center. Unpublished application information in Patent Center is available

Application/Control Number: 18/672,876                                                    Page 4
Art Unit: 1617

to registered users. To file and manage patent submissions in Patent Center, visit:

https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for

more information about Patent Center and https://www.uspto.gov/patents/docx for

information about filing in DOCX format. For additional questions, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO

Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/ALI SOROUSH/
Primary Examiner, Art Unit 1617

# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/672,876 | 05/23/2024 | Gopal Anyarambhatla | 1848-32US TRK 1 CON DIV 1 | 7895 |

109802        7590        10/09/2024
Sorell, Lenna & Schmidt, LLP
135 ENGINEERS ROAD
SUITE 110
Hauppauge, NY 11788

| EXAMINER |
|---|
| SOROUSH, ALI |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1614 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/09/2024 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ctrentacoste@slsllp.com
mtorres@slsllp.com
wschmidt@slsllp.com

E112

| *Corrected* *Notice of Allowability* | Application No. 18/672,876 | | Applicant(s) Anyarambhatla et al. | |
|---|---|---|---|---|
| | Examiner ALI SOROUSH | Art Unit 1617 | AIA (FITF) Status Yes | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to filing on 05/03/2024.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 56,63-70 and 74-94 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All      b) ☐ Some*      c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Attachment(s)
1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 10012024.
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____ .

5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/ALI SOROUSH/
Primary Examiner, Art Unit 1617

Application/Control Number: 18/672,876                                              Page 2
Art Unit: 1617

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

### *Claim Status*

Claims 56, 63-70, and 74-94 are pending.

Claims 1-55, 57-62, 71, and 73 were cancelled by a preliminary amendment filed on

05/23/2024.

Claims 56, 63-70, 74 and 75 are currently amended by a preliminary amendment filed

on 05/23/2024.

Claims 76-94 are newly added by a preliminary amendment filed on 05/03/2024.

Claims 56, 63-70, and 74-94 have been examined.

Claims 56, 63-70, and 74-94 are allowed.

### *Priority*

Priority to DIV 18/124391 filed on 03/21/2023, which claims priority to CON 17/365,695

filed on 07/01/2012, which claims priority to application 63/047,708 filed on 07/02/2020.

### *Information Disclosure Statement*

The information disclosure statement (IDS) submitted on 10/01/2024 is in compliance

with the provisions of 37 CFR 1.97. Accordingly, the information disclosure statement has been

considered by the examiner.

Application/Control Number: 18/672,876                                                    Page 3
Art Unit: 1617

### *Reasons for Allowance*

The following is an examiner's statement of reasons for allowance: the prior art lacks a

teaching or suggestion of a composition comprising selenium and fluoride or iodine in an

amount of 0.0001-2.7µg and 0.0001 to 0.2µg, respectively. The prior art teaches composition

comprising selenium. The prior art also teaches composition comprising fluoride and/or iodone.

However, the prior art does not teach or suggest a composition having fluoride and/or iodine in

an amount of 0.0001-2.7µg and 0.0001 to 0.2µg, respectively. Therefore, claims 56, 63-70, and

74-94 are allowed.

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the

issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to ALI SOROUSH whose telephone number is (571)272-9925. The

examiner can normally be reached M-F 9:30am-6pm.

Examiner interviews are available via telephone, in-person, and video conferencing

using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is

encouraged to use the USPTO Automated Interview Request (AIR) at

http://www.uspto.gov/interviewpractice.

Application/Control Number: 18/672,876                                    Page 4
Art Unit: 1617

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Johann R Richter can be reached on (571) 272-0646.  The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be

obtained from Patent Center. Unpublished application information in Patent Center is available

to registered users. To file and manage patent submissions in Patent Center, visit:

https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for

more information about Patent Center and https://www.uspto.gov/patents/docx for

information about filing in DOCX format. For additional questions, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO

Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/ALI SOROUSH/
Primary Examiner, Art Unit 1617