**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

February 18, 2025

**BY ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: *In Re Selenious Acid Litigation*
       *Civil Action No. 24 CV 7791 (BRM)(CLW)(consolidated)*

Dear Judge Waldor:

  We are writing on behalf of all parties to respectfully request an extension of the deadline to file a motion to seal the February 3, 2025 (ECF No. 119) and February 4, 2025 (ECF No. 121) letters submitted to the Court. The current deadline is today and we seek an extension until March 4, 2025.

  Additional time is required to complete the motion and for the parties to meet and confer, if necessary. We have conferred with Plaintiff's counsel, who consent to this request.

  If this is acceptable to Your Honor, we respectfully request that you "So Order" this letter where indicated below.

  We thank Your Honor for your attention to this matter. We are available at your convenience should you have any questions.

          Respectfully submitted,

          s/ James S. Richter

          James S. Richter

Cc: All Counsel of Record (by ECF)

SO ORDERED:

  s/Cathy L. Waldor         Dated: February __19__, 2025
_____
Honorable Cathy L. Waldor, U.S.M.J.

T. 908.626.0622
F. 908.626.0322

www.midlige-richter.com
info@midlige-richter.com

645 Martinsville Road
Basking Ridge, NJ 07920