

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

February 24, 2025

**VIA ECF**

Honorable Brian R. Martinotti
United States District Court
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

      Re: *In re Selenious Acid Litigation,*
          Civil Action No. 2:24-cv-07791-BRM-CLW (Consolidated)

Dear Judge Martinotti:

    We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represent Plaintiff American Regent, Inc. ("ARI") in the above-referenced consolidated matter and in the underlying action initiated by ARI against Defendants Amneal Pharmaceuticals of New York, LLC and Amneal EU, Limited (collectively "Amneal"), Civil Action No. 2:24-cv-11503 (BRM) (CLW). With Procopio, Cory Hargreaves & Savitch, LLP, counsel for Amneal, we write to respectfully request that the Court sign and enter the attached Consent Judgment.

    We thank the Court for its time and attention to this matter and remain available at the Court's convenience to address any questions or concerns.

                                    Respectfully submitted,

                                    s/ Charles H. Chevalier
                                    Charles H. Chevalier

Attachment
cc: All counsel of record (via ECF); counsel for Amneal via ECF and e-mail