

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6239
cchevalier@gibbonslaw.com

February 27, 2025

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  *In re Selenious Acid Litigation*, C.A. No. 24-cv-7791 (BRM)(CLW) (consolidated)

Dear Judge Waldor:

We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represent Plaintiff American Regent, Inc. ("ARI") in the above-referenced matter. With counsel for all Defendants, we write to request a two-week extension of the deadline by which the parties may file a joint motion to seal the submissions associated with ARI's Motion for a Preliminary Injunction (ECF Nos. 86-95, 126, and 131).

Per Local Rule 5.3(c)(2), the current deadline to file a motion to seal is March 10, 2025. The parties are therefore seeking to have the deadline extended to March 24, 2025. If the Court finds this request acceptable, the parties respectfully request that Your Honor "So-Order" this letter and direct its entry on the docket.

Should Your Honor have any questions or would like to discuss this matter further, the parties will make themselves available at the Court's convenience. The parties thank the Court for its consideration and assistance in this matter.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

cc: Counsel of record via ECF and e-mail

**SO ORDERED.**

**s/ Cathy L. Waldor**
**Hon. Cathy L. Waldor, U.S.M.J.**

Date: March 3, 2025