

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

March 24, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: ***In re Selenious Acid Litigation*, No. 2:24-cv-07791 (BRM) (CLW) (Consolidated)**

Dear Judge Martinotti:

    We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represent Plaintiff American Regent, Inc. ("ARI"), in the above referenced matter. Further to the Court's March 5, 2025 Text Order (ECF No. 137), attached, and filed under seal, please find a copy of ARI's slide presentation, for the March 31, 2025 hearing regarding ARI's Motion for a Preliminary Injunction.

    Should the Court require anything further, ARI will make itself available at the Court's convenience. We thank the Court for its time and assistance in this matter.

                                                                                      Respectfully submitted,

                                                                                      s/ Charles H. Chevalier
                                                                                      Charles H. Chevalier

Attachment
cc: All counsel of record via email