Eric I. Abraham (eabraham@hillwallack.com)
William P. Murtha (wmurtha@hillwallack.com)
Kristine L. Butler (kbutler@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
(609) 734-6358

*Attorneys for Defendant, RK Pharma, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: SELENIOUS ACID LITIGATION | Civil Action No.: 24-cv-7791 (Consolidated) <br><br> **MOTION FOR ADMISSION PRO HAC VICE OF WESLEY WEEKS** |

TO:   Counsel of Record

**PLEASE TAKE NOTICE** that on _____, 2025 at 9:00 a.m. , or as soon thereafter as counsel may be heard, the undersigned attorney for Defendant, RK Pharma, Inc., shall apply before the United States District Court for an Order pursuant to Local Rule 101.1(c) granting Wesley Weeks, Esq. *pro hac vice* admission in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** the movant shall reply upon the annexed certifications of Wesley Weeks, Esq. and Eric I. Abraham, Esq. in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff consents to the relief requested herein and the *pro hac vice* admission of Wesley Weeks, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Respectfully submitted,

By: */s/ Eric I. Abraham*
Eric I. Abraham
Hill Wallack, LLP
21 Roszel Road
Princeton, New Jersey 08540
(609) 924-0808
Fax (609) 452-1888

Dated: March 25, 2025

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing

**MOTION FOR PRO HAC ADMISSION**

is to be electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| <u>March 25, 2025</u> | <u>      /s/ Eric I. Abraham      </u> |
| Date | ERIC I. ABRAHAM |

4936-9966-5938, v. 2