Eric I. Abraham (eabraham@hillwallack.com)
William P. Murtha (wmurtha@hillwallack.com)
Kristine L. Butler (kbutler@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
(609) 734-6358

*Attorneys for Defendant, RK Pharma, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: SELENIOUS ACID LITIGATION | Civil Action No.: 24-cv-7791 (Consolidated) <br><br> **CERTIFICATION OF ERIC I. ABRAHAM, ESQ. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF WESLEY WEEKS** |

I, Eric I. Abraham, Esq., being of full age, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey in good standing and am counsel with the law firm of Hill Wallack LLP, co-counsel for Defendant, RK Pharma, Inc. As such, I am personally familiar with the facts set forth herein and am authorized to make this Certification on behalf of Defendant.

2. This Certification is submitted in support of Defendants' Motion for admission Wesley Weeks, Esq. *Pro Hac Vice* pursuant to Local Rule 101.1.

3. I am duly qualified to practice law in the State of New Jersey pursuant to New Jersey Court Rule 1:21-1 and am admitted to practice before this Court pursuant to Local Rule 101.1.

4. I hereby agree to accept service on behalf of Defendant in this matter and together with Wesley Weeks, Esq. to review and sign all pleadings or other papers to be filed with this Court.

5. I hereby agree to be responsible for the conduct of Wesley Weeks, Esq. upon his admission *pro hac vice* and to ensure that *pro hac vice* counsel comply with the Local Civil Rules of the Court, including but not limited to Local Rule 101.1(c).

6. I hereby agree to make all appearances in this matter.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2025.

                                                      */s/ Eric I. Abraham*_____
                                                      ERIC I. ABRAHAM, ESQ.