Eric I. Abraham (eabraham@hillwallack.com)
William P. Murtha (wmurtha@hillwallack.com)
Kristine L. Butler (kbutler@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
(609) 734-6358

*Attorneys for Defendant, RK Pharma, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: SELENIOUS ACID LITIGATION | Civil Action No.: 24-cv-7791 (Consolidated) <br><br> **CERTIFICATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF WESLEY WEEKS** |

1.  I am a partner with the law firm of Wiley Rein, LLP, having offices located at 2050 M St. NW, Washington, DC, and am retained to represent Defendant, RK Pharma, Inc. in the above-captioned matter currently pending in the United States District Court for the District of New Jersey.

2.  I have never been suspended from the practice of law in any jurisdiction, nor have I been disciplined or censured by any disciplinary authority of any bar in which I have been admitted to practice. There are no disciplinary charges pending against me.

3. I am duly admitted and currently in good standing to practice law in the following jurisdictions, for which I list my year of admission and the address of the official or office maintaining the roll of such members of its bar:

| Court/Jurisdiction | Year of Admission | Court Office and Address |
| --- | --- | --- |
| District of Columbia Bar | 2015 | 333 Constitution Ave. NW<br>Washington, DC 20001 |
| United States Court of Appeals for the Federal Circuit | 2015 | 717 Madison Pl NW<br>Washington, DC 20005 |
| Supreme Court of Virginia | 2014 | 100 North Ninth Street, 5th Floor<br>Richmond, VA 23219-1315 |
| United States Court of Appeals for the Fifth Circuit | 2019 | John Minor Wisdom United States Court of Appeals Building<br>600 Camp Street<br>New Orleans, LA 70130 |
| United States Court of Appeals for the Ninth Circuit | 2014 | The James R. Browning Courthouse<br>95 7th Street<br>San Francisco, CA 94103 |
| United States Court of Appeals for the Seventh Circuit | 2018 | Everett McKinley Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Room 2722<br>Chicago, IL 60604 |
| United States District Court for the Eastern District of Texas | 2016 | William M. Steger Federal Building and United States Courthouse<br>211 West Ferguson Street, Room 106<br>Tyler, Texas 75702 |
| United States District Court for the Eastern District of Virginia | 2015 | 401 Courthouse Square<br>Alexandria, VA 22314 |
| United States District Court for the Western District of Virginia | 2015 | 210 Franklin Rd SW<br>Roanoke, VA 24011 |
| United States Court of Appeals for the District of Columbia | 2015 | 333 Constitution Ave. NW, Room 5205<br>Washington, DC 20001 |
| United States Court of International Trade | 2024 | 1 Federal Plaza, New York, NY 10278 |

    4.    I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the local rules of this Court.

    5.    I agree to abide by Local Civil Rule 101.1(c).

    6.    I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, or other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper.

    7.    Pursuant to Local Civil Rule 101.1(c), I agree to pay the required fee to the Clerk of the United States District Court for the District of New Jersey.

    8.    I further agree, pursuant to Local Rule 101.1(c)(2), to make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

    9.    If granted *pro hac vice* admission, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission, Eric I. Abraham, Esq., as to the status of this matter for which *pro hac vice* admission has been granted and all material developments therein.

    10.    I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Defendant.

I affirm under penalties of perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

Dated: March 24, 2025

Respectfully submitted,

*Wesley E. Weeks*
_____
Wesley E. Weeks