**GIBBONS**

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6239
cchevalier@gibbonslaw.com

March 24, 2025

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *In re Selenious Acid Litigation*, C.A. No. 24-cv-7791 (BRM)(CLW) (consolidated)

Dear Judge Waldor:

We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represent Plaintiff American Regent, Inc. ("ARI") in the above-referenced matter. With counsel for all Defendants, we write to request a four day extension of the deadline by which the parties may file a joint motion to seal the submissions associated with ARI's Motion for a Preliminary Injunction (ECF Nos. 86-95, 126, and 131).

The current deadline to file a motion to seal is March 24, 2025. *See* ECF No. 133) The parties are therefore seeking to have the deadline extended to March 28, 2025. If the Court finds this request acceptable, we respectfully request that Your Honor "So-Order" this letter and direct its entry on the docket.

Should Your Honor have any questions or would like to discuss this matter further, we will make themselves available at the Court's convenience. The parties thank the Court for its consideration and assistance in this matter.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

cc: Counsel of record via ECF and e-mail

SO ORDERED.

s/ Cathy L. Waldor
Hon. Cathy L. Waldor, U.S.M.J.

Date: March 25, 2025