| | |
|---|---|
| Charles H. Chevalier<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>(973) 596-4611<br>cchevailer@gibbonslaw.com<br><br>Christine A. Gaddis<br>GIBBONS P.C.<br>141 West Front Street, Suite 240<br>Red Bank, New Jersey 07701<br>(732) 704-5801<br>cgaddis@gibbonslaw.com<br><br>*Attorneys for Plaintiff*<br>*American Regent, Inc.* | OF COUNSEL:<br><br>Dennies Varughese, Pharm. D.<br>Uma N. Everett<br>Adam C. LaRock<br>Christina E. Dashe<br>Alexander Alfano<br>Ryan E. Conkin<br>Adil B. Moghal, Ph.D. (*pro hac vice* pending)<br>Sterne, Kessler, Goldstein & Fox P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>ueverett@sternekessler.com<br>alarock@sternekessler.com<br>cdashe@sternekessler.com<br>aalfano@sternekessler.com<br>rconkin@sternekessler.com<br>amoghal@sternekessler.com |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Civil Action No. 2:24-cv-7791 (BRM) (CLW)<br>(Consolidated)<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF ADIL B. MOGHAL, Ph.D.** |

**PLEASE TAKE NOTICE** that Gibbons P.C., attorneys for Plaintiff American Regent, Inc. ("ARI"), submits this Application for an Order admitting Adil B. Moghal, Ph.D. of Sterne, Kessler, Goldstein & Fox P.L.L.C. as counsel *pro hac vice* in the above-captioned matter.

1

**PLEASE TAKE FURTHER NOTICE** that in support of this Application ARI shall rely upon the supporting Declarations of Charles H. Chevalier and Adil B. Moghal, Ph.D. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants consent to this Application.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

| | |
|---|---|
| Dated: March 26, 2025 | By:  s/ Charles H. Chevalier  <br>Charles H. Chevalier<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>(973) 596-4611<br>cchevailer@gibbonslaw.com |
| OF COUNSEL:<br><br>Dennies Varughese, Pharm. D.<br>Uma N. Everett<br>Adam C. LaRock<br>Christina E. Dashe<br>Alexander Alfano<br>Ryan E. Conkin<br>Adil B. Moghal, Ph.D. (*pro hac vice* pending)<br>Sterne, Kessler, Goldstein & Fox P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>ueverett@sternekessler.com<br>alarock@sternekessler.com<br>cdashe@sternekessler.com<br>aalfano@sternekessler.com<br>rconkin@sternekessler.com<br>amoghal@sternekessler.com<br><br>*Attorneys for Plaintiff*<br>*American Regent, Inc.* | Christine A. Gaddis<br>GIBBONS P.C.<br>141 West Front Street, Suite 240<br>Red Bank, New Jersey 07701<br>(732) 704-5801<br>cgaddis@gibbonslaw.com |