Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevailer@gibbonslaw.com

Christine A. Gaddis
GIBBONS P.C.
141 West Front Street, Suite 240
Red Bank, New Jersey 07701
(732) 704-5801
cgaddis@gibbonslaw.com

*Attorneys for Plaintiff*
*American Regent, Inc.*

OF COUNSEL:

Dennies Varughese, Pharm. D.
Uma N. Everett
Adam C. LaRock
Christina E. Dashe
Alexander Alfano
Ryan E. Conkin
Adil B. Moghal, Ph.D. (*pro hac vice* pending)
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
cdashe@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com
amoghal@sternekessler.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN  RE SELENIOUS ACID LITIGATION

Civil Action No. 2:24-cv-7791 (BRM) (CLW)
(Consolidated)

**DECLARATION OF CHARLES H. CHEVALIER IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF ADIL B. MOGHAL, Ph.D.**

I, **CHARLES H. CHEVALIER,** declare, under penalty of perjury, as follows:

1

1.     I am a Director at Gibbons P. C., and I submit this Declaration to the Court in support of the application of Adil B. Moghal, Ph.D. for admission to the District of New Jersey *pro hac vice* for purposes of this pending action before the United States District Court, District of New Jersey.

2.     I am a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey. I or another member of Gibbons P.C. who is a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey will sign all pleadings filed with the Court on behalf of Plaintiff in this matter and will be present for all appearances before the Court unless previously excused from appearing by the Court.

3.     In accordance with this application, I agree to comply with Local Civil Rules 101.1(c)/101.1(h)(1) and to be responsible for the conduct of Adil B. Moghal, Ph.D.

4.     All Defendants have consented to the admission of Adil B. Moghal, Ph.D. *pro hac vice* in this matter.

5.     It is respectfully requested that this Court enter the order admitting Adil B. Moghal, Ph.D. *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: March 26, 2025                          By:     s/ Charles H. Chevalier
Newark, New Jersey                                      Charles H. Chevalier