**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Civil Action No. 2:24-cv-7791 (BRM) (CLW) (Consolidated) <br><br> **[PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION** |

**THIS MATTER** having been presented to the Court by Plaintiff American Regent, Inc. ("ARI"), by and through its attorneys, Gibbons P.C., seeking entry of an Order admitting Adil B. Moghal, Ph.D. of Sterne, Kessler, Goldstein and Fox P.L.L.C. as counsel *pro hac vice* pursuant to Local Civil Rule 101.1, and the Court having considered the Declarations of Charles H. Chevalier and Adil B. Moghal, Ph.D.; and with consent by all Defendants, and for good cause shown;

**IT IS** on this _____ day of _____, 2025, hereby

**ORDERED** that ARI's Application is granted, and Adil B. Moghal, Ph.D. is hereby admitted to practice *pro hac vice* before this Court pursuant to Local Rule 101.1, for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Adil B. Moghal, Ph.D. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court; and it is further

**ORDERED** that Adil B. Moghal, Ph.D. shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) within 30 days of entry of this Order for this calendar year (if he has not already made such payment for this year) and shall continue to make such payment for each calendar year in which he continues to represent ARI before this Court; and it is further

**ORDERED** that Adil B. Moghal, Ph.D. shall comply with the provisions of L. Civ. R. 101(c)(3) and submit payment to the Clerk of the Court for the District of New Jersey; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney-at-law employed by the law firm of Gibbons P.C., said attorney being authorized to practice in the District of New Jersey and maintaining an office in the District of New Jersey, who shall be held responsible for the conduct of Adil B. Moghal, Ph.D.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Cathy L. Waldor
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge