Eric I. Abraham (eabraham@hillwallack.com)
William P. Murtha (wmurtha@hillwallack.com)
Kristine L. Butler (kbutler@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
(609) 734-6358

*Attorneys for Defendant, RK Pharma, Inc.*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: SELENIOUS ACID LITIGATION | Civil Action No.: 24-cv-7791 (Consolidated) <br><br> **ORDER GRANTING ADMISSION PRO HAC VICE OF WESLEY WEEKS** |

THIS MATTER having been brought before the Court by Hill Wallack LLP for an Order admitting Wesley Weeks, Esq. *pro hac vice* in the above-captioned matter as co-counsel for Defendant, and the Court having reviewed and considered the supporting papers, opposition papers and reply papers, if any, and argument, if any; and the Court having determined that, based upon the same, and for good cause shown;

IT IS on this 26th day of March, 2025,

ORDERED that Wesley Weeks, Esq. be permitted to appear *pro hac vice* in the above-

captioned matter pursuant to Local Civil Rule 101.1(c)(1), United States District Court for the District of New Jersey; and it is further;

ORDERED that, all pleadings, briefs and other papers filed with the Court shall be signed by Hill Wallack LLP.  Hill Wallack LLP shall be held responsible for said papers and for the conduct of the case and will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Wesley Weeks, Esq. is to make payment of $250.00 on admission payable to the Clerk, United States District Court; and it is further

ORDERED that, pursuant to Local Civil Rule 101.1(c)(2), Wesley Weeks, Esq. is to make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Local Rule 1:28-2(a); and it is further

ORDERED that Wesley Weeks, Esq. shall be bound by the Local Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1 Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1 Discipline of Attorneys; and it is further

ORDERED that Wesley Weeks, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7; and it is further

ORDERED that Wsley Weeks, Esq. shall provide a copy of this Order to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a).

  s/Cathy L. Waldor  
HON. CATHY L. WALDOR, U.S.M.J.