

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

March 27, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  *In re Selenious Acid Litigation*, **No. 2:24-cv-07791 (BRM) (CLW) (Consolidated)**
     *American Regent, Inc. v. Hikma Pharmaceuticals USA Inc.*, **No. 2:24-cv-7803 (BRM) (CLW)**
     *American Regent, Inc. v. Hikma Pharmaceuticals USA Inc.*, **No. 2:24-cv-11118 (BRM)(CLW)**

Dear Judge Martinotti:

    We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., counsel for Plaintiff American Regent, Inc. and Midlige Richter, LLC and Gemini Law LLP, counsel for Defendant Hikma Pharmaceuticals USA, Inc., jointly submit the attached Stipulation and Order and Consent Order for Preliminary Injunction for the Court's consideration. If Your Honor finds these documents acceptable, the parties respectfully request that Your Honor execute the documents and direct their entry on the docket.

    Should the Court require anything further, we will make ourselves available at the Court's convenience. We thank the Court for its time and assistance in this matter.

    Respectfully submitted,

    s/ Charles H. Chevalier
    Charles H. Chevalier

Attachment
cc: All counsel of record via ECF and counsel for Hikma via email