Rebekah Conroy
**STONE CONROY LLC**
25A Hanover Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 400-4181
Fax: (973) 498-0070
rconroy@stoneconroy.com

*Of Counsel:*
Steven M. Coyle, Esq.
Nicholas A. Geiger, Esq.
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT  06103
Tel: (860) 286-2929
Fax: (860) 286-0115
scoyle@cantorcolburn.com
ngeiger@cantorcolburn.com

*Counsel for Defendants*
*Cipla Limited and Cipla USA, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re Selenious Acid Litigation | C. A. No. 2:24-cv-07791-BRM-CLW <br><br> (Consolidated) |

**REQUEST BY PRO HAC VICE COUNSEL**
**TO RECEIVE NOTICE OF ELECTRONIC FILINGS**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered in Civil Action No. 24-cv-7796, which has been consolidated into this matter; and

2. Pursuant to L.Civ.R. 101.1(c)(3), the Admission Fee in has been paid to the Clerk of the Court.

*s/ Rebekah R. Conroy*
Rebekah R. Conroy

**PRO HAC VICE ATTORNEY INFORMATION:**

**Name**:	Steven M. Coyle, Esq.
**E-Mail:**	scoyle@cantorcolburn.com
**Address**:	CANTOR COLBURN LLP
	20 Church Street, 22nd Floor
	Hartford, CT  06103
**Tel**:	(860) 286-2929