UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*IN RE: SELENIOUS ACID LITIGATION*                *Civil Action No.: 24-cv-7791*

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *Pro Hac Vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. As order of the Court granting motion to appear *Pro Hac Vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101 (c)(3) has been paid to the Clerk of the Court.

*/s/ Eric I. Abraham*
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

*Welsey Weeks, Esq.*
*WILEY REIN*
*2050 M. Street NW*
*Washington, DC 20036*
*Email:* *wweeks@wiley.law*