## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE SELENIOUS ACID LITIGATION

Civil Action No. 2:24-cv-7791 (BRM) (CLW)
(Consolidated)

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* within this matter has been entered (ECF No. 151); and

2. The Admission Fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Respectfully submitted,

Dated: March 28, 2025                    s/ Charles H . Chevalier
Newark, New Jersey                       Charles H. Chevalier

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:        Adil B. Moghal, Ph.D.

Address:     Sterne, Kessler, Goldstein & Fox P.L.L.C.
             1100 New York Avenue NW, Suite 600
             Washington, DC 20005
             (202) 371-2600

Email:       amoghal@sternekessler.com