| | |
|---|---|
| Gregory D. Miller<br>Gene Y. Kang<br>Timothy P. Gonzalez<br>**RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, New Jersey 07601<br>Telephone: (201) 287-2460<br>Facsimile: (201) 489-0495<br>Gregory.Miller@rivkin.com<br>Gene.Kang@rivkin.com<br>Timothy.Gonzalez@rivkin.com | Samuel T. Lockner (admitted *pro hac vice*)<br>Gary J. Speier (admitted *pro hac vice*)<br>Seung Sub Kim (admitted *pro hac vice*)<br>**CARLSON, CASPERS, VANDENBURGH & LINDQUIST, PA**<br>Capella Tower, Suite 4200<br>225 South Sixth Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 436-9600<br>Facsimile: (612) 436-9605<br>Slockner@carlsoncaspers.com<br>gspeier@carlsoncaspers.com<br>Ekim@carlsoncaspers.com |

*Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Civil Action No. 2:24-cv-7791-BRM-CLW<br>(CONSOLIDATED) |

Gene Y. Kang of Rivkin Radler LLP is admitted to practice in this Court and hereby enters his appearance on behalf of Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.

Dated: March 31, 2025

Respectfully submitted,

By: *s/ Gene Y. Kang*
Gene Y. Kang
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495
Gene.Kang@rivkin.com

*Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.*