UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES (Sealed)

NEWARK
Judge:   BRIAN R. MARTINOTTI                                Date: March 31, 2025
Court Reporter:   Tammy Witte                               Docket No: 2:23-2965

Title of the Case:

In Re: Selenious Acid Litigation

American Regent, Inc., ,
v.
Accord Healthcare Inc., *et al*

Appearances

Charles H. Chevalier, Dennies Varughese, Adil Moghal,
 & Uma N. Everett, Attorneys for Plaintiffs

Jennell C. Bilek, Gene Y. Kang, Attorneys for Defendants, Sun Pharmaceuticals, *et al*
W. Blake Coblentz & Kaan Ekiner, Attorneys for Defenant, Aspiro Pharma, Ltd.
R. Touey Myer, Attorney for Defendant, Gland Pharma limited
Steven M. Coyle & Rebekah Conroy, Attorneys for Defendants, Cipla USA Ltd., *et al*
William P. Murtha, Jr., & Wesley Weeks, Attorney for Defendants, RK & Zydus Pharma
James Richter, Attorney for Defendant, Hikma Pharmaceuticals

Nature of Proceedings:

Hearing on Mtn [85] for Preliminary Injunction
Argument held
Court ordered supplemental briefing due April 7, 2025.

                                                            Lissette Rodriguez, Courtroom Deputy

Commenced:   10:00 am
Concluded:    12:35 pm