# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | C.A. No. 2:24-7791-BRM-CLW<br>(consolidated with C.A. No.2:24-cv-11108) |
| AMERICAN REGENT, INC.,<br><br>*Plaintiff*,<br><br>HIKMA PHARMACEUTICALS USA INC.,<br><br>*Defendant.* | C.A. No. 2:24-7803-BRM-CLW |
| AMERICAN REGENT, INC.,<br><br>*Plaintiff*,<br><br>HIKMA PHARMACEUTICALS USA INC.,<br><br>*Defendant.* | C.A. No. 2:24-11118-BRM-CLW |

**CONSENT ORDER FOR PRELIMINARY INJUNCTION AGAINST HIKMA PHARMACEUTICALS USA INC**

The Court hereby enters the following order pursuant to Rule 65(d) of the Federal Rules of Civil Procedure:

1. Subject to the terms and conditions of the Stipulation and Order submitted to the Court on March 25, 2025, Hikma Pharmaceuticals USA Inc. shall not make, use, import, offer to sell, or sell Hikma's ANDA Products (as that term is defined in the Stipulation and Order), except as allowed by 35 U.S.C. § 271(e)(1) or as permitted by the Stipulation and Order.

2. Pursuant to the Stipulation and Order, no security or bond shall be required.

3. This Order shall bind:

  a. Hikma Pharmaceuticals USA Inc.;

  b. Hikma Pharmaceuticals USA Inc.'s officers, agents, servants, employees, and attorneys; and

  c. any other persons or entities who or that are in active concert or participation with Hikma Pharmaceuticals USA Inc. or its officers, agents, servants, employees, and attorneys.

4. The basis for this Order is the referenced Stipulation.

**IT IS SO ORDERED.**

            *Brian R. Martinotti*
            THE HONORABLE BRIAN MARTINOTTI
            UNITED STATES DISTRICT JUDGE

Dated: March 28, 2025