

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

April 2, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    *In re Selenious Acid Litigation*, No. 2:24-cv-07791 (BRM) (CLW) (Consolidated)

Dear Judge Martinotti:

       We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., counsel for Plaintiff American Regent, Inc., and Kratz and Barry LLP, counsel for Defendant Gland Pharma Limited, jointly submit the attached Consent Judgment for the Court's consideration. If Your Honor finds this document acceptable, the parties respectfully request that Your Honor execute the document and direct its entry on the docket.

       Please note that this Consent Judgment does not impact in any way the claims, counterclaims, or affirmative defenses in matters pending between Plaintiff and the other defendants[1] that were consolidated in the above-referenced matter.

       Should the Court require anything further, the parties will make themselves available at the Court's convenience. The parties thank the Court for its time and assistance in this matter.

                                        Respectfully submitted,

                                        s/ Charles H. Chevalier
                                        Charles H. Chevalier

Attachment
cc: All counsel of record via ECF and email

---

[1] Aspiro Pharma Ltd. (C.A. Nos. 24-7794 and 24-11109), Cipla USA, Inc. and Cipla Limited (C.A. Nos. 24-7796, 24-11112), Hikma Pharmaceuticals USA Inc. (C.A. Nos. 24-7803 and 24-11118), RK Pharma, Inc. (C.A. Nos. 24-7805 and 24-11102), Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc. (C.A. Nos. 24-7810 and 24-11126), and Zydus Pharmaceuticals (USA) Inc. (C.A. Nos. 24-7812 and 24-11133).