**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | C.A. No. 2:24-cv-07791 (BRM) (CLW) (Consolidated) <br><br> Motion Day: July 21, 2025 |

**NOTICE OF MOTION TO SEAL**

**PLEASE TAKE NOTICE** that at 10:00 a.m. on July 21, 2025, or such other time and date as set by the Court, Plaintiff American Regent, Inc. ("ARI"), will move before the Honorable Cathy L. Waldor, U.S.M.J., for entry of an Order, pursuant to L. Civ. R. 5.3(c) and 7.1, to seal:

- **Portions of the June 6, 2025 Letter from Charles H. Chevalier to The Honorable Brian R. Martinotti, U.S.D.J. (ECF No. 226);**

- **Portions of the June 12, 2025 Letter from Charles H. Chevalier to The Honorable Melissa E. Rhoads, Clerk (ECF No. 228); and**

- **Exhibit A to June 12, 2025 Letter (ECF No. 228-1).**

("the Materials").

Pursuant to L. Civ. R. 7.1(d)(4), no legal brief is required because all relevant proposed findings of fact and conclusions of law required by L. Civ. R. 5.3(c)(2) have been set forth in the Declaration of Charles H. Chevalier.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, ARI will rely upon the declaration and the Index required by L. Civ. R. 5.3(c)(3) in the form suggested by Appendix U, as well as all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order containing proposed findings of fact and conclusions of law is attached hereto in accordance with L. Civ. R. 5.3(c)(3).

Dated: June 26, 2025

                                            Respectfully Submitted by:

                                            <u>s/ Charles H. Chevalier</u>
Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevailer@gibbonslaw.com

Christine A. Gaddis
GIBBONS P.C.
141 West Front Street, Suite 240
Red Bank, New Jersey 07701
(732) 704-5801
cgaddis@gibbonslaw.com


OF COUNSEL

Dennies Varughese, Pharm. D.
Uma N. Everett
Adam C. LaRock
Christina E. Dashe
Alexander Alfano
Ryan E. Conkin
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
cdashe@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

***Attorneys for Plaintiff***
***American Regent, Inc.***