



CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

June 6, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *In re Selenious Acid Litigation*, No. 2:24-cv-07791-BRM-CLW (Consolidated)

Dear Judge Martinotti:

    We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represent Plaintiff American Regent, Inc. ("ARI") in the above-referenced matter. We write regarding the Court's Opinion and Order granting ARI's motion for a Preliminary Injunction requiring that ARI post a ▮▮▮▮ ▮▮▮▮▮ (ECF Nos. 217, 218).

    ARI is in the process of obtaining a surety bond from a third party and expects to be able to provide the Court with documentation that it has executed the bond shortly. ARI will promptly inform the Court once the bond has been posted. Should ARI encounter any unexpected delays it will promptly notify the Court.

    Should Your Honor have any questions or would like to discuss this matter further, we will make ourselves available at the Court's convenience. We thank the Court for its time and assistance in this matter.

                                                                           Respectfully submitted,

                                                                           s/ Charles H. Chevalier
                                                                           Charles H. Chevalier

cc: Counsel of record for Aspiro, Cipla, Hikma, RK Pharma, and Sun (via email)