**GIBBONS**



CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

June 12, 2025

**VIA ECF**

Hon. Melissa E. Rhoads, Clerk
United States District Court
District of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *In re Selenious Acid Litigation*, **Civil Action No.: 2:24-cv-7791-BRM-CLW (Consolidated)**

Dear Ms. Rhoads:

      This firm along with Stern, Kessler, Goldstein & Fox P.L.L.C. represents Plaintiff American Regent, Inc. ("ARI") in the above-referenced matter. Under the terms of the Court's May 27, 2025 Opinion and Order (ECF Nos. 217 and 218), ARI was to post a bond in the amount of ███████████████████████████████████ as a condition of the issuance of a preliminary injunction.

      ARI has posted a bond in the amount of ███████████████████████████████ ███████. A true and correct copy of the bond is attached hereto as Exhibit A. The original bond has been submitted today via Federal Express to Mr. Michael Rivera, Operations Specialist, United States District Court for the District of New Jersey.

      If the Court would like to discuss this matter further, we will make ourselves available at the Court's convenience. We thank the Court for its consideration and assistance in this matter.

                                              Respectfully submitted,

                                              s/ Charles H. Chevalier_____
                                              Charles H. Chevalier

Attachment
cc:    Honorable Brian R. Martinotti, U.S.D.J. (via ECF)
       All counsel of record (via email)
       Mr. Michael Rivera, Operations Specialist, D.N.J. (via Federal Express with original)