| | |
|---|---|
| Gregory D. Miller<br>Timothy P. Gonzalez<br>**RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, New Jersey 07601<br>Telephone: (201) 287-2460<br>Facsimile: (201) 489-0495<br>Gregory.Miller@rivkin.com<br>Timothy.Gonzalez@rivkin.com<br><br>*Attorneys for Defendants Sun Pharmaceutical Industries, Ltd. and Sun Pharmaceutical Industries, Inc.* | *Of Counsel:*<br>Samuel T. Lockner (admitted *pro hac vice*)<br>Jennell C. Bilek (admitted *pro hac vice*)<br>Seung Sub Kim (admitted *pro hac vice*)<br>Jake R. Dinkins (to be admitted *pro hac vice*)<br>**CARLSON, CASPERS, VANDENBURGH & LINDQUIST, PA**<br>Capella Tower, Suite 4200<br>225 South Sixth Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 436-9600<br>Facsimile: (612) 436-9605<br>SLockner@carlsoncaspers.com<br>JBilek@carlsoncaspers.com<br>EKim@carlsoncaspers.com<br>jdinkins@carlsoncaspers.com |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | Honorable Cathy L. Waldor, U.S.M.J.<br><br>C.A. No. 2:24-cv-7791 (BRM)(CLW) Consolidated |

**NOTICE OF MOTION**

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on September 2, 2025, or as soon thereafter as counsel may be heard, Defendants Sun Pharmaceutical Industries, Ltd. and Sun Pharmaceuticals Industries, Inc. ("Defendants"), will move before the Honorable Cathy L. Waldor, U.S.M.J. for entry of an Order pursuant to L. Civ. R. 101.1(c) admitting Jake R. Dinkins of the law firm Carlson, Caspers, Vandenburgh & Lindquist, PA as counsel *pro hac vice* in this matter.

**PLEASE TAKE FURTHER NOTICE** that Defendants will rely upon the Declarations of Gregory D. Miller and Jake R. Dinkins in support of this motion.

1

**PLEASE TAKE FURTHER NOTICE** that Plaintiff consents to this request.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting *pro hac vice* admission to Jake R. Dinkins has been submitted herewith.

Dated: July 29, 2025

**RIVKIN RADLER LLP**

*s/ Gregory D. Miller*
Gregory D. Miller
Timothy P. Gonzalez
25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495
Gregory.Miller@rivkin.com
Timothy.Gonzalez@rivkin.com

OF COUNSEL:
Samuel T. Lockner (admitted *pro hac vice*)
Jennell C. Bilek (admitted *pro hac vice*)
Seung Sub Kim (admitted *pro hac vice*)
Jake R. Dinkins (to be admitted *pro hac vice*)
**CARLSON, CASPERS, VANDENBURGH & LINDQUIST PA**
Capella Tower, Suite 4200
225 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605
SLockner@carlsoncaspers.com
JBilek@carlsoncaspers.com
EKim@carlsoncaspers.com
jdinkins@carlsoncaspers.com

*Attorneys for Defendants Sun Pharmaceutical Industries, Ltd. and Sun Pharmaceutical Industries, Inc.*