Eric I. Abraham (eabraham@hillwallack.com)
William P. Murtha (wmurtha@hillwallack.com)
Kristine L. Butler (kbutler@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
(609) 734-6358

*Attorneys for Defendant, RK Pharma, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: SELENIOUS ACID LITIGATION | Civil Action No.: 24-cv-7791 (Consolidated) |

**WITHDRAWAL OF APPEARANCE AND ELECTRONIC NOTIFICATION**

The undersigned hereby withdraws her appearance in the above matter on behalf of Defendants, RK Pharma, Inc. Moving forward, RK Pharma, Inc. will be represented by James Richter, Esq.

Respectfully submitted,
HILL WALLACK LLP

By: */s/ Kristine L. Butler*
Kristine L. Butler
21 Roszel Road
Princeton, New Jersey 08540
(609) 924-0808

Dated: September 11, 2025

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing

### WITHDRAWAL OF APPEARANCE

is to be electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


September 11, 2025                                     */s/ Kristine L. Butler*
Date                                                                  Kristine L. Butler