UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | No. 2:24-cv-07791-BRM-LDW (Consolidated) |

**ORDER GRANTING *PRO HAC VICE* ADMISSION OF NIRAV N. DESAI, ESQ., AND MADELEINE C. BOND, ESQ.**

This matter having been brought before the Court upon the application of Plaintiff American Regent, Inc. ("ARI") through their counsel, Gibbons P.C., for the *pro hac vice* admissions of Nirav N. Desai, Esq., and Madeleine C. Bond, Esq., of Sterne, Kessler, Goldstein & Fox, P.L.L.C., pursuant to Local Civil Rule 101.1(c); and the Court having considered the moving papers; and the Court having noted that this application is unopposed; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS** on this 15th day of September 2025 hereby

**ORDERED** that ARI's application be and hereby are granted; and it is further

**ORDERED** that Nirav N. Desai, Esq., and Madeleine C. Bond, Esq., members of good standing in the jurisdictions set forth in their respective certifications, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Charles H. Chevalier of Gibbon P.C., attorney of record for ARI, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will appear at all proceedings and be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Nirav N. Desai, Esq., and Madeleine C. Bond, Esq., shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Nirav N. Desai, Esq., and Madeleine C. Bond, Esq., shall each make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Nirav N. Desai, Esq., and Madeleine C. Bond, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Nirav N. Desai, Esq., and Madeleine C. Bond, Esq., shall each notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED** that Nirav N. Desai, Esq., and Madeleine C. Bond, Esq., shall each be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that counsel may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter; and it is further

**SO ORDERED.**

_Leda Dunn Wettre_
HON. LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE