## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | C.A. No. 2:24-cv-7791-BRM-LDW (consolidated) |

| | |
|---|---|
| AMERICAN REGENT, INC. v. SUN PHARMACEUTICAL INDUSTRIES LIMITED, et al | C.A. No. 2:24-cv-7810-BRM-LDW |

### CONSENT JUDGMENT

American Regent, Inc. ("ARI"), and Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc. (collectively, "SUN"), parties in the above-captioned Actions, specifically in the Action initiated by Plaintiff, ARI, against SUN in Civil Action No. 2:24-7810-BRM-CLW have resolved this litigation for good cause and valuable consideration recognized by ARI and SUN.  Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the Actions, as follows:

IT IS this ___22nd___ day of ___September_____, 2025:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above Actions and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "SUN Product(s)" shall mean the drug product(s) manufactured, sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 219547 (including any supplements, modifications or amendments thereto or replacements thereof) ("SUN's ANDA"); (ii) the term "Licensed ARI Patents" shall mean United States Patent No. 11,998,565 ("the '565 patent") and United States Patent No. 12,150,957 ("the '957 patent"); and (iii) the term "Affiliate" shall mean any entity or person that, directly or

indirectly through one or more intermediaries, controls, is controlled by, or is under common control with SUN; for purposes of this definition, "control" means: (a) ownership, directly or through one or more intermediaries, of: (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership; or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3.      Unless otherwise specifically authorized by ARI pursuant to the Settlement Agreement or by 35 U.S.C. § 271(e)(1), SUN, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed ARI Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the SUN Product(s) in the United States.

4.      Compliance with this Consent Judgment may be enforced by ARI, its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5.      This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6.      All claims, counterclaims, affirmative defenses and demands in these Actions are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

7.      Nothing herein shall preclude the U.S. Food & Drug Administration from granting final approval to SUN's ANDA or shall preclude SUN from filing, modifying, or maintaining with

the FDA any Paragraph IV Certification for the SUN Product(s) pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV).

_Brian R. Martinotti_
Brian R. Martinotti
United States District Judge

We hereby consent to the form and entry of this Order:

| | |
|---|---|
| s/ Charles H. Chevalier | s/ Gregory D. Miller |
| Charles H. Chevalier | Gregory D. Miller |
| GIBBONS P.C. | Timothy P. Gonzalez |
| One Gateway Center | RIVKIN RADLER LLP |
| Newark, New Jersey 07102-5310 | 25 Main Street |
| (973) 596-4611 | Court Plaza North, Suite 501 |
| cchevailer@gibbonslaw.com | Hackensack, New Jersey 07601 |
| | (201) 287-2460 |
| Christine A. Gaddis | Gregory.Miller@rivkin.com |
| GIBBONS P.C. | Timothy.Gonzalez@rivkin.com |
| 141 West Front Street, Suite 240 | |
| Red Bank, New Jersey 07701 | *Of Counsel*: |
| (732) 704-5801 | |
| cgaddis@gibbonslaw.com | Samuel T. Lockner |
| | Jennell C. Bilek |
| *Of Counsel*: | Carlson, Caspers, Vandenburgh & Lindquist, P.A. |
| Dennies Varughese, Pharm. D. | 225 S. Sixth Street, Suite 4200 |
| Uma Everet | Minneapolis, Minnesota 55402 |
| Adam LaRock | slockner@carlsoncaspers.com |
| Alex Alfano | JBilek@carlsoncaspers.com |
| Ryan Conkin | |
| Sterne, Kessler, Goldstein & Fox P.L.L.C. | *Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.* |
| 1101 K Street, NW, 10th Floor | |
| Washington, DC 20005 | |
| (202) 371-2600 | |
| dvarughese@sternekessler.com | |
| ueverett@sternekessler.com | |
| alarock@sternekessler.com | |
| aalfano@sternekessler.com | |
| rconkin@stemekessler.com | |
| | |
| *Attorneys for Plaintiff American Regent, Inc.* | |